IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Gary Hamilton**,<br>12304 Burning Oak Court<br>Waldorf, Maryland 20602<br>Plaintiff<br><br>v.<br><br>**John Snow, Secretary**<br>Department of the Treasury<br>1500 Pennsylvania Ave., N.W.<br>Washington, D.C. 20220<br>Defendant | Case No.: 1:05CV01549(RWB)<br><br>ECF |

**Answer**

Defendant John Snow, Secretary, United States Department of Treasury, in his official capacity, hereby answer Plaintiff Gary Hamilton's Complaint as follows:

1. Para. 1 is a legal conclusion to which a response is not necessary. To the extent that a response is required, Defendant admits the allegations in Para. 1.

2. Para. 2 is a legal conclusion to which a response is not necessary. To the extent that a response is required, Defendant denies that jurisdiction of this action lies with the District Court for the District of Columbia based upon concepts of "personal jurisdiction," and asserts that jurisdiction of this action lies pursuant to 42 U.S.C. §2000e-5(f)(3).[1]

---

1. Each United States district court and each United States court of a place subject to the jurisdiction of the United States shall have jurisdiction of actions brought under this subchapter. Such an action may be brought in any judicial district in the State in which the unlawful employment practice is alleged to have been committed, in the judicial district in which the employment records relevant to such practice are maintained and administered, or in the judicial district in which the aggrieved person would have worked but for the alleged unlawful employment practice, but if the respondent is not found within any such district, such an action may be brought within the judicial district in which the respondent has his principal office. For purposes of sections 1404 and 1406 of Title 28, the judicial district in which the respondent has his principal office shall in all cases be considered a district in which the action might have been brought.

3. Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Para. 3 and, therefore, denies them.

4. Defendant admits the allegations in Para. 4.

5. Defendant admits the allegations in Para. 5.

6. Defendant admits the allegations in Para. 6.

7. Defendant admits the allegations in Para. 7.

8. Defendant admits the allegations in Para. 8.

9. Defendant admits the allegations in Para. 9.

10. Defendant admits that Plaintiff has satisfied all administrative prerequisites to the institution of this action, but denies the remaining allegations in Para. 10.

11. Defendant admits the allegations in Para. 11.

12. That Defendant lacks knowledge and information sufficient to admit or deny the allegations in Para. 12 and, therefore, denies them.

13. Defendant admits the allegations in Para. 13, except that the correct Vacancy Announcement Number was 15-02-0FM03706 (not 15-02-00FM03706 as alleged by the Plaintiff.)

14. Defendant admits that the Promotion Certificate pertaining to Vacancy Announcement No. 15-02-0FM03706 listed two females, a white male, and the Plaintiff as "best qualified" for the position.

15. Defendant admits the allegations in the first sentence of Para. 15 . The Defendant denies the allegations in the second sentence of Para. 15.

16. Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Para. 16 and, therefore, denies them.

17. The Defendant denies the allegations in Para. 17.

18. Defendant admits that John Burns detailed Camille Carraway (white female) to the temporary position of Safety and Health Manager, GS-0018-14 on or about January 20, 2004. Defendant denies that the Plaintiff was "denied" a detail to said temporary position and further denies that Camille Carraway was selected "over Plaintiff."

## Count I

19. Defendant incorporates by reference his answers to Paragraphs 1 through 18 herein.

20. Defendant admits the allegations in Para. 20.

21. The Defendant denies the allegations in Para. 21.

22. Defendant admits that Defendant selected Ms. Burrell for Vacancy Announcement No. 15-02-OFM03703 (Safety and Health Manager, GS-0018-14), but denies the remaining allegations in Para. 22.

23. The Defendant denies the allegations in Para. 23.

24. The Defendant denies the allegations in Para. 24

## Count II

25. Defendant incorporates by reference his answers to Paragraphs 1 through 24 herein.

26. Defendant admits that Plaintiff filed a discrimination complaint on October 21, 2003 alleging failure to promote based upon his race and gender. Defendant, however, lacks knowledge and information sufficient to form a belief as to the Plaintiff's "good faith" in filing said complaint and, therefore, denies that allegation.

27. The Defendant denies the allegations in Para. 27.

28. Defendant denies that Defendant committed any adverse employment actions against the Plaintiff.

29. The Defendant denies the allegations in Para. 29.

A response to Plaintiff's "Prayer for Relief" is not necessary. However, to the extent that response is required, Defendant denies that Plaintiff is entitled to any relief.

## AFFIRMATIVE DEFENSES
### FIRST DEFENSE

The Court lacks subject matter jurisdiction over the Complaint or a portion thereof.

### SECOND DEFENSE

The Complaint or a portion thereof is barred by the applicable limitations period.

### THIRD DEFENSE

The Plaintiff has not properly exhausted his administrative remedies.

## FOURTH DEFENSE

The Complaint or a portion thereof fails to state a claim upon which relief may be granted.

Defendant expressly denies all allegations to which no specific response has been made.

WHEREFORE, having fully answered, the Defendant respectfully requests that this action be dismissed with prejudice and that defendants be granted such other relief as the Court deems appropriate.

Dated: October 17, 2005.

Respectfully Submitted,

/s/
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney

/s/
R. CRAIG LAWRENCE, D.C. BAR #171538 Assistant United States Attorney

/s/
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Counsel for Defendant.