UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GARY HAMILTON**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**JOHN SNOW, SECRETARY OF TREASURER**<br><br>    **Defendant.** | Civil Action No.: 1:05-cv-1549-RBW |

## NOTICE OF WITHDRAWAL OF COUNSEL

The Clerk will withdrawe the appearance of Nathaniel D. Johnson on behalf of the Plaintiff in the above-captioned matter.

November 30, 2005          Respectfully submitted on behalf of Plaintiffs,

                                          /s/
                              Nathaniel D. Johnson (Federal # 14729 MD)
                              3195 Old Washington Road
                              Waldorf, Maryland  20602
                                301 645-9103

## CERTIFICATE OF SERVICE

I, the undersigned, affirm, under penalty of perjury, that on this date, November 30, 2005, the Defendant was served with this notice, via ECF, to the following addressee:

John Truong

by prepaid postage to:

Gary Hamilton
12304 Burning Oak Court
Waldorf, MD 20602

Respectfully submitted on behalf of Plaintiff,

_____/s/_____
Nathaniel D. Johnson