UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Gary Hamilton

    Plaintiff,

v.

John Snow, Secretary of Treasury

    Defendant.

Civil Action No.: 1:05-cv-1549-RBW

## NOTICE OF FILING PRO SE

Plaintiff has elected to represent himself, Pro Se in the above-captioned matter.

November 30, 2005

*/s/ Gary Hamilton*
Gary Hamilton
12304 Burning Oak Road
Waldorf, Maryland 20602

RECEIVED
DEC - 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I, the undersigned, affirm, under penalty of perjury, that on this date, November 30, 2005, the Defendant was served with this notice, via prepaid postage, to the following addresse:

John Truong, Esq.
555 Fourth Street, N.W.
Washington, D.C.
20530

_____
Gary Hamilton