IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Gary Hamilton**, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>**John Snow**, )<br>)<br>Defendant ) <br>) | Case No.: 05CV01549(RWB)<br><br>ECF |

## NOTICE OF ENTRY OF APPEARANCE

**Please enter the appearance of the undersigned counsel for the Plaintiff in this case.**

Respectfully submitted,

**THE GBENJO LAW GROUP**

/s/
Anne J.A. Gbenjo, 447840
8449 West Bellfort Suite 100
Houston, Texas 77071
Phone: 713-771-4775
Fax: 713-771-4784


/s/
Joann P. Myles
Law Offices of Joann Myles
1300 Mercantile Lane Suite 100
Largo, Maryland 20774
301-773-9652
301-925-4070

Attorneys for Plaintiff

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY THAT on this 14th day of February, 2006, I e-filed and sent via first class, postage prepaid mail, a copy of the foregoing Notice of Entry of Appearance to all parties as follows:

John C. Truaon, Esquire
 Assistant United States
Attorney 555 Fourth Street NW
Washington, D.C. 20530

                                                  /s/
                                     Anne J.A. Gbenjo