IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Gary Hamilton**, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 05CV01549(RWB) |
| v. | ) | |
| | ) | ECF |
| **John Snow,** | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

## JOINT RULE 16.3 CONFERENCE REPORT

1. <u>Status of Dispositive Motions</u>.

Defendant believes that this case can be disposed of by summary judgment; however, none has been filed at present. Defendant intends to file its summary judgment motion at the close of discovery.

Plaintiff believes that this case is not capable of being resolved short of trial as there appears to be many genuine issues of material fact in dispute.

2. <u>Amended Pleadings</u>:

Defendant does not intend to amend the pleadings at this time. Plaintiff wishes to amend his complaint in conformity with the Scheduling Order.

3. <u>Assignment to Magistrate Judge</u>:

The parties do not consent to the assignment of this case to a magistrate judge at this time.

iv. <u>Settlement Possibility</u>:

The parties do not believe that it would be beneficial to submit this case to mediation at this time.

  v. <u>Alternative Dispute Procedures</u>:

Defendant does not believe it would be beneficial to submit this case to ADR until the dispositive motion is resolved.

While Plaintiff is interested in ADR, he does not believe that it should in any way affect the Scheduling Order. Notwithstanding that, it cannot be unilaterally undertaken as the Defendant is not interested in ADR.

  vi. <u>Summary Judgment</u>:

 Defendant believes that this case can be disposed of by summary judgment and Defendant will file such a motion after the close of discovery. Defendant proposes that it be allowed 45 days after the close of discovery to file any dispositive motions. Information gathered in discovery will dictate if Plaintiff will file a cross motion for summary judgment. If Plaintiff does not file a cross motion, he proposes that he be allowed 60 days after receipt of the Defendant's motion to file his opposition. Defendant has up 20 days to file any replies thereafter.

  vii. <u>Initial Disclosures</u>:

The parties propose that they exchange Initial Disclosures within 25 days after the Initial Status Hearing.

  viii. <u>Discovery</u>.

The parties propose that discovery closes 180 days after the Court's issuance of a Scheduling Order.

  9. <u>Experts</u>:

Plaintiff will submit his expert report within 60 days after the Court's issuance of a Scheduling Order. Defendant will submit its expert report 60 days after Plaintiff serves his

expert report upon Defendant.

    10.    <u>Class Action Procedures</u>: Not applicable.

    11.    <u>Bifurcation of Discovery or Trial</u>:

The parties do not now see any need for bifurcation.

    12.    <u>Proposed Date For The Pretrial Conference</u>:

The parties propose that the Court set a Pretrial Conference after the resolution of all dispositive motions.

    13.    <u>Trial Date</u>:

The parties propose that the Court set a trial date at the Pretrial Conference.

    Respectfully Submitted,

Dated: 2/13/06

| /s/ | /s/ |
|---|---|
| Anne J.A. Gbenjo, 447840 | KENNETH L. WAINSTEIN, D.C. BAR #451058 |
|  | United States Attorney |
| The Gbenjo Law Group |  |
| 8449 West Bellfort Suite 100 |  |
| Houston, Texas 77071 |  |
| Phone: 713-771-4775 | /s/ |
| Fax: 713-771-4784 | R. CRAIG LAWRENCE, D.C. BAR #171538 |
|  | Assistant United States Attorney |
| /s/ | /s/ |
| Joann P. Myles | JOHN C. TRUONG, D.C. BAR #465901 |
| Law Offices of Joann Myles | Assistant United States Attorney |
| 1300 Mercantile Lane Suite 100 | 555 Fourth Street, N.W. |
| Largo, Maryland 20774 | Washington, D.C. 20530 |
| 301-773-9652 | (202) 307-0406 |
| 301-925-4070 |  |
| Attorneys for Plaintiff | Attorneys for Defendant |