IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Gary Hamilton**, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 05CV01549(RWB) |
| v. | ) | |
| | ) | ECF |
| **John Snow,** | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

## PLAINTIFF'S BRIEF STATEMENT OF THE CASE

Plaintiff, by and through counsel humbly submits his brief statement of this case as follows:

Plaintiff, an African-American male in his fifties, brings this discrimination and retaliation claims under Title VII against his employer. He alleges that, based on his race, his employer failed to promote him to a position he believes he was eligible and qualified for.

Plaintiff began his employment with the defendant about year 2001 as an Industrial Hygienist. He has had substantial experience in that field prior to joining the defendant. About year 2003, defendant announced a vacancy for the position of a Safety and Health Manager. Of all the applicants, Plaintiff was the only African-American. Of all the applicants, Plaintiff was the only person with seventeen years of experience in the related field to the position that was announced. Defendant however selected a Caucasian female who had no experience in the field save for the one year detail she served in the position. Defendant claims that it selected the younger Caucasian female because she gave a better interview than the Plaintiff. Plaintiff believes that the defendant's reasons are pretextual.

Respectfully submitted,

**THE GBENJO LAW GROUP**

/s/
Anne J.A. Gbenjo, 447840
8449 West Bellfort Suite 100
Houston, Texas 77071
Phone: 713-771-4775
Fax: 713-771-4784


/s/
Joann P. Myles
Law Offices of Joann Myles
1300 Mercantile Lane Suite 100
Largo, Maryland 20774
301-773-9652
301-925-4070
Attorneys for Plaintiff


CERTIFICATE OF SERVICE

   I HEREBY CERTIFY THAT on this 24th day of February, 2006, I e-filed and sent via first class, postage prepaid mail, a copy of the foregoing Plaintiff's Brief Statement of the Case to all parties as follows:

John C. Truong, Esquire
 Assistant United States
Attorney 555 Fourth Street NW
Washington, D.C. 20530


/s/
Anne J.A. Gbenjo