IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Gary Hamilton**, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 05CV01549(RBW) |
| v. | ) | |
| | ) | ECF |
| **John Snow**, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

### DEFENDANT'S STATEMENT OF THE CASE[1]

This is a non-selection case. Plaintiff Gary Hamilton, an African-American male, filed this two-count complaint against Defendant Department of the Treasury under Title VII alleging that Defendant (1) discriminated against him based on his race and gender for failure to select him for a GS-14 position (Compl. at ¶ 19-24); and (2) retaliated against him for filing an EEO complaint (Compl. at ¶ 25-29).

A.   **Count I: Race and Gender Discrimination.**

Mr. Hamilton claims that Defendant discriminated against him based on his race and gender when Defendant selected a white-female employee for the GS-14 position. It is not disputed that Mr. Hamilton was one of the four "best qualified" candidates whose applications were forwarded to the Interviewing Panel for interview and recommendation. The Interview

---

[1] Pursuant to the Court's Order for Initial Scheduling Conference, the parties are directed to file their respective statements of the case "72 hours prior" to the initial conference. See Order for Initial Scheduling Conference (Dkt. No. 6) at 2. The Initial Scheduling Conference is scheduled for February 28, 2006. Therefore, the deadline for the statement of the case falls on Saturday February 25, 2006. Under Fed. R. Civ. P. 6(a), the deadline would then fall on Monday February 27, 2006.

Panel comprised of two white males and one African-American female.

The Panel interviewed Mr. Hamilton, but was not impressed with his responses during the interview. After the interview process, the Panel forwarded two names to the selecting official. Mr. Hamilton did not make the cut. Ms. Tatika Mitchell (African-American female), one of the panelists, stated that the two individuals that were forwarded to the selecting official possessed stronger presentation and verbal communication skills than Mr. Hamilton. From those two names, the selecting official (Mr. John Burns) – who was also on the Interview Panel – then chose a white female for the GS-14 position.

Accordingly, Defendant did not select Mr. Hamilton for the GS-14 position because he failed to impress the Interviewing Panel and did not make it to the next level, not because of his race or gender.

**B.     Count II:     Retaliation**

After the non-selection, Mr. Hamilton filed an EEO complaint in October 2003. Compl. at ¶ 26. Mr. Hamilton then claims that Mr. Burns retaliated against him in January 2004 when Mr. Burns did not select him for a "120 day temporary promotion or non-competitive detail to the position of Safety and Health Manager." Compl. at ¶ 18.

As a preliminary issue, Mr. Hamilton has not alleged that he actually applied and was qualified for this "temporary promotion." See Compl. at ¶ 18. Under these facts, Mr. Hamilton simply fails to establish a *prima facie* case for retaliation.

Dated: February 27, 2006.                    Respectfully Submitted,

                                             /s/
                                             KENNETH L. WAINSTEIN, D.C. BAR #451058
                                             United States Attorney

2

          /s/
R. CRAIG LAWRENCE, D.C. BAR #171538
Assistant United States Attorney

          /s/
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for Defendant