UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY HAMILTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN SNOW, Secretary, )<br>Department of the Treasury, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1549 (RBW) |

## SCHEDULING ORDER

In accordance with the Court's oral orders issued during the scheduling conference held on February 28, 2006, it is hereby

**ORDERED** that this case is placed on the Standard Track. It is further

**ORDERED** that initial disclosures shall be served by March 24, 2006. It is further

**ORDERED** that the plaintiff's expert disclosures under Federal Rule of Civil Procedure 26(a)(2) shall be served by April 28, 2006. It is further

**ORDERED** that the defendant's expert disclosures under Rule 26(a)(2) shall be served by June 27, 2006. It is further

**ORDERED** that discovery in this matter shall close on August 28, 2006. It is further

**ORDERED** that a status conference in this matter shall be held on August 28, 2006, at 9:00 a.m.

**SO ORDERED** this 28th day of February, 2006.

                                          REGGIE B. WALTON
                                        United States District Judge