UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY HAMILTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.:05-1549 (RBW) |
| JOHN SNOW, ) | ECF |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CONSENT MOTION FOR LEAVE TO LATE FILE PLAINTIFF'S EXPERT REPORT**

      Plaintiff, by and through counsel, moves this Honorable Court for Leave to Late File his Expert Report and for reasons states that Plaintiff sent out his discovery responses to the Defendant on March 13, 2006.  Defendant sent out its responses to Plaintiff's discovery requests on May 8, 2006 (with leave).   The responses did not reach the undersigned counsel's office until Friday, May 12, 2006, and the undersigned did not gain access to it until yesterday, Monday May 15, 2006.   The responses consists of almost 2,600 (two thousand, six hundred) pages of documents.  As at the time of the drafting of this motion, the undersigned has not completed review of the documents. It appears that the review would take about two weeks to conclude. Upon completion, the undersigned will forward certain of the documents to Plaintiff's expert.  It appears that the Plaintiff's expert would need about two weeks to conclude his report. Essentially, since Plaintiff did not receive the documents until recently, it was impracticable to file the report by the deadline given by this Honorable court.  Thus, Plaintiff anticipates that he would need until June 16 to file his expert report. Consequently, defendant will file its expert report by July 16, 2006.

      Defendant consents to this motion.

WHEREFORE, Plaintiff humbly prays that this motion be granted.

Respectfully submitted,

**THE GBENJO LAW GROUP**

_____/s/_____
Anne J.A. Gbenjo, 447840
8449 West Bellfort Suite 100
Houston, Texas 77071
Phone: 713-771-4775
Fax: 713-771-4784

_____/s/_____
Joann P. Myles
Law Offices of Joann Myles
1300 Mercantile Lane Suite 100
Largo, Maryland 20774
301-773-9652
301-925-4070
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this 16th day of May 2006, I e-filed and sent via first class, postage prepaid mail, a copy of the foregoing Plaintiff's Motion for Leave to Late File Plaintiff's Expert Report to all parties as follows:

John C. Truong, Esquire
 Assistant United States
Attorney 555 Fourth Street NW
Washington, D.C. 20530

_____/s/_____
Anne J.A. Gbenjo

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GARY HAMILTON, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No.:05-1549 (RBW)** |
| JOHN SNOW, | ) | **ECF** |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

Upon consideration of Plaintiff's Motion For Leave to Late File his Expert Report, good cause having been shown, it is _____ day of _____, 2006, by the United States District Court for the District of Columbia, hereby

ORDERED, that the motion is GRANTED

_____
JUDGE WALTON

COPIES TO:

Anne J.A. Gbenjo, Esquire

JoAnn P. Myles, Esquire

John Truong, Esquire