IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| GARY HAMILTON, | ) |
|     Plaintiff | ) |
| v. | ) CASE NO.: 05-cv-1549 (RWB) |
| JOHN SNOW, | ) |
|     Defendant | ) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF SERVICE OF DISCOVERY

I HEREBY CERTIFY THAT on this 30th day of May 2006, I sent via first class mail, a copy of the Plaintiff's Responses to Defendant's First Set of Interrogatories; First Set of Request for Production of Documents; Plaintiff's letter addressing the inadequacies and deficiencies in defendant's responses to Plaintiff's discovery requests on all parties as follows:

John Truong, Esquire
Assistant United States ATtorney
555 Fourth Street N.W.
Washington, D.C. 20530

Respectfully submitted,

**THE GBENJO LAW GROUP**

/s/
Anne J.A. Gbenjo, 447840
8449 West Bellfort Suite 100
Houston, Texas 77071
Phone: 713-771-4775
Fax: 713-771-4784

/s/
Joann P. Myles
Law Offices of Joann Myles
1300 Mercantile Lane Suite 139-S
Largo, Maryland 20774
Ph: 301-773-9652;
fax: 301-925-4070
Counsel for Plaintiff