IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

GARY HAMILTON,                                )

    Plaintiff                               )
v.                                                      )  CASE NO.: 05-cv-1549 (RWB)

JOHN SNOW,                                    )

    Defendant                            )
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF SERVICE OF DISCOVERY

I HEREBY CERTIFY THAT on this 1st day of June 2006, I sent via first class mail, a copy of the Plaintiff's Second Set of Interrogatories and Second Set of Request for Production of Documents on all parties as follows:

John Truong, Esquire
Assistant United States ATtorney
555 Fourth Street N.W.
Washington, D.C. 20530

                      Respectfully submitted,

                **THE GBENJO LAW GROUP**

                      /s/
                Anne J.A. Gbenjo, 447840
                8449 West Bellfort Suite 100
                Houston, Texas 77071
                Phone:  713-771-4775
                Fax: 713-771-4784

                      /s/
                Joann P. Myles
                Law Offices of Joann Myles
                1300 Mercantile Lane Suite 139-S
                Largo, Maryland 20774
                Ph: 301-773-9652;
                fax: 301-925-4070
                Counsel for Plaintiff