IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Gary Hamilton**, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 05CV01549(RBW) |
| v. | ) | |
| | ) | ECF |
| **John Snow,** | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S SECOND SET OF DISCOVERY REQUEST**

Pursuant to Fed. R. Civ. P. 6(b), Defendant respectfully moves for an extension of time from July 3, 2006, to July 21, 2006, to respond to Plaintiff's Second Set of Interrogatories and Second Request for Production of Documents ("Second Set of Discovery Request"). Fact discovery closes on August 28, 2006. See Feb. 28, 2006 Scheduling Order (Dkt. No. 11). The undersigned sent a letter to Plaintiff's counsel via facsimile on June 21, 2006, seeking this extension. At the time of this filing, the undersigned has not heard from Plaintiff's counsel.

There is good cause to grant this Motion. Plaintiff served his Second Set of Discovery Request on May 30, 2006. However, due to the security screening process of all in-coming mails to the undersigned's office, the document did not arrive until June 6, 2006. Furthermore, the agency counsel responsible for this case was on travel during the second week of June. Therefore, Defendant lost at least two weeks of time.

Moreover, agency counsel indicated that he needs to consult with other employees within the agency to respond to Plaintiff's Second Set of Discovery Request. Unfortunately, some of those employees are currently not available and may not be available until after the July 4th weekend. The undersigned set forth these reasons in the June 21, 2006 letter to Plaintiff's

counsel.

    For these reasons, the Court should grant Defendant's extension of time from July 3, 2006, to July 21, 2006, to respond to Plaintiff's Second Set of Discovery Request.

Dated: June 29, 2006.                        Respectfully Submitted,

                                        /s/   Kenneth L. Wainstein
                                KENNETH L. WAINSTEIN, D.C. BAR #451058
                                United States Attorney

                                        /s/   Rudolph Contreras
                                RUDOLPH CONTRERAS, D.C. BAR #434122
                                Assistant United States Attorney

                                        /s/   John C. Truong
                                JOHN C. TRUONG, D.C. BAR #465901
                                Assistant United States Attorney
                                555 Fourth Street, N.W.
                                Washington, D.C.  20530
                                (202) 307-0406

                                Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Gary Hamilton**, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 05CV01549(RBW) |
| v. | ) | |
| | ) | ECF |
| **John Snow,** | ) | |
| | ) | |
| Defendant | ) | |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S SECOND SET OF DISCOVERY REQUEST**

Upon consideration of Defendant's Motion for an Extension of Time to Respond to Plaintiff's Second Set of Discovery Request and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Defendant's Motion for an Extension of Time to Respond to Plaintiff's Second Set of Discovery Request be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including July 21, 2006, to respond to Plaintiff's Second Set of Interrogatories and Second Request for Production of Documents.

SO ORDERED.

_____
U.S. District Judge