**UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **Gary Hamilton**, | ) ) ) | |
| Plaintiff, | ) | Case No.: 05-CV-01549 (RWB) |
| v. | ) ) | |
| **Henry M. Paulson, Jr.**, | ) ) | |
| Defendant | ) ) | |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF
DISCOVERY DEADLINE**

Defendant Henry M. Paulson, Jr.,[1] Secretary, U.S. Department of the Treasury, in his official capacity, hereby moves for a 30-day extension of the discovery deadline. The discovery deadline was on August 28, 2006. Pursuant to Local Rule 7(m), the parties conferred and Plaintiff's counsel consented to this Motion.

There is good cause to grant this Motion. On August 24, 2006, during a telephonic hearing on the parties' discovery disputes, the parties advised the Court of this Motion and the need for additional time for discovery. Based upon the parties' representation, the Court then vacated the status hearing – which was set for August 28, 2006 – until the parties completed discovery.

The parties need an additional 30 days to complete discovery primarily for two reasons. First, an extension is needed to complete deposition discovery. Specifically, due to the

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Secretary Paulson automatically succeeds former Secretary John Snow as the official defendant.

schedules of the parties' counsel and Mr. Mike Perkins, the parties had to schedule Mr. Perkins' deposition on September 7, 2006 – several days after the close of discovery. Furthermore, Plaintiff has expressed an interest in deposing at least one employee from Defendant's Personnel Office who processed the applications for the position at issue in this case. Defendant objects to such a deposition and the parties will confer on this issue to try to resolve it informally.

Second, the parties also have disagreements on the parties' responses to their respective written discovery requests. The parties are in the process of scheduling a date to confer and try to resolve any disagreements. To the extent that the parties cannot resolve all of the issues, the parties hope to narrow the disputed issues before bringing them to the Court's attention. Given these outstanding discovery issues, the parties need an additional 30 days to try to resolve them informally.

For these reasons, the Court should grant the parties a 30-day extension of time until September 28, 2006, to complete discovery.

Dated: August 30, 2006.                    Respectfully Submitted,

   /s/   Kenneth L. Wainstein
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney

   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406
Attorneys for Defendant

UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **Gary Hamilton**, ) | |
| ) | |
| Plaintiff, ) | Case No.: 05-CV-01549 (RWB) |
| v. ) | |
| ) | |
| **Henry M. Paulson, Jr.**, ) | |
| ) | |
| Defendant ) | |

### ORDER GRANTING DEFENDANT'S CONSENT MOTION
### FOR AN EXTENSION OF DISCOVERY DEADLINE

Upon consideration of Defendant's Consent Motion for an Extension of Discovery Deadline and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Defendant's Consent Motion for an Extension of Discovery Deadline be and is hereby GRANTED; and it is

FURTHER ORDERED that the parties have up to and including September 28, 2006, to complete discovery in the above-captioned action.

SO ORDERED.

_____
U.S. District Judge