**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In Re Federal National Mortgage Assoc. Securities, Derivative, and "ERISA" Lit. | ) ) ) ) | MDL No. 1688 |
| In Re Fannie Mae Securities Lit. | ) ) ) | Consolidated Action: 04-1639 (RJL) |

**OFHEO'S MOTION FOR AN EXTENSION OF TIME**

Pursuant Fed. R. Civ. P. 6(b), the Office of Federal Housing Enterprise Oversight ("OFHEO") respectfully requests a two-business days extension of time from September 8, 2006, to September 12, 2006, to respond to Defendant J. Timothy Howard's Motion to Compel Production of Documents and Mr. Franklin Raines' Motion to Compel Production by OFHEO (collectively "Motions to Compel"). The deadline for OFHEO to respond to the two Motions to Compel is due today September 8, 2006. Pursuant to Local Rule 7(m), counsel for OFHEO, Mr. Howard, and Mr. Raines conferred, and Mr. Howard's counsel opposes this motion. Mr. Raines' counsel does not take a position on this motion.

There is good cause to grant this Motion. OFHEO is not a party to the above-referenced MDL/Consolidated Action. However, OFHEO is now subject to three separate Rule 45 third-party subpoenas for documents and two motions to compel compliance with those three subpoenas. OFHEO fully intended to respond to the two Motions to Compel by the due date; however, the undersigned just found out that the agency counsel in charge of this case was unexpectedly required to be out town and, therefore, is not available to review and comment on

the opposition brief for filing today. Agency counsel's review and input is essential in this matter because of the potential effect on OFHEO. Specifically, should OFHEO not prevail on this matter, the agency has to respond to the three Rule 45 subpoenas and not process the documents requests under its own *Touhy* regulations. Given the gravity of the issue affecting OFHEO in this case and other future subpoenas, agency counsel need have input into the agency's position as represented in its filings before this Court.

Given these circumstances, the Court should grant OFHEO's motion for a two-business days extension of time until September 12, 2006, to respond to the two Motions to Compel.

Dated: September 8, 2006.                Respectfully Submitted,

     /s/   Kenneth L. Wainstein
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney

     /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

     /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Office of Federal Housing
Enterprise Oversight.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In Re Federal National Mortgage Assoc.<br>Securities, Derivative, and "ERISA" Lit. | ) ) ) ) | MDL No. 1688 |
| In Re Fannie Mac Securities Lit. | ) ) ) | Consolidated Action: 04-1639 (RJL) |

ORDER GRANTING OFHEO's MOTION FOR AN EXTENSION OF TIME

Upon consideration of the Office of Federal Housing Enterprise Oversight's Motion for an Extension of Time and the entire record herein, it is this_____ day of _____, 2006,

ORDERED that the Office of Federal Housing Enterprise Oversight's Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that the Office of Federal Housing Enterprise Oversight shall have up to and including September 12, 2006, to file a single response to both Mr. J. Timothy Howard's Motion to Compel (Dkt. No. 195) and Mr. Franklin Raines' Motion to Compel (Dkt. No. 219).

SO ORDERED.

_____

U.S. District Judge