IN THE UNITED STATED DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| GARY HAMILTON, | \* | |
| Plaintiff | \* | |
| | \* | |
| v. | \* | CASE NO.: 05-cv-1549 (RWB) |
| | \* | |
| JOHN SNOW, | \* | |
| Defendant | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFF'S MOTION TO CONTINUE THE STATUS CONFERENCE UNTIL OCTOBER 13, 2006

Plaintiff by and through the undersigned counsel, moves this Honorable Court to continue the Status Conference until October 13, 2006 and for reason states that, the Status Conference in this case is presently scheduled for October 3, 2006. Unfortunately, however, the undersigned counsel has a pre-existing family obligation, which makes this date inconvenient. Both counsel in this case have October 13, 2006 at 1:30 p.m. available for said Conference, and upon information and belief, the date is compatible with the Court's calendar. The undersigned counsel contacted defense counsel's office and procured his consent to this motion.

Wherefore Plaintiff prays that this motion be granted.

Respectfully Submitted,

THE GBENJO LAW GROUP

/s/
Anne Gbenjo, 447840
8449 West Bellfort Avenue
Suite 100
Houston, Texas 77071
Phone: 713.771.4775
Fax: 713.771.4784
Counsel for Plaintiff

CERTIFICATE OF SERVICE

     I HEARBY CERTIFY THAT on this 14th day of September 2006, I faxed and sent via first class mail, a copy of the foregoing Motion to all parties as follows:

John C. Truong, Esquire
United States Attorney
555 Fourth St. N.W.
Washington, D.C. 20530


                                                _____
                                                Anne Gbenjo

IN THE UNITED STATED DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
GARY HAMILTON,                  *
Plaintiff                        *
                                 *
v.                               *         CASE NO.: 05-cv-1549 (RWB)
                                 *
JOHN SNOW,                       *
Defendant                        *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Upon consideration of Plaintiff's Motion for Continuation of Status Conference, good cause having been shown, it is on this _____ day of _____ 2006, by the Unites States District Court of the District of Columbia, hereby,

ORDERED that, the Motion is GRANTED.

_____
JUDGE WALTON

COPIES TO:

ANNE GBENJO, ESQUIRE

JOHN TRUONG, ESQUIRE

JOANNE MYLES, ESQUIRE