UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **Gary Hamilton**, | ) ) ) | |
| Plaintiff, | ) | Case No.: 05-CV-01549 (RBW) |
| v. | ) ) | |
| **Henry M. Paulson, Jr.**, | ) ) | |
| Defendant | ) ) | |

**DEFENDANT'S MOTION FOR AN EXTENSION OF
DISCOVERY DEADLINE**

Defendant Henry M. Paulson, Jr.,[1] Secretary, U.S. Department of the Treasury, in his official capacity, hereby moves for a 30-day extension of the discovery deadline. The discovery deadline is on September 28, 2006. Pursuant to Local Rule 7(m), the parties conferred and Plaintiff's counsel does not believe an extension is warranted.

There is good cause to grant this Motion. As explained to Plaintiff, a 30-day extension of the discovery deadline is needed to complete the outstanding discovery. Specifically, on August 28, 2006, Plaintiff served upon Defendant a set of 30 requests for admissions (RFAs). In order to respond to those RFAs, Defendant needs to review the deposition transcripts of several agency officials. However, to date, Defendant has not received those officials' deposition transcripts.

Second, as explained in Defendant's Consent Motion to Extend the Discovery Deadline (Dkt. No. 18), Plaintiff has expressed an interest in deposing at least one employee from

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Secretary Paulson automatically succeeds former Secretary John Snow as the official defendant.

Defendant's Personnel Office who processed the applications for the position at issue in this case. Defendant objects to such a deposition. Moreover, the parties also have disagreements on the parties' responses to their respective written discovery requests. The parties finally conferred on these issues. Thereafter, on the evening of September 15, 2006, Plaintiff sent a letter to Defendant explaining the factual and legal bases for certain information that he sought through written discovery. This letter was a result of a two-hour long conference between the parties in an effort to resolve discovery issues informally. In any event, since the letter was sent on Friday evening, Defendant did not have the opportunity to review the letter until the following Monday on September 18, 2006. In fact, Defendant is in the process of reviewing the letter to determine whether, under the law and based on the contour of this litigation, Plaintiff is entitled to the requested information. Defendant intends to respond to Plaintiff's letter shortly.

Finally, the parties have disagreements on Plaintiff's responses to Defendant's second set of written discovery requests but have not had an opportunity to confer to resolve the issues informally. In response to Defendant's second set of discovery requests, Plaintiff refers Defendant to his deposition testimony. Due to other pressing work commitments the undersigned has not had the opportunity to complete the review of Plaintiff's deposition to determine whether a conference on Plaintiff's discovery responses is necessary.

Given these outstanding discovery issues, the parties need an additional 30 days to try to resolve them informally.

For these reasons, the Court should grant the parties a 30-day extension of time until

October 30, 2006, to complete discovery.[2]

Dated: September 26, 2006.                    Respectfully Submitted,

    /s/   Kenneth L. Wainstein
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney

    /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

    /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406
Attorneys for Defendant

---

[2] The thirtieth day from September 28, 2006, falls on a Saturday October 28, 2006. Therefore, the deadline automatically moves to the next business day – Monday October 30, 2006.

UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **Gary Hamilton**, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> **Henry M. Paulson, Jr.**, ) <br> ) <br> Defendant ) <br> ) | Case No.: 05-CV-01549 (RWB) |

**ORDER GRANTING DEFENDANT'S CONSENT MOTION
FOR AN EXTENSION OF DISCOVERY DEADLINE**

Upon consideration of Defendant's Consent Motion for an Extension of Discovery Deadline and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Defendant's Consent Motion for an Extension of Discovery Deadline be and is hereby GRANTED; and it is

FURTHER ORDERED that the parties have up to and including October 30, 2006, to complete discovery in the above-captioned action.

SO ORDERED.

_____
U.S. District Judge