**UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **Gary Hamilton**, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 05-CV-01549 (RBW) |
| v. | ) ) | |
| **Henry M. Paulson, Jr.**, | ) ) | |
| Defendant | ) ) | |

**DEFENDANT'S MOTION FOR AN EXTENSION OF
TIME TO RESPOND TO PLAINTIFF'S
REQUESTS FOR ADMISSION**

Defendant Henry M. Paulson, Jr.,[1] Secretary, U.S. Department of the Treasury, in his official capacity, hereby moves for a 27-day extension of time to respond to Plaintiff's Requests for Admission. The deadline for the response is on October 3, 2006. Pursuant to Local Rule 7(m), the undersigned sent a facsimile to Plaintiff's counsel seeking consent for this Motion; however, at the time of this filing, the undersigned has not heard from counsel.

There is good cause to grant this Motion. On August 30, 2006, Plaintiff served upon Defendant 30 separate Requests for Admission ("RFAs'"). Subsequently, on September 27, 2006, Plaintiff served a second set of RFAs (with seven additional RFAs). The deadline to respond to the second set of RFAs is on October 30, 2006. In order to respond appropriately to these RFAs, Defendant needs to review the deposition transcripts of several agency officials who were deposed in this case. However, to date, Defendant has not received their deposition

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Secretary Paulson automatically succeeds former Secretary John Snow as the official defendant.

transcripts. In fact, on September 27, 2006, the undersigned contacted the court reporting service to ascertain when those deposition transcripts would be available; to date, the undersigned has not heard back from the court reporting service. The undersigned intends to follow up on this issue in the next couple of days to obtain those transcripts.

For these reasons, the Court should grant Defendant a 27-day extension of time until October 30, 2006, to respond to both Plaintiff's first set of RFAs. This October 30th deadline would coincide with the deadline for Defendant to respond to the second set of RFAs.


Dated: October 2, 2006.                    Respectfully Submitted,


    /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

    /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

    /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for Defendant

UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **Gary Hamilton**,         ) | |
| )       | |
| Plaintiff,  )       | Case No.: 05-CV-01549 (RBW) |
| v.             )       | |
| )       | |
| **Henry M. Paulson, Jr.**, ) | |
| )       | |
| Defendant  )       | |

## ORDER

Upon consideration of Defendant's Motion for an Extension of Time to Respond to Plaintiff's Requests for Admission and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Defendant's Motion for an Extension of Time to Respond to Plaintiff's Requests for Admission be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant has up to and including October 30, 2006, to respond to Plaintiff's first set of Requests for Admissions.

SO ORDERED.

_____
U.S. District Judge