# EXHIBIT 1

# THE GBENJO LAW GROUP

8449 WEST BELLFORT AVENUE SUITE 100
HOUSTON, TEXAS 77071
PHONE: (713) 771-4775    FAX (713) 771-4784
PRACTICING LAW IN MD, D.C., GA, TX

## FAX COVER SHEET

| Attn: John C. Truong, Esquire | From: The Gbenjo Law Group |
|---|---|
| Company: U.S. Attorney's Office | Date: October 27, 2006 |
| Telephone No: (202) 307-0406 | Re: Hamilton v. Snow |
| Facsimile No: (202) 514-8780 | |
| Page No. with cover sheet: 01 | |

( ) Via fax and Regular Mail
(X) Via facsimile only

**Message**

Dear Mr. Truong:

Since you have not responded to our last mail to you (about having a conference with the Judge), we would like to know whether you would consent to our motion for leave and motion to compel. Thank You.