# EXHIBIT 2

Case 1:05-cv-01549-RBW     Document 23-3     Filed 10/28/2006     Page 1 of 3

OCT-27-2006  17:10        USAO-CIVIL                          202 514 8780      P.001



U.S. Department of Justice
United States Attorney
District of Columbia

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20530*

# USAO-DC
# FAX
## Cover

| | | | |
|---|---|---|---|
| To: | Anne Gbenjo | From: | John C. Truong |
| Fax: | 713-771-4784 | Phone: | 202-307-0406 |
| Date: | October 27, 2006 | | |
| Re: | Hamilton v. Snow, Civ. No. 05-1549 (RBW) | | |
| Page(s): | 2 pages | | |

COMMENTS:

Dear Ms. Gbenjo:

This is in response to your two facsimiles of today.

I apologize for not getting back to you sooner. I have a deadline today that consumed all of my time and, therefore, was not available to jointly contact Judge Walton with you about these discovery issues.

With regard to your desire to file a motion to compel, at this juncture I am unclear what additional discovery you seek to compel from Defendant. Therefore, I would suggest that we have additional "meet and confer" sessions to resolve the issues. As you can see from our letter of yesterday, we have fully responded to some of the discovery requests at issue. For instance, in response to Interrogatory Nos. 9, 10, & 11 and Request Nos. 7 & 8, we indicated that "there were no similarly situated employees with respect to the position of Safety and Health Manager, GS-0018-14." See Oct. 26th Letter.

---

### U.S. ATTORNEY FACSIMILE COMMUNICATION

**WARNING: Information attached to this cover sheet is U.S. Government Property. If you are not the intended recipient of this information, disclosure, reproduction, distribution, or use of this information is prohibited. Please notify the originator immediately to arrange for proper disposition.**

Moreover, we have agreed to search for documents responsive to Request No. 25. We also reported to you that we have no documents responsive to Request No. 27. Finally, as a compromise to your Request Nos. 12, 17-20 seeking the OPFs of the interviewing panelists and ranking officials, we now propose that we will review these individuals' OPFs and will produce any documents showing that they were reprimanded or disciplined for engaging in discriminatory or retaliatory conduct based on race and gender.

As you can see, there is room for further discussions and compromise. In any event, as you know, Judge Walton has a standing order that requires the parties to raise discovery issues with the Court prior to filing any discovery-related motions. We currently have a status hearing with Judge Walton on November 1, 2006, and, therefore, we can certainly raise your discovery issues at the hearing prior to your filing a motion to compel. Perhaps, by that date, we would have resolved some of your discovery concerns.

Please let me know your thoughts and do not hesitate to contact me if you have any questions.

With regards,

John C. Truong

## U.S. ATTORNEY FACSIMILE COMMUNICATION

**WARNING: Information attached to this cover sheet is U.S. Government Property. If you are not the intended recipient of this information, disclosure, reproduction, distribution, or use of this information is prohibited. Please notify the originator immediately to arrange for proper disposition.**