# EXHIBIT 3

# THE GBENJO LAW GROUP

8449 WEST BELLFORT AVENUE SUITE 100
HOUSTON, TEXAS 77071
PHONE: (713) 771-4775   FAX (713) 771-4784
PRACTICING LAW IN MD, D.C., GA, TX

## FAX COVER SHEET

| Attn: John C. Truong, Esquire | From: The Gbenjo Law Group |
|---|---|
| Company: U.S. Attorney's Office | Date: October 26, 2006 |
| Telephone No: (202) 307-0406 | Re: Hamilton v. Snow |
| Facsimile No: (202) 514-8780 | |
| Page No. with cover sheet: 01 | |

( ) Via fax and Regular Mail
(X) Via facsimile only

Message

Dear Mr. Truong:

We have just received your fax that came in at 7:23 p.m. Eastern time today (October 26, 2006). We would like to know what time you are available for conference with the Judge tomorrow to discuss the outstanding issues as discovery is about to close. Thank you.