# EXHIBIT 4

# THE GBENJO LAW GROUP
8449 WEST BELLFORT AVENUE SUITE 100
HOUSTON, TEXAS 77071
PHONE: (713) 771-4775   FAX (713) 771-4784
PRACTICING LAW IN MD, D.C., GA, TX

## FAX COVER SHEET

| Attn: John C. Truong, Esquire | From: The Gbenjo Law Group |
|---|---|
| Company: U.S. Attorney's Office | Date: October 26, 2006 |
| Telephone No: (202) 307-0406 | Re: Hamilton v. Snow |
| Facsimile No: (202) 514-8780 | |
| Page No. with cover sheet: 01 | |

( ) Via fax and Regular Mail
(X) Via facsimile only

Message

**Dear Mr. Truong:**

In your last correspondence to us, you promised to respond to previous letters no later than October 24, 2006. This is October 26, 2006 and We have not received any response from you. It is clear that you do not wish to confer with the Judge on this matter or respond to our mails, respecting outstanding discovery issues. As a result, we will proceed as stated. Thank you.