# EXHIBIT 6

# THE GBENJO LAW GROUP

8449 WEST BELLFORT AVENUE SUITE 100
HOUSTON, TEXAS 77071
PHONE: (713) 771-4775    FAX (713) 771-4784
PRACTICING LAW IN MD, D.C., GA, TX

## FAX COVER SHEET

| Attn: John C. Truong, Esquire | From: Anne J. A. Gbenjo |
|---|---|
| Company: U.S. Attorney's Office | Date: 10/19/06 |
| Telephone No: (202) 307-0406 | Re: Hamilton v. Snow |
| Facsimile No: (202) 514-8780 | |
| Page No. with cover sheet: 01 | |

( ) Via fax and Regular Mail

( X ) Via facsimile only

Message

Dear Mr. Truong:

   This is a fourth follow up on our previous correspondence - letters of October 17, October 6, October 3 and September 26, 2006. Unless we hear from you by close of business tomorrow, October 20, 2006, we will assume that you do not wish to confer with the Judge on this matter and proceed to file a Motion to Compel on the outstanding discovery issues.

Thanks.