# EXHIBIT 7

FROM U. S. ATTTORNEY'S    OFFICE                    (FRI)10. 20' 06 16:05/ST. 16:04/NO. 4861391296 P  1



U.S. Department of Justice
United States Attorney
District of Columbia

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20530*

# USAO-DC
# FAX
### Cover

| | | | |
|---|---|---|---|
| To: | Anne J.A. Gbenjo, Esq. | From: | John C. Truong |
| Fax: | 713-771-4784 | Phone: | 202-307-0406 |
| Date: | October 20, 2006 | | |
| Re: | Hamilton v. Snow, Civ. No. 05-1549 (RBW) | | |
| Page(s): | Cover Page Only | | |

COMMENTS:

Dear Ms. Gbenjo:

This is in response to your October 19, 2006 facsimile.

I do apologize for not responding to your two previous facsimiles sooner. I intended to respond to your correspondence, including the letter regarding Defendant's discovery responses. However, I was sidetracked by other immediate obligations, including preparing for an upcoming trial before Judge Walton. I have just learned recently that Judge Walton may re-schedule that trial. In any event, I hope to respond to your discovery correspondence by Tuesday October 24, 2006.

With regards,
John C. Truong

---

**U.S. ATTORNEY FACSIMILE COMMUNICATION**

**WARNING: *Information attached to this cover sheet is U.S. Government Property. If you are not the intended recipient of this information, disclosure, reproduction, distribution, or use of this information is prohibited. Please notify the originator immediately to arrange for proper disposition.***