# EXHIBIT 8

# THE GBENJO LAW GROUP
8449 WEST BELLFORT AVENUE SUITE 100
HOUSTON, TEXAS 77071
PHONE: (713) 771-4775   FAX (713) 771-4784
PRACTICING LAW IN MD, D.C., GA, TX

## FAX COVER SHEET

| Attn:<br>  John C. Truong, Esquire | From:<br>  The Gbenjo Law Group |
|---|---|
| Company:<br>  U.S. Attorney's Office | Date:<br>  October 27, 2006 |
| Telephone No:<br>  (202) 307-0406 | Re:<br>  Hamilton v. Snow |
| Facsimile No:<br>  (202) 514-8780 | |
| Page No. with cover sheet:  01 | |

( ) **Via fax and Regular Mail**
(X) **Via facsimile only**

**Message**

**Dear Mr. Truong:**

    We have just received your fax of today (October 27, 2006) that came in about 15(fifteen) minutes ago (it is now 5:40 p.m. Eastern time. Your letter suggests that you will be supplementing your responses. In order to avoid piece meal motions to compel, we would need your consent to our motion to file our motion to compel discovery out of time. This is because it is clear from your letter that you definitely will not respond to some of the requests. Additionally, you clearly have procrastinated on this matter beyond measure. Thank you.