# EXHIBIT 9

Print - Close Window

**Date:** Tue, 09 May 2006 12:07:00 -0400
**From:** "Truong, John (USADC)" <John.Truong@usdoj.gov>
**Subject:** RE: Hamilton v. Snow: Defendant's Responses to Plaintiff's Discovery Requests
**To:** "The Gbenjo Law Group" <yourlawgroup@yahoo.com>

Anne:

My May and June are booked. Unless I hear otherwise from you, I will ask these witnesses for available dates in July.
Please advise whether July is a good month for you.

Many thanks,
John



John C. Truong
Assistant United States Attorney
555 4th Street, N.W.
Room E-4206
Washington, D.C. 20530
(202) 307-0406 (direct)
(202) 514-8780 (facsimile)
john.truong@usdoj.gov

---

**From:** The Gbenjo Law Group [mailto:yourlawgroup@yahoo.com]
**Sent:** Monday, May 08, 2006 9:36 PM
**To:** Truong, John (USADC)
**Subject:** RE: Hamilton v. Snow: Defendant's Responses to Plaintiff's Discovery Requests

I will open the attachment as soon as I have the chance to do so. Please provide me with availability for deposition dates of the Agency Officials that I gave you previously. Be sure to clear dates with them before providing them to me. I'd love to do the depositions together as I do not want to make a separate trip for the same purpose