# EXHIBIT 11

**From:** The Gbenjo Law Group [mailto:yourlawgroup@yahoo.com]
**Sent:** Monday, June 05, 2006 2:17 PM
**To:** Truong, John (USADC)
**Subject:** RE: Hamilton v. Snow - Depo dates

You would have to seek leave of court on this because you initially said May and June were not good for you. Now you are saying July is not good for you. I am unwilling to take the risk in light of the fact that discovery closes in August. You would have to find somebody in your office take them for you. There is no way.. absolutely no way July would not be good for ALL the witnesses. So give me dates.

"Truong, John (USADC)" <John.Truong@usdoj.gov> wrote:

> Anne:
>
> It appears that July is not a good as for me and the witnesses. Unless I hear otherwise from you, I'm asking the witnesses for their availability in August.
>
> John
>
>
> John C. Truong
> Assistant United States Attorney
> 555 4th Street, N.W.
> Room E-4206
> Washington, D.C. 20530
> (202) 307-0406 (direct)
> (202) 514-8780 (facsimile)
> john.truong@usdoj.gov