# EXHIBIT 12

Case 1:05-cv-01549-RBW    Document 23-13    Filed 10/28/2006    Page 1 of 2

# THE GBENJO LAW GROUP

8449 WEST BELLFORT AVENUE SUITE 100
HOUSTON, TEXAS 77071
PHONE: (713) 771-4775    FAX (713) 771-4784
PRACTICING LAW IN MD, D.C., GA, TX

## FAX COVER SHEET

| Attn: John C. Truong, Esquire | From: Anne J. A. Gbenjo |
|---|---|
| Company: U.S. Attorney's Office | Date: August 18, 2006 |
| Telephone No: (202) 307-0406 | Re: Hamilton v. Snow |
| Facsimile No: (202) 514-8780 | |
| Page No. with cover sheet: 03 | |

( ) **Via fax and Regular Mail**

(X) **Via facsimile only**

**Message**

Dear Mr. Truong:

You promised on Friday, August 11, 2006, that you were going to bring the Agency counsel to Annette Burrell's deposition of yesterday so that we could confer on my letter of May 30, 2006 to you, but you did not bring him. As a result, the discovery issues remains unresolved. Additionally, we were unable to speak with chambers on other issues relating to discovery yesterday since you stated that Mr. Cohen did not call you back. Outside of that, though you provided me with September 7, 2006, as Mr. Perkins' available date for deposition (and I have so noted), you have yet to file your motion for extension of time to complete discovery. I would ask that you get back with me by close of business on Monday, August 21, 2006 as to how all these issues will be resolved as time is of the essence. Should I also say it is suspect that you sent me a copy of Mr. Huston's subpoena? Have a good weekend.

Thank you,
A.G.