# EXHIBIT 13

## THE GBENJO LAW GROUP
8449 WEST BELLFORT AVENUE SUITE 100
HOUSTON, TEXAS 77071
PHONE: (713) 771-4775    FAX (713) 771-4784
PRACTICING LAW IN MD, D.C., GA, TX

## FAX COVER SHEET

| Attn: John C. Truong, Esquire | From: Anne J. A. Gbenjo |
|---|---|
| Company: U.S. Attorney's Office | Date: August 28, 2006 |
| Telephone No: (202) 307-0406 | Re: Hamilton v. Snow |
| Facsimile No: (202) 514-8780 | |
| Page No. with cover sheet: 01 | |

( ) Via fax and Regular Mail

(X) Via facsimile only

Message

**Dear Mr. Truong:**

As stated on August 23 and 24, 2006, your responses to Plaintiff's first and second sets of Interrogatories and request for Production of Documents are inadequate. The reasons are fully stated in our letter of May 30, 2006 to you. When the issue was raised again on August 23 and 24, you stated that you have not received a letter notifying you of the inadequacies of your responses to Plaintiff's second sets of discovery requests. Accept this letter as the notice. Once again, accept the same reasons stated in our letter of May 30, 2006 for making the requests. Fail not to contact us if you have any questions on the matter.

Thank you,
A.G.