# EXHIBIT 14

FROM U. S. ATTTORNEY'S    OFFICE          (WED) 8. 30' 06 13:42/ST. 13:42/NO. 4861391829 P  1



U.S. Department of Justice
United States Attorney
District of Columbia

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20530*

# USAO-DC
# FAX
## Cover

---

To:      Anne Ketra Hunter         From:    John C. Truong

Fax:     713-771-4784              Phone:   202-307-0406

Date:    August 30, 2006

Re:      Hamilton v. Snow, Civ. No. 05-1549 (RBW)

Page(s): Cover Page Only

COMMENTS:

Dear Ms. Hunter:

This is in response to your August 30, 2006 facsimile.

1. <u>Dates to confer on discovery issues</u>: I am not available on August 31st ,September 1st, and September 5th.  I am available on  September 7th but I will need to check with agency counsel to ensure that he is similarly available.  I will get back to you as soon as I can on this.

2. <u>Length of extension</u>: Given the remaining discovery issues in this case, I thought a 45-day extension is more appropriate.  I am baffle as to why Ms. Gbenjo does not agree to such an extension.  In any event, to avoid any further delay, I will file a consent  motion for a 30-day extension of the discovery deadline.

With regards,
John C. Truong

---

### U.S. ATTORNEY FACSIMILE COMMUNICATION

*WARNING: Information attached to this cover sheet is U.S. Government Property. If you are not the intended recipient of this information, disclosure, reproduction, distribution, or use of this information is prohibited. Please notify the originator immediately to arrange for proper disposition.*