**EXHIBIT 16**



U.S. Department of Justice
United States Attorney
District of Columbia

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20530*

# USAO-DC

# FAX

Cover

| To: | Anne J.A. Gbenjo, Esq. | From: | John C. Truong |
|-----|------------------------|-------|----------------|
| Fax: | 713-771-4784 | Phone: | 202-307-0406 |
| Date: | September 27, 2006 | | |
| Re: | Hamilton v. Snow, Civ. No. 05-1549 (RBW) | | |
| Page(s): | 2 pages | | |

COMMENTS:

Dear Ms. Gbenjo:

Thank you for your facsimile of September 26th.

It appears that you are mistaken for stating in your facsimile that Mr. Hamilton's medical release forms provided me with the contact information of his physicians. The signed forms merely provided the names of the physicians, not their addresses, phone number, or any other contact information. In any event, I appreciate your effort in getting the physicians' contact information for me.

Your deposition notices merely provided the locations and time of the depositions. The notices do not contain contact information of the court reporting services or the court reporters who transcribed the depositions. As you know, I need to contact the court reporters to obtain a copy of the transcripts. In any event, I thank you for providing the phone numbers of the court reporting services.

## U.S. ATTORNEY FACSIMILE COMMUNICATION

**WARNING: Information attached to this cover sheet is U.S. Government Property. If you are not the intended recipient of this information, disclosure, reproduction, distribution, or use of this information is prohibited. Please notify the originator immediately to arrange for proper disposition.**

As for responding to your September 15th letter, as I indicated to you and in Defendant's Motion for an Extension of the Discovery Deadline, we are still evaluating the merit of your arguments and hope to have a response soon. Furthermore, given my work obligations (i.e., I have to file an opposition to a cross motion for summary judgment by Friday, take a deposition next Monday, and file a Reply to a Motion for Summary Judgment next Tuesday), additional time may be needed to complete that evaluation process.

As for providing you with written concerns about Plaintiff's discovery responses, I hope to provide you with a letter soon.

Please do not hesitate to contact me if you have any questions.

With regards,
John C. Truong

## U.S. ATTORNEY FACSIMILE COMMUNICATION

**WARNING: Information attached to this cover sheet is U.S. Government Property. If you are not the intended recipient of this information, disclosure, reproduction, distribution, or use of this information is prohibited. Please notify the originator immediately to arrange for proper disposition.**