UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GARY HAMILTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1549 (RBW) |
| | ) | |
| JOHN SNOW, Secretary, | ) | |
| Department of the Treasury, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

In accordance with the Court's oral orders issued during the status conference held on November 1, 2006, it is hereby

**ORDERED** that the plaintiff's motion for leave to file out of time a motion to compel discovery is DENIED without prejudice. It is further

**ORDERED** that the plaintiff's unopposed motion to extend the time for discovery is GRANTED. Discovery shall close on December 11, 2006. It is further

**ORDERED** that a status conference in this matter shall be held on December 11, 2006, at 10:45 a.m., at which time the parties will advise the Court as to the existence of any outstanding discovery issues. If the parties' differences regarding discovery have not been fully resolved by this time, the Court will set a briefing schedule for the filing of motions to compel.[1]

---

[1] The Court reminds the parties once again of the General Order and Guidelines for Civil Cases issued in this case, which state that if the Court is called upon to resolve a discovery dispute-related motion, it will not hesitate to impose monetary sanctions against the non-prevailing attorney if it finds that the position of that side is unreasonable or wholly unsupported by law.

**SO ORDERED** this 2nd day of November, 2006.

                                                  REGGIE B. WALTON
                                                  United States District Judge