UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GARY HAMILTON, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-1549 (RBW) |
| JOHN SNOW, Secretary,<br>Department of the Treasury, | ) | |
| Defendant. | ) | |

**ORDER**

In accordance with the Court's oral orders issued during the status conference held on December 11, 2006, it is hereby

**ORDERED** that the plaintiff's motion to compel, if any, shall be filed by December 22, 2006.[1] The defendant's opposition thereto shall be filed by January 3, 2007, and the plaintiff's reply shall be filed by January 11, 2007. It is further

**ORDERED** that this case is referred to a Magistrate Judge for the purpose of settlement discussions for a period beginning December 12, 2006, and ending February 12, 2007. It is further

**ORDERED** that a status conference in this matter shall be held on February 23, 2007, at 11:15 a.m.

---

[1] The Court reminds the parties once again of the General Order and Guidelines for Civil Cases issued in this case, which state that if the Court is called upon to resolve a discovery dispute-related motion, it will not hesitate to impose monetary sanctions against the non-prevailing attorney if it finds that the position of that side is unreasonable or wholly unsupported by law.

**SO ORDERED** this 11th day of December, 2006.

                                                  REGGIE B. WALTON
                                                  United States District Judge