

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY HAMILTON,

       Plaintiff,

v.                                CASE NO.: 05-1549 (RBW)

JOHN SNOW,

       Defendant.

Washington, D.C.
August 17, 2006

DEPOSITION OF:

ANNETTE BURRELL

called for examination by counsel for the Plaintiff, pursuant to notice of deposition, in the offices of Neal Gross & Co., 1323 Rhode Island Avenue, N.W., Washington, D.C., when were present on behalf of the respective parties:

47

1    class and the Introduction to Industrial Hygiene. Are
2    they one or two-day classes that you listed in your
3    application, right?
4         A    Yes, something like that. Two to three
5    days.
6         Q    Okay. Now, other than those classes, the
7    one, two, three-day classes that you did state in your
8    application, did you have any other training relating
9    to safety?
10        A    I think there were two or three other like
11   two to three-day classes that were not listed in my
12   application -- I went back and looked in my
13   application, that I'm -- I can't remember exactly what
14   the titles that they were. Principles of Industrial
15   Hygiene, HAZCOM for the Non-Scientific something. It
16   was a three-day course.
17        Q    Okay. Now so you never had any formal
18   training in security?
19        A    In security?
20        Q    Yes.
21        A    No.
22        Q    Never had any formal training in safety?

```
 1    A    Other than what I've --
 2    Q    Other than these one, two, three-day
 3  training --
 4    A    -- what -- what we've already talked
 5  about?
 6    Q    -- that we've talked about?
 7    A    No, on-the-job.
 8    Q    Okay.  Okay.
 9    A    Just on-the-job training experience.
10    Q    So you don't have any kind of a degree at
11  all?
12    A    No.
13    Q    No college degree?
14    A    No.
15    Q    What are your current job duties?
16    A    What are my --
17    Q    Yes.
18    A    -- current job duties?
19    Q    Yes.
20    A    They range from leading teams, developing
21  processes and procedures,, issuing guidance, policy
22  statements, developing training material.
```

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433    WASHINGTON, D.C. 20005-3701    (202) 234-4433