


1

***** C O N F I D E N T I A L *****

```
 1       IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA
 2  _____

 3  GARY HAMILTON,                          x
                                            :
 4                 Plaintiff,                :
         vs.                                : Civil Action
 5                                          : No. 05-1549
    JOHN SNOW, Secretary Department         :
 6  of Treasury,                            :
                   Defendant.                x
 7  _____

 8                      Washington, D.C.

 9                      Thursday, August 24, 2006

10

11  VIDEOTAPED DEPOSITION OF:

12                  GARY HAMILTON,

13  the plaintiff, was called for examination by counsel

14  for the defendant in the above-entitled matter,

15  pursuant to Notice and agreement of the parties as

16  to time and date, taken at the offices of the

17  United States Department of Justice, 501 Third

18  Street, N.W., Washington, D.C., convened at

19  approximately 10:10 o'clock, a.m., before Catherine B.

20  Crump, a court reporter and Notary Public in and for

21  the District of Columbia, when were present on

22  behalf of the respective parties:
```



**CAROL J. THOMAS STENOTYPE REPORTING SERVICES, INC.**
3162 MUSKET COURT
FAIRFAX, VIRGINIA 22030
(703) 273-9221

```
 1  asked.
 2              THE WITNESS:  It was a common practice
 3  that blacks generally was not afforded details
 4  similar to whites.  It was grossly, even more gross
 5  disparate when you looked at white females versus
 6  black males.
 7              BY MR. TRUONG:
 8       Q.   Are you finished with your answer?
 9              MS. GBENJO:  Objection.  Let him finish.
10              THE WITNESS:  Ms. Burrell had inferior
11  qualification s.  Ms. Burrell didn't have a degree.
12  Ms. Burrell had one or two accounting courses.  I
13  have Executive Leadership specific to the Federal
14  Government.  I have a master's degree in a
15  health-related and safety-related field.  At the
16  time, I had 17 years of specialized safety
17  experience in the Federal Government.  Ms. Burrell
18  did not have such qualification, and that is my
19  answer.
20              BY MR. TRUONG:
21       Q.   Leaving aside the qualifications that
22  you describe, did you make it known to anyone that
```

```
 1        Q.    Selected whom?
 2        A.    Ms. Burrell.
 3        Q.    Okay.  Now --
 4              [Videographer confers with Mr. Truong.]
 5              MR. TRUONG:  Okay.
 6              MS. GBENJO:  Oh.  We have to stop?  I
 7 think I'm done, but I'm just looking.
 8              VIDEOGRAPHER:  We're off the record at
 9 4:35.
10              [Recess for videographer to change
11 tape.]
12              VIDEOGRAPHER:  We're back on the record
13 at 4:37.
14              BY MS. GBENJO:
15        Q.    Mr. Hamilton, during your tenure at the
16 IRS, did you ever have the opportunity to observe
17 Paul Carroll and Stuart Burns's relationship?
18        A.    Yes, I did.
19        Q.    And how would you describe it?
20        A.    Very close friends.
21        Q.    What is that based on?
22        A.    They went out to lunch together a lot
```