

1

IN THE U.S. DISTRICT COURT OF

THE DISTRICT OF COLUMBIA

+ + + + +

In the Matter of:

GARY HAMILTON,

    Plaintiff,

v.

JOHN SNOW,

    Defendant.

CASE NO. 05-1549 (RBW)

Washington, D.C.

Tuesday, July 25, 2006

DEPOSITION OF:

JOHN STUART BURNS

called for examination by counsel for the Plaintiff, pursuant to notice of deposition in the offices of Neal Gross & Co., 1323 Rhode Island Avenue, N.W., when were present on behalf of the respective parties:

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVENUE, N.W.
WASHINGTON, D.C. 20005

(202) 234-4433                                              (202) 234-4433

1    Q    Okay.  Now, do you know what Paul
2    Carroll's position was at the time that he ranked
3    these applicants?
4    A    Officially, no.
5    Q    Unofficially?
6    A    He worked for -- he worked within our
7    Architect and Engineering Group.  I know where he
8    reported, but I don't know what his function was.
9    Q    All of what you just told a few minutes
10   ago, did you have any reason for conducting the
11   interview of the applicants?
12   A    No.
13   Q    Did you say no?  I can't --
14   A    Correct.
15   Q    Sorry, I can't hear you.
16   MR. TRUONG:  Mr. Burns, we need you to
17   speak up.
18   MS. GBENJO:  Yes.
19   MR. TRUONG:  Because we have the AC
20   running in the background.
21   THE WITNESS:  Okay.
22   MR. TRUONG:  That creates a lot of

1    Q    Are you aware of any requirements that say
2  that the applicants must know if interview will be
3  used as a selection tool?
4    A    I'm not aware of any requirement.
5    Q    Tell me why you did not select Mr.
6  Hamilton for that position.
7    A    I didn't feel that his interview went very
8  well.
9    Q    In what aspects?
10   A    My recollection was that the answers were
11 not clear and concisely aligned with the questions
12 that were asked and that we had to do a significant
13 amount of follow-up to the questions to try to get the
14 answers to the question.
15   Q    Okay. Other than that?
16   A    Other than that, I respect his technical
17 capabilities in industrial hygiene and I felt that
18 there was some level of reliance on that technical
19 aspect which was -- which I already had two positions
20 that were industrial hygienists in the organization
21 and didn't feel that I needed.
22   Q    Other than that?

122

1  Q    Right? Okay. Okay. Now, you were also
2  a voting member at that interview, were you not?
3  A    A voting member?
4  Q    Um-hum.
5  A    We didn't actually vote, but I was on the
6  panel, yes.
7  Q    Okay. In other words, what you felt about
8  each candidate played a role in the decision that was
9  eventually made? In other words, in the selection.
10 A    We had discussion among the three of us of
11 the credentials on paper and after the interview of
12 the interview, how the interview went. And we talked
13 about how we thought they -- each of the interviewees
14 fared in the interview process. So I don't know if I
15 answered your question.
16 Q    Now, other than the interview, did you
17 have any other reason for rejecting Mr. Hamilton for
18 that position?
19 A    No.
20 Q    Now, you said you all talked, you meaning
21 the panel?
22 A    Yes.

151

1  write the answer to the question is the applicant
2  tried this and this and this and this, but that fails
3  to answer the question. I don't write comments like
4  that.
5      Q   In other words, you can't look at the
6  interview notes today and say this is the reason I
7  picked or did not select this person. Is that a true
8  statement?
9      A   Correct.
10     Q   Now, I believe you testified earlier that
11 the decision to -- that the selection decision was
12 made subjectively, right?
13     A   The interview portion was not an objective
14 process.
15     Q   It was subjective?
16     A   It was subjective.
17     Q   Okay. I'm almost done, but I'm not done.
18 Now, when was the -- when did these people submit the
19 applicational packet? Do you know? Do your
20 candidates hold a position?
21     A   No, I don't know when they submitted.
22     Q   Did you have anything to do with that