**UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **Gary Hamilton**,               ) | |
|                                  ) | |
|     Plaintiff,   ) | Case No.: 05-CV-01549 (RBW) |
| v.                               ) | |
|                                  ) | |
| **Henry M. Paulson, Jr.**,       ) | |
|                                  ) | |
|     Defendant    ) | |

**DEFENDANT'S MOTION TO AMEND
THE COURT'S DECEMBER 11, 2006 MINUTE ORDER**

Defendant Henry M. Paulson, Jr.,[1] Secretary, U.S. Department of the Treasury, in his official capacity, hereby moves to amend the Court's December 11, 2006 Minute Order by moving all dates by 21 days. Pursuant to Local Rule 7(m), the undersigned sent a facsimile to Plaintiff's counsel seeking consent for this Motion; however, at the time of this filing, the undersigned has not heard from counsel.

At the status hearing on December 11, 2006, the Court set forth a briefing schedule allowing Plaintiff to file his motion to compel on December 22, 2006; Defendant to respond on January 3, 2007, and Plaintiff to file a Reply on January 11, 2007. See Dec. 11, 2006 Minute Order.

There is good cause to grant this Motion. First, the undersigned and agency counsel are on scheduled leave from December 23, 2006, through January 1, 2006, and will not return to the

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Secretary Paulson automatically succeeds former Secretary John Snow as the official defendant.

office until January 2, 2007, only one day prior to Defendant's response deadline. Therefore, Defendant will need additional time to evaluate Plaintiff's motion to fashion an appropriate response. Second, upon return to the office, the undersigned has other pressing deadlines that are not amenable to extension. For instance, the undersigned has to file a Reply to a Motion for Summary Judgment in Bolden v. Ashcroft, No. 03-1030 (D.D.C.) (EGS). The deadline for the Reply was extended twice. During the week of January 8th, the undersigned has to file an appellate opposition brief in ACT v. USAID, No. 06-5147 (D.C. Cir.); two motions for summary affirmance in Carter v. Dep't of the Navy, No. 06-5378 (D.C. Cir.) and Newby v. Dep't of Transportation, No. 06-5245 (D.C. Cir.). In that same week, the undersigned has two mediation sessions before Magistrate Judges Kay and Facciola.

Third, during the week of January 15th, the undersigned has to file three motions for summary judgment in Alexander v. Tomlinson, No. 05-767 (D.D.C.) (ESH); Carter-Foster v. Rice, 04-2064 (JR); and Elion v. Jackson, No. 05-992 (PLF). The deadlines for these motions have been extended at least twice. Given these pressing obligations, the undersigned needs the additional time to conduct proper research to respond to Plaintiff's Motion to Compel. However, during this time, Defendant will reach out to Plaintiff to attempt to further narrow the issue (if possible) prior to responding to Plaintiff's Motion.

For these reasons, the Court should grant Defendant's Motion and amend the December 11th Minute Order as follows:

| Events | Current Deadlines | Proposed Deadlines |
| --- | --- | --- |
| Defendant's Opposition | January 3, 2007 | January 24, 2007 |
| Plaintiff's Reply | January 11, 2007 | February 2, 007 |

Dated: December 22, 2006.  Respectfully Submitted,

   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for Defendant

UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Gary Hamilton**, ) | |
| ) | |
| Plaintiff, ) | Case No.: 05-CV-01549 (RBW) |
| v. ) | |
| ) | |
| **Henry M. Paulson, Jr.**, ) | |
| ) | |
| Defendant ) | |

## ORDER

Upon consideration of Defendant's Motion to Amend the December 11, 2006 Minute Order and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Defendant's Motion to Amend the December 11, 2006 Minute Order be and is hereby GRANTED; and it is

FURTHER ORDERED that the December 11, 2006 Minute Order be and is hereby AMENDED as follows:

| Events | Deadlines |
|---|---|
| Defendant's Opposition | January 24, 2007 |
| Plaintiff's Reply | February 2, 007 |

SO ORDERED.

_____
U.S. District Judge