**UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **Gary Hamilton**, ) | |
| ) | |
| Plaintiff, ) | Case No.: 05-CV-01549 (RBW) |
| v. ) | |
| ) | |
| **Henry M. Paulson, Jr.**, ) | |
| ) | |
| Defendant ) | |

**DEFENDANT'S MOTION FOR AN EXTENSION
OF TIME**

Defendant Henry M. Paulson, Jr.,[1] Secretary, U.S. Department of the Treasury, in his official capacity, hereby moves for an extension of time from January 24, 2007, to January 30, 2007, to respond to Plaintiff's Motion to Compel. Pursuant to Local Rule 7(m), the parties conferred and Plaintiff's counsel opposes this Motion.

There is good cause to grant this Motion. Defendant fully intended to file a response to Plaintiff's Motion to Compel by January 24, 2007, the due date;[2] however, two events occurred that prevented the undersigned from completing the response in time for agency and supervisory review prior to filing it with the Court. First, the undersigned had a client meeting out of the office today that lasted longer than anticipated and did not return to the office until in the

---

[1]  Pursuant to Fed. R. Civ. P. 25(d), Secretary Paulson automatically succeeds former Secretary John Snow as the official defendant.

[2]  On December 22, 2006, Defendant filed a motion for an extension of time from January 3, 2007, to January 24, 2006, to file the response. See Dkt. No. 29. To date, the Court has not ruled on that motion.

afternoon.  Second, Defendant's response will include certain factual representations that would require confirmation and likely inclusion of a declaration of agency counsel.  Unfortunately, the undersigned did not have an opportunity today to consult with agency counsel on the issue.

Defendant needs until January 30, 2007, to file the response because of other pressing obligations.  Specifically, the undersigned is scheduled to appear before Judge Leon for a status hearing in MDL Lit. No. 1688.  The undersigned anticipates that the hearing will consume most of the afternoon because this matter involves multiple plaintiffs and defendants.  The undersigned is meeting with the client in early afternoon to prepare for this hearing.

Furthermore, the undersigned is scheduled to travel to New York City tomorrow evening for an oral argument in the Second Circuit on Friday January 26, 2007.  Given these obligations, the undersigned will not be able to complete consulting with agency counsel and obtaining any required declarations until next Monday January 29, 2007, and anticipates filing the response on January 30, 2007.

For these reasons, the Court should grant Defendant's Motion for an Extension of time until January 30, 2007, to file a response to Plaintiff's Motion to Compel.

Dated: January 24, 2007.                    Respectfully Submitted,


                                             /s/  Jeffrey A. Taylor
                                            JEFFREY A. TAYLOR, D.C. BAR # 498610
                                            United States Attorney

                                             /s/  Rudolph Contreras
                                            RUDOLPH CONTRERAS, D.C. BAR #434122
                                            Assistant United States Attorney

                                             /s/  John C. Truong
                                            JOHN C. TRUONG, D.C. BAR #465901
                                            Assistant United States Attorney
                                            555 Fourth Street, N.W.
                                            Washington, D.C.  20530
                                            (202) 307-0406

                                            Attorneys for Defendant

UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **Gary Hamilton**, ) | |
| ) | |
| Plaintiff, ) | Case No.: 05-CV-01549 (RBW) |
| v. ) | |
| ) | |
| **Henry M. Paulson, Jr.,** ) | |
| ) | |
| Defendant ) | |

### ORDER

Upon consideration of Defendant's Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that Defendant's Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including January 30, 2007, to respond to Plaintiff's Motion to Compel.

_____
U.S. District Judge