IN THE UNITED STATED DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

```
********************************
GARY HAMILTON,                 *
Plaintiff                      *
                               *
v.                             *        CASE NO.: 05-cv-1549 (RBW)
                               *
JOHN SNOW,                     *
Defendant                      *
********************************
```

### CONSENT MOTION FOR EXTENSION OF ONE WEEK FOR PLAINTIFF TO FILE HIS REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL

Plaintiff, by and through the undersigned counsel, moves this Honorable Court for extension of one week in which to file his Reply to Defendant's Opposition To Plaintiff's Motion to Compel and for reason states that Plaintiff's counsel has in the past few weeks been busy preparing for trial in the case, Reese v. Porter, Case No. 03-1987 (EGS). However, Judge Sullivan recently notified counsel that he has two criminal cases, both of which take priority over our civil case, and therefore would not be able to try our case until fall. As a result of the preparation for that trial, the undersigned counsel was unable to ready the Reply that is the subject of this motion[1]. As it is, counsel anticipates that she would complete the Reply within the next week. The opposing counsel consents to this motion.

WHEREFORE, for these and other reasons that appear reasonable, proper and just to this Honorable Court, Plaintiff prays that this motion be granted.

Respectfully Submitted,

---

[1] Under the existing schedule, the Plaintiff's Reply is due today or tomorrow depending on whether one uses the Court's own schedule of the defendant's.

## THE GBENJO LAW GROUP

_____/s/_____
Anne Gbenjo, 447840
8449 West Bellfort Avenue
Suite 100
Houston, Texas 77071
Phone: 713.771.4775
Fax: 713.771.4784
Counsel for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this 7th day of February 2007, a copy of the foregoing Motion was sent to all to all parties as follows:

John C. Truong, Esquire
United States Attorney
555 Fourth St. N.W.
Washington, D.C. 20530

_____/s/_____
Anne Gbenjo

IN THE UNITED STATED DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
GARY HAMILTON,            \*
Plaintiff                 \*
                          \*
v.                        \*       CASE NO.: 05-cv-1549 (RWB)
                          \*
JOHN SNOW,                \*
Defendant                 \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Upon consideration of Plaintiff's Consent Motion For Extension of One Week in Which to File His Reply to Defendant's Opposition to Plaintiff's Motion to Compel, good cause having been shown, it is on this _____ day of _____ 2006, by the Unites States District Court of the District of Columbia, hereby,

ORDERED that, the Motion is GRANTED.

_____
JUDGE WALTON

COPIES TO:

ANNE GBENJO, ESQUIRE

JOHN TRUONG, ESQUIRE