1      A      Yes.

2      Q      Now at the end of the interview, did the

3  panel members meet to make a decision on who was

4  selected or to be selected?

5      A      We probably did.  We probably gave our

6  opinions to Stuart.

7      Q      Okay.  Was there a determination right

8  there and then as to who the selectee would be?

9      A      I don't know.

10     Q      Is it fair to say, Mr. Huston, that at the

11  time the interview concluded in 2003 you did not know

12  who the selected applicant was?

13     A      Probably because Stuart probably didn't

14  have the authority to make that final selection.  It

15  would had to have been his boss.

16     Q      That was your understanding then.  Is that

17  right?

18     A      Well, I understand the process and the

19  process is you have to go up a level above the

20  selecting official.

21     Q      For that reason, you expect that the

22  process will be followed.  Isn't that true?



**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C.  20005-3701          www.nealr


EXHIBIT
EXH 1