**Merit Promotion Plan    6.335.1**                                                        page 29

---

    unduly hamper operations, or greatly inconvenience the employee involved. Such exceptions can be made only by mutual concurrence of the gaining and losing Divisions.

(2) An employee's promotion will under no circumstances be delayed beyond two full pay periods after selection unless the employee agrees to the delay. It is not required that the promotion effective date and the reporting date be the same. If they are not the same, applicable detail requirements apply.

6.335.1.12.16 (08-01-2002)
**Documentation**

(1) Documentation of a promotion action must be sufficient for a reviewer to reconstruct the action in its entirety, including reasons for determining qualified, highly qualified and best qualified. Complete promotion files must be maintained for two years from the date final selection is made and the selecting official signs the appropriate selection form. There is no need to duplicate information available in the Promotion Plan, the negotiated agreement or in other Personnel records.

(2) The promotion folder must contain, at a minimum, the following information:

  a. Identification of the position and the plan under which it was filled;
  b. Area of consideration;
  c. Justification from management if the area of consideration is restricted;
  d. Qualification standard and selective placement factors (including the validity documentation requirements for selective placement factors)
  e. Copy of the vacancy announcement;
  f. Evaluation methods (e.g. performance appraisals, applications, etc.);
  g. Evaluation criteria (e.g. KSAs, behavioral indicators, etc.) - including documentation of job analysis data and other data necessary to document the validity and job relatedness of the promotion procedures; or in the case of nationally developed criteria, a notation as to where this information may be found;
  h. System for ranking candidates and how it was applied to each eligible candidate (e.g. crediting plan);
  i. Names of all candidates;
  j. Basic eligibility determinations on all candidates (e.g. a completed qualification determination record, a complete application, etc.);
  k. Names of all eligible candidates;
  l. Names of all highly-qualified candidates;
  m. Names of those referred to the selecting official;
  n. Name(s) of the individual(s) selected; and
  o. Any other information that may be needed to explain actions taken in qualification, evaluation and selection processes (i.e. cancellation notice).

(3) The personnel action of the selected candidate must indicate whether the promotion was made under competitive procedures, as a career promotion or as an exception to competitive promotion procedures and

---

EXHIBIT 5