49

1      A    Yes.

2      Q    Now at the end of the interview, did the panel members meet to make a decision on who was selected or to be selected?

5      A    We probably did.  We probably gave our opinions to Stuart.

7      Q    Okay.  Was there a determination right there and then as to who the selectee would be?

9      A    I don't know.

10     Q    Is it fair to say, Mr. Huston, that at the time the interview concluded in 2003 you did not know who the selected applicant was?

13     A    Probably because Stuart probably didn't have the authority to make that final selection.  It would had to have been his boss.

16     Q    That was your understanding then.  Is that right?

18     A    Well, I understand the process and the process is you have to go up a level above the selecting official.

21     Q    For that reason, you expect that the process will be followed.  Isn't that true?

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433    WASHINGTON, D.C. 20005-3701    www.nealr



EXHIBIT EXH 1