IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
GARY HAMILTON,                         )

    Plaintiff                            )

v.                                     )  CASE NO.: 05-cv-1549 (RWB)

JOHN SNOW,                             )

    Defendant                            )
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ERRATA**

    Plaintiff, by and through counsel files his Errata which consists of Exhibits 1 & 4 to his Reply to Defendant's Opposition to Plaintiff's Motion to Compel.

These Exhibits covers were inadvertently left out yesterday when the Reply was filed.

The Exhibits with their covers are attached hereto.

Respectfully submitted,

**THE GBENJO LAW GROUP**

/s/
Anne J.A. Gbenjo, 447840
8449 West Bellfort Suite 100
Houston, Texas 77071
Phone:  713-771-4775
Fax: 713-771-4784
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this 16th day of December 2007, I sent via first class mail, a copy of the Foregoing Plaintiff's Errata to Reply to all parties as follows:

John Truong, Esquire
Assistant United States Attorney
555 Fourth Street N.W.
Washington, D.C. 20530

/s/
Anne Gbenjo.