1

IN THE U.S. DISTRICT COURT OF
THE DISTRICT OF COLUMBIA

GARY HAMILTON

    Plaintiff

v                           Case No.
                            05-1549 (RBW)

JOHN SNOW, Secretary
U.S. Department of
the Treasury

    Defendant.

Thursday, August 23, 2006

DEPOSITION OF

MICHAEL HUSTON

called for examination by counsel for the plaintiff, pursuant to notice of deposition, in the offices of JoAnn Myles, at 1300 Mercantile Lane, Suite 139-S, at 9:30 a.m., when were present on behalf of the respective parties:



**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433    WASHINGTON, D.C. 20005-3701    www.nealrgross.com

49

```
 1    A    Yes.
 2    Q    Now at the end of the interview, did the
 3  panel members meet to make a decision on who was
 4  selected or to be selected?
 5    A    We probably did.  We probably gave our
 6  opinions to Stuart.
 7    Q    Okay.  Was there a determination right
 8  there and then as to who the selectee would be?
 9    A    I don't know.
10    Q    Is it fair to say, Mr. Huston, that at the
11  time the interview concluded in 2003 you did not know
12  who the selected applicant was?
13    A    Probably because Stuart probably didn't
14  have the authority to make that final selection.  It
15  would had to have been his boss.
16    Q    That was your understanding then.  Is that
17  right?
18    A    Well, I understand the process and the
19  process is you have to go up a level above the
20  selecting official.
21    Q    For that reason, you expect that the
22  process will be followed.  Isn't that true?
```