IN THE UNITED STATED DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*******************************
GARY HAMILTON,              *
Plaintiff                           *
                                 *
v.                              *       CASE NO.: 05-cv-1549 (RBW)
                                 *
JOHN SNOW,                 *
Defendant                     *
*******************************

**PLAINTIFF'S MOTION FOR LEAVE TO PARTICIPATE IN THE STATUS CONFERENCE OF FEBRUARY 27, 2007 BY PHONE**

Plaintiff by and through counsel seeks leave of this Honorable Court to participate in the Status Conference Scheduled for February 27, 2007 by phone and for reason states that Plaintiff's counsel has a personal family matter which requires her assistance. As a result of this matter, counsel will travel out of Texas to Georgia on the night of February 23, 2007. She will not return to Texas until late Sunday night, February 25, 2007. (See Exh.1. Itinerary). Upon her return to Texas, she would need to do certain things which require that she be physically present in Texas for about two to three days, to complete her assistance with the issues in Georgia. As a result, counsel will not be able to attend the Status Conference of February 27, 2007, other than by phone.

If however, the Court prefers that the undersigned appears in person for the Status Conference, the undersigned will be glad to appear at a future date set by the Court - during the month of March. The undersigned counsel contacted the opposing counsel's office earlier today but has not heard from him regarding his position on this motion.

Wherefore, Plaintiff prays that this motion be granted.

Respectfully Submitted,

## THE GBENJO LAW GROUP

/s/
Anne Gbenjo, 447840
8449 West Bellfort Avenue
Suite 100
Houston, Texas 77071
Phone: 713.771.4775
Fax: 713.771.4784
Counsel for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this 22nd day of February 2007, a copy of the foregoing Motion was sent to all to all parties as follows:

John C. Truong, Esquire
United States Attorney
555 Fourth St. N.W.
Washington, D.C. 20530

/s/
Anne Gbenjo

IN THE UNITED STATED DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| GARY HAMILTON, | \* | |
| Plaintiff | \* | |
| | \* | |
| v. | \* | CASE NO.: 05-cv-1549 (RBW) |
| | \* | |
| JOHN SNOW, | \* | |
| Defendant | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Upon consideration of Plaintiff's Consent Motion For Leave to Participate in Status Conference by Phone, good cause having been shown, it is on this _____day of _____ 2007 by the Unites States District Court of the District of Columbia, hereby,

ORDERED that, the Motion is GRANTED.

_____
JUDGE WALTON

COPIES TO:

ANNE GBENJO, ESQUIRE

JOHN TRUONG, ESQUIRE