| | | |
|---|---|---|
| This message is not flagged. [ Flag Message - Mark as Unread ] | | Printable View |
| **Date:** | Mon, 19 Feb 2007 13:35:20 -0500 (EST) | |
| **From:** | DeltaElectronicTicketReceipt@delta.com  Add to Address Book  Add Mobile Alert | |
| **To:** | YOURLAWGROUP@YAHOO.COM | |
| **Subject:** | ANNE G HOUSTON-HOBBY 23FEB07 | |





(Scan this barcode at a Delta Self-Service Kiosk to access your reservation.)

## Your Receipt and Itinerary

ANNE GBENJO
2110 MEADOW PARK CIRCLE
MISSOURI CITY TX 77459

Thank you for choosing Delta. We encourage you to review this information before your trip. If you need to contact Delta or check on your flight information, go to delta.com, call 800-221-1212 or call the number on the back of your SkyMiles® card.

Now, managing your travel plans just got easier. You can exchange, reissue and refund electronic tickets at delta.com. Take control and make changes to your itineraries at delta.com/itineraries.

Speed through the airport. Check-in online for your flight.     ---> **Check-in**

## Flight Information

```
DELTA CONFIRMATION #:  DTNJ3F
TICKET #:  00623297175292
                                    Bkng                           Meals/    Seat/
Day Date      Flight        Status  Class    City          Time    Other     Cabin
--- -----    --------------  ------  -----   ---------------  ------  ------   -------
Fri 23FEB DELTA 6459*         OK      T    LV HOUSTON-HOBBY  610P              13A
                                           AR ATLANTA        917P              COACH
              *Operated by SHUTTLE AMERICA

Sun 25FEB DELTA 938           OK      T    LV ATLANTA        704P              17A
                                           AR HOUSTON-HOBBY  825P              COACH
```

| | |
|---|---|
| Check your flight information online at delta.com or call the Delta Flightline at **800-325-1999**. | Key to Terms<br># - Arrival date different than departure date<br>** - Check in required |
| Baggage and check-in requirements vary by airport. Please review Delta's Check-In Requirements for details. Please check in with the operating carrier. | *** - Multi meals<br>*$ - Multiple seats |