UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY HAMILTON,<br><br>       Plaintiff,<br><br>       v.<br><br>JOHN SNOW, Secretary,<br>Department of the Treasury,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-1549 (RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

In accordance with the Court's oral orders issued during the status conference held on February 27, 2007, it is hereby

**ORDERED** that the Plaintiff's Motion to Compel Production of the Personnel Staff Involved in the Selection Process for Deposition is GRANTED. Thus, the plaintiff may depose the individual identified in his motion, if such deposition is completed by March 28, 2007. This deposition shall last no longer than three hours. In addition, any costs incurred by the defendant that are associated with taking the deposition shall be reimbursed by the plaintiff.[1] It is further

**ORDERED** that a status conference in this matter shall be held on April 18, 2007, at 9:00 a.m.

---

[1] The Court made this ruling because of its extreme skepticism that the taking of this deposition will "lead to the discovery of admissible evidence." Fed. R. Civ. P. 26(b)(1). However, as the Court stated during the February 27, 2007 status conference, it will consider revisiting this aspect of its Order if it is plainly apparent, after this matter has been resolved, that information the plaintiff was entitled to discover was disclosed as a result of the taking of this deposition.

**SO ORDERED** this 28th day of February, 2007.


                    REGGIE B. WALTON
                    United States District Judge