IN THE UNITED STATED DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| GARY HAMILTON, | * |
| Plaintiff | * |
| | * |
| v. | *   CASE NO.: 05-cv-1549 (RBW) |
| | * |
| JOHN SNOW, | * |
| Defendant | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CONSENT MOTION TO GRANT PLAINTIFF LEAVE TO PARTICIPATE IN THE STATUS CONFERENCE OF APRIL 18, 2007 BY PHONE

Plaintiff by and through counsel seeks leave of this Honorable Court to participate in the Status Conference Scheduled for April 18, 2007 by phone and for reason states that due to certain personal family matter and other constraints and restraints, Plaintiff's counsel will be unable to be physically present for the Status Conference of April 18, 2007. In fact, Plaintiff actually proposed that the parties submit to this Honorable Court, a proposed order setting motions deadlines but the parties have not been able to confer on how to execute the proposal.

If the Court grants this motion, Plaintiff will utilize the same phone number (202-354-3479) given by the Court the last time (February 27) in order to participate in the Conference of April 18, 2007. In the unlikely event that the Court is disinclined to grant this motion, Plaintiff is available on May 11 or May 18, 2007 for the Status Conference. Defendant consents to this motion.

Wherefore, Plaintiff prays that this motion be granted.

Respectfully Submitted,

**THE GBENJO LAW GROUP**

                      /s/
                Anne Gbenjo, 447840
                8449 West Bellfort Avenue
                Suite 100
                Houston, Texas 77071
                Phone: 713.771.4775
                Fax: 713.771.4784
                Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this 16th day of April 2007, a copy of the foregoing Motion was sent to all to all parties as follows:

John C. Truong, Esquire
United States Attorney
555 Fourth St. N.W.
Washington, D.C. 20530

                /s/
                Anne Gbenjo

IN THE UNITED STATED DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

```
*******************************
GARY HAMILTON,                 *
Plaintiff                      *
                               *
v.                             *        CASE NO.: 05-cv-1549 (RBW)
                               *
JOHN SNOW,                     *
Defendant                      *
********************************
```

### ORDER

Upon consideration of Plaintiff's Consent Motion For Leave to Participate in Status Conference by Phone, good cause having been shown, it is on this _____ day of _____ 2007 by the Unites States District Court of the District of Columbia, hereby,

ORDERED that, the Motion is GRANTED.

_____
JUDGE WALTON

COPIES TO:

ANNE GBENJO, ESQUIRE

JOHN TRUONG, ESQUIRE