UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **Gary Hamilton**, | ) ) ) | |
| Plaintiff, | ) | Case No.: 05-CV-01549 (RBW) |
| v. | ) ) | |
| **Henry M. Paulson, Jr.**, | ) ) | |
| Defendant | ) ) | |

**DEFENDANT'S CONSENT MOTION TO AMEND
THE COURT'S APRIL 18, 2007 MINUTE ORDER**

Pursuant to Fed. R. Civ. P. 6(b), Defendant respectfully requests a 21-day extension of all deadlines set forth in the Court's April 18, 2007 Minute Order. Pursuant to Local Rule 7(m), the parties conferred and Plaintiff's counsel consented this Motion.

There is good cause to grant this Motion. The Court's April 18th Minute Order set July 20, 2007, as the deadline for dispositive motions. Defendant fully intended to file its Motion for Summary Judgment on July 20, 2007, the due date; however, other pressing matters (including a two and one-half week trial in Adams v. Mineta with the Court) have prevented the undersigned from devoting substantial time to preparing the summary judgment motion. Specifically, over the past three weeks, in addition to the trial, the undersigned had to file a reply in Alexander v. Tomlinson, Civ. No. 05-767 (D.D.C.) (ESH); a reply in support of a motion for summary affirmance in Adams v. Rice, No. 07-5101 (D.C. Cir.); and an opposition to a motion to compel in an MDL matter, Civ. No. 04-1639, MDL 1688 (D.D.C.) (RJL).

In addition, the undersigned had to defend several Rule 30(b)(6) depositions. The

undersigned also had to devote substantial time preparing an opposition to a motion to strike in Elion v. Jackson, Civ. No. 05-992 (D.D.C.) (PLF). In the next two weeks, the undersigned has an omnibus motions hearing in the MDL matter that includes argument on three discovery motions. The undersigned will also need to file an opposition to a motion to compel in Porter v. Johson, Civ. No. 04-2121 (D.D.C.) (PLF). Additional time is need for the undersigned counsel to complete preparing the motion for summary and circulate it for client and supervisory review.

For the foregoing reasons, the Court should grant Defendant's Motion and amend the April 18, 2007 Minute Order as follows:

| Events | Current Deadlines | Proposed Deadlines |
| --- | --- | --- |
| Dispositive Motions | July 20, 2007 | August 10, 2007 |
| Oppositions | August 17, 2007 | September 10, 2007 |
| Replies | August 21, 2007 | September 30, 2007 |

Dated: July 16, 2007.                         Respectfully Submitted,

   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **Gary Hamilton**, ) | |
| ) | |
| Plaintiff, ) | Case No.: 05-CV-01549 (RBW) |
| v. ) | |
| ) | |
| **Henry M. Paulson, Jr.**, ) | |
| ) | |
| Defendant ) | |

## ORDER

Upon consideration of Defendant's Consent Motion to Amend the Court's April 18, 2007 Minute Order and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that Defendant's Consent Motion to Amend the Court's April 18, 2007 Minute Order be and is hereby GRANTED; and it is

FURTHER ORDERED that the Minute Order be and is hereby AMENDED as follows:

| Events | Deadlines |
|---|---|
| Dispositive Motions | August 10, 2007 |
| Oppositions | September 10, 2007 |
| Replies | September 30, 2007 |

_____
U.S. District Judge