UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Gary Hamilton**, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>**Henry M. Paulson, Jr.**, )<br>)<br>Defendant )<br>) | Case No.: 05-CV-01549 (RBW) |

**DEFENDANT'S STATEMENT OF MATERIAL
NOT IN GENUINE DISPUTE**

Pursuant to Local Rule 7(h) and 56.1, Defendant respectfully submits the following Statement of Material Facts Not In Genuine Dispute:

1. Plaintiff Gary Hamilton, along with thirteen other candidates, applied for Vacancy Announcement SSN-OF03706, Safety Specialist, a GS-018-14 position. See Vacancy Announcement (Gov. Exh.1); Ranking Chart of All 14 Applicants (Gov. Exh. 2).

2. All 14 application packages were ranked by Mr. Paul Carroll, the ranking official. Carroll Depo. at p. 33:15-34:5 (Gov. Exh. 3).

3. Mr. Carroll gave Plaintiff and two other white female candidates 25 points for their respective applications, the highest score possible. Carroll Decl. at p. 3, Ranking Chart (Gov. Exh. 1).

4. Plaintiff, two white females, and one white male were the four "best qualified" candidates. See Promotion Certificate (Gov. Exh. 5).

5. The four best qualified candidates were individually interviewed by a diverse interview panel and were asked the same questions. See Questions for Safety Specialist Interviews

(Gov. Exh. 6); Burns Decl. at p. 3; Huston Decl. at p. 2; Mitchell Depo. at p. 61:1-2; Huston Depo. at p. 43:22-44:4.

7. The interview panel was composed of Tatika Mitchell (African-American female); Stuart Burns (Caucasian male); and Mike Huston (Caucasian male). See Burns Decl. at p.1 (Gov. Exh. 8), Huston Decl. at p.1 (Gov. Exh.9) , Mitchell Decl. at p.1 (Gov. Exh. 7).

8. The panelists were all present for all four interviews. Mitchell Depo. at p. 86:5-14.

9. The panelists recommended the two white females for the position. Mitchell Depo. at p. 85:6-12.

10. Mr. Stuart Burns selected Ms. Burrell for the Safety Specialist position. See Promotion Certificate (Gov. 5); Burns Depo. at p. 64:14-19.

11. On or about January 20, 2004, Mr. Burns selected Ms. Camille Carraway for a GS-14 120-day detail position. Compl. at ¶ 18.

12. Plaintiff's second EEO complaint, filed in February 2004, pertaining to Plaintiff's non-selection for the 120-day detail did not contain a claim of retaliation. Gov. Exh. 14 at Box. 16.

13. Plaintiff's letter amending his EEO claim, received by the Agency on August 30, 2004, did not contain a claim of retaliation. Gov. Exh. 16.

14. Plaintiff's letters of January 4, 2005, and January 11, 2005, raised a claim of retaliation for the first time. See Gov. 17 and 18.

Dated: August 14, 2007.                Respectfully Submitted,

                                                /s/   Jeffrey A. Taylor
                                              JEFFREY A. TAYLOR, D.C. BAR # 498610
                                              United States Attorney

   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant