Enclosure 4

Vacancy Announcement #OFM03-706  
Safety Officer GS-342-14

Application Ranking

| NAME | Total Score | KSA 1 | KSA 2 | KSA 3 | KSA 4 | KSA 5 |
|---|---|---|---|---|---|---|
| Hamilton, Gary | 25 | 5 | 5 | 5 | 5 | 5 |
|  | 25 | 5 | 5 | 5 | 5 | 5 |
| Burrell, Annette | 25 | 5 | 5 | 5 | 5 | 5 |
|  | 19 | 5 | 3 | 3 | 3 | 5 |
|  | 17 | 5 | 3 | 3 | 5 | 1 |
|  | 15 | 3 | 5 | 1 | 3 | 3 |
|  | 11 | 3 | 3 | 1 | 3 | 1 |
|  | 7 | 3 | 1 | 1 | 1 | 1 |
|  | 5 | 1 | 1 | 1 | 1 | 1 |
|  | 5 | 1 | 1 | 1 | 1 | 1 |
|  | 5 | 1 | 1 | 1 | 1 | 1 |
|  | 5 | 1 | 1 | 1 | 1 | 1 |
|  | 5 | 1 | 1 | 1 | 1 | 1 |
|  | 5 | 1 | 1 | 1 | 1 | 1 |

GOVERNMENT EXHIBIT 2

78