Reimer Tracey G

From: Braswell Fannie B
Sent: Thursday, May 01, 2003 5:22 AM
To: Newcomer Vicki E
Cc: Reimer Tracey G
Subject: JOB ANALYSIS WS018-14.doc

The below file was not attached to the original email regarding announcing the GS-0018-14 Safety Specialist. Thanks

## JOB ANALYSIS WORKSHEET
## SAFETY SPECIALIST
## GS-0018-14

### FINAL KSA'S

1. Knowledge of safety and occupational health principles and practices, and their applicability to the Service.

2. Ability to work independently to plan and direct a safety program for application in multiple IRS sites, including government owned buildings and leased space.

3. Ability to communicate orally with all levels of management and employees to provide advice, consult and explain safety and occupational health program procedures, practices and policies.

4. Ability to communicate in writing with all levels of management and employees to provide advice, consult and explain safety program procedures, practices and policies.

5. Skills and abilities to investigate safety and health problems and develop decisions, policies and technical guidance designed to eliminate safety hazards to employees.



GOVERNMENT EXHIBIT 4

05/01/2003