PROMOTION CERTIFICATE
REAL ESTATE & FAC MGMT

DA: 07/10/2003           CERTIFICATE NO: 15-02-OFM03706

POSITION TITLE: SAFETY SPECIALIST        STATUS: PERMANENT-FULLTIME
SERIES: GS-0018           GRADE: 14

LEVEL 04: SAFETY & SECURITY      VACANCIES: 1
LEVEL 05: SAFETY
LEVEL 06:
LEVEL 07:
LEVEL 08:
BLDG/POD: REMAIN IN CURRENT POD, CURRENT CITY & STATE, US

TOUR OF DUTY: M-F 600-430

PROMOTION CERTIFICATE
--------------------------------------------------------------
The knowledges, skills, abilities and other characteristics (KSAOs) of all
Highly Qualified candidates listed on the roster of Eligibles have been
carefully evaluated and the following candidates have been determined to be
Best Qualified.
--------------------------------------------------------------

BURRELL ANNETTE          F   15-02-93000   25.0
                         F   15-02-95111   25.0
HAMILTON GARY            F   15-02-95111   25.0
                         F   15-02-94510   19.0

I HAVE SELECTED THE FOLLOWING NAMED APPLICANT(S):   SELECTED DATE:   EFF. DATE:

ANNETTE BURRELL                                     7/31/03

SELECTING OFFICIAL SIGNATURE                        TITLE
                                                    CHIEF, SAFETY BRANCH

If additional vacancies are filled from this certificate, or if an applicant
declines the position, the next highly qualified candidates(s) must be added
to this certificate and given proper consideration. Please contact your
Personnel Staffing Specialist for assistance.

GOVERNMENT EXHIBIT 5

77