08/03/06: Hamilton v U.S. Treasury: Depo: Tatika Mitchell

PAGE 1 TO PAGE 135

NEAL R. GROSS & CO., INC.

(202) 234-4433

CONDENSED TRANSCRIPT AND CONCORDANCE
PREPARED BY:

*NEAL R. GROSS & CO., INC.
1323 RHODE ISLAND AVE., NW
WASHINGTON, DC   20005
Phone:   (202) 234-4433*



GOVERNMENT EXHIBIT 10

## Page 1

(1) IN THE U S DISTRICT COURT
(2) OF THE DISTRICT OF COLUMBIA
(3)
(4) GARY HAMILTON,
(5)          Plaintiff
                                        CASE NO.:
(6) vs.                                 05-1549 (RBW)
(7) JOHN SNOW, Secretary
    U.S. Department of
(8) the Treasury
(9)          Defendant
(10)
(11)         Washington, D.C.
(12)         Thursday, August 3, 2006
(13)
    DEPOSITION OF.
(14)
             TATIKA MITCHELL
(15)
(16) called for examination by counsel for the plaintiff,
     pursuant to Notice of Deposition, in the offices of
(17) Neal Gross & Co., 1323 Rhode Island Avenue, N.W., when
     were present on behalf of the respective parties·
(18)
(19)
(20)
(21)
(22)

## Page 2

(1) APPEARANCES·
(2) On Behalf of the Plaintiff, Gary Hamilton
(3)    ANNE J.A. GBENJO, ESQUIRE
       8449 West Bellfort Avenue
(4)    Suite 1000
       Houston, TX 77071
(5)    (713) 771-4775
       (713) 771-4784 (fax)
(6)
(7) On Behalf of the Defendant, John Snow:
(8)    JOHN C. TRUONG, ESQUIRE
       Assistant United States Attorney
(9)    Department of Justice
       555 4th Street, N W.
(10)   Washington, D.C.  20530
       (202) 307-0406
(11)   (202) 514-8780 (fax)
(12)
    COURT REPORTER·
(13)
       CHRISTINA WARNER
(14)
(15)
(16)
(17)
(18)
(19)
(20)
(21)
(22)

## Page 3

(1)                    I-N-D-E-X
    WITNESS         DIRECT   CROSS   REDIRECT   RECROSS
(2) Tatika Mitchell    4      130      131
(3) E-X-H-I-B-I-T-S
(4) Exhibit No.    Exhibit Description            Page
(5)
(6) 1    Unsworn Declaration of                   124
(7)      Tatika Mitchell
(8) 2    Gary Hamilton interview notes            129
(9) 3    Michael Perkins interview notes          130
(10)
(11)
(12)
(13)
(14)
(15)
(16)
(17)
(18)
(19)
(20)
(21)
(22)

## Page 4

(1) P-R-O-C-E-E-D-I-N-G-S
(2) 10:13 a.m.
(3) WHEREUPON: (4) TATIKA MITCHELL (5) WAS CALLED FOR EXAMINATION BY COUNSEL FOR THE (6) PLAINTIFF AND, HAVING FIRST BEEN DULY SWORN, WAS (7) EXAMINED AND TESTIFIED AS FOLLOWS: (8) DIRECT EXAMINATION
(9) BY MS. GBENJO:
(10) Q Please state your full name for the (11) record.
(12) **A Tatika Mitchell.**
(13) Q What's your address, Ms. Mitchell?
(14) **A 31 Hopkins Plaza, Baltimore, Maryland** (15) **21201.**
(16) Q Is that a home or office address?
(17) **A Office.**
(18) Q Do you live in the state of Maryland, (19) Washington, D.C., or Virginia?
(20) **A Maryland.**
(21) Q How long have you lived in the State of (22) Maryland?

### Page 57

(1) Q Where did he say you were to report.
(2) **A Crystal City.**
(3) Q What time did he say you were to report?
(4) **A I don't remember specifically.**
(5) Q Now when did the interview begin? I'm (6) sorry. When I say the interview, I'm now focusing on (7) the interview with respect to Mr. Gary Hamilton, and (8) I think you understand that, but I just wanted the (9) record to reflect that.
(10) I'll repeat your response because we sort (11) of spoke over one another. Say what you said, but I (12) was speaking -
(13) **A I don't remember.**
(14) Q Okay. How many people were interviewed (15) that day?
(16) **A Four.**
(17) Q When did the interview begin?
(18) **A Mr. Hamilton's interview?**
(19) Q No, the entire interview?
(20) **A I don't remember the time of the first (21) interview. It was in the morning.**
(22) Q When was Mr. Hamilton's interview?

### Page 58

(1) **A I don't remember the time of Mr. (2) Hamilton's interview.**
(3) Q When was the interview concluded?
(4) **A The fourth interview was concluded that (5) afternoon.**
(6) Q And how long was each interview?
(7) **A I don't remember specifically.**
(8) Q Approximately?
(9) **A Approximately 30 to 40 minutes.**
(10) Q Could it have been less than that?
(11) **A Yes.**
(12) Q Okay. Now prior to that interview did you (13) speak with Mr. Hamilton?
(14) **A No.**
(15) Q Did you speak with any of the candidates (16) that your interviewed on or about July 29. I think (17) that that's the date of the interview. Correct me if (18) I'm wrong. Did you speak with any of the candidates (19) that you interviewed?
(20) **A About the interview?**
(21) Q Yes.
(22) **A No.**

### Page 59

(1) Q Did you speak with anybody within the IRS (2) other than the people that you mentioned today prior (3) to that interview?
(4) **A Probably.**
(5) Q What was the nature of the conversation?
(6) **A I probably told my boss where I was going (7) to be for the day.**
(8) Q Other than that?
(9) **A I probably told the person who I left in (10) charge of my office where I was going to be for the (11) day.**
(12) Q Other than that?
(13) **A That's it.**
(14) Q Tell me about that interview. How was it (15) conducted?
(16) **A It was a face-to-face interview.**
(17) Q Okay, and did you interview all the (18) candidate at the same time?
(19) **A No.**
(20) Q Okay. Tell me how it was conducted.
(21) **A Each candidate was interviewed separately.**
(22) Q And what were the questions asked of the

### Page 60

(1) candidates?
(2) **A I don't remember.**
(3) Q Did you add - you said earlier that you (4) were given a list of questions, right? Did you add (5) questions to those questions that you were given?
(6) **A I don't remember adding questions.**
(7) Q Were you instructed to add questions - I'm (8) sorry, he coughed so I'll repeat that. Were you (9) instructed to add questions to the questions that you (10) were given prior to the interview?
(11) **A Prior to the interview we were given the (12) opportunity to add questions.**
(13) Q Did you do that? I'm sorry. Finish what (14) you were going to say. When he sneezed or coughed, I (15) thought you finished what you had to say, so I started (16) - I continued. Okay.
(17) **A Or ask clarifying questions during the (18) interview.**
(19) Q Did you ask clarifying questions?
(20) **A Not that I recall.**
(21) Q Did you ask follow-up questions?
(22) **A Not that I recall.**

### Page 73

(1) Q Okay, so right after everybody was (2) interviewed you all sat down to discuss the interview, (3) is that a yes?
(4) **A Yes.**
(5) Q And that was when the selection was made, (6) is that a yes?
(7) **A I don't know.**
(8) Q Okay. Now did each one of you have equal (9) opportunity to participate in that conference that you (10) all at the end of the interview?
(11) **A Yes.**
(12) Q Did the panel at the end of the day agree (13) on who to fill this position?
(14) **A No.**
(15) Q Okay. Did the panel -
(16) **A Could you ask that again.**
(17) Q Did - at the end of the day when you sat (18) down, you meaning the panel members, the three (19) members, sat down to confer, I asked whether you all (20) agreed on who to fill that position, and your answer (21) was?
(22) **A We agreed that two of the candidates -**

### Page 74

(1) Q Would fill the position.
(2) **A Could fill the position.**
(3) Q Okay. At the time that you agreed on two (4) candidates, you were unaware who the selected (5) applicant would be - who would actually fill that (6) position, right?
(7) **A Correct.**
(8) Q At that time did you leave the meeting, I (9) mean the conference, with the impression that either (10) of the two candidates would fill the position?
(11) **A Yes.**
(12) Q At that time did you leave the conference (13) with the impression that those who did not get (14) selected were rejected because of the interview?
(15) **A Say it again please.**
(16) Q Did you leave that conference which you (17) held after the close of the interview, did you leave (18) that conference with the impression that the (19) candidates who were not selected were rejected because (20) of their interviews?
(21) **A They were not selected because of their (22) interview, yes.**

### Page 75

(1) Q Is that a yes?
(2) **A Yes.**
(3) Q Okay. Now at the time that you all sat (4) down to discuss the what do you call it, to discuss (5) the interviews, did anyone make a particular (6) suggestion with respect to any particular candidate?
(7) **A No, not that I recall.**
(8) Q Okay. Now at the time that you both - you (9) all sat down at the end of the day, had the applicants (10) already gone or were they still waiting in the waiting (11) area, those that were present physically?
(12) **A I don't recall, but I don't believe they (13) were waiting in a waiting area.**
(14) Q Now when they come to the interview were (15) they all in the waiting area or each came at his (16) appointed time?
(17) **A I don't recall if there were a waiting (18) area.**
(19) Q Where was the interview held?
(20) **A In Crystal City.**
(21) Q Were the applicants given a time certain (22) to come?

### Page 76

(1) **A As far as I know, yes.**
(2) Q And who was the first person to be (3) interviewed?
(4) **A I don't recall.**
(5) Q And who was the last person?
(6) MR. TRUONG: Objection, asked and (7) answered.
(8) BY MS. GBENJO:
(9) **A Mr. Perkins.**
(10) Q Now at the time that you conducted this (11) interview, did any of the applicants or did any of the (12) candidates tell you they did not understand your (13) question?
(14) **A Not that I recall.**
(15) Q Did any panel member tell any of the (16) candidates that they did not understand his or her (17) responses?
(18) **A Not that I recall.**
(19) Q Did all of those candidates answer all of (20) the questions?
(21) **A To the best of my memory, yes.**
(22) Q Now you just testified a few minutes ago

Page 81

(1) A I don't remember specifically what I said.
(2) Q Generally.
(3) A Generally that the interview over the (4) phone was difficult. Generally that Mr. Hamilton's (5) interview did not go well.
(6) Q Tell me what did not go well in his (7) interview.
(8) A I don't remember specifically what did not (9) go well in his interview. What I remember is asking (10) questions and listening to answers and not receiving (11) a lot of information.
(12) Q Did you note any - you took notes at this (13) interview, right?
(14) A Yes.
(15) Q Did you state anywhere in your notes that (16) you did not receive a lot of information?
(17) A I don't recall.
(18) Q Did you ask Mr. Hamilton to provide the (19) kind of information you requested, and he refused.
(20) A No.
(21) Q Did you ask Mr. Hamilton to give you the (22) kind of information you expected him to give you, and

Page 82

(1) he did not?
(2) A Could you ask that question again.
(3) Q Was there ever a time during the time you (4) interviewed Mr. Hamilton that you asked him to give (5) you additional information on a particular question, (6) and he did not?
(7) A No.
(8) Q Okay. Now during that interview you had (9) testified that you took notes.
(10) A Yes.
(11) Q Did you put anywhere in your notes that (12) the interview did not go well for Mr. Hamilton?
(13) A I don't recall.
(14) Q Did you put anywhere in your notes that (15) Mr. Perkins' interview was difficult.
(16) A I don't recall.
(17) Q Did you put anything in your notes that (18) would tell any casual reader what the problems were (19) with the applicant if you had any?
(20) A I don't recall.
(21) Q Now what else - what did Mr. Houston say (22) in the conference you held at the end of all the

Page 83

(1) interviews?
(2) A I don't remember specifically what Mr. (3) Houston said.
(4) Q How about Mr. Burns?
(5) A I don't remember specifically what Mr. (6) Burns said.
(7) Q What did you say about Camille Caraway?
(8) A I said based on her interview I think she (9) could do this job.
(10) Q What did you say about Annette Burrell?
(11) A Based on her interview, I think she could (12) do this job.
(13) Q What did you say about -
(14) A Excuse me, I'm paraphrasing. I don't (15) remember specifically what I said.
(16) Q Now what did you say about Mr. Perkins?
(17) A That was a difficult interview.
(18) Q And what did you say about Mr. Hamilton?
(19) A That did not go well.
(20) Q What did Mr. Houston say about Mr. (21) Hamilton's interview?
(22) A I don't remember specifically what Mr.

Page 84

(1) Houston said.
(2) Q What did Mr. Burns say about Mr. (3) Hamilton's interview?
(4) A I don't remember specifically what Mr. (5) Burns said.
(6) Q Is it fair to say you do not remember what (7) their statements were with respect to each of the (8) applicants at the end of the day?
(9) A It is fair to say that I don't remember (10) specifically what Mr. Burns or Mr. Houston said. What (11) I do remember is after the last interview we fairly (12) quickly and quickly being within five minutes decided (13) that Mr. Perkins' interview - we didn't get what we (14) were looking for out of it and that Mr. Hamilton's (15) interview didn't go well, so there were two people who (16) were going to be considered.
(17) Q Based on their interviews.
(18) A Based on their interviews.
(19) Q Now at the time that you sat down to (20) confer with the other panel members, what did Mr. (21) Houston say with respect to whom he felt could do the (22) job?

Page 85

(1) A I don't remember specifically what Mr. (2) Houston said.
(3) Q How about Mr. Burns?
(4) A I don't remember specifically what Mr. (5) Burns said?
(6) Q Did anybody make any recommendations that (7) you recall?
(8) A I recall we agreed that Mr. - that we (9) agreed that Ms. Burrell or Ms. Caraway could fill the (10) position?
(11) Q Based on their interviews.
(12) A Based on their interviews.
(13) Q Now in the time these - in the interviews, (14) did any panel member ask to step out of the room?
(15) A I don't recall.
(16) Q Did any panel member use the bathroom?
(17) A I don't know.
(18) Q As far as you recall, all the panel (19) members sat through all the interviews, is that a yes?
(20) A No. I probably used the bathroom. I may (21) have gone to lunch.
(22) Q Just as the others.

Page 86

(1) A Just as the others may have.
(2) Q So aside from the lunch break that you (3) took -
(4) A Maybe.
(5) Q Aside from the lunch break that you (6) probably took, the panel members sat through all of (7) the interviews.
(8) A Each panel member was at each interview, (9) yes.
(10) Q Throughout.
(11) A Throughout the day.
(12) Q And the conference occurred when the (13) interview were concluded.
(14) A Correct.
(15) Q Okay. Now you testified earlier that you (16) were given the opportunity to add questions. What (17) questions did you add?
(18) A I don't recall.
(19) Q Did any other panel member add questions?
(20) A I don't recall.
(21) Q Well whatever questions you add if you did (22) the candidates answered them.

Page 87

(1) A Yes.
(2) Q So if you had any concern, would it be (3) fair to say it would be in your notes?
(4) A To the interview? I don't understand. (5) Could you ask that question again.
(6) Q If you had any concern with respect to a (7) particular candidate or applicant, would it be fair (8) that such concern would be in your interview notes?
(9) MR. TRUONG: Objection, asked and (10) answered.
(11) BY MS. GBENJO:
(12) A Maybe.
(13) Q Is it possible that when you said maybe it (14) means it may or may not be there.
(15) A Correct.
(16) Q You had testified earlier that you did not (17) call these applicants, right? You did not give any of (18) these applicants any kind of scores when they (19) completed the interview, is that a yes?
(20) A That's not the question you asked earlier.
(21) Q Okay. If it is not, I am asking that (22) question now.

Page 88

(1) A Ask again.
(2) Q Did you score these applicants after the (3) - did you score these applicants after the interviews?
(4) A Scored, no.
(5) Q Were you given a sheet on which to put (6) their scores?
(7) MR. TRUONG: Objection, asked and (8) answered, foundation.
(9) BY MS. GBENJO:
(10) A I just testified that I did not score.
(11) Q Right. That's a different - I'm asking a (12) different question. Were you given a sheet of paper (13) on which the applicants were to be scored?
(14) A No.
(15) Q You do not have any degree in safety, do (16) you?
(17) A No, I don't.
(18) Q Nor do you have any degree in security.
(19) A Correct.
(20) Q At the time that you conducted this (21) interview, how familiar were you with the selection (22) procedure for that particular division that you are

### Page 101

(1) the candidates provided you answers, right?
(2) **A They provided answers, yes.**
(3) Q Do you know if any other panel member (4) added questions to the questions that Stuart Burns (5) sent to you?
(6) **A I - no, I do not.**
(7) Q Did any panel member tell you whether they (8) added questions to the questions that Stuart Burns (9) generated?
(10) **A No.**
(11) Q Was there ever a discussion by the panel (12) on those questions that were asked the candidates?
(13) **A Ask again please.**
(14) Q Was there a discussion on - by the panel, (15) was there ever a discussion by the panel on those (16) questions generated by Stuart Burns?
(17) **A Yes.**
(18) Q Was that discussion held at a conference (19) at the conclusion of the interview?
(20) **A No.**
(21) Q When was that conference?
(22) **A That discussion took place before the**

### Page 102

(1) **start of the first interview.**
(2) Q What was that discussion about?
(3) **A The discussion was to ensure that we all (4) understood the questions that were going to be asked. (5) The discussion was to determine the order that we (6) would ask the questions.**
(7) Q And in what order did you ask the (8) questions?
(9) **A One after the other.**
(10) Q That means what?
(11) **A One person asked a question, then the next (12) person asked the next question, the third person asked (13) the third question, and then the first person asked (14) the fourth question.**
(15) Q How many questions did you ask in total?
(16) **A I don't remember.**
(17) Q Do you know whether you asked the least (18) number of questions or the most number of questions?
(19) **A I don't know.**
(20) Q Do you know which panel member asked the (21) most questions?
(22) **A No.**

### Page 103

(1) Q The least questions.
(2) **A No.**
(3) Q Did you state anywhere - why did you take (4) notes?
(5) **A Why did I take notes?**
(6) Q During the interview, why did you take (7) notes?
(8) **A I took notes to reflect what I learned (9) when the candidates asked the questions.**
(10) Q Would it be fair to say that you took (11) notes to guide you in the selection-making process?
(12) **A I took notes to identify what - how the (13) candidates answered the questions.**
(14) Q Did you take notes on each question the (15) candidates answered?
(16) **A I don't recall.**
(17) Q Is it possible that the candidates (18) answered a particular question and you did not take (19) notes on them?
(20) **A Yes.**
(21) Q You did not ask clarifying questions on (22) all of those questions, did you?

### Page 104

(1) **A All of which questions?**
(2) Q All of the questions you were given at the (3) beginning of the interview.
(4) **A Of whom?**
(5) Q Of all the candidates.
(6) **A Ask again please.**
(7) Q You did not ask clarifying questions on (8) all or every question on that piece of paper that (9) contained the questions you asked the candidates.
(10) **A Correct.**
(11) Q You did not ask clarifying questions - (12) just strike that -
(13) MR. TRUONG: You took away my question.
(14) BY MS. GBENJO:
(15) Q Now who instructed you to take notes?
(16) **A I learned to take notes during interviews (17) back before I participated in my first interview.**
(18) Q So would it be fair to say you routinely (19) take notes during interviews?
(20) **A Yes.**
(21) Q So it was not that you got to this (22) interview and you were presented with a paper to take

Page 121

(1) I may have met – may have been in a (2) meeting with Camille before the interview, but - at (3) some point in time before the interview. I may have (4) been at a conference when they were there, but there (5) was no specific one-on-one meeting.
(6) Q How about Perkins?
(7) A Same thing.
(8) Q I don't recall meeting Mike Perkins. I (9) may have.
(10) Q At all?
(11) A I may have. I meet lots of people, and (12) since he was on the telephone, I couldn't put a face (13) with him with the voice.
(14) Q What was his sex?
(15) A He, I presume, is a male.
(16) Q So there were two male applicants and two (17) female applicants that were interviewed?
(18) A Correct.
(19) Q The two males were Mr. Perkins and Mr. (20) Hamilton. You have to talk not just nod.
(21) A Yes.
(22) Q Again the two females were Camille Caraway

Page 122

(1) and Annette Burrell.
(2) A Yes. Before we go on, could we stop for (3) two minutes?
(4) MR. TRUONG: Sure.
(5) THE WITNESS: Where'S the rest room?
(6) (Whereupon the above-entitled matter went (7) off the record at 1:21 p.m. and resumed at 1:26 p.m.)
(8) BY MS. GBENJO:
(9) Q At the time that you conferred after the (10) interview, was there an instruction as to how long (11) that conference would last?
(12) A No.
(13) Q Well how long did it last?
(14) A I don't recall.
(15) Q So when you concluded the conference, were (16) you asked to turn over the documents that were given (17) to you at the beginning of the day or you handed - you (18) sent them to Mr. Burns later on?
(19) A I handed them in at the end of the day.
(20) Q That same day?
(21) A Yes.
(22) Q July 29.

Page 123

(1) A Yes.
(2) Q 2003, right?
(3) A Yes.
(4) MR. TRUONG: Objection, foundation. I'm (5) not sure they established July 29, 2003, as the (6) interview date.
(7) BY MS. GBENJO:
(8) Q Well whatever the date was that this (9) interview - the interview from which this case was (10) conducted but I know it was in 2003. I might have (11) been mistaken as to the exact date, but it was in (12) 2003, and we have a common understanding that we are (13) referring to the interview in this case, right?
(14) A Correct.
(15) Q Okay.
(16) A Thank you.
(17) Q Now at the time that you had that (18) conference after the interview, did - were you all (19) talking at the same time or one person was talking (20) after the other and then at the end of the day - tell (21) me how it - just give me the nature of how did the (22) conference go?

Page 124

(1) A I don't remember specifically how it went. (2) Everyone had an opportunity to talk.
(3) Q How long did each person have to say (4) whatever they had to say?
(5) A As long as they needed.
(6) Q Was there a point where it was decided (7) that the conference be concluded?
(8) A Yes.
(9) Q When was that?
(10) A When we said everything we had to say.
(11) Q Let's mark this Mitchell 1.
(12) (Whereupon, the document (13) referred to was marked for (14) identification and received (15) into evidence as Mitchell (16) Exhibit No. 1.)
(17) Q Now I've just handed to you what we have (18) marked as Mitchell 1 for identification. What (19) document is that?
(20) A It is an unsworn declaration.
(21) Q And whose is it?
(22) A It's mine.