**08/23/06: Hamilton v Treasury: Depo: Michael Huston**

PAGE 1 TO PAGE 70

**NEAL R. GROSS & CO., INC.**

(202) 234-4433

CONDENSED TRANSCRIPT AND CONCORDANCE
PREPARED BY:

*NEAL R. GROSS & CO., INC.*
*1323 RHODE ISLAND AVE., NW*
*WASHINGTON, DC   20005*
*Phone:  (202) 234-4433*



GOVERNMENT EXHIBIT 11

## Page 1

(1) IN THE U.S. DISTRICT COURT OF
(2) THE DISTRICT OF COLUMBIA
(3)
(4) GARY HAMILTON
(5)   Plaintiff       Case No.
                      05-1549 (RBW)
(6) v
(7) JOHN SNOW, Secretary
    U.S. Department of
(8) the Treasury
(9)   Defendant.
(10)
(11)
(12)      Thursday, August 23, 2006
(13)
(14) DEPOSITION OF
(15) MICHAEL HUSTON
(16) called for examination by counsel for the plaintiff,
     pursuant to notice of deposition, in the offices of
(17) JoAnn Myles, at 1300 Mercantile Lane, Suite 139-S,
     at 9:30 a.m., when were present on behalf of the
(18) respective parties:
(19)
(20)
(21)
(22)

## Page 2

(1) APPEARANCES
(2)   On Behalf of the Plaintiff:
(3) ANNE J. A. GBENJO, ESQ.
    8449 West Bellfort Avenue
(4) Suite 100
    Huston, TX 77071
(5) (713)771-4775
    (713)771-4784 fax
(6)
(7)   On Behalf the Defendant:
(8) JOHN C. TRUONG, ESQ.
    Assistant United States Attorney
(9) Department of Justice
    555 4th Street, N.W.
(10) Washington, D.C. 20530
     (202)307-0406
(11) (202)514-8780 fax
(12)
(13)
(14)
(15)
(16)
(17)
(18)
(19)
(20)
(21)
(22)

## Page 3

(1)         I-N-D-E-X
(2) Witness   Direct   Cross  Redirect
(3) M. Huston   12      68      68
(4)
(5)         E-X-H-I-B-I-T-S
(6) Exhibit No.  Document                        Page
(7)  1    Document Bates stamped HAM0781-0783     28
(8)  2    Incomplete Huston Interview Notes       61
          for G. Hamilton
(9)
(10)
(11)
(12)
(13)
(14)
(15)
(16)
(17)
(18)
(19)
(20)
(21)
(22)

## Page 4

(1) P-R-O-C-E-E-D-I-N-G-S
(2) 9:36 a.m.
(3) MS. GBENJO: On the record. (4) Whereupon,
(5) MICHAEL HUSTON (6) was called for examination by Counsel for the (7) Plaintiff, having been first duly sworn, assumed the (8) witness stand, was examined and testified as follows:
(9) MS. GBENJO: Good morning, Mr. Huston.
(10) THE WITNESS: Good morning.
(11) MS. GBENJO: My name is Anne Gbenjo. I (12) represent Mr. Hamilton in this matter and we're going (13) to be going through a deposition today. It shouldn't (14) be more than two or three hours at the most, if that (15) long. But I need to cover a preliminary matter before (16) we go into your deposition.
(17) Mr. Truong, in response to your letter of (18) Monday, the letter that you wanted me to produce for (19) Mr. Hamilton's deposition are within the documents (20) that you sent to us and they are Bates Nos. 2415, (21) 2416, 2464-69. I'll repeat, 2415, 2416, 2464 through (22) 69, so 64, 65, 66, etc. through 69.

### Page 41

(1) Counsel's interference. If you want to stop this (2) deposition, feel free to do so. We will call the (3) judge's chamber and we'll have this deposition (4) rescheduled if you believe that your witness is not (5) prepared for this deposition.
(6) MR. TRUONG: Objection. Mischaracterizing (7) the witness's deposition. Mr. Huston -
(8) MS. GBENJO: Again, I would also object to (9) Counsel's interference because one more time, if you (10) want this deposition stopped and you want this witness (11) rescheduled for deposition, feel free to do that and (12) we'll call the chambers and we'll terminate the (13) proceeding.
(14) MR. TRUONG: Mr. Huston, please answer the (15) question.
(16) BY MS. GBENJO:
(17) Q Mr. Huston.
(18) **A Would you repeat the question?**
(19) Q Prior to this interview that you had with (20) each one of these individuals, the candidates, you had (21) never met them. Is that your testimony?
(22) **A No.**

### Page 42

(1) Q You had met these candidates prior to the (2) interview. Is that your testimony?
(3) **A No.**
(4) Q Okay. Which one of the candidates had you (5) met prior to the interview?
(6) **A Burrell.**
(7) Q Okay. Annette Burrell?
(8) **A Yes.**
(9) Q Okay, and how long or how - Or prior to (10) that interview - Let's just say. Okay. When did you (11) meet Burrell?
(12) **A The first time probably 15 years prior.**
(13) Q Okay, and that was the first time ever.
(14) **A Yes.**
(15) Q Okay, and you had seen her on occasions (16) prior, since the first time that you met her.
(17) **A Once or twice.**
(18) Q Okay. So you knew who she was when she (19) came to the interview. Is that correct?
(20) **A Yes.**
(21) Q Okay. Other than Annette Burrell, did you (22) know any other candidate who came to be interviewed?

### Page 43

(1) **A No.**
(2) Q So you testified earlier -
(3) **A Excuse me.**
(4) Q I'm sorry.
(5) **A I - The candidate, I never met him. I (6) talked to him on the phone, Perkins.**
(7) Q Oh, prior to the interview date.
(8) **A Prior. But probably a year or two before.**
(9) Q Okay.
(10) **A Before the job was even -**
(11) Q Okay, before the announcement.
(12) **A Yes.**
(13) Q Okay. You spoke with Perkins on the (14) phone.
(15) **A Yes.**
(16) Q Okay, and did you interview all these (17) candidates at the same time?
(18) **A No.**
(19) Q Okay. Tell me how it went.
(20) **A What do you mean?**
(21) Q Tell me how you interviewed them.
(22) **A One came into the room and then the next**

### Page 44

(1) and then the next and then the next one.
(2) Q And when one came into the room, who was (3) - They were asked questions. Right?
(4) **A Yes.**
(5) Q And the candidates were providing answers (6) to those questions.
(7) **A Yes.**
(8) Q Who was the particular person asking those (9) candidates the question?
(10) **A We all asked questions.**
(11) Q Okay.
(12) **A The three of us.**
(13) Q The three of us meaning?
(14) **A Stuart Burns, Tatika Mitchell and myself.**
(15) Q Okay. Did you know who Tatika Mitchell (16) was prior to that interview?
(17) **A Yes.**
(18) Q And you already testified that you knew (19) whom Stuart Burns was.
(20) **A Yes.**
(21) Q Now aside from speaking with Mr. Perkins (22) about a year before over the phone, you had not met,

### Page 65

(1) interview?
(2) **A Since the interview panel met.**
(3) Q Did you speak to her before the interview (4) started?
(5) **A No, not within the time the job was (6) announced and we had the panel. Now in prior years, (7) I had spoken to her.**
(8) Q My question, I think, was the one that was (9) not specific with why you said. On the day of the (10) interview, that interview date in 2003 and I said the (11) interview in this case, did you speak with Tatika (12) Mitchell prior to calling in the first candidate?
(13) **A Only in the group setting I think with the (14) other interview panels.**
(15) Q Okay.
(16) **A The three of us, we might have had a (17) little discussion before we started, but -**
(18) Q "But" what?
(19) **A But I did not talk to her before.**
(20) Q You mean you did not talk to her one on (21) one.
(22) **A No.**

### Page 66

(1) Q Okay. You talked to her in the panel (2) group.
(3) **A Yes.**
(4) Q Okay. Now the meeting that you had with (5) the panel before the first candidate was called in or (6) before the first candidate came in lasted how long?
(7) **A I don't remember.**
(8) Q And the break that you took while the (9) interview was going on but not concluded yet or during (10) the interview during that day lasted how long?
(11) **A I don't remember.**
(12) Q Now the meeting, you said you had a (13) meeting at the end of the, when all the interviews had (14) been concluded. Did you have a meeting?
(15) **A A short discussion I remember, but I can't (16) tell you how long.**
(17) Q You can't tell whether it took five or ten (18) minutes.
(19) **A No.**
(20) Q Can't tell whether it took two or three (21) minutes.
(22) **A No.**

### Page 67

(1) Q Did you ask Stuart Burns whether he (2) complied with the selection process?
(3) **A No.**
(4) Q Who did you say you selected at the end of (5) the day? Did you?
(6) **A I didn't.**
(7) Q Okay. I wasn't - So you're not sure who (8) was selected for that position at the end of the day. (9) Is that true?
(10) **A To my recollection, no.**
(11) Q No, you're not sure or no what? You said (12) to your recollection.
(13) **A I'm not sure. I don't remember I'm (14) saying.**
(15) Q Okay. But was anyone selected?
(16) **A Not to my knowledge.**
(17) MS. GBENJO: I think that's it.
(18) MR. TRUONG: I have one.
(19) MS. GBENJO: I have some more questions, (20) but I don't - Well, maybe -
(21) MR. TRUONG: I'm sorry. Did you have more (22) questions you wanted to do?

### Page 68

(1) MS. GBENJO: No, go ahead.
(2) MR. TRUONG: Are you finished with your (3) direct examination?
(4) MS. GBENJO: Yes.
(5) MR. TRUONG: Okay.
(6) CROSS EXAMINATION
(7) BY MR. TRUONG:
(8) Q I have one question for you, Mr. Huston. (9) When you were making the gesture of two candidates up (10) and two candidates down. Do you remember doing that?
(11) **A Yes.**
(12) Q Can you tell me which two candidates were (13) you referring to when you put your hand up and which (14) were the candidates that you were down?
(15) **A The two females were the two up. Then the (16) two males were down and that's at the time I could not (17) remember the other candidate's name. I knew Burrell's (18) but that was my general opinion.**
(19) MR. TRUONG: Okay. I have no more (20) questions.
(21) REDIRECT EXAMINATION
(22) BY MS. GBENJO: