**07/25/06: Hamilton v Snow: Depo: John Stuart Burns**

PAGE 1 TO PAGE 200

**NEAL R. GROSS & CO., INC.**

**(202) 234-4433**

**CONDENSED TRANSCRIPT AND CONCORDANCE**
**PREPARED BY:**

*NEAL R. GROSS & CO., INC.*
*1323 RHODE ISLAND AVE., NW*
*WASHINGTON, DC    20005*
*Phone:    (202) 234-4433*



GOVERNMENT
EXHIBIT
12

## Page 1

(1) IN THE U.S DISTRICT COURT OF

(2)

THE DISTRICT OF COLUMBIA

(3)

                    * * * * *

(4)

(5)

In the Matter of:

(6)

GARY HAMILTON,

(7)

    Plaintiff,        CASE NO. 05-1549 (RBW)

(8)

    v.

(9)

JOHN SNOW,

(10)

    Defendant

(11)

(12)

                    Washington. D.C.

(13)

                    Tuesday. July 25. 2006

(14)

(15) DEPOSITION OF:

(16)

            JOHN STUART BURNS

(17)

(18) called for examination by counsel for the Plaintiff,
pursuant to notice of deposition in the offices of

(19) Neal Gross & Co., 1323 Rhode Island Avenue. N.W., when
were present on behalf of the respective parties:

(20)

(21)

(22)

## Page 2

(1) APPEARANCES.

(2)

    On Behalf of the Plaintiff. Gary Hamilton:

(3)

        ANNE J. A. GBENJO. ESQ
(4)        8449 West Bellfort Avenue
        Suite 100
(5)        Houston. TX 77071
        (713) 771-4775
(6)        (713) 771-4784 fax
(7)

        JO ANN P. MYLES. ESQ.
(8)        1300 Mercantile Lane
        Suite 139-S
(9)        Largo. MD 20774
        (301) 773-9652
(10)        (301) 925-4070 fax
(11)

    On Behalf of the Defendant. John Snow.

(12)

        JOHN C. TRUONG
(13)        Assistant United States Attorney
        Department of Justice
(14)        555 4th Street. N.W
        Washington. D.C. 20530
(15)        (202) 307-0406
        (202) 514-8780 fax

(16)

(17)

(18)

(19)

(20)

(21)

(22)

## Page 3

(1)                    I-N-D-E-X

(2) WITNESS                DIRECT  CROSS  REDIRECT
    John Stuart Burns         4     185    192

(3)

    EXHIBITS                      IDENTIFIED

(4)

    Plaintiff
(5) 1 - 7/29/03 Interview Notes       175
    2 - Unsworn Declaration (4 pages) 176
(6) 3 - Unsworn Declaration (5 pages) 179
(7) 4 - Interrogatories               180
(8) 5 - IRS Position Description      183
(9)

(10)

(11)

(12)

(13)

(14)

(15)

(16)

(17)

(18)

(19)

(20)

(21)

(22)

## Page 4

(1) P-R-O-C-E-E-D-I-N-G-S

(2)  10:30 a.m. (3) Whereupon,

(4)  JOHN STUART BURNS (5) a witness, was called by Counsel for the Plaintiff, (6) and having been first duly sworn, was examined and (7) testified as follows:

(8)  DIRECT EXAMINATION

(9)  BY MS. GBENJO:

(10) Q Please, state your full name and address (11) for the record.

(12) A John Stuart Burns, 21 -- 2221 South Clark (13) Street, Arlington, Virginia.

(14) Q ZIP Code?

(15) A 22202, I think.

(16) Q Is that a business or home address?

(17) A Business, business address.

(18) Q Mr. Burns, my name is Anne Gbenjo.  I (19) represent Mr. Hamilton in this case.  I'll be asking (20) you a series of questions to which you will be (21) providing answers.  It is important that you speak up (22) so that the reporter can take down everything you say.

## Page 61

(1)  A I don't believe so. I think the rank – (2) there may be – I don't know what personnel does. The (3) packages that make the screening, whether it's for (4) completeness or something else, get moved forward to (5) someone to rank within the business unit.

(6)  Q Okay.  Have you dealt with personnel? (7) Have you ever dealt with personnel at the IRS in that (8) regard?  In terms of selection process, have you?

(9)  A I have not really dealt with personnel. (10) We have – we have a person where most of the packages (11) come through in and out of – in and out of the (12) office.

(13) Q Now, you said you have something in and (14) out of the office?  I didn't hear that part because of (15) the noise.

(16) A You have – we have generally most of the (17) HR packages were passed through a central point coming (18) and going, so I didn't deal directly with HR on the (19) packages.

(20) Q You dealt with HR did you say?

(21) A I did not deal directly with them.

(22) Q Did you deal indirectly with them?

## Page 62

(1)  A I don't understand the question.

(2)  Q You said you didn't deal directly with (3) them.  Did you deal indirectly with them?

(4)  A In that they had a document that (5) ultimately I had, then I would say yes, I indirectly (6) dealt with them.

(7)  Q Now, is there any – where does job (8) posting fit in in this process?  Where does job (9) posting – where does it fit in?  Who does the job (10) posting?  Is that –

(11) A I don't know.

(12) Q So you don't –

(13) A I – you mean who puts it on the COL or (14) whatever the – I don't even know what that stands (15) for.  I believe HR does that.

(16) Q Okay.  Now, you said that it goes to HR (17) and then the applications are ranked.  Now, who writes (18) the job posting?

(19) A I don't know, I don't.

(20) Q Have you ever written one?

(21) A No.

(22) Q Hm?

## Page 63

(1)  A No.

(2)  Q And now, who designates the ranking (3) official?

(4)  MR. TRUONG: Objection.  Foundation.

(5)  THE WITNESS: I don't know whether there (6) is a formal rule on that.  I don't know.

(7)  BY MS. GBENJO:

(8)  Q Have you ever designated a ranking (9) official?

(10) A I'm not sure if I have designated one.  I (11) may have asked about who could potentially (12) participate, but I'm not sure if I have designated (13) someone to rank a package.

(14) Q Now, who normally directs HR to post a job (15) announcement?

(16) A I don't know.

(17) Q Hm?

(18) A I don't know.

(19) Q You don't know who generates the job (20) posting?

(21) A No.

(22) Q Okay.  So now, you stopped at where you

## Page 64

(1) state that the applications are ranked, and what is (2) the next phase after that?  What is the next (3) procedure?

(4)  A I believe the ranked applications – I (5) think they go back to HR for a validation.

(6)  Q Okay.

(7)  A But I – I think.

(8)  Q Do you know who sends them back to HR for (9) validation?

(10) A No.

(11) Q And when they go to HR for validation, (12) then what occurs?

(13) A I don't know.

(14) Q Okay.  Now, have you ever been involved in (15) a selection process at the IRS?

(16) A Yes.

(17) Q Tell me about that.

(18) A I have selected for the position that (19) we're talking about today.

(20) Q Okay.  Now, when did that occur?

(21) A At the risk of getting the date wrong, I (22) think it's somewhere in the paperwork, but I believe

## Page 93

(1) say REFM –

(2) **A REFM.**

(3) Q – or AWSS.

(4) **A REFM.**

(5) Q REFM, Real Estate Facilities Management.

(6) **A Right, but I'm not sure what the – (7) whether it's a branch, a department, a division, (8) whatever.**

(9) Q Okay. Did you know his job duties, Paul (10) Carroll's job duties at the time?

(11) **A I don't recall.**

(12) Q Okay. Now, how many of you conducted (13) these interviews?

(14) **A There were three of us.**

(15) Q And who were the other two?

(16) **A Tatika Mitchell and Mike Houston.**

(17) Q Okay. Were those two in your division in (18) 2003?

(19) **A No.**

(20) Q What divisions were they?

(21) **A Well, Mike Houston was in Real Estate at (22) the field level and Tatika Mitchell was in the Senior**

## Page 94

(1) **Commissioners Rep Organization.**

(2) Q She is in what?

(3) **A The SCR Organization.**

(4) Q And how often did you have contact with (5) them in July of 2003?

(6) **A How often?**

(7) Q Um-hum.

(8) **A Mike Houston and I participated in (9) territory manager or facilities manager conference (10) calls with all the facilities managers every other (11) week, and I didn't have much occasion to interact with (12) the SCR community.**

(13) Q SCR meaning?

(14) **A Senior Commissioner's Rep, Tatika (15) Mitchell's position.**

(16) Q Now, did you ask them to conduct the (17) interview with you?

(18) **A Yes.**

(19) Q Tell me why you asked them to do that.

(20) **A It was under the advice that I have a (21) panel and not knowing anyone in – not knowing many (22) people in the IRS, I asked for – I asked for**

## Page 95

(1) **recommendations for who might be a good candidate for (2) it.**

(3) Q And who recommended Mike Houston?

(4) **A I believe the recommendations – I don't (5) recall, but it's probably better not to speculate. I (6) don't recall who made the recommendations.**

(7) Q Who recommended Tatika Mitchell?

(8) **A I don't recall who made the (9) recommendations.**

(10) Q But they came upon the panel upon your (11) invitation?

(12) **A Yes.**

(13) Q Now, aside from Mr. Houston – is it (14) Hoston or Houston?

(15) **A Houston.**

(16) Q Aside from Mr. Houston and Ms. Mitchell, (17) who else was present with the candidates at the (18) interview?

(19) **A Myself.**

(20) Q Aside from the three of you, three of you (21) being yourself, Houston and Mitchell, who else was (22) present with the candidates at the interview?

## Page 96

(1) **A No one.**

(2) Q Was there a reason there was nobody?

(3) **A I don't know how to answer that question.**

(4) Q I didn't hear the last thing you said.

(5) **A No, I don't know.**

(6) Q Because you were speaking to yourself, so (7) I don't know whether you finished answering the (8) question, so I can go to the next one.

(9) **A No, I don't know how to – I don't know (10) how to answer the question.**

(11) Q Okay. Now, you selected Annette Burrell (12) for that position, did you not?

(13) **A Yes.**

(14) Q Tell me why you did that.

(15) **A Based on the application packages and the (16) interviews.**

(17) Q And who are the applicants that you (18) interviewed for that position?

(19) **A Camille Carraway, Gary Hamilton, Annette (20) Burrell and Mike Perkins.**

(21) Q And what qualifications did Michael (22) Perkins possess at the time you interviewed him that

### Page 105

(1) Q And it is your testimony that Annette (2) Burrell did not convey that impression, I take it?

(3) A Yes.

(4) Q Would you say that Annette Burrell is a (5) recognized technical authority in the field of safety?

(6) **A Recognized technical authority? She had (7) previously held the position as National Safety (8) Program Manager.**

(9) Q For how long?

(10) **A I don't recall.**

(11) Q Did that – was that important to you?

(12) **A It indicated that she understood the (13) program at a national level.**

(14) Q Now, was the experience of these (15) candidates that you interviewed for the position (16) important to you?

(17) **A Yes.**

(18) Q Did it matter to you how often they have (19) performed the requirements of this position prior to (20) the interview date?

(21) MR. TRUONG: I'm sorry. Can you read back (22) the question, please?

### Page 106

(1) MS. GBENJO: He has not alleged a loss of (2) memory or he has not alleged that the question was (3) inscrutable.

(4) BY MS. GBENJO:

(5) Q Mr. Burns –

(6) MR. TRUONG: Could you read back the (7) question, please?

(8) COURT REPORTER: How far back?

(9) MR. TRUONG: Just that last question right (10) before when I asked for the question to be read back.

(11) (Tape played back.)

(12) BY MS. GBENJO:

(13) Q What's your response, Mr. Burns?

(14) MR. TRUONG: This position? What –

(15) MS. GBENJO: The safety manager.

(16) MR. TRUONG: Oh, safety.

(17) MS. GBENJO: Position.

(18) BY MS. GBENJO:

(19) Q The position, any time I say this (20) position, unless I specify otherwise, I am talking (21) about the position in controversy, i.e., the safety (22) health or the safety manager position.

### Page 107

(1) MR. TRUONG: Objection. Foundation. I (2) don't think that the witness ever testified that Ms. (3) Burrell ever performed any function within the (4) position at issue.

(5) MS. GBENJO: Well, let him – let him (6) respond to the question and if you want to take his (7) position, feel free. Let him walk out of the room and (8) you take his seat.

(9) THE WITNESS: I'll just say that (10) experience in a national level Safety Program of any (11) duration was a positive toward a candidate.

(12) BY MS. GBENJO:

(13) Q Didn't Camille Carraway possess that (14) experience at the time of the interview in July of (15) 2003?

(16) **A I never said she didn't.**

(17) Q So I had asked you earlier whether you (18) would consider Annette Burrell a recognized authority (19) in the safety field. Do you remember what your (20) response was at the time?

(21) **A No.**

(22) Q What's your response?

### Page 108

(1) **A Do you want to read it back?**

(2) Q No. I'm saying what's your response?

(3) MR. TRUONG: He said he doesn't remember.

(4) THE WITNESS: I don't remember what my (5) response was.

(6) BY MS. GBENJO:

(7) Q Okay. Then tell me. Would you let me ask (8) the question again, because you gave me a response to (9) another question, not that particular one. Would you (10) say Annette Burrell is a recognized authority in (11) safety?

(12) **A In safety?**

(13) Q I'm sorry. I didn't –

(14) **A You'll hear my answer when I have it.**

(15) Q Oh, I'm sorry. Yes, okay.

(16) **A I would say in terms of national program (17) management, yes, she would be recognized as someone (18) who understood the program fully and was recognized as (19) an expert in the program.**

(20) Q In July of 2003?

(21) **A Yes.**

(22) Q How long has she performed that role of

Page 109

(1) being a national person in July of 2003?
(2)    **A I don't know.**
(3)    Q Was that important to your decision making (4) for the position that she filled?
(5)    **A No.**
(6)    Q Was it important to you whether the (7) candidate satisfied all of the eligibility (8) requirements for the position?
(9)    **A Yes.**
(10) Q Annette Burrell is not – does not have (11) any degree in safety, does she?
(12) **A No.**
(13) Q As a matter of fact, she has no degree at (14) all.  Isn't that a fact?
(15) **A But she has a high school degree.**
(16) Q Other than the high school degree, she (17) does not have any other degree.
(18) **A Correct.**
(19) Q And prior to the interview date, how long (20) had Annette Burrell supervised employees?
(21) **A I don't know.**
(22) Q Do you know that she did at all?

Page 110

(1)    **A I don't know.**
(2)    Q Now, you said that you would say that (3) Annette Burrell is a recognized expert in the safety (4) field.  Why did you say that?
(5)    **A She demonstrated a fairly sound (6) understanding of our program at a national level (7) during the interview process.**
(8)    Q Didn't Camille Carraway demonstrate that (9) also?
(10) **A I never said she didn't.**
(11) Q Didn't Michael Perkins demonstrate that as (12) well?
(13) **A I don't recall that he did.**
(14) Q Didn't Gary Hamilton demonstrate that at (15) the interview?
(16) **A I haven't commented once about Gary's (17) interview.**
(18) Q I'm just asking a question.
(19) **A Didn't he?  How do I answer that?  Didn't (20) he?  Could you rephrase the question or repeat the (21) question?  Didn't –**
(22) Q Didn't they demonstrate the same

Page 111

(1) knowledge, skills and ability that Annette Burrell (2) demonstrated in relation to safety field at the (3) interview?
(4)    **A In relation to the safety field overall, (5) yes, he demonstrated.**
(6)    Q How about Michael Perkins?
(7)    **A I don't recall that he did.**
(8)    Q Camille Carraway?
(9)    **A Yes, I would say that she did.**
(10) Q At the time that you conducted the (11) interview of July of 2003, you were not aware of any (12) policy or procedures that Annette Burrell did on (13) safety, were you?
(14) **A I don't know.**
(15) Q Now, you took notes at the interview of (16) July of 2003 in relation to this position, right?
(17) **A Um-hum.**
(18) Q Why did you take notes?
(19) **A So that we could have our thoughts, so (20) that we could have a conversation with the panel after (21) the interviews.**
(22) Q You said so that you could have

Page 112

(1) conversation with the panel?
(2)    **A Right.**
(3)    Q In other words, your other two colleagues (4) that interviewed the candidates?
(5)    **A Right.**
(6)    Q Okay.  Was it your instruction for the (7) panel members to take notes?
(8)    **A I don't recall that I instructed them to (9) take notes, but I gave them a list of questions and (10) space to write in.**
(11) Q How did you generate those questions?
(12) **A Are you asking what my thought process (13) was?**
(14) Q Um-hum.
(15) **A It was based on what I thought the (16) position would be doing within the organization.**
(17) Q Now, did you read the job description (18) before creating or generating those questions?
(19) **A I don't recall, but I would assume.**
(20) Q Are those questions that you generated (21) reasonably related to the requirements of the (22) position?

## Page 113

(1) **A I would think so.**

(2) Q Now, did those questions cover the major (3) duties of that – of the eligibility or the major (4) duties for that position?.

(5) **A Not all of them were directly.**

(6) Q Some of them?

(7) **A Yes.**

(8) Q Did you generate these interview questions (9) based on what you felt were important?

(10) **A Yes.**

(11) Q Did you inform the applicants that (12) interview was going to be a selection tool for that (13) position?

(14) MR. TRUONG: Objection. Foundation.

(15) THE WITNESS: I don't recall.

(16) BY MS. GBENJO:

(17) Q You have seen the announcement, have you (18) not?

(19) MR. TRUONG: Objection. Mischaracterizing (20) the witness' testimony.

(21) BY MS. GBENJO:

(22) Q Tell me if you have not.  You saw the job

## Page 114

(1) announcement, Mr. Burns, did you not?

(2) **A I believe so.**

(3) Q Nowhere does it say that the interview (4) will be used as a selection tool.  Isn't that a fact?

(5) **A I don't know.**

(6) Q Was that important to you?

(7) **A Was what important to me?**

(8) Q Letting the candidates know that you will (9) be using interview as a selection tool for that (10) position.

(11) **A Would it be important that they know that?**

(12) Q Um-hum.

(13) **A I would be curious who would come to an (14) interview not thinking that it was part of the (15) selection process.**

(16) Q Because you customarily would not make a (17) selection without interviewing the candidates, right?

(18) **A Because I customarily would not interview (19) somebody if it wasn't part of my decision to select.**

(20) Q But did the applicants know that?

(21) **A I don't have – I can't speak for the (22) applicants.**

## Page 115

(1) Q Are you aware of any requirements that say (2) that the applicants must know if interview will be (3) used as a selection tool?

(4) **A I'm not aware of any requirement.**

(5) Q Tell me why you did not select Mr. (6) Hamilton for that position.

(7) **A I didn't feel that his interview went very (8) well.**

(9) Q In what aspects?

(10) **A My recollection was that the answers were (11) not clear and concisely aligned with the questions (12) that were asked and that we had to do a significant (13) amount of follow-up to the questions to try to get the (14) answers to the question.**

(15) Q Okay.  Other than that?

(16) **A Other than that, I respect his technical (17) capabilities in industrial hygiene and I felt that (18) there was some level of reliance on that technical (19) aspect which was – which I already had two positions (20) that were industrial hygienists in the organization (21) and didn't feel that I needed.**

(22) Q Other than that?

## Page 116

(1) **A I think the technical qualifications from (2) a written perspective, from a paperwork perspective (3) were there, but my opinion was that the interview (4) didn't go well.**

(5) Q And that was the reason for his rejection?

(6) **A That was part of the reason was trying to (7) – it was part of the reason for the selection, yes.**

(8) Q You didn't select him, did you?  You (9) didn't select Mr. Hamilton, did you?

(10) **A Right.**

(11) Q Okay.  And that's the reason for the (12) interview was the reason for his rejection.  The (13) responses he gave to you at the interview.

(14) **A That was, yes, part of the – and I would (15) say the answers to the questions were primarily the (16) issue related to the non-selection.**

(17) Q Okay.  Now, you said his answers were not (18) clear at the interview?  Am I right?

(19) **A Yes.**

(20) Q Did you put that anywhere in your (21) interview notes?

(22) **A I don't recall.  It probably would not be**

## Page 121

(1) guide us through the interview. If there are others (2) you want to ask or whatever, we can pass the – you (3) know, we can do a round-robin of questions or I don't (4) want to – I'm not going to lead the whole thing and (5) ask the questions and just have you taking notes. (6) We'll rotate it around or whatever and whatever is the (7) likely flow. And then at the end we will talk about (8) the responses and that was pretty much it.

(9)   It was not – there was not a rigid (10) guidance set for an interview process.

(11) Q Was there any evaluation standards used (12) during the interview process?

(13) A Evaluation standards?

(14) Q You were also – I'm sorry. I thought you (15) finished.

(16) A No, no.

(17) Q Oh, okay.

(18) A I was trying to give you a complete (19) answer.

(20) Q Okay. Your complete answer you said is (21) no?

(22) A No.

## Page 122

(1)   Q Right? Okay. Okay. Now, you were also (2) a voting member at that interview, were you not?

(3)   A A voting member?

(4)   Q Um-hum.

(5)   A We didn't actually vote, but I was on the (6) panel, yes.

(7) Q Okay. In other words, what you felt about (8) each candidate played a role in the decision that was (9) eventually made? In other words, in the selection.

(10) A We had discussion among the three of us of (11) the credentials on paper and after the interview of (12) the interview, how the interview went. And we talked (13) about how we thought they – each of the interviewees (14) fared in the interview process. So I don't know if I (15) answered your question.

(16) Q Now, other than the interview, did you (17) have any other reason for rejecting Mr. Hamilton for (18) that position?

(19) A No.

(20) Q Now, you said you all talked, you meaning (21) the panel?

(22) A Yes.

## Page 123

(1) Q Okay. How many times did you discuss or (2) confer during the interview altogether?

(3)   A During the interview?

(4)   Q Um-hum.

(5)   A If your question is while the interviewee (6) was there, none.

(7) Q Okay. Let me just say that day.

(8)   A That day?

(9)   Q Yes.

(10) A We conferred before any interview started.

(11) Q Um-hum.

(12) A We conferred at the conclusion of each.

(13) Q Um-hum.

(14) A And we conferred at the very end.

(15) Q Five times altogether or six times?

(16) A Probably six.

(17) Q Six times. Okay. Okay. Now, at the time (18) that you conducted the interview, did you rate the (19) applications of the individuals?

(20) MR. TRUONG: Objection. Asked and (21) answered.

(22) THE WITNESS: We don't. There was no

## Page 124

(1) numeric score, if that's what you're asking.

(2)   BY MS. GBENJO:

(3)   Q Okay. Now, were there any evaluation (4) criteria established to rate each of the applicants (5) on?

(6)   A Evaluation?

(7)   Q Um-hum.

(8)   MR. TRUONG: Objection. Foundation.

(9)   THE WITNESS: Like a numeric score?

(10) BY MS. GBENJO:

(11) Q Anything.

(12) A There were five, six, seven questions (13) about the program that were geared toward eliciting a (14) response that indicated in depth program knowledge (15) about the national program.

(16) Q Now, during each time that you concurred (17) or confirmed with the panel members, was there ever a (18) time one person or the other said, oh, I would give (19) this person an eight? I would give that person a (20) three? I would give this person a 10?

(21) A I don't recall any discussion like that.

(22) Q Now, how did the panel evaluate each

Page 133

(1) occur?

(2) A I think it was in the end of 2004, early (3) 2005.

(4) Q What position was that?

(5) A It was a temporary assignment to the (6) National Office. I don't know what the position was (7) called from a IRS perspective. You know, an OPM type (8) perspective. But I detailed her into a specific (9) assignment.

(10) Q And how long was that detail?

(11) A I think it was — I'm not sure if she (12) finished it, because she left shortly thereafter. But (13) it was, I think, for 120 days.

(14) Q Did you need her to complete that detail?

(15) A Did I need her to complete it?

(16) Q Um-hum.

(17) A Well, it was something we were pursuing.

(18) Q Is that a yes?

(19) A She — I needed the work done. Whether I (20) needed her to finish it, I don't recall whether she (21) got it to a point where it was close enough for us to (22) finish with existing resources.

Page 134

(1) Q Did she finish it?

(2) A To tell you the truth, I don't recall.

(3) Q Did you try to get her to finish it?

(4) MR. TRUONG: Objection. Asked and (5) answered.

(6) THE WITNESS: Well, we — there is a (7) series of tasks associated with that detail and I (8) remember when she said that she was leaving that we (9) had kind of a close out meeting and she passed the (10) work that she had done in progress on all of them to (11) me and I don't know whether I then gave it to somebody (12) on my staff to finish or it was finished. I mean, (13) there were several piece parts to that assignment.

(14) BY MS. GBENJO:

(15) Q Okay. Did you try to persuade her not to (16) leave?

(17) A No.

(18) Q Did you expect that at the end of that (19) detail if she had not left, she would have completed (20) the task or the assignment?

(21) A Yes.

(22) Q Did you give her any impression that that

Page 135

(1) detail would become a permanent position?

(2) A I don't recall giving her that. I didn't (3) have an open position at the time.

(4) Q But did you?

(5) A I said I don't recall ever —

(6) Q Oh, okay.

(7) A — saying that, but I wouldn't have had a (8) position to put her in anyway.

(9) Q But she left anyway?

(10) A Yes.

(11) Q And who did you say completed the (12) unfinished portion of the detail assignment?

(13) A I don't recall whether — she may have (14) finished it to the point that we needed it. There (15) were, again, about two or three different things, (16) little assignments, that she was working on as part of (17) this overall 120 day detail. It was related to (18) training. It was related to committees. It was (19) related to a mentoring program and some of it was come (20) up with ideas and concepts. Some of it was like this (21) data and I don't know whether she was 90 percent (22) finished on each piece or where she left it.

Page 136

(1) Q Was she — were you monitoring her (2) progress during that detail?

(3) A We had a couple of discussions during that (4) detail to make sure she was getting what she needed.

(5) Q So there was a feedback and —

(6) A There was progress along the way, yes.

(7) Q Why did you detail Camille Carraway with (8) a higher position?

(9) A The program, at the time, was undergoing (10) change and growth. And part of what was identified as (11) needs of the program, we didn't have the capacity to (12) do in-house with existing resources. Camille — I was (13) told by one of my safety officers that Camille was (14) disengaged from work.

(15) Q What does that mean?

(16) A She wasn't energized about it, was not (17) enthusiastic about her work, was actively looking (18) elsewhere to try to be energized about work, which is (19) what we all hope for. And that assignment needs and (20) then when I asked about the assignment needs of (21) another person on my staff about who might be a good (22) person to take this and run with it, she had also

Page 137

(1) suggested that Camille had thoughts and ideas about (2) it, had worked on a similar assignment previously, (3) etcetera, etcetera.

(4)   So it seemed like a win-win to give her an (5) opportunity to get out of her current situation and (6) maybe reinvigorate her in the program, give her (7) something new and challenging to do and it seemed to (8) match her skill set.

(9)   Q And was there a reason you did not have (10) Mr. Hamilton complete that remainder, you said 10 (11) percent, that Camille Carraway did not complete?

(12) MR. TRUONG: Objection. Foundation.

(13) THE WITNESS: I don't think that there was (14) enough left to do to really create another piece of (15) that. As I recall, it was, as I said, almost probably (16) 90 percent complete.

(17) BY MS. GBENJO:

(18) Q Now, was there a reason you did not (19) consider Mr. Hamilton for that Carraway detail?

(20) A The position — we had kind of an ongoing (21) list of ideas that might be good to pursue. And some (22) of them we would have existing staff work. This just

Page 138

(1) seemed like — because Ed Crandle approached me about (2) her being disengaged and I had this need and Barbara (3) Cohen said you might want to consider her for that.

(4)   Q How was —

(5)   A I didn't consider anyone else.

(6)   Q Really? That was the reason you didn't (7) consider Mr. Hamilton?

(8)   A I didn't consider anyone else.

(9)   Q Other than Camille?

(10) A Right.

(11) Q Now, that Barbara Cohen, is she still with (12) the IRS?

(13) A She retired.

(14) Q Oh, how about Ed Crandle?

(15) A He is retired. We have an aging work (16) force in the IRS. We talk about it constantly.

(17) Q Other than what you just told me, was (18) there any other reason why you did not consider Mr. (19) Hamilton for that position?

(20) A No.

(21) Q Now, as far as the interview for the (22) safety manager position is concerned, did each panel

Page 139

(1) member have equal say in the decision?

(2)   A We certainly were equal members in the (3) discussion. You know, we, as a panel, came up with (4) our recommendation, but ultimately I made the (5) selection.

(6)   Q Okay. But did each panel member have an (7) equal say in that decision?

(8)   A In — each panel member could individually (9) recommend whoever they wanted, yes.

(10) Q But I thought you said but in the end you (11) made the selection.

(12) A Well, I was — as a selecting official, (13) yes, I ultimately made the selection.

(14) Q And was each candidate asked all of those (15) questions that you give to the panel members?

(16) A Was each — unless we ran out of time on (17) one and I don't recall, but we pretty much went (18) straight through the questions. I think everybody (19) answered them all. I think we got the last question (20) was do you have any questions for us. And I think we (21) got to that question for everyone.

(22) Q So they all answered all the questions?

Page 140

(1)   A I believe that's true, yes.

(2)   Q How long have you known Carraway?

(3)   A I think I had heard of her when I was at (4) the Department of Treasury, but I'm not sure that I (5) had actually met her.

(6)   Q How connected or closely related these two (7) divisions, the Department of Treasury and the IRS? (8) Are they connected in any way?

(9)   A Well, the Department of Treasury is the (10) parent agency of the IRS.

(11) Q And how long have you known Perkins, (12) Michael Perkins?

(13) A Yes.

(14) MR. TRUONG: Objection. Foundation.

(15) THE WITNESS: I don't know Michael (16) Perkins.

(17) BY MS. GBENJO:

(18) Q At all?

(19) A Well, I know of him. I know of him (20) because he still works in security, so I see his name (21) on email periodically.

(22) Q I already asked you how long you have

## Page 141

(1) known Carraway. I know you said when you were in (2) Department of Treasury.

(3)    A I think I might have known the name. I'm (4) not sure I actually – well, wait a minute. When I (5) was at the Department of Treasury, I guest presented (6) at the Safety CPE for the IRS.

(7)    Q Um-hum.

(8)    A They asked me to come and speak about (9) where we were going with the program from a department (10) perspective, so I probably met her or at least knew of (11) her at that – while I was at Treasury.

(12) Q How long have you known Mr. Hamilton?

(13) A Since sometime in the Navy when I was in (14) industrial hygiene.

(15) Q How long have you known Annette Burrell?

(16) A I probably knew of her at Treasury again (17) through the Safety CPE, but met her when I came into (18) the position at the IRS and she was detailed in there (19) working with – detailed in there working with the (20) organization.

(21) Q Now, when you got into the IRS and she was (22) detailed there, did you conduct an evaluation on her

## Page 142

(1) after she completed that detail?

(2)    A No, I don't think so.

(3)    Q So nobody conducted a performance (4) evaluation of what she did during that detail?

(5)    A I don't know.

(6)    Q Oh, okay. But as far as you're concerned, (7) you didn't conduct any?

(8)    A No.

(9)    Q Okay. Now, have you or do you have any (10) special relationship with Michael Perkins?

(11) A No.

(12) Q You said no?

(13) A No.

(14) Q Okay. Did you testify earlier that you (15) don't know him?

(16) A I don't think I could pick him out on the (17) street.

(18) Q You have never met him?

(19) A I don't know that I have ever met him.

(20) Q Do you or have you had any special (21) relationship with Camille Carraway?

(22) A I have worked with her.

## Page 143

(1)    Q Other than that.

(2)    A No.

(3)    Q How about Gary Hamilton?

(4)    A I have worked with him.

(5)    Q Other than that.

(6)    A And had a personal relationship with him.

(7)    Q Okay. Tell me the extent of your personal (8) relationship with Gary Hamilton.

(9)    A We were – our – well, we were, when I (10) was in the safety and health field, colleagues in the (11) same profession, had mutual friends. He worked with (12) my wife. He periodically worked with me in the Navy (13) and we have been to social functions together.

(14) Q And do you – I'm sorry, I thought you (15) were done.

(16) A No, that's – yes.

(17) Q I'm sorry, I thought you were done. Were (18) you done?

(19) A Sure.

(20) Q Okay. Do you or have you had any special (21) relationship with Annette Burrell?

(22) A I work with her and just like –

## Page 144

(1)    Q Hm?

(2)    A I work with her and I have been out to (3) work dinners with the rest of the staff and everything (4) else.

(5)    Q Other than that?

(6)    A No.

(7)    Q Okay. I know I think I already asked you (8) this, but I'm not sure. At the time that you got to (9) the IRS, Annette Burrell was already on a detail, (10) right?

(11) A Correct.

(12) Q And I also had asked you whether you (13) conducted a performance appraisal on her based on the (14) renewal of that detail.

(15) MR. TRUONG: Objection. Foundation, (16) assuming there was a renewal.

(17) THE WITNESS: I don't recall doing a (18) performance evaluation on her detail, no.

(19) BY MS. GBENJO:

(20) Q At all?

(21) A No.

(22) Q Oh, okay. Now, at the end of this

Page 145

(1) interview, on the said safety manager position, did (2) you and the other panel members compare notes?

(3) **A Like physically compare notes or just talk (4) about what we had talked about?**

(5) Q Both.

(6) **A We didn't physically share the notes other (7) than apparently when they cleared the table, they (8) passed them back to me, but we used that and our (9) perceptions during the interview as discussion points.**

(10) Q I didn't hear the last part very well.

(11) A We used that.

(12) Q That being what?

(13) **A We used the responses and any notes that (14) had been written down as the basis for our discussion (15) at the end of the interviews.**

(16) Q Now, can you give me an example of a (17) question that you asked over which Mr. Hamilton's (18) responses were not clear?

(19) **A It was a general impression, not off the (20) top of my head I can't.**

(21) Q Would you give me an example of any (22) question you asked that Mr. Hamilton's responses were

Page 146

(1) difficult to follow on?

(2) MR. TRUONG: That he asked personally or (3) the panelists asked?

(4) BY MS. GBENJO:

(5) Q Both. When I say you, it includes you, it (6) includes the panel.

(7) **A I don't recall the specific answers.**

(8) Q Was that also a general impression?

(9) **A It's a general impression at this time.**

(10) Q I didn't hear the last part, because you (11) were coughing.

(12) **A It's a general impression at this time.**

(13) Q Okay. Now, were the panel – did any (14) member of the panel ask additional questions over and (15) above what you already wrote on that piece of paper (16) that you handed out to the panel members?

(17) **A Possibly.**

(18) Q Were they told to do that?

(19) **A No.**

(20) Q Did you tell them they were in violation (21) when they did that?

(22) MR. TRUONG: Objection. Foundation.

Page 147

(1) THE WITNESS: No.

(2) BY MS. GBENJO:

(3) Q Did you ask additional questions at the (4) interview over and above the questions that you handed (5) out to those panel members?

(6) **A Perhaps.**

(7) Q Did you instruct the panel members prior to (8) the commencement of the interview that they could (9) ask additional questions over and above what you (10) handed out to them?

(11) **A Not directly.**

(12) Q Indirectly?

(13) **A I told them when I gave them the questions (14) that those questions would be the basis for the (15) interview, but that I didn't want it to seem overly (16) structured as I am asking question one and then you're (17) asking question two and then you're asking question (18) three, that the questions would be the framework and (19) we would try to get through them.  So I guess they (20) probably would have – I probably would have (21) interpreted that as the ability to pursue additional (22) questions.**

Page 148

(1) Q I'm sorry, I didn't –

(2) **A Additional questions.**

(3) Q Now, how long did each interview last?

(4) **A I believe they were slated for an hour, (5) but I'm not sure of the duration of any one of the (6) individual interviews.**

(7) Q Is it possible they were 30 minutes in (8) length?

(9) **A Possible.**

(10) Q Is it possible they were 20 minutes in (11) length?

(12) **A I don't think they would have been that (13) short.**

(14) Q But you recall that after each interview, (15) you recessed or took a break?

(16) **A We took a break to talk.**

(17) Q To discuss the responses of the candidate?

(18) **A Discuss any – clarify anything that we – (19) people may have heard different things.  And then I (20) believe they were scheduled for two in the morning and (21) two in the afternoon, so we probably had lunch in (22) there, which was probably a longer break.**