Form No. TDF 62-03.5
(03/97 Edition)

Certified # 7000 1530 0006 1765 0548

**INDIVIDUAL COMPLAINT OF EMPLOYMENT DISCRIMINATION WITH THE DEPARTMENT OF THE TREASURY**

FOR OFFICE USE ONLY

DEPARTMENT CASE NUMBER: 04-2340

FILING DATE: 4/27/4

## Part I Complainant Identification

**1. Name** (Last, First, Middle Initial): HAMILTON, GARY, NMN

**2. Telephone/Fax** (Include Area Code):
Home: 301 870 2662  Fax:
Work: 202 283 0932  Fax: 202 283 5767

**3. Present Home Address** (You must notify the Department of any changes of address while complaint is pending, or your complaint may be dismissed):
Street Address: P.O. Box 1201
City: Waldorf  State: MD  Zip Code: 20604

**4. If you are a current or former employee of the Federal government, list your most recent title, series, and grade.**
Title: Industrial Hygienist  Series: 0690  Grade: 12

**5. Name and Address of Organization Where You Work** (If a Treasury Employee):
I.R.S
Bureau: A:RE:O: A3:PC-R:B:II

APR 27 2004
TREASURY COMPLAINT CENTER
DALLAS TEXAS

Office and Organizational Component
Street Address: 500 Ellin Road, NCFB
City: Lanham  State: MD  Zip Code:

**6. Employment Status in Relation to this Complaint:**
☐ Applicant  ☐ Probationary  ☒ Career/Career Conditional
☐ Former Employee  Date Left Treasury Employment:
☐ Retired  Date of Retirement:
☐ Other  Specify:

**7.** I certify that all of the statements made in this complaint are true, complete, and correct to the best of my knowledge and belief.

Signature of Complainant or Attorney Representative  Date: 4/21/04

## Part II Designation of Representative

**8.** You may represent yourself in this complaint or you may choose someone to represent you. Your representative does not have to be an attorney. You may change your designation of a representative at a later date, but you must notify the Department immediately in writing of any change, and you must include the same information requested in this Part.

"I hereby designate **HOWARD WALLACE** (Please Print Name) to serve as my representative during the course of this complaint. I understand that my representative is authorized to act on my behalf."

**9. Representative's Mailing Address**
Firm/Organization:
Street Address: 901 Cheswold Court
City: Bel Air  State: MD  Zip Code: 21041

**10. Representative's Employer** (If Federal Agency): N/A

**11. Representative's Telephone/Fax** (Include Area Code):
Telephone:  Fax:

**12. Complainant's Signature**  Date:

GOVERNMENT EXHIBIT 14

HAMILTON EXHIBIT NO. 8

HAM 2415

## Part III Alleged Discriminatory Actions

**13. Name and Address of Treasury Bureau that took the action at issue (if different than Item 5.)**

Bureau: _____  Office and Organizational Component: _____

Street Address: _____

City: _____  State: _____  Zip Code: _____

**14. If your complaint involves nonselection for a position, please complete the following:**

Position Title: Safety & Health MGR    Series: 0018    Grade: 14

Vacancy Announcement Number: N/A (DETAIL)    Date Learned of Nonselection: 1/20/04

**15.** (A) Describe the action taken against you that you believe was discriminatory; (B) Give the date when the action occurred, and the name of each person responsible for the action; (C) Describe how you were treated differently than other employees or applicants because of your race, color, religion, sex, national origin, age, disability, or in retaliation for your participation in the EEO process or opposition to alleged discriminatory practices; (D) Indicate what harm, if any, came to you in your work situation as a result of this action. *(You may but are not required to attach extra sheets.)*

Planned, arranged and executed a non-competitive selection process of a detail assignment w/ a discriminatory motive.

**16. Mark below ONLY the bases you believe were relied on to take the actions described in #15.**

- [x] Race (State Race) BLACK
- [x] Color (State Color) Light Skin
- [ ] Religion (State Religion) _____
- [x] Sex (Specify) MALE
- [ ] National Origin (Specify) _____
- [ ] Age (Date of Birth) _____
- [ ] Physical Disability (Specify) _____
- [ ] Mental Disability (Specify) _____
- [ ] Retaliation Reprisal (Dates of Prior EEO Activity) _____

**17. What remedial or corrective action are you seeking to resolve this matter?**  $300,000

1. Placement into a similar position, 2. Back pay w/ benefits, 3. Payment of Attorney/Representative fees & expenses, compensatory damages

## Part IV Counselor Contact

**18. When did the most recent discriminatory event occur?** 01 / 20 / 04

**19. When did you first become aware of the alleged discrimination?** 01 / 20 / 2004

**20. When did you contact an EEO counselor?** 02 / 23 / 2004

**21. Did you discuss all actions raised in Item 15 with an EEO counselor?** [x] YES [ ] NO

**22. Name and telephone number of EEO counselor.** Olga Perez  202 283 1784

**23. When did you receive your "Notice of Right to File"?** 04 / 15 / 2004

**24. On this same matter, have you filed a grievance or appeal under:**
- Negotiated grievance procedure [ ] YES [x] NO
- Agency grievance procedure [ ] YES [x] NO
- MSPB appeal procedure [ ] YES [x] NO

If you filed a grievance or appeal, provide date filed, case number, and present status.

HAM 2416