# EEO COUNSELING REPORT - INDIVIDUAL COMPLAINT

## PART 1 (Through the Initial Interview)

| 1. Regional Complaints Center Name, Address and Telephone Number | 2. EEO Officer: Name, Address & Telephone Number | 3. EEO Counselor: Name, Address & Telephone Number | 4. Date Counseling First Sought |
|---|---|---|---|
| Treasury CC-Washington, DC<br>Dir: Jerry Armstrong<br>4050 Alpha Road, Stop 1010 MSRO<br>Dallas Texas, 75244-4201<br>(972) 308-1301 | Alice Evon Lee<br>Territory Mgr.<br>EEO & Diversity<br>Field Services<br>(202) 283-7983 | Olga Perez<br>A:EEO:OD:A3:WDC<br>Mail Stop-2nd Floor<br>Suite 215, Corporate Drive, 5000 Ellin Rd.,<br>Lanham, MD. 20706<br>(202) 283-1784 | 2/23//04<br><br>Date of First Interview<br><br>2/26/04 |

| 6. Employee: Name, Official title, Series, Grade, Business or Home Address, and Telephone Number | 8. Matter Causing Complaint or Issue |
|---|---|
| Gary Hamilton<br>Industrial Hygienist, GS-690-12<br>P.O. Box 1201<br>Waldorf, MD. 20604<br>(202)283-0932 (W)<br><br>7. Basis or Type of Discrimination:<br><br>__ Age    Date of Birth<br>                        M/D/Y<br>__ Religion<br><br>__ Color<br><br>_X_ Race (black)<br><br>__ National Origin<br><br>_X_ Sex (male)<br><br>__ Retaliation/Reprisal for Involvement in Complaints Process (prior involvement)<br><br>__ Disability:  _____<br>            Physical         Mental<br>__ Other:  __ Parental Status<br>           __ Genetic Information<br>           __ Sexual Orientation | __ Appointment<br>__ Assignment of Duties<br>__ Awards<br>__ Change to Lower Grade<br>__ Classification<br>__ Conversion to F/T CC<br>__ Duty Hours<br>__ Evaluation/Appraisal<br>   Merit Pay<br>   Non-Merit Pay<br>__ Exam/Test<br>__ Harassment (NS)<br>__ Overtime<br>__ Pay<br>_X_ Promotion (Temporary Promotion)<br>__ Reassignment<br>__ Reinstatement<br>__ Removal/Separation<br>__ Reprimand<br>__ Resignation<br>__ Retirement<br>__ Sexual Harassment<br>__ Suspension<br>__ Termination During Probation<br>__ Time/Attendance<br>__ Training<br>__ Within-Grade Increase (WGI)<br>__ Working Conditions<br>__ Other (Explain) |

9. An EEO Counselor cannot reveal the identity of a person who has come for counseling, except when authorized to do so by the person counseled. Is Complainant willing to have his/her name revealed during the counseling stage?

Yes _x_   No ___

GOVERNMENT EXHIBIT 15

HAMILTON EXHIBIT NO. 7
C. CRUMP

JUN-18-2004  09:42          2038741357                      97%              P.02

HAM 2409

If answer is "Yes," Complainant must give permission by signing name in the space following:

_____

| 10. Organization where alleged discrimination occurred and date of occurrence.<br><br>REFM, AWSS<br><br>1/20/04 | 11. Give date Complainant became aware of alleged discrimination if substantially different from that shown in 10. Explain. |
|---|---|

12. If complaint appears to be untimely, what explanation is offered to explain why Counselor was not contacted within 45 days?

13. Provide a brief description of complaint, summarizing actions which caused counseling to be sought and which complainant believes are discriminatory.

The aggrieved stated John S. Burns, Chief Safety Officer, went to another area to solicit a white female for a 120-day detail in his area. This detail is for a Safety Officer, GS-14 position in the REFM Safety and Health office. He further stated this is the same selecting official named in a prior complaint regarding a non-selection issue. The aggrieved stated the selecting official did not offer him the opportunity for the temporary promotion, because of his race and gender. The aggrieved stated he has more experience than Camille J. Carraway (selectee).

14. Remedial Action Desired by Complainant: 1) Temporary Promotion to GS-14 position retroactive to date of selection and back pay with benefits; 2) Legal fees.

15. On the same matter has Complainant filed a grievance under a negotiated procedure?    Yes ___ No _x_

Under the Agency grievance system?    Yes ___ No _x_

Has Complainant appealed to the Merit Systems Protection Board?    Yes ___ No _x_

If grievance or appeal has been filed, what is its status?

16. Does Complainant elect to have a representative?
    Yes ___ No _X_

17. Signature of Counselor/Date

*Olga Perez*    2/26/04

*[Signature]*

**10. Organization where alleged discrimination occurred and date of occurrence.**

LEFM, AWSS

1/20/04

**11. Give date Complainant became aware of alleged discrimination if substantially different from that shown in 10. Explain.**

**12. If complaint appears to be untimely, what explanation is offered to explain why Counselor was not contacted within 45 days?**

**13. Provide a brief description of complaint, summarizing actions which caused counselling to be sought and which complainant believes are discriminatory.**

**14. Remedial Action Desired by Complainant;** 1) Temp. Prom. to S-14 retroactive to date of selection; 2) Back pay w/ Benefits, Legal fees.

**15. On the same matter has Complainant filed a grievance under a negotiated procedure?** Yes ___ No _X_

Under the Agency grievance system? Yes ___ No _X_

Has Complainant appealed to the Merit Systems Protection Board? Yes ___ No _X_

If grievance or appeal has been filed, what is its status?

**16. Does Complainant elect to have a representative?**

Yes ___ No _X_

**17. Signature of Counselor/Date**

# EEO COUNSELING REPORT - INDIVIDUAL COMPLAINT
## PART II (For counseling after initial interview)

**18. Contacts During EEO Counseling Inquiry**

| Date(s) of Contact (Col. 1) | Name, Title, Grade Telephone (Col. 2) | Organization Admin. Code (Col. 3) | Reason for Contact (Complainant, Witness, Management Official, Personnel, etc.) (Col. 4) | Time Spent by Person Contacted (Col. 5) |
|---|---|---|---|---|
| 2/26/04 | Gary Hamilton<br>Industrial Hygienist<br>GS-690-12<br>202-283-0932 | Real Estate Facilities Management (REFM), Safety & Security, AWSS | Aggrieved | 1 Hour |
|  | John S. Burns<br>Chief, Safety Officer<br>IR-343-1<br>(202) 283-9329 | Real Estate Facilities Management (REFM), AWSS | Management Official |  |

**19. INFORMATION DEVELOPED DURING INQUIRY** (Identify the source of each fact; attach relevant documents provided by employee/applicant, management officials involved, other witnesses, Personnel, etc., or those obtained by the Counselor.)

---

# EEO COUNSELING REPORT - INDIVIDUAL COMPLAINT
## PART II, CONTINUED

**20. Counselor's Suggestions to Management Official(s) to Resolve Complaint**

The aggrieved elected ADR.

**20. Final Action by Management Official(s) on Counselor's Suggestion**

AP elected ADR.

**22. Summary description of complaint issues as developed during counseling**
(Specify type of discrimination alleged, and actions which Complainant believes to be discriminatory. Show dates of occurrences.)

Issues: The aggrieved alleges discrimination based on race (black) and sex (male) when he was not given the opportunity to serve on a 120-day detail as a Safety Officer. This is a temporary GS-14 position. The aggrieved stated this is the same manager listed in a formal complaint regarding a non-selection issue. He further stated this position was not announced and the selecting official went to another area to offer the position to a white female. The aggrieved stated the selecting official knew he was qualified for the position, but did not want to select him because of his race and gender.

The aggrieved elected ADR on February 26, 2004. Mediation was held on April 15, 2004. Mediation was unsuccessful so the Notice of Rights to File issued was issued on the same date.

**23. Remedial Action Desired**

1) Temporary promotion to a GS-14 position retroactive to date of selection and back pay with benefits; 2) Legal fees.

**24. Grievances and Appeals**
NONE

# EEO COUNSELING REPORT - INDIVIDUAL COMPLAINT
## PART II, CONTINUED

| 25. Total Number of Hours Spent Counseling this Case (Include all contacts, preparation and travel time.) | 26. Date of Final Interview | 27. Date of this Report |
|---|---|---|
|  | 4/15/04 | 4/15/04 |

JUN-18-2004 09:42    2028741357    97%    P.05

HAM 2413

1

27. Signature of Counselor

*Olga Perez*

29. Date Report Sent or Delivered to Complaints Center

4/28/2004

30. Enclosures (List, tab, and give duplicate legible copies to Complainant)