Certified Mail No. 7004 1160 0002 1671 0000

Gary Hamilton
12304 Burning Oak Court
Waldorf, MD  20602

Department of the Treasury
Treasury Complaint Center
4050 Alpha Road
Dallas, TX  75244-4203

RECEIVED AUG 3 0 2004
TREASURY COMPLAINT CENTER
DALLAS, TEXAS

Attn: Ms. Galant

Ref: REQUEST FOR AMENDMENT OF MY FIRST EEO CLAIM (04-2024) WITH ALLEGATIONS MADE IN MY DESIGNATED EEO SECOND CLAIM 04-2340)

This is a formal request to amend my second claim allegation to that of my first EEO Claim.

According to EEOC Management Directive MD 101 Directive, Chapter 5, In order to facilitate such a determination, the complainant shall be instructed by the investigator (or any other EEO staff person with whom complainant raises the new incident) to submit a letter to the agency's EEO Director or Complaints Manager (or a designee) describing the new incident(s) and stating that s/he wishes to amend his/her complaint to include the new incident(s). The EEO Director or Complaints Manager shall review this request and determine the correct handling of the amendment in an expeditious manner.

As we have on several occasions discussed and in accordance with EEOC MD 101 Directive, my second claim should be amended to the first claim when I raised a new but related discrimination during the processing of an EEO complaint. The following must be determined by your office, my comment follows each factor listed:

1. provides additional evidence offered to support the existing claim, but does not raise a new claim in and of itself;

   **Comment**: This factor is not applicable to the requested amendment.

2. raises a new claim that is like or related to the claim(s) raised in the pending complaint; or





HAM 2467

> **Comment:** My orginial complaint alleges the Agency has a pattern and practice of allowing white females assignment and/or temporary promotions thus giving an unfair advantage during future open competiton for permanent positions. The second claim is like the first, in that, I complain of a specific person, Ms Carroway, being selected for such a temporary assignment in the same direct office as alleged in the first claim.

> 3. raises a new claim that is **not** like or related to the claim(s) raised in the pending complaint.

> **Comment:** This is not applicable to my request for ammendment, since no new claim is forwarded or is not like or related to the claim(s) raised in the pending complaint.

Clearly, I meet the criteria for amendment of my allegations made in my second EEO claim such that it is amendable to my first EEO Claim.

Thank you in advance for your assistance in this request. Please provide official letter as to the response to m request within 10 calandar days. Please contact me at 202-283-7072, if any claification is needed.


Respectively yours

Gary Hamilton

HAM 2468

Gary Hamilton
P.O. Box 1201
Waldorf, MD 20604



U.S. POSTAGE PAID
WALDORF, MD 20601
AUG 27, 04
AMOUNT $4.4¢
00021680

CERTIFIED MAIL

7004 1160 0002 1671 0000


RECEIVED
AUG 30 2004
TREASURY COMPLAINT CENTER
DALLAS, TEXAS

Department of Treasury
Treasury Complaint Center
4050 Alpha Road
Dallas, TX 75244-4203

HAM
2469