# Law Offices of
# Snider & Fischer, LLC

Michael J. Snider, Esq.
Morris E. Fischer, Esq.



TREASURY COMPLAINT CENTER
DALLAS, TEXAS

**SECOND NOTICE**

January 11, 2005

Department of the Treasury
Treasury Complaint Center
4050 Alpha Road
Dallas, TX 75244-4203

Attention: Ms. Galant
Via Certified Mail

      Re: Gary Hamilton v. Treasury

Dear Ms. Galant:

 My client has several claims pending with the agency, the second of which is 04-2340. Annexed hereto is a copy of correspondence regarding this complaint.

 The issue is similar to the first in that Mr. Hamilton was not selected for a temporary assignment in the same direct office as the first complaint. A Ms. Carroway, white, female, was selected for the position.

 At this time, Mr. Hamilton seeks amendment of that claim to include the charge of retaliation. Namely, Mr. Hamilton asserts that a definite factor in him not receiving the temporary assignment was due to retaliation for him participating in his prior EEO activity, Case No: 04-2024.

 Kindly update your records to reflect same.

Sincerely,

Morris E. Fischer, Esq.

GOVERNMENT EXHIBIT 18

HAMILTON EXHIBIT NO. 10 C. CRUMP 9/24/04

104 Church Lane • Suite 201 • Baltimore, Maryland 21208
410.653.9060 phone • 410.653.9061 fax • 1-800-DISCRIMINATION℠ • info@sniderlaw.com

HAM 2464