IN THE UNITED STATED DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| GARY HAMILTON, | \* |
| Plaintiff | \* |
| | \* |
| v. | \*    CASE NO.: 05-cv-1549 (RBW) |
| | \* |
| JOHN SNOW, | \* |
| Defendant | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CONSENT MOTION FOR EXTENSION OF ONE MONTH FOR PLAINTIFF TO FILE HIS RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, by and through the undersigned counsel, moves this Honorable Court for extension of one month in which to file his Response to Defendant's Motion For Summary Judgment and for reasons states that aside from several family constraints, Plaintiff's counsel is presently conducting discovery in two complex discrimination cases; drafting complaints in two discrimination cases and two other civil cases; presently out of her office in Texas to attend mediation this case before Magistrate Judge Robinson in Washington, D.C; and will return to Washington, D.C. within the next week to attend another mediation in Wright v. Verizon, another discrimination case before Judge Kennedy of this court. As it is, it is highly unlikely that Plaintiff will be able to meet the deadline in which to file his response to the defendant's Motion for Summary Judgment in this case. Realistically, the undersigned counsel will need a month to complete the response. The opposing counsel consents to this motion.

WHEREFORE, for these and other reasons that appear reasonable, proper and just to this Honorable Court, Plaintiff prays that this motion be granted.

Respectfully Submitted,

## THE GBENJO LAW GROUP

> /s/
> Anne Gbenjo, 447840
> 8449 West Bellfort Avenue
> Suite 100
> Houston, Texas 77071
> Phone: 713.771.4775
> Fax: 713.771.4784
> Counsel for Plaintiff

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY THAT on this 10th day of September 2007, a copy of the foregoing Motion was sent to all to all parties as follows:

John C. Truong, Esquire
United States Attorney
555 Fourth St. N.W.
Washington, D.C. 20530

> /s/
> Anne Gbenjo

IN THE UNITED STATED DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
GARY HAMILTON,               \*
Plaintiff                    \*
                             \*
v.                           \*           CASE NO.: 05-cv-1549 (RWB)
                             \*
JOHN SNOW,                   \*
Defendant                    \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Upon consideration of Plaintiff's Consent Motion For Extension of One month in Which to File His Response to Defendant's Motion for Summary Judgment, good cause having been shown, it is on this _____ day of _____ 2007, by the Unites States District Court of the District of Columbia, hereby,

ORDERED that, the Motion is GRANTED.

_____
JUDGE WALTON

COPIES TO:

ANNE GBENJO, ESQUIRE

JOHN TRUONG, ESQUIRE