IN THE UNITED STATED DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

```
********************************
GARY HAMILTON,              *
Plaintiff                   *
                            *
v.                          *        CASE NO.: 05-cv-1549 (RWB)

                            *
JOHN SNOW,                  *
Defendant                   *
********************************
```

<u>CONSENT MOTION FOR EXTENSION OF FOUR BUSINESS DAYS IN WHICH TO FILE
THE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT</u>

Plaintiff, by and through the undersigned counsel, moves this Honorable Court for an extension of four (4) business days in which to file his opposition to Defendant's Motion for Summary Judgment and for reasons states that the undersigned counsel underestimated the time she needed to complete the Opposition.  Significantly, there have been numerous distractions lately, both personal and otherwise.  For example the undersigned counsel was summoned to her daughter's school a couple of days ago by the School Nurse because the undersigned's daughter was sick.  That alone was a whole day affair.  Aside there are numerous constraints and restraints. In any event, the undersigned counsel, will do her best to complete the Opposition before or by the four (4) business day deadline.  She apologizes to the Court for any inconvenience this might have caused.

WHEREFORE, Plaintiff prays that this motion be granted.

Respectfully Submitted,

THE GBENJO LAW GROUP


_____ /s/

Anne Gbenjo, 447840
8449 West Bellfort Avenue
Suite 100
Houston, Texas 77071
Phone: 713.771.4775
Fax:    713.771.4784
Counsel for Plaintiff


CERTIFICATE OF SERVICE

I HEARBY CERTIFY THAT on this 10th day of October 2007, I served a copy of the

foregoing Motion on all parties as follows:


John C. Truong, Esquire
United States Attorney
555 Fourth St. N.W.
Washington, D.C. 20530


_____ /s/
Anne Gbenjo


2

IN THE UNITED STATED DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

```
*******************************
GARY HAMILTON,                 *
Plaintiff                      *
                               *
v.                             *        CASE NO.: 05-cv-1549 (RWB)

                               *
JOHN SNOW,                     *
Defendant                      *
*******************************
```

<u>ORDER</u>

Upon consideration of Plaintiff's Motion for Extension of four Business Days in which to File His Opposition to Defendant's Motion for Summary Judgment, good cause having been shown, it is on this _____day of _____ 2007, by the Unites States District Court of the District of Columbia, hereby,

ORDERED that, the Motion is GRANTED.  Plaintiff shall file his Opposition by October 16, 2007.


_____
JUDGE WALTON


COPIES TO:

ANNE GBENJO, ESQUIRE

JOHN TRUONG, ESQUIRE