IN THE UNITED STATED DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| GARY HAMILTON, | \* |
| Plaintiff | \* |
| | \* |
| v. | \*   CASE NO.: 05-cv-1549 (RWB) |
| | \* |
| JOHN SNOW, | \* |
| Defendant | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CONSENT MOTION FOR EXTENSION OF ONE DAY IN WHICH TO FILE THE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT

Plaintiff, by and through the undersigned counsel, moves this Honorable Court for an extension of one day in which to file his opposition to Defendant's Motion for Summary Judgment and for reasons states that the undersigned counsel did not know she would need additional time when she filed her last motion. Significantly, there continues be distractions lately, both personal and otherwise in that the undersigned suddenly became the host of two guests from out of town who got stranded here in Houston (because of mechanical problems with their vehicle) on their way to Dallas. Once again, we apologize to the Court for any inconvenience this might have caused.

WHEREFORE, Plaintiff prays that this motion be granted.

Respectfully Submitted,

THE GBENJO LAW GROUP


_____/s/

Anne Gbenjo, 447840
8449 West Bellfort Avenue
Suite 100
Houston, Texas 77071
Phone: 713.771.4775
Fax:    713.771.4784
Counsel for Plaintiff


CERTIFICATE OF SERVICE

I HEARBY CERTIFY THAT on this 16th day of October 2007, I served a copy of the foregoing Motion on all parties as follows:

John C. Truong, Esquire
United States Attorney
555 Fourth St. N.W.
Washington, D.C. 20530


_____/s/
Anne Gbenjo

IN THE UNITED STATED DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| GARY HAMILTON, | \* | |
| Plaintiff | \* | |
| | \* | |
| v. | \* | CASE NO.: 05-cv-1549 (RWB) |
| | \* | |
| JOHN SNOW, | \* | |
| Defendant | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>ORDER</u>

Upon consideration of Plaintiff's Motion for Extension of one day in which to File His Opposition to Defendant's Motion for Summary Judgment, good cause having been shown, it is on this _____ day of _____ 2007, by the Unites States District Court of the District of Columbia, hereby,

ORDERED that, the Motion is GRANTED. Plaintiff shall file his Opposition by October 17, 2007.

_____
JUDGE WALTON

COPIES TO:

ANNE GBENJO, ESQUIRE

JOHN TRUONG, ESQUIRE

3