UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY HAMILTON,

      Plaintiff,

v.                   CASE NO.: 05-1549 (RBW)

JOHN SNOW,

      Defendant.

Washington, D.C.
August 17, 2006

DEPOSITION OF:

ANNETTE BURRELL

called for examination by counsel for the Plaintiff, pursuant to notice of deposition, in the offices of Neal Gross & Co., 1323 Rhode Island Avenue, N.W., Washington, D.C., when were present on behalf of the respective parties:

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433     WASHINGTON, D.C. 20005-3701     (202) 234-4433

Page 21

(1) A Very small. Very small firm.
(2) Q Oh, okay. So it was like you were an (3) assistant to the office?
(4) A Yes.
(5) Q Like the office assistant to Ford & (6) Associates? Okay. Why did you leave them?
(7) A I had someone call me from the IRS and (8) said they were looking for somebody and would I like (9) to come back and I said yes.
(10) Q What year was that?
(11) A It was '81.
(12) Q Okay. Now when you went back in '81 to (13) IRS, what was your position?
(14) A A secretary.
(15) Q Okay. And how long were you a secretary (16) for?
(17) A Probably two, two to three years.
(18) Q Okay. And you moved from the secretarial (19) position to any other position after the two to three (20) years?
(21) A Yes, management assistant.
(22) Q Management assistant?

Page 22

(1) A Yes.
(2) Q And what were your job duties at that (3) time?
(4) A I was a management assistant in Safety and (5) Security.
(6) Q In Safety and Security. Is that also in (7) Georgia?
(8) A Yes.
(9) Q Okay. Now what year was that?
(10) A '83-'84.
(11) Q Okay. Now what were your duties as a (12) management assistant in Safety and Security?
(13) A I had the -- as far as the security (14) portion goes, I had to maintain keys, locks, that sort (15) of thing, and ID badges. As far as the safety portion (16) of the job was maintaining all of the accident injury (17) reports that came in for any employee within the (18) region, analyzing the root causes of those accidents, (19) insuring that the managers of the employees reviewed (20) the forms themselves and taking any of action that (21) they needed to as a manager, that sort of thing.
(22) Q What forms are you talking about?

Page 23

(1) A They were 9154s, which are internal (2) accident forms.
(3) Q Okay. Now going from a secretary position (4) to management assistant --
(5) A Yes.
(6) Q -- did you receive any training?
(7) A Yes.
(8) Q What kind of training did you receive?
(9) A At the time, leaving the secretarial job (10) that I was in to the management assistant, it was on- (11) the-job training.
(12) Q Oh, on-the-job?
(13) A Yes.
(14) Q And did anybody vacate that management (15) assistant position that you took?
(16) A Yes.
(17) Q Who was that person that vacated the (18) position?
(19) A Who was the person?
(20) Q Yes.
(21) A Norma.
(22) Q What's Norma's last name?

Page 24

(1) A Norma Bell, B-E-L-L.
(2) Q Okay. So when Norma vacated the position, (3) you were placed there?
(4) A I applied for the job.
(5) Q You applied for the job?
(6) A Yes.
(7) Q Okay. So you received on-the-job training (8) on there?
(9) A Yes.
(10) Q Okay. Now, you were a management (11) assistant for how long?
(12) A I'd say maybe two years.
(13) Q Okay. And what happened after the two- (14) year period?
(15) A Then I was promoted to management analyst, (16) grade 9.
(17) Q What grade were you as a management (18) assistant?
(19) A Grade 7.
(20) Q Okay. This grade 9, what position did you (21) say it was?
(22) A Management analyst.

Page 25
(1) Q What does that mean?
(2) A What does that mean?
(3) Q Yes.
(4) A What were the job duties?
(5) Q Yes.
(6) A It was more the – the same type of (7) duties, only in a – a step higher of this, a grade (8) higher, more analytical, more data-driven, more (9) independent.
(10) Q Okay. Now, so you were saying that as a (11) management analyst you maintained locks and keys too, (12) and badges?
(13) A No. I didn't have the security –
(14) Q Okay. You had safety portion with that (15) management analyst position?
(16) A Yes.
(17) Q Okay. What were the safety portion or (18) compartment of the –
(19) A What was the safety job?
(20) Q Yes.
(21) A What did that entail?
(22) Q Yes.

Page 26
(1) A It entailed being responsible for all the (2) safety officers in the field, in – in the region at (3) that time and ensuring they were –
(4) Q How many safety officers were in the (5) region at that time?
(6) A I don't recall.
(7) Q Do you recall any one of those safety (8) officers that you said you were responsible for?
(9) A Do I recall any –
(10) Q Yes, any one of the –
(11) A – any names?
(12) Q Yes.
(13) A No.
(14) Q Okay. Now, you said that you were (15) responsible for these safety officers.
(16) A Yes.
(17) Q What exactly does that mean?
(18) A That means that they were field people and (19) they actually took reports of accidents, tried to (20) prevent accidents from having – happening, that sort (21) of thing. And I made sure that they were carrying out (22) their responsibilities. I gave them instructions on

Page 27
(1) how to do their job. I trained them. Wrote training (2) material. Issued procedures and guidelines for them.
(3) Q Okay.
(4) A That sort of thing.
(5) Q Now for the management analyst position, (6) did you receive on-the-job training on that too?
(7) A I received some out-service training.
(8) Q What does that mean?
(9) A That means I took some courses that were (10) not courses that Internal Revenue Service offered. It (11) was offered either through a college or through OSHA, (12) or something like that.
(13) Q And what courses were those?
(14) A Let me see. I took the 40-hour collateral (15) duty OSHA class.
(16) Q What does that mean?
(17) A What does that mean?
(18) Q Yes.
(19) A OSHA offers a 40-hour course. They don't (20) call it the 40-hour course anymore; now they call it (21) a 30-hour course, but – and it's for safety (22) professionals to – to get them familiar with the Code

Page 28
(1) of Federal Regs, 1960, general industry standard.
(2) Q When did you take that course?
(3) A That was in – I think it was '91 maybe.
(4) Q Okay. Now how long were you a management (5) analyst for?
(6) A I – I don't recall.
(7) Q And how long were you a management (8) assistant for?
(9) A About two years.
(10) Q Now there came a time when you were no (11) longer a management analyst, right?
(12) A Give you a time when I was no longer –
(13) Q At some point you moved from that (14) management analyst position?
(15) A Yes.
(16) Q Okay. What position did you move to?
(17) A I moved to the occupational safety and (18) health manager job for a national office.
(19) Q What year was that?
(20) A That was probably right around '91.
(21) Q Okay.
(22) A '92.

Page 29

(1) Q Okay.
(2) A Approximately.
(3) Q Now, I didn't hear the last –
(4) A Approximately.
(5) Q Okay. '91-'92, approximately? Now, and (6) how long were you occupational safety and health (7) manager for?
(8) A About three years.
(9) Q Okay. And at some point you moved from (10) that occupational safety and health manager to what (11) position?
(12) A To a space acquisition specialist.
(13) Q Okay. And what were your duties as a (14) space acquisition specialist?
(15) A To work with customers in coming up with (16) space requirements, to rent office space for IRS.
(17) Q How long did you do that for?
(18) A I'm thinking about four years or so.
(19) Q Other than renting space for the IRS, what (20) did you do as the space acquisition specialist?
(21) A I determined requirements for the business (22) units that I was renting space for.

Page 30

(1) Q Okay.
(2) A Negotiated with NTEU.
(3) Q NDEU stands for what?
(4) A National Treasury Employees Union.
(5) Q Oh, N-T?
(6) A Yes.
(7) Q I thought you said N-D. Okay. So you (8) said you did that for four years and you moved to what (9) position after that?
(10) A Client services specialist.
(11) Q And what were your job duties as a client (12) services specialist?
(13) A Problem solver, working with business (14) units, business operating divisions on when they could (15) not get issues resolved at the field level, then it (16) would be raised to me.
(17) Q And what was your grade level at that time (18) that you were a client service specialist?
(19) A Grade 13.
(20) Q And what year was that?
(21) A That was in – I don't recall exactly.
(22) Q Okay. How long were you a client service

Page 31

(1) specialist for?
(2) A Several years.
(3) Q Two, three, four?
(4) A Several. Two, three, four.
(5) Q Is it two, three or four?
(6) A I don't – I don't recall.
(7) Q Okay. So it's in between two and four (8) years?
(9) A I don't recall. Something like that.
(10) Q Okay. Now did you move from the client (11) service specialist position at some point?
(12) A Yes.
(13) Q To what position?
(14) A I went on a detail to Washington, national (15) office.
(16) Q Okay. And what position was the detail (17) position?
(18) A It was a management analyst position.
(19) Q Have you occupied that position before?
(20) A Yes.
(21) Q Okay. Now what were your duties during (22) that detail?

Page 32

(1) A It was to reengineer and revamp the safety (2) program.
(3) Q What year was that detail?
(4) A That was in 2002.
(5) Q Okay. How long was that detail?
(6) A Approximately a year.
(7) Q Okay. Now you said you reengineered and (8) revamped the safety program?
(9) A Yes.
(10) Q How did you do that?
(11) A I was a project leader where we brought in (12) representatives from the business unit and (13) stakeholders, safety officers, representative from (14) National Treasury Employees Union and we took portions (15) of the safety program, major – major program areas (16) within the safety program and – and developed (17) processes and procedures, that sort of thing.
(18) Q Okay. Tell me what processes and (19) procedures did you develop.
(20) A Okay. We developed procedures relating to (21) accident reporting and investigations.
(22) Q And what were those procedures called?

Page 37

(1) Q – from the business units, they're not (2) part of the team?
(3) A No.
(4) Q Okay. These people are separate and apart (5) from the team?
(6) A Yes.
(7) Q Okay. What did those representatives from (8) the business unit do?
(9) A They provided input to the processes and (10) procedures that we were developing.
(11) Q Okay. Now what were the inputs that they (12) provided?
(13) A I – I can't be specific on that.
(14) Q Okay. Now at the time that you were (15) detailed, you said you were detailed in year 2002. (16) Remember which month in year 2002?
(17) A I think it was August.
(18) Q And you said that was for about year?
(19) A Yes.
(20) Q And who was your supervisor during that (21) detail?
(22) A I reported to Reggie.

Page 38

(1) Q Reggie McFadden?
(2) A Yes.
(3) Q Was he your immediate supervisor at the (4) time?
(5) A At some point in time he became the (6) manager. He was a – he was on detail at the same (7) time I was originally.
(8) Q Okay. But in terms of being your (9) immediate supervisor, was it Reggie at the time you (10) were on detail? Who was your immediate supervisor at (11) that time?
(12) A I – I really don't recall.
(13) Q Okay. Who did you report to during the (14) detail?
(15) A Unofficially to Reggie.
(16) Q Okay. But officially?
(17) A I – I don't – I really don't recall.
(18) Q Okay. At the time that you reported to (19) Reggie, was Reggie also in Georgia?
(20) A No.
(21) Q Where was he?
(22) A Washington.

Page 39

(1) Q Was that detail that you were referring to (2) in Washington?
(3) A Yes.
(4) Q Oh, okay. Okay. So you day-to-day (5) contact at the time was with Reggie –
(6) A Yes.
(7) Q – during the detail? Okay. And he (8) played the role of a supervisor to you at the time?
(9) A Yes.
(10) Q Okay. So did you complete that detail at (11) some point? Did it end?
(12) A Yes.
(13) Q When did it end?
(14) A I believe around August of 2003.
(15) Q Okay. Now the reengineering and revamping (16) that you said you did for the safety program, how long (17) did that go on for?
(18) A It's actually still going on.
(19) Q Now as we speak?
(20) A Yes.
(21) Q Okay. So you continued your job duties (22) during that detail up until today?

Page 40

(1) A Yes.
(2) Q Now, in terms of conducting reviews or (3) correcting your performances or deficiencies, whatever (4) it was at that time, was Reggie in charge during the (5) detail?
(6) A Well, I'm – I don't understand the (7) question. I'm sorry.
(8) Q Okay. Was Reggie responsible for, you (9) know, saying well these are the things you do, these (10) are the things you're not supposed to do, you know, (11) day-to-day?
(12) A Yes.
(13) Q Okay. So he was responsible for your (14) performance review?
(15) A Yes.
(16) Q Okay. Now let's go back in time. What is (17) the difference between what you did as the space (18) acquisition specialist and client services specialist?
(19) A What was the – what's the difference in (20) the two?
(21) Q Yes.
(22) A The difference in the two, I would say the

Page 45

(1) Q I can't hear you.
(2) A That was the second time I held the (3) position, but more recently, 2003.
(4) Q Okay. When was the first time you had (5) that position?
(6) A It was in the early '90s.
(7) Q Now you said for the management analyst (8) job that you had, the 40-hour collateral duty OSHA (9) class –
(10) A Yes.
(11) Q – for, was that training any use to you (12) or for you when you became occupational safety and (13) health manager?
(14) A Yes.
(15) Q Okay. In what aspect?
(16) A Well, it taught me about OSHA regulations, (17) it gave me some information on forklift training; we (18) have forklift operators in our processing centers and (19) all that sort of thing, introduced me to the HAZCOM (20) standard, more specific safety information.
(21) Q Okay. And other than that 40-hour (22) collateral duty OSHA class training, or OSHA training

Page 46

(1) that you said you had –
(2) A Yes.
(3) Q By the way, what year did you take that (4) 40-hour collateral duty OSHA training?
(5) A Sometime in the early '90s.
(6) Q Okay. And other than that, did you (7) receive any other training?
(8) A Yes.
(9) Q What other training did you receive?
(10) A I had two indoor air quality training (11) classes. I had Introduction to Industrial Hygiene; I (12) believe that was the title of it.
(13) Q Okay.
(14) A So and – and several other courses, but (15) the titles are kind of escaping me.
(16) Q Okay.
(17) A They're in my application.
(18) Q I'm sorry. I thought you finished your – (19) just repeat your –
(20) A I said I'm – I'm not recalling exactly (21) what the titles are, but they're in my application.
(22) Q Okay. These are two indoor air quality

Page 47

(1) class and the Introduction to Industrial Hygiene. Are (2) they one or two-day classes that you listed in your (3) application, right?
(4) A Yes, something like that. Two to three (5) days.
(6) Q Okay. Now, other than those classes, the (7) one, two, three-day classes that you did state in your (8) application, did you have any other training relating (9) to safety?
(10) A I think there were two or three other like (11) two to three-day classes that were not listed in my (12) application – I went back and looked in my (13) application, that I'm – I can't remember exactly what (14) the titles that they were. Principles of Industrial (15) Hygiene, HAZCOM for the Non-Scientific something. It (16) was a three-day course.
(17) Q Okay. Now so you never had any formal (18) training in security?
(19) A In security?
(20) Q Yes.
(21) A No.
(22) Q Never had any formal training in safety?

Page 48

(1) A Other than what I've –
(2) Q Other than these one, two, three-day (3) training –
(4) A – what – what we've already talked (5) about?
(6) Q – that we've talked about?
(7) A No, on-the-job.
(8) Q Okay. Okay.
(9) A Just on-the-job training experience.
(10) Q So you don't have any kind of a degree at (11) all?
(12) A No.
(13) Q No college degree?
(14) A No.
(15) Q What are your current job duties?
(16) A What are my –
(17) Q Yes.
(18) A – current job duties?
(19) Q Yes.
(20) A They range from leading teams, developing (21) processes and procedures,, issuing guidance, policy (22) statements, developing training material.

### Page 57

(1) Q What data were you reviewing?
(2) A Accident data.
(3) Q Okay. These accident datas are from (4) where?
(5) A From employees that had safety accidents.
(6) Q And when —
(7) A Injuries, that sort of thing.
(8) Q Oh, okay. And what did you do with that (9) accident data that you received from employees?
(10) A Made sure our managers were doing what (11) they were supposed to be doing.
(12) Q For example?
(13) A If there were hazards that caused an (14) accident, it's the manager's responsibility to correct (15) those hazards, if they can. If not, they're supposed (16) to work with facilities usually to get the hazards (17) corrected, that sort of thing.
(18) Q Do you have any formal training in (19) correcting or controlling hazards?
(20) A Any formal training? No.
(21) Q Okay. Now, but you were overseeing (22) managers in that area?

### Page 58

(1) A Overseeing safety officers.
(2) Q Okay. When was the first time that you (3) participated in the construction or reviewing of the (4) policy, procedure relating to safety, policy and (5) procedure relating to safety?
(6) A I don't recall.
(7) Q Have you ever done it?
(8) A Yes.
(9) Q Okay. Now you just don't recall when?
(10) A No.
(11) Q Okay. And when was the first time you (12) single-handedly write a policy, if there was ever such (13) time?
(14) A I don't recall.
(15) Q Have you ever written a policy?
(16) A Yes.
(17) Q You don't recall when?
(18) A No.
(19) Q Okay.
(20) A It would have been some time during when (21) I was a safety and occupational health manager.
(22) Q What year was —

### Page 59

(1) A Before the detail.
(2) Q Oh.
(3) A I'm not exactly sure of the — of the (4) date.
(5) Q Before the detail?
(6) A Yes.
(7) Q What policy did you write?
(8) A I – I don't recall.
(9) Q Okay. Now, do you use policies on a day- (10) to-day basis in your current position?
(11) A I wouldn't say on a day-to-day basis.
(12) Q Let's say on as-needed basis?
(13) A Yes.
(14) Q How often would that be?
(15) A I don't know.
(16) Q Like once a week? Once in two weeks?
(17) A I don't know. I don't know.
(18) Q You don't know?
(19) A No.
(20) Q Now who wrote the policies that you're (21) currently using?
(22) A I don't – I don't know.

### Page 60

(1) Q You don't know?
(2) A No.
(3) Q Okay. Now, would you say you have (4) knowledge of executive orders?
(5) A Yes.
(6) Q OMB?
(7) A Yes.
(8) Q OPM?
(9) A Yes.
(10) Q CFRs?
(11) A Yes.
(12) Q Okay. Give me an example of an executive (13) order that you are aware or have knowledge of.
(14) A The executive order that directs the (15) safety program.
(16) Q Which one? What is it called?
(17) A I can't give you the exact –
(18) Q Okay. Give me an example of how OMB?
(19) A Of an OMB document? I – I can't do that.
(20) Q How about OPM?
(21) A I can't give you any kind of policy or (22) anything coming out of OPM.

### Page 61

(1) Q How about CFR?
(2) A Code of Federal Reg 1960 is the code that (3) we use.
(4) Q Which one?
(5) A 1960.
(6) Q And that 1960 goes to what? Now that you (7) have mentioned that, the CFR 1960 now goes to what?
(8) A What do you mean?
(9) Q The one that use. What does the –
(10) A It's just general industry OSHA standards.
(11) Q Okay. Now when was the OSHA Act created (12) by an act of Congress?
(13) A I – I don't know.
(14) Q And who was the president when it was (15) created?
(16) A I don't know.
(17) Q Do you know what section of the OSHA Act (18) sets forth the responsibility of the federal agencies?
(19) A No.
(20) Q I can't hear you.
(21) A No.
(22) Q Okay. So I take it to mean then that you

### Page 62

(1) don't know what the eight federal agency (2) responsibilities under the OSHA Act are?
(3) A I – I – I cannot quote anything verbatim (4) out of 1960.
(5) Q Okay. Now, prior to IRS you had no (6) experience or job duties relating to safety, is that (7) correct?
(8) A Right.
(9) Q During your career with the IRS, when was (10) the first time that you ever performed any job that (11) related to safety?
(12) A The management assistant job that we (13) talked about earlier.
(14) Q Okay. And what year was that?
(15) A A little over a year, if I estimated – (16) whatever year it was a few minutes ago.
(17) Q Well, what did you estimate it to be?
(18) MR. TRUONG: Objection. Asked and (19) answered.
(20) BY MS. GBENJO:
(21) Q Yes, but what was the estimate that you (22) gave?

### Page 63

(1) A I – I don't remember now.
(2) Q Okay. Now and how about security? When (3) was the first time ever that you had experience –
(4) A The same time frame. That management –
(5) Q – that you recall?
(6) A – the management assistant job that I (7) had, the very first management assistant job I had.
(8) Q That's the one you don't recall now, (9) right?
(10) A I don't recall what I said a few minutes (11) ago. I was estimating a time, so I hesitate to give (12) you a time now because it may not be exactly the same (13) date that I gave you a few minutes ago.
(14) Q Now, when was the first time during your (15) career with the IRS that you performed any job (16) relating to abating hazards?
(17) A It would have been when I moved from the (18) management assistant job to the management analyst job (19) in safety.
(20) Q Okay. And when was the first time during (21) your career with the IRS that you performed any job (22) duties relating to controlling hazards?

### Page 64

(1) A I – I can't give you any specific date.
(2) Q Okay. You also testified about indoor air (3) quality training that you had?
(4) A Yes.
(5) Q Okay. Now when was the first time during (6) your career with the IRS that you conducted (7) preliminary indoor air quality sampling?
(8) A I can't give you a date.
(9) Q Okay. Now, with respect to decisions on (10) policies designed to protect people and property from (11) threat, for example, what would be the extremely (12) complex and significant functions in the development (13) of those decisions and policies?
(14) MR. TRUONG: Objection. The question is (15) non-sensical.
(16) MS. GBENJO: I object to that objection, (17) because it's
(18) THE WITNESS: Can you be a little more (19) specific, because I'm not quite understanding the (20) question?
(21) BY MS. GBENJO:
(22) Q Okay. Okay. Now, with respect to

Page 65

(1) decisions on policies designed to protect people and (2) property from threat, what would be the extremely (3) complex and significant functions in the development (4) of those decisions and policies?
(5) MR. TRUONG: Objection.
(6) BY MS. GBENJO:
(7) Q In other words –
(8) MR. TRUONG: Speculation.
(9) BY MS. GBENJO:
(10) Q You understand my question?
(11) A No, not really. I'm sorry.
(12) Q Let me repeat it. You know, there are (13) policies and decisions that are designed to protect (14) people and property, right, from threat, for example. (15) Right?
(16) A Yes.
(17) Q Okay. Now I'm saying in the development (18) for these decisions and policies, these are the (19) policies and decisions that protect people from (20) threat, for example, what would be the extremely (21) complex and significant function in the development of (22) those decisions and policies?

Page 66

(1) A I'm really not sure.
(2) Q Okay. Would it be fair to say that you (3) have never been involved in the extremely complex and (4) significant functions in the development of those (5) decisions or policies?
(6) A I'm really not sure.
(7) Q Okay. Now, is your answer going to be the (8) same for natural disasters?
(9) MR. TRUONG: Objection. Foundation.
(10) BY MS. GBENJO:
(11) Q I asked for threats. Now I'm saying is (12) your response the same with respect to natural (13) disasters?
(14) A I guess my answer would be the same.
(15) Q How about manmade disasters?
(16) MR. TRUONG: Foundation. Objection.
(17) THE WITNESS: I would say my answer would (18) be the same.
(19) BY MS. GBENJO:
(20) Q Okay. Now have you ever formulated drug (21) policy for the safety program? Drug policy.
(22) A Excuse me. At some point in time or

Page 67

(1) another, yes.
(2) Q When was that?
(3) A I – I don't recall.
(4) Q Do you know which policy –
(5) A No.
(6) Q – drug policy you formulated?
(7) A No.
(8) Q No?
(9) A No.
(10) Q Okay.
(11) MR. TRUONG: Ms. Burrell, just wait until (12) Ms. Gbenjo finishes the question before you answer.
(13) THE WITNESS: I'm sorry. Okay.
(14) BY MS. GBENJO:
(15) Q Okay. Now what is your knowledge of the (16) major conflicts in policy program objectives as it (17) relates to safety?
(18) A Can you repeat that?
(19) Q What is your knowledge of major conflicts (20) in policy and program objectives as it relates to (21) safety?
(22) A (No audible response.)

Page 68

(1) Q You don't know?
(2) A I'm – I really don't understand the (3) question that you're asking.
(4) Q Okay.
(5) A I'm sorry. You know, maybe –
(6) Q I can –
(7) A – can we just have a break maybe? Maybe (8) I've got a little –
(9) Q Yes.
(10) A – you know?
(11) Q Just let me finish this line of (12) questioning and we'll take the break.
(13) A Okay.
(14) Q My question is, what is your knowledge of (15) major conflicts in policy and program objectives that (16) deals, or as it relates to safety or that deals with (17) safety?
(18) A Okay.
(19) Q So it's a question of do you have that (20) knowledge or you do not have that knowledge?
(21) A Yes. Okay. Yes, I do have the knowledge.
(22) Q Okay. That's exactly my question.

### Page 69

(1) A Okay.
(2) Q Tell me that – yes, tell me. Give me (3) that knowledge that you have of the major conflicts in (4) policy and program objectives.
(5) A Okay. I will try to – try to answer the (6) question with giving you an example. You know, when (7) you're trying to relay knowledge, it's kind of – kind (8) of hard to describe I guess, whatever. But there – (9) I mean, there can be conflicts between the business (10) units from the IRS strategic plan, for instance. (11) There's a – there's a line item in the IRS strategic (12) plan for safety. And sometimes as managers at (13) whatever level of the organization get more caught up (14) in or more focused on the mission of their business (15) unit than the mission of safety and trying to – (16) trying to ensure that say, employees are safe, okay, (17) in the office. So there can be some conflict –
(18) Q Okay.
(19) A – with that and at times the (20) stakeholders, the business units, other managers may (21) – there may be a need to brief them and to negotiate (22) with them.

### Page 70

(1) Q Okay. These personal conflicts with the (2) program that you have just described, right? The (3) managers, for example, a manager's focus on certain (4) things than some others –
(5) A Yes.
(6) Q – in the safety division?
(7) A Yes.
(8) Q Okay. I'm now talking about the policy (9) and the program objectives. Do you have any knowledge (10) in the major conflicts there?
(11) A I would say I do, but I – obviously I'm (12) not explaining it very well.
(13) Q Okay. And have you ever dealt with highly (14) hazardous operational problems of the IRS?
(15) A I don't – I don't recall.
(16) Q Okay. And have you ever dealt with highly (17) hazardous research problems of the IRS?
(18) A My – my job really doesn't entail (19) extended research.
(20) Q Okay. Now we can take a break.
(21) A Okay. Thank you.
(22) (Whereupon, at 1:09 p.m. off the record

### Page 71

(1) until 1:20 p.m.)
(2) BY MS. GBENJO:
(3) Q Now, Ms. Burrell, we took a short break. (4) We are back on the record. You are still under oath.
(5) In the course of your career with the IRS, (6) when was the first time that you identified a (7) dangerous and potentially unhealthy situation?
(8) A I – I don't recall.
(9) Q Now in the course of your career with the (10) IRS, have you ever had to use interim measures instead (11) of the normal policies?
(12) A Could you repeat that?
(13) Q In the course of your career with the IRS, (14) have you ever had to use interim measures instead of (15) the normal policies, or have you ever had to suspend (16) the normal policies and used internal measures?
(17) A I – I don't – I don't recall.
(18) Q Have you ever worked as a regional safety (19) officer?
(20) A Yes.
(21) Q When was that?
(22) A I'd say approximately eighty – the mid –

### Page 72

(1) mid to late '80s.
(2) Q And what were your job duties as a (3) regional safety officer?
(4) A Analyzing data, trending data.
(5) Q Did you say the trending?
(6) A Trending, yes.
(7) Q What does that mean?
(8) A That means taking – taking data and as (9) far as trending it for safety –
(10) Q Trending?
(11) A Trending.
(12) Q T-R –
(13) A E-N-D?
(14) Q – E-N-D?
(15) A Yes.
(16) Q Oh, okay. Sorry. Go ahead.
(17) A Yes. Just – just to see if there were (18) any trends in particular areas of certain buildings.
(19) Q How long did you do that for?
(20) A It was off and on as part of my job.
(21) Q Okay. You said you did it from the mid to (22) late '80s, right? And you said you were trending data

### Page 77

(1) something like that, for three or four years, and now.
(2) Q Okay. Now when was the first time during (3) your career with the IRS that your duties went beyond (4) your local office to the national offices?
(5) A I guess that would be '90. Around '90 (6) when I was the safety and occupational health manager.
(7) Q Now you said that you worked in Washington (8) in '90, right?
(9) A Around '90, yes.
(10) Q And that was as a safety and occupational (11) health manager?
(12) A Yes.
(13) Q What was your grade level at the time?
(14) A Twelve.
(15) Q What was your grade level prior to that in (16) Georgia?
(17) A Twelve.
(18) Q Now was the safety and occupational health (19) manager a higher or lower position?
(20) A It was a higher position.
(21) Q So it was a promotion?
(22) A No.

### Page 78

(1) Q But it was a higher position?
(2) A Yes.
(3) Q Now you said that your current position is (4) safety and occupational health manager?
(5) A Yes.
(6) Q Now when did that begin?
(7) A After the detail.
(8) Q Okay. So that would have been when?
(9) A Around August of 2003.
(10) Q How did you get that job?
(11) A The job was announced, I applied for it, (12) was interviewed and selected.
(13) Q Do you recall when you applied for it?
(14) A No.
(15) Q When you applied for it, did you submit (16) your entire application package?
(17) A I don't recall.
(18) Q Let me just mark this for identification; (19) and it's my only copy, but I just want to refresh her (20) — because she just said she didn't recall. Label (21) that Burrell 1.
(22) (Whereupon, the document was

### Page 79

(1) marked as Burrell Exhibit 1 for (2) identification.)
(3) BY MS. GBENJO:
(4) Q Now I'm showing a document labeled 0839- (5) 0855. Is this the package that you submitted for your (6) current position?
(7) MR. TRUONG: Take your time and review the (8) document.
(9) THE WITNESS: Yes.
(10) BY MS. GBENJO:
(11) Q You turned in this application package, (12) Bates No. 0839-0855 for your current position?
(13) A Yes.
(14) Q Now when did you submit this application?
(15) A May of '03.
(16) Q That's May 13, '03?
(17) A Yes.
(18) Q Did you submit this entire package on May (19) 13, '03?
(20) A I don't recall.
(21) Q Would you have submitted some and not (22) submitted any portion of it on May 13?

### Page 80

(1) A I don't — I really don't recall.
(2) Q Okay. Now, let me take you to page —
(3) MR. TRUONG: Do you have a copy for me?
(4) MS. GBENJO: I don't. That's why I wasn't (5) going to — but she said she didn't recall, so this is (6) just for refreshing.
(7) BY MS. GBENJO:
(8) Q I'm showing you the page that has been (9) marked 0851. Would you explain why these — your (10) performance appraisal is dated 5/22/03 and turned in (11) on June 5, '03?
(12) A I — I don't — I don't know.
(13) Q You have no explanation?
(14) A No.
(15) Q All right. Now —
(16) MR. TRUONG: Objection to — I'm sorry, a (17) late objection. There's no foundation.
(18) MS. GBENJO: There's no — she has cited (19) to loss of memory. She didn't recall. Here her (20) memory was refreshed. She did not have explanation. (21) What's the foundation that's lacking, John?
(22) MR. TRUONG: Next question please.

### Page 109

(1) A I – I really don't know Camille. I just (2) – I know who Camille is and I've talked to her a (3) couple of times, but I really don't know Camille.
(4) Q Oh, you don't –
(5) A I may – I may – no.
(6) Q I'm sorry.
(7) A I mean, I knew her name and knew she (8) worked – I think it was – either New Carrollton or (9) D.C. Was an industrial hygienist, but –
(10) Q Now why do you believe that your position (11) as a national safety manager in the mid-'90s was at a (12) GS-12 and later it's now a GS-14?
(13) A I'm sorry. Can you repeat the question?
(14) Q I mean, why do you believe that your (15) position as national safety manager in the mid-'90s (16) was at the GS-12 level and later, like now it's at the (17) GS-14?
(18) A The job was abolished just before I was (19) supposed to be promoted to a grade 13. They were (20) downsizing in the national office.
(21) Q And when they were downsizing were you (22) removed from the office?

### Page 110

(1) A Removed from the –
(2) Q In other words, did you get another (3) position or did they remove you from that position?
(4) A The – the job was abolished as – as was (5) several other jobs; can't tell you which ones, but (6) anyway, so during that time when they were (7) reorganizing they were abolishing jobs, certain (8) employees got what they call CTAP letters. It's – I (9) don't – I don't remember what the acronym means, but (10) it was a CTAP letter saying your job is being (11) abolished and so there may be other – other jobs that (12) become vacant and you can apply for those jobs, that (13) sort of thing.
(14) Q Okay. So when it was abolished, you left (15) the safety field for seven, eight years or 10 years. (16) How long before you went back into the safety field?
(17) A I'm not sure exactly.
(18) Q But was it after it was abolished that you (19) did the client service, the space acquisition (20) specialist and the client services specialist job?
(21) A Yes.
(22) Q Okay. So you did that occupational and

### Page 111

(1) safety health manager from '91 to '92 and went back (2) into it in 2002 during your detail?
(3) A That – that sounds about right.
(4) Q Now what was it that you were told about (5) the detail of 8/02 to 8/03?
(6) A I'm sorry. What was the question?
(7) Q Okay. What were you told about that (8) detail before you went into it?
(9) MR. TRUONG: Objection. Foundation. (10) Relevance.
(11) THE WITNESS: I really don't recall (12) exactly.
(13) BY MS. GBENJO:
(14) Q Generally.
(15) A Generally, that the safety program needed (16) to be reengineered and they needed someone to work on (17) reengineering the program.
(18) Q Okay. Now your detail was initially for (19) 120 days, right?
(20) A Yes.
(21) Q Now at the time that it was renewed, was (22) the renewal competitive? In other words, were there

### Page 112

(1) other candidates that applied for it?
(2) A No.
(3) Q You were told to continue?
(4) A Yes. I was asked.
(5) Q Yes. Yes. That's good. Now how much of (6) the industrial hygienist job duties do you perform in (7) your current position?
(8) A I don't.
(9) Q During the detail did you perform any?
(10) A No.
(11) Q Have you ever performed any industrial (12) hygienist job duties?
(13) A Other than just preliminary assessments (14) when there are employee complaints about quality of (15) air.
(16) Q That's it?
(17) A Yes.
(18) Q At the time that you completed the (19) interview from which you gave your current job, what (20) was the impression that the panel left you with?
(21) MR. TRUONG: Objection. Foundation.
(22) THE WITNESS: I don't recall.

### Page 133

(1) A Norris Walker.
(2) Q And I believe you saying something to the (3) fact of the detail was only for 120 days and that it (4) was somehow renewed. Who renewed the detail?
(5) A Reggie.
(6) Q Mr. Reggie --
(7) A Reggie McFadden.
(8) Q -- McFadden? And what is Mr. Reggie (9) McFadden race?
(10) A Black.
(11) Q Thank you. I have no more.
(12) MS. GBENJO: Okay.
(13) REDIRECT EXAMINATION
(14) BY MS. GBENJO:
(15) Q Now I have to go back to something else. (16) When you were a client services specialist, you were (17) a GS-13, right?
(18) A Yes.
(19) Q What was your grade level after that?
(20) A After the client services specialist job?
(21) Q Yes.
(22) A I -- I went to -- on a detail for 120 days

### Page 134

(1) at a grade 14.
(2) Q I didn't hear. I didn't -- I didn't hear (3) the last part of what you said. You said you went on (4) a detail.
(5) A Yes.
(6) Q And then --
(7) A I went on a detail for 120 days to a grade (8) 14.
(9) Q Okay. So other than the detail, you did (10) not have any GS-13 specialized safety duty experience, (11) did you? In other words, you did not have any safety (12) duties experience on GS-13?
(13) A I was -- I had not held -- held a grade 13 (14) position in the safety and occupational health (15) position description.
(16) Q Okay. That was the question. And you (17) just said now that, we came on break, your testimony (18) was that Norris Walker gave you that detail of 8/02 to (19) 8/03, right?
(20) A Yes.
(21) Q You also testified earlier that you (22) responded to an e-mail and expressed your interest in

### Page 135

(1) a detail, isn't that true?
(2) A I said it could have been an e-mail. I (3) didn't recall how the communication came out that they (4) wanted somebody to go on a detail.
(5) Q Okay. How many other people expressed (6) their interest when you expressed your interest --
(7) A I --
(8) Q -- to go on a detail?
(9) A I don't know.
(10) Q Now how many people did Norris Walker tell (11) you expressed their interest in that detail?
(12) A I -- I don't remember having any kind of (13) conversation about that.
(14) Q Who was Reggie McFadden's boss at the time (15) that you were on that detail?
(16) A I don't know who he reported to.
(17) Q I didn't hear.
(18) A I don't know who he reported to.
(19) Q Who was Norris Walker's boss at the time (20) you were on that detail?
(21) A Ron Stephen.
(22) Q What is Ron Stephen's race?

### Page 136

(1) A He's white.
(2) Q What was Ron Stephen's job title at the (3) time you were on detail?
(4) A Director of Real Estate and Facilities (5) Management.
(6) Q You said he was the director of real (7) estate and facilities management?
(8) A Yes.
(9) Q Did you lead teams when you were on the (10) detail?
(11) A Yes.
(12) Q Did you develop programs within the safety (13) division when you were on that detail?
(14) A I don't -- I -- I don't recall.
(15) Q Okay. But did you receive reports, like (16) accident reports, investigation reports, during that (17) detail?
(18) A I don't recall.
(19) Q Did you receive e-mails from safety field (20) officer during that detail?
(21) A I don't recall.
(22) Q Did you respond to e-mails or receive