**08/23/06: Hamilton v Treasury: Depo: Michael Huston**

**PAGE 1 TO PAGE 70**

**NEAL R. GROSS & CO., INC.**

**(202) 234-4433**

**CONDENSED TRANSCRIPT AND CONCORDANCE**
**PREPARED BY:**

*NEAL R. GROSS & CO., INC.*
*1323 RHODE ISLAND AVE., NW*
*WASHINGTON, DC 20005*
*Phone: (202) 234-4433*

Page 33

**seminars, but that's not my area of expertise.**

Q Okay. So you would not consider yourself a subject matter expert in safety.

**A No.**

Q And prior to Stuart Burns inviting you to this interview of 2003, how many interviews had you sat on that related to safety, in other words, that's related to selecting people for safety management positions?

**A I don't know.**

Q Have you sat on any?

**A The only reason I'm hesitant is that I always had a safety officer working for me. So sometime over my career as a manager, I probably had sat on an interview, but I don't remember specifically.**

Q You don't remember sitting on an interview selecting a safety manager.

**A No.**

Q Okay. Now with respect to - Your field would be public administration let us say. Is that fair?

Page 34

MR. TRUONG: Objection.

BY MS. GBENJO:

Q And you had a business background with that.

**A That's a degree. My field of expertise I would say is in buildings and real estate.**

Q Okay. Which you did shortly after even started, shortly after you started, at the IRS when you moved from that auditor to management analyst and so on. Right?

**A Right.**

Q Okay, and the safety officers – Prior to this interview, had any one of your safety officers sat you down to lecture you on safety issues?

**A No.**

Q Okay. Now at the time that - First, before that, prior to this interview, how many calls or correspondence did you receive from Stuart Burns?

MR. TRUONG: Objection. Foundation.

BY MS. GBENJO:

Q Relating to the interview?

**A I don't know.**

Page 35

Q Is it fair to say you didn't receive any or you received some but you weren't sure of the number?

**A I'm not sure of the number. My guess is he called me to tell me where to be and all that. We might have had one or two conversations.**

Q Okay. Now who were the other people at that interview? In other words, who other than yourself and Stuart Burns was a panel member?

**A Tatika Mitchell.**

Q And prior to sitting on that particular interview, how many years had it been since you sat on any one interview?

**A It probably was less than a year. It had to be less than a year.**

Q But it was not related to safety.

**A No.**

Q Now how many documents did you review in preparation for today's deposition?

**A Explain what you mean by documents.**

Q Did you review any documents, notes, papers, before coming here today?

Page 36

**A I didn't have any notes until I met with Mr. Truong. I turned my notes of the interview over to Mr. Burns that day of the interview.**

Q Okay.

**A So I did - I have seen this before I walked in here.**

MR. TRUONG: I'm sorry.

BY MS. GBENJO:

Q This being Huston No. 1. Right?

**A Yes.**

Q The document in front of you now as we speak.

**A Yes.**

Q Okay. Now you said that you had seen this Huston No. 1 prior to today's deposition.

**A Yes.**

Q When was the last time you saw this Huston No. 1 prior to today?

**A Yesterday.**

Q And prior to yesterday?

**A Mr. Truong faxed them to me or emailed them. I'm not sure which.**

Page 57

MS. GBENJO: Bless you.
BY MS. GBENJO:
Q Was there any candidate you failed to answer the questions or any of the questions that you asked them?
**A I can't remember that.**
Q When those candidates came in, you expected them to answer whatever questions you asked them. Isn't that true?
**A Yes.**
Q You expected them to think before they blurted out their responses. Isn't that true?
**A Yes.**
Q You didn't expect them to come there and answer the questions without thinking it through. Isn't that also true?
**A I would hope that.**
Q Okay. Now at the time that these candidates were being asked the questions you were taking notes, were you not?
**A Yes.**
Q But you didn't write down every response

Page 58

they gave, did you?
**A I can't remember that.**
Q In the ordinary course of business or using your previous experience since you have sat on interviews in the past, would you write down every response that an individual gives at the interview?
**A Not every word.**
Q You would write down based on your 30 something years of experience at the IRS, you would write down things you believed were relevant. Isn't that also true?
**A Yes.**
Q If you had concerns, you would put it in your interview notes. Is that a fair statement?
MR. TRUONG: Objection. Foundation. Mischaracterizing the witness's testimony.
THE WITNESS: I'm not going to answer that until I've seen my interview notes probably.
BY MS. GBENJO:
Q Okay. Forget about this interview, Mr. Huston. If you had an issue of concern about a particular candidate, would you normally in your 30

Page 59

something years of experience at the IRS note that issue of concern -
**A Yes.**
Q - whether it be good or bad? Would you normally put it in your notes?
**A Yes.**
Q Now when these candidates came in one after the other, did you give them any impression as to whether they were successful or not?
**A Not that I can remember.**
Q Would it then be fair to say that you do not recall whether you gave them any impression as to whether they were not successful?
**A Right. Correct.**
Q Now after that interview, when was the next time you spoke with Stuart Burns in relation to this interview process?
**A I don't remember.**
Q Now the person that contacted you for this declaration, the declaration meaning Huston Exhibit No. 1 that we just talked about, what did they tell you?

Page 60

**A I don't remember. It was a phone conversation.**
Q Hm-hm.
**A I believe she was an investigator from Florida. That's my best recollection.**
MR. TRUONG: Ms. Gbenjo, before you go down this line of questioning, can I - I just need to use the men's room please.
MS. GBENJO: Okay. You go ahead.
MR. TRUONG: Off the record.
(Whereupon, the foregoing matter went off the record at 10:42 a.m. and went back on the record at 10:48 a.m.)
MS. GBENJO: On the record.
BY MS. GBENJO:
Q Sitting here today, Mr. Huston, is it fair to say you cannot tell - Well, let me go back. Sitting here today, can you tell me exactly how each individual performed on the interview?
**A No.**
Q Now let me go back to one thing before I put this down. A few minutes ago, you raised one of

Page 65

interview?

**A Since the interview panel met.**

Q Did you speak to her before the interview started?

**A No, not within the time the job was announced and we had the panel. Now in prior years, I had spoken to her.**

Q My question, I think, was the one that was not specific with why you said. On the day of the interview, that interview date in 2003 and I said the interview in this case, did you speak with Tatika Mitchell prior to calling in the first candidate?

**A Only in the group setting I think with the other interview panels.**

Q Okay.

**A The three of us, we might have had a little discussion before we started, but -**

Q "But" what?

**A But I did not talk to her before.**

Q You mean you did not talk to her one on one.

**A No.**

Page 66

Q Okay. You talked to her in the panel group.

**A Yes.**

Q Okay. Now the meeting that you had with the panel before the first candidate was called in or before the first candidate came in lasted how long?

**A I don't remember.**

Q And the break that you took while the interview was going on but not concluded yet or during the interview during that day lasted how long?

**A I don't remember.**

Q Now the meeting, you said you had a meeting at the end of the, when all the interviews had been concluded. Did you have a meeting?

**A A short discussion I remember, but I can't tell you how long.**

Q You can't tell whether it took five or ten minutes.

**A No.**

Q Can't tell whether it took two or three minutes.

**A No.**

Page 67

Q Did you ask Stuart Burns whether he complied with the selection process?

**A No.**

Q Who did you say you selected at the end of the day? Did you?

**A I didn't.**

Q Okay. I wasn't - So you're not sure who was selected for that position at the end of the day. Is that true?

**A To my recollection, no.**

Q No, you're not sure or no what? You said to your recollection.

**A I'm not sure. I don't remember I'm saying.**

Q Okay. But was anyone selected?

**A Not to my knowledge.**

MS. GBENJO: I think that's it.

MR. TRUONG: I have one.

MS. GBENJO: I have some more questions, but I don't - Well, maybe -

MR. TRUONG: I'm sorry. Did you have more questions you wanted to do?

Page 68

MS. GBENJO: No, go ahead.

MR. TRUONG: Are you finished with your direct examination?

MS. GBENJO: Yes.

MR. TRUONG: Okay.

CROSS EXAMINATION

BY MR. TRUONG:

Q I have one question for you, Mr. Huston. When you were making the gesture of two candidates up and two candidates down. Do you remember doing that?

**A Yes.**

Q Can you tell me which two candidates were you referring to when you put your hand up and which were the candidates that you were down?

**A The two females were the two up. Then the two males were down and that's at the time I could not remember the other candidate's name. I knew Burrell's but that was my general opinion.**

MR. TRUONG: Okay. I have no more questions.

REDIRECT EXAMINATION

BY MS. GBENJO: