# UNSWORN DECLARATION


EXHIBIT 11

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

In accordance with the provisions of 28 U.S.C. 1746, I, Michael D. Huston the undersigned, do hereby make the following unsworn declaration, under penalty of perjury, pertinent to the above stated subject:

**Subject:**

Discrimination Complaint of Gary Hamilton and John W. Snow, Secretary of the Treasury, TD Case Number 04-2024

### *INTERVIEW PANEL MEMBERS – Mike Huston and Tatika Mitchell*

- **QUESTIONS FOR INTERVIEW PANEL MEMBERS**

Please identify yourself for the record (name, title, gender, race, color).

*Michael D. Huston, Territory Manager, Male, White*

Please provide a short description of your current professional role with the Agency.

*Senior Manager with the Real Estate and Facilities Management organization; have responsibility for all Real Estate and Facilities Management operations within Kentucky and Ohio.*

Were you serving in this role as of August 2003?

*Yes.*

Please describe your professional relationship to Complainant and the duration of that relationship.

*I had not met the complainant prior to the interview and have not seen or talked to him since the interview.*

HAM 0781

Were you an interview panel member in the selection process regarding the position of Safety and Health Manager, GS-0018-14 under Vacancy Announcement Number 15-02-OFM03706?

*Yes.*

If yes, please describe the interview process. Indicate how interview questions were devised; whether all interviewees were asked the same questions; whether all interviews were conducted in person, etc.

*The interview questions were prepared in advance of the interview; I did not see the questions until I arrived on the day of the interview. All interviews were conducted in person and all interviewees were asked the same questions.*

Please identify what qualifications (e.g., knowledge, skills, abilities, experience, training, personal characteristics, etc.) were considered by the interview panel in assessing the interviewees.

*I turned all of my notes over to the selecting official, Stuart Burns. Since I do not have access to them, and this event occurred 18 months ago I cannot remember any specifics from the interview. My recollection is that I was assessing the candidates' ability to answer, and react to, the questions posed.*

Discuss the quality of Complainant's interview. In what areas did Complainant do well; in what areas did Complainant do poorly? How did Complainant's interview compare with the interviews of the other interviewees?

*As previously stated I do not have access to my interview notes.*

Did the interview panel make a recommendation regarding which candidate(s) should be selected? If so, which candidate(s) was recommended by the interview panel? What were the reasons for the recommendation?

*As previously stated I do not have access to my interview notes. Annette Burrell was the selectee; my recollection is that she had a good interview.*

At the time you served on the interview panel at issue here, were you aware of Complainant's race, color and gender? Describe the reasons for your awareness and/or unawareness.

*Yes. I was sitting at the same table with him.*

Did you take Complainant's protected group status into consideration when assessing Complainant's qualifications with regard to this interview process? If yes, how did that influence the assessment?

*No.*

2

HAM 0782

Complainant claims that your assessment as an interview panel member can be shown to be discriminatory. "Additionally, an all white panel decided that my interview was not as good as the selectee's. African American males are typically at a disadvantage when interviewed by an all white panel. For this reason it is a generally accepted hiring practice in the federal government to have a qualified minority panel member. To allegedly choose a candidate based on their interview from the same protected class as the panel members is a pretext for discrimination." How do you respond to the claim?

*The complainant must be confused about another interview where he was an applicant. Tatika Mitchell, a member of the interview panel, is an African-American Female.*

Do you have in your possession any documentation (written or nonwritten) relating to this interview process which you used or you created while serving on the interview panel? If yes, please describe the documentation.

*No.*

Are you aware of documentation (written or nonwritten) that relates to this interview process and that is in the possession of others, which was used or was created while you were serving on this interview panel? If yes, please describe the documentation, and indicate each person having possession of the documentation.

*Yes. I gave my interview notes to Stuart Burns.*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___December 27, 2004___ at ___Covington, Kentucky.___
            (Date)                        (City/State)

*[signature]*
Michael D. Huston

3

HAM
0783