Unsworn Declaration

bject:   Discrimination Complaint of Gary Hamilton and John W. Snow, Secretary of the Treasury, TD Case Number 04-2024

EXHIBIT 12

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

In accordance with the provisions of 28 U.S.C. 1746, I, the undersigned, do hereby make the following unsworn declaration, under penalty of perjury, pertinent to the above stated subject:

Please identify yourself for the record (name, title, gender, race, color). *Tatika Mitchell, Senior Commissioner Representative(SCR), Female, African American (mixed).*

Please provide a short description of your current professional role with the Agency. *I am the Administrative Head of Office for Area 4 (DE, MD, VA, NC and, SC). I am responsible for cross functional (administrative) multi-business unit decisions in my area. I am one of eighteen SCRs nationwide, and the one SCR responsible for providing linkage to Safety Program office. My previous experience as a Real Estate Facilities Manager with responsibility for the safety program in several District offices put me in the position to be selected as the one SCR with responsibility for a linkage with the National Safety Program Office.*

Were you serving in this role as of August 2003? *Yes*

Please describe your professional relationship to Complainant and the duration of that relationship. *I may have participated in a meeting with the complainant a year or so prior to the interview –(his name was familiar). Since the interview, the complainant participated in one meeting that I held on Business Resumption Plans in September 2004.*

Were you an interview panel member in the selection process regarding the position of Safety and Health Manager, GS-0018-14 under Vacancy Announcement Number 15-02-OFM03706? *Yes*

If yes, please describe the interview process. Indicate how interview questions were devised; whether all interviewees were asked the same questions; whether all interviews were conducted in person, etc. *I was a panel member and I recall that I and the other panel member were provided with a list of questions prior to the first interview. We (collectively) reviewed the questions to ensure that we all understood the questions to be asked, and were allowed an opportunity to add questions (for all participants) prior*

HAM 0777

*to the start of any interviews.*

) Please identify what qualifications (e.g., knowledge, skills, abilities, experience, training, personal characteristics, etc.) were considered by the interview panel in assessing the interviewees. *Each candidate was assessed on their knowledge of the safety program, their knowledge of the IRS (field, campus, region and headquarters), their experience working program items at a national level and their abilities to lead.*

Discuss the quality of Complainant's interview. In what areas did Complainant do well; in what areas did Complainant do poorly? How did Complainant's interview compare with the interviews of the other interviewees? *Prior to the start of the interview we were provided copies of each candidate's application. The complainant paperwork highlighted his knowledge's, skills and abilities in the safety program. I recall the complainant was a safety officer and had prior leadership experience – on paper the complainant had strong skill-set and competitive paperwork. Unfortunately, the complainant's interview did not go well – An interview is an opportunity to demonstrate your presentation, sales and verbal communication skills to a prospective employer. The complainant did not have a good interview. Some of his answers were unclear; he was difficult to follow and only elaborated on issues when asked a follow up question.*

) There were three other interviews held that day – one via telephone and a two others in person – *I do not recall if the telephone interview or the complainant's interview was the most difficult. But I recall that the complainant's interview was not nearly as effective as the two others that were held in person that day.*

Did the interview panel make a recommendation regarding which candidate(s) should be selected? If so, which candidate(s) was recommended by the interview panel? What were the reasons for the recommendation? *After the final interview, the panel discussed each candidate. The panel recommended two of the four candidates for the position. The two who were recommended had stronger interviews - they both had program experience with safety, in the agency and in other organizations, they both had stronger presentation and verbal communication skills.*

At the time you served on the interview panel at issue here, were you aware of Complainant's race, color and gender? Describe the reasons for your awareness and/or unawareness. *Yes, the interviews (3 of 4) were held in person, so I observed three of the four candidates including the complainant.*

) Did you take Complainant's protected group status into consideration when assessing Complainant's qualifications with regard to this interview process? If yes, how did that

page 2 of 3 pages



HAM
0778

influence the assessment? *I did not take the complainant's protected groups status into consideration. My assessment based on their abilities, skills and knowledge.*

Complainant claims that your assessment as an interview panel member can be shown to be discriminatory. "Additionally, an all white panel decided that my interview was not as good as the selectee's. African American males are typically at a disadvantage when interviewed by an all white panel. For this reason it is a generally accepted hiring practice in the federal government to have a qualified minority panel member. To allegedly choose a candidate based on their interview from the same protected class as the panel members is a pretext for discrimination." How do you respond to the claim? *As an African American female and panel member I respectfully disagree with the complainant's suggestion that the interview panel was "all white".*

Do you have in your possession any documentation (written or nonwritten) relating to this interview process which you used or you created while serving on the interview panel? If yes, please describe the documentation.
*No, I did not keep any notes or documents from the interview.*

Are you aware of documentation (written or nonwritten) that relates to this interview process and that is in the possession of others, which was used or was created while you were serving on this interview panel? If yes, please describe the documentation, and indicate each person having possession of the documentation. *At the completion of the interview I turned in my copies of the application (MPQ or 171) as well a copy of my interview questions and answers for each candidate. I recall that my written notes of the interview include feedback on the complainant's interview and oral communication skills. All copies were turned into the Stuart Burns – ranking panel leader.*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ January 4, 2005 _____ at _____ Baltimore, Maryland _____
            (Date)                                              (City/State)

Tatika Mitchell
Senior Commissioner Representative
31 Hopkins Plaza – Room 850
Baltimore, MD 21201

page 3 of 3 pages

HAM 0779