ubject:   Discrimination Complaint of Gary Hamilton and John W. Snow, Secretary of the Treasury, TD Case Number 04-2024

EXHIBIT 13

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

In accordance with the provisions of 28 U.S.C. 1746, I, the undersigned, do hereby make the following unsworn declaration, under penalty of perjury, pertinent to the above stated subject:

### RANKING OFFICIAL-Paul (Skip) Carroll

Please identify yourself for the record (name, title, race national origin, color and gender).

**Name:** Paul A. Carroll
**Title:** Program Analyst
**Race:** Caucasian
**National Origin:** American
**Color:** White
**Gender:** Male

Please provide a short description of your current professional role with the Agency. Were you serving in this role as of July 2003?

**Program Analyst/COTR with Real Estate and Facilities Management, A/E Planning & Support Branch. I serve as the COTR for Architectural/Engineering Support Services contracts and the Interagency Agreement for Industrial Hygiene and Ergonomic services with the Public Health Service, Federal Occupational Health. Yes, I was serving in this role as of July 2003.**

Please describe your professional relationship to Complainant and the duration of that relationship.

**I have never had a relationship with the Complainant, professional or otherwise.**

Were you involved in the ranking for Safety and Health Manager, GS-0018-14 under Vacancy Announcement Number 15-02-OFM03706?

**Yes**

Provide a specific and thorough explanation of the ranking process, ranking criteria used, and how the candidates were ranked by you. Did you establish the ranking criteria and/or

7

develop the ranking scheme or did you utilize an existing ranking scheme? If you developed the ranking scheme, when was it developed?

> **I reviewed each of the applicants' packages and compared the work experience described against each of the 5 Knowledge, Skills and Abilities (KSAs) provided to me by Personnel. After I reviewed all of the applicants' packages I went back and reviewed the first package I ranked again to confirm that I had ranked it fairly.**
>
> **I used the ranking criteria provided to me by Personnel. I did not have any involvement in the establishment of the Ranking Criteria or the Ranking Scheme.**

What documents were the applicants required to submit to be considered for the position?

> **The forms required were 4536, 9686 and the applicant's current Performance Appraisal with narrative.**

Explain how you arrived at the Highly-Qualified and Best-Qualified cut-off scores, and explain why Gary Hamilton the Complainant did make the Highly-Qualified and/or Best Qualified list. The articulation should specify the knowledge, skills, abilities, and personal characteristics possessed by the candidates that you considered in conducting the ranking.

> **I did not establish the Highly Qualified/Best Qualified cut-off scores. These were established by personnel after I returned the packages to them.**
>
> **Mr. Hamilton's package clearly articulated his experience in the 5 KSAs I ranked against and I listed his application as the first on the application ranking summary I sent to Personnel with the packages.**
>
> **I did not consider any personal characteristics of any of the applicants when I conducted the ranking.**

At the time you ranked the applicants, were you aware of Complainant's race, color and gender? Describe the reasons for your awareness and/or unawareness.

> **Yes, I was aware of the Complainant's race, color and gender.**
>
> **He included this information in his Attachment to IRS Form 9686 under "Additional Data Sheet".**

Did you take Complainant's protected group status into consideration when ranking Complainant's qualifications in this ranking process? If yes, how did that influence the

ranking?

**I was not aware of any "protected group status" for any of the applicants, so therefore, it did not influence my ranking.**

The Complainant claims that the ranking done by you can be shown to be discriminatory based on "The detail assignment of the white female was used to give her preferential treatment. The white female does not have a degree and does not have 21 years of experience. It is my belief that Ms. Burrell was successfully rated and selected without a set ranking and rating criteria that are subjective I nature. These actions were intentional in nature." How do you respond to the claim?

**Whether Ms. Burrell's detail assignment was used to give her preferential treatment is of no relevance to me. I do not work for the Branch that this position is located in and had nothing to do with her detail. The assignment did give her experience that I considered in the ranking process because she included that experience as a part of her application. I considered all experience submitted by all of the applicants, including Mr. Hamilton's and Ms. Burrell's, when I ranked each of the packages.**

**I do not recall if Ms. Burrell has a degree, however, to the best of my knowledge that was not a requirement of this position. Ms. Burrell did demonstrate, in her package, that she had several years experience in Occupational Health & Safety programs both on a national and a local level and I ranked her package accordingly.**

**I rated all of the applicants' packages objectively against the KSAs that were provided to me from Personnel. I ranked three of the applicants, including Mr. Hamilton's and Ms. Burrell's, the highest because each of their packages demonstrated, in my opinion, that level of experience.**

**I was not a member of the Interview/Selection Board and have no knowledge of the rating criteria that they used for the selection.**

Do you have in your possession any documentation (written or nonwritten) relating to this ranking process which you used or which you created while serving as a ranking official for this promotional opportunity? If yes, please describe the documentation.

**The only documentation that I have in my possession relating to this ranking process is the Microsoft Excel application ranking summary that I created and forwarded to Personnel with the ranked packages.**

Are you aware of documentation (written or nonwritten) which relates to the ranking in this promotional opportunity and that is in the possession of others, which was used or

was created while you were serving as a ranking official? If yes, please describe the documentation, and indicate each person having possession of the documentation.

**No.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___12/14/04___ at _____Arlington, Va._____
                 (Date)                       (City/State)

(Signature/Title/Address)
Paul A. Carroll
Program Analyst
2221 S. Clark St., 10th Floor
Arlington, Va. 22202

7.4

*page 4 of____ pages*