IN THE UNITED STATES JUDICIAL DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

* * *

GARY HAMILTON, )
)       No. 05-cv-1549(RWB)
      Plaintiff, )
)       Deposition of:
vs. )
)       MICHAEL PERKINS
JOHN SNOW, )
)
      Defendant. )

* * *

EXHIBIT 14

September 7, 2006
9:45 a.m.

Horizon Reporting
299 South Main Street, #1300
Salt Lake City, Utah 84111

* * *

Jennifer Moio
- Registered Professional Reporter -

CERTIFIED COPY

HORIZON
REPORTING & Video, Inc.
(801) 532-DEPO (3376)

1  instructor. Did anybody complain about the way you
2  trained those people at the time?
3      A.  No.
4      Q.  Okay. So all together how many years of
5  management experience do you have?
6      A.  Approximately 15.
7      Q.  Okay. Approximately 15 years. Now, how
8  much involvement did you have developing the forms
9  used in the national route course analysis program?
10     A.  I don't recall.
11     Q.  Did you have some involvement in it?
12     A.  I believe I supervised the person that put
13 it together.
14     Q.  Oh, okay. What is the occupant emergency
15 plan that you put here that you were responsible for?
16     A.  Each office is responsible to have an
17 occupant emergency plan, and as the manager over
18 physical security and safety I had ultimate
19 responsibility to make sure each office had one.
20     Q.  Okay. Now, the position that you applied
21 for, the safety and health manager position that you
22 applied for in 2003, do you know who got the
23 position?
24     A.  Yes.
25     Q.  Who did?

813a396f-667f-4a4d-9b2c-462b6eeb219b

```
 1        Q.   Okay.  Now, have you ever been involved in
 2   a situation where the candidates' application
 3   packages were not considered?
 4        A.   No.
 5        Q.   Is that a procedure of the IRS?
 6        A.   No.
 7        Q.   Is it customary and is it the procedure of
 8   the IRS to consider the applicants' application
 9   packages?
10        A.   Yes.
11        Q.   So anything short of that will be a
12   deviation from that procedure?
13             MR. TROUNG:  Foundation.  Objection.
14        Q.   Do you want to say you don't recall?
15        A.   No.  I want to say that's not my call.  I
16   don't know.
17        Q.   Okay.
18        A.   I would never make a selection without
19   carefully reviewing the packages.
20        Q.   Okay.  But as you understand it, the
21   package -- the applicants' packages are usually
22   considered?
23        A.   Yes.
24        Q.   Okay.  Now, with respect to the interview
25   that you were given in this case -- were you
```

813a396f-667f-4a4d-9b2c-462b6eeb219b