## AFFIDAVIT OF BEVERLY HAMILTON

I BEVERLY HAMILTON SWEAR AND AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE STATEMENTS IN THIS AFFIDAVIT ARE BASED ON MY PERSONAL KNOWLEDGE. I AM AN ADULT COMPETENT TO GIVE THIS AFFIDAVIT.

1. I am the wife of the Plaintiff, Gary Hamilton.

2. We have been married for about twenty-five years now.

3. Our years of marriage has not been anything outside of what one would find in any other normal marriage.

4. Since we got married, neither of us have had health problems that are unmanageable.

4. My concern about my husband's health rose to a critical point around late 2003 to 2004 when he began to complain about his rejection for a position he applied for and believed he was qualified for, sometimes in year 2003. He also said they repeated the discriminatory conduct by selecting another white female over him after he had complained about the first.

5. I noticed that he would toss and turn, while grinding his teeth at night, he was eating excessively, experienced severe headaches and later on he could not concentrate when we discussed family matters.

6. It really began to bother me when he missed my birthday - something that had never happened in all the years we had been married.

7. Of critical concern also is the fact that he forgot when he was to take our daughter back to college.

8. Around mid 2004, I insisted that he seek medical help. He said he was already seeing one but did not want to alarm me or the kids.

9. His doctor diagnosed him with Anxiety and Depression.

10. The medications that they prescribed for my husband would sometimes work but sometimes have unpleasant side effect. He is still on medication till today.

11. My husband's experience at the IRS has taken its toll, not just on him but also on myself and our children.

Signature: *[signed] Beverly E. Hamilton*   Date: 10/7/07