Watkins, S.
Enclosure 5



**EXHIBIT
16**

### Career Opportunities List Announcement
SSN-0FM03706

---

**Announced 05/05/2003, closes 05/19/2003**

**SAFETY SPECIALIST (SAFETY/OCCUP HEALTH MANAGER)**
GS-0018-14, Full Time, (NBU)
ANN NO:  SSN-0FM03706, SPO:  2844, PD: 95025
Real Estate & Facilities Mgt, Safety
POD's:      1    -Remain in POD, --
MOVING EXPENSES AUTHORIZED: NO
step na. For a copy of the required KSAs call the fax vault at
510 637-2536 and request document 706.  Fax 510 637-2857 or 2789
Position provides senior analytical support to mgt.  for IRS
Safety Program.
Contact:  Tracey Reimer, 510-637-2854
Forms Required: 4536, 9686, current appraisal with narrative

Please forward all required forms to the following
personnel office:
(2844)  Oakland Personnel Office
         Personnel Branch A:PS:O:D:Oak
         1301 Clay Street
         Suite 600S
         Oakland, CA  94612-5210
         PH:  510-637-2777
         FX:  2857 or 2789

HAM
0208