```
                    PROMOTION CERTIFICATE
                    REAL ESTATE & FAC MGMT

DA.  07/10/2003              CERTIFICATE NO:  15-02-0FM03706

POSITION TITLE:  SAFETY SPECIALIST      STATUS:  PERMANENT-FULLTIME
SERIES:  GS-0018             GRADE:  14

LEVEL 04:  SAFETY & SECURITY            VACANCIES:  1
LEVEL 05:  SAFETY
LEVEL 06:
LEVEL 07:
LEVEL 08:
BLDG/POD:  REMAIN IN CURRENT POD, CURRENT CITY & STATE, US

TOUR OF DUTY:  M-F 800-430
```



EXHIBIT 17

```
                    PROMOTION CERTIFICATE
------------------------------------------------------------
The knowledges, skills, abilities and other characteristics (KSAOs) of all
Highly Qualified candidates listed on the roster of Eligibles have been
carefully evaluated and the following candidates have been determined to be
Best Qualified.
------------------------------------------------------------

         BURRELL ANNETTE           F    15-02-93000    25.0
         CARRAWAY CAMILLE          F    15-02-95111    25.0
         HAMILTON GARY             F    15-02-95111    25.0
         PERKINS MICHAEL           F    15-02-94510    19.0
```

I HAVE SELECTED THE FOLLOWING NAMED APPLICANT(S):   SELECTED DATE:   EFF. DATE:

ANNETTE BURRELL         7/31/03

Kl... Stuart Burns 3-4359

SELECTING OFFICIAL SIGNATURE         TITLE
                                     CHIEF, SAFETY BRANCH

If additional vacancies are filled from this certificate, or if an applicant
declines the position, the next highly qualified candidates(s) must be added
to this certificate and given proper consideration. Please contact your
Personnel Staffing Specialist for assistance.

HAM 0793