

Watkins, S.
Enclosure 9

## INDIVIDUAL RATING SHEET

| APPLICANT NAME (Last/First): Burrell/Annetta |
|---|
| POSITION TITLE: Safety and Occupational Health Manager, GS-0018-14 Real Estate and Facilities Management |
| Rating Panel Member (Print Name): Paul Carroll |
| Signature: Paul Carroll    Date: 6/25/03 |

KSA # 1: __5__ points
KSA # 2: __5__ points
KSA # 3: __5__ points
KSA # 4: __5__ points
KSA # 5: __5__ points

TOTAL POINTS: __25__

### KSA # 1

Knowledge of Safety and occupational health principles and practices, and their applicability to the Service.

__5__ points

Narrative:

Demonstrated extensive exp as the Nat. Safety & Health Project Manager in the development of REFM's Safety Program.

### KSA # 2

000025

HAM
1909

Ability to work independently to plan and direct a safety program for application in multiple IRS sites, including government owned building and leased space.

__5__ points

Narrative:

Extensive Experience as The Servicewide Safety & Health Manager In Directing National Safety Program over Regional Offices.

KSA# 3

Ability to communicate orally with all levels of management and employees to provide advice, consult and explain safety and occupational health program procedures, practices, and policies.

__5__ points

Narrative:

Demonstrated Substancial Experience In Oral Presentations & Meetings with All Levels of The Service and other Federal Agencies.

000626

HAM
1910

### KSA # 4

Ability to communicate in writing with all levels of management and employees to provide advice, consult and explain safety and occupational health program procedures, practices, and policies.

__5__ points

**Narrative:**

HAS DEMONSTRATED CLEAR ABILITY TO PRODUCE WRITTEN COMMUNICATIONS IN DEVELOPING BRIEFING MATERIALS FOR UPPER MGMT, TRAINING CLASSES + THIS APPLICATION

### KSA # 5

Skills and ability to investigate safety and health problems and develop decisions, policies, and technical guidance designed to eliminate safety hazards to employees.

__5__ points

**Narrative:**

HAS HELD POSITIONS OVER LOCAL SAFETY OFFICERS REVIEWING AND INVESTIGATING LOCAL FACILITIES SAFETY ISSUES.

000627

HAM
1911