**EXHIBIT 20**

Williams's
Enclosure 12

## INDIVIDUAL RATING SHEET

| APPLICANT NAME (Last/First): PERKINS / MICHAEL |
|---|
| POSITION TITLE: Safety and Occupational Health Manager, GS-0018-14 Real Estate and Facilities Management |
| Rating Panel Member (Print Name): PAUL CARROLL |
| Signature: [signed]   Date: 6/26/05 |

KSA # 1: __5__ points
KSA # 2: __3__ points
KSA # 3: __3__ points
KSA # 4: __3__ points
KSA # 5: __5__ points

TOTAL POINTS: __19__

### KSA # 1

Knowledge of Safety and occupational health principles and practices, and their applicability to the Service.

__5__ points

Narrative:

APPLICANT IS CHIEF, SAFETY + SECURITY AT OGDEN CAMPUS AND HAS DEMONSTRATED EXTENSIVE KNOWLEDGE IN THE PROGRAM AREA.

### KSA # 2

000867

HAM 1921

Ability to work independently to plan and direct a safety program for application in multiple IRS sites, including government owned building and leased space.

__3__ ✓ points

**Narrative:**

DEMONSTRATES INVOLVEMENT IN LEASED + OWNED BLDG. AND HAS HAD SOME CONTRIBUTION TO IMPLEMENTATION OF CAMPUS SAFETY MEASURES.

### KSA# 3

Ability to communicate orally with all levels of management and employees to provide advice, consult and explain safety and occupational health program procedures, practices, and policies.

__3__ ✓ points

**Narrative:**

APPLICANT HAS DEMONSTRATED ORAL PRESENTATIONS TO ALL LEVELS BUT LIMITED EXPERIENCE REGARDING OCC. HEALTH PROGRAM.

030038

HAM 1922

KSA # 4

Ability to communicate in writing with all levels of management and employees to provide advice, consult and explain safety and occupational health program procedures, practices, and policies.

__3__ points

Narrative:
GOOD WRITING EXPERIENCE BUT MOST OF IT IN THE SECURITY AREA.

KSA # 5

Skills and ability to investigate safety and health problems and develop decisions, policies, and technical guidance designed to eliminate safety hazards to employees.

__5__ points

Narrative:
HAS HAD EXTENSIVE EXPERIENCES WITH HAZMAT AND ROOT CAUSE ANALYSIS.

030039

HAM
1923