

Watkins
Enclosure II

## INDIVIDUAL RATING SHEET

APPLICANT NAME (Last/First): CARRAWAY / CAMILLE

POSITION TITLE: Safety and Occupational Health Manager, GS-0018-14
Real Estate and Facilities Management

Rating Panel Member (Print Name): PAUL CARROLL

Signature: [signature]     Date: 6/25/03

- KSA # 1: 5 points
- KSA # 2: 5 points
- KSA # 3: 5 points
- KSA # 4: 5 points
- KSA # 5: 5 points

TOTAL POINTS: 25

### KSA # 1

Knowledge of Safety and occupational health principles and practices, and their applicability to the Service.

5 points

Narrative: DEMONSTRATES EXTENSIVE KNOWLEDGE OF PROGRAM AREA THROUGH 20 YEARS EXPERIENCE AS A SAFETY + HEALTH PROFESSIONAL.

### KSA # 2

000633

HAM
1917

Ability to work independently to plan and direct a safety program for application in multiple IRS sites, including government owned building and leased space.

__5__ points

Narrative:

HAS DEMONSTRATED EXTENSIVE EXPERIENCE DEVELOPING SAFETY PROGRAMS FOR IRS + FEMA. HAS BEEN FEMA DISASTER SAFETY MANAGER AT SEVERAL PRESIDENTIALLY DECLARED DISASTER SITES.

KSA# 3

Ability to communicate orally with all levels of management and employees to provide advice, consult and explain safety and occupational health program procedures, practices, and policies.

__5__ points

Narrative:

DEMONSTRATE CLEAR ABILITY TO MAKE PRESENTATIONS TO ALL LEVELS OF EMPLOYEES + MGMT. SENIOR MGMT BRIEFINGS DURING ANTHRAX RESPONSE, ROUTINE MANAGERS SAFETY BRIEFINGS, COACHING SESSIONS WITH EMPLOYEES ON ERGONOMICS ISSUES.

000034

HAM
1918

## KSA # 4

Ability to communicate in writing with all levels of management and employees to provide advice, consult and explain safety and occupational health program procedures, practices, and policies.

__5__ points

**Narrative:** HAS DEVELOPED FORMAL + INFORMAL BRIEFING MATERIALS FOR MANAGEMENT. PREPARES SAFETY AWARENESS PAMPHLETS, ETC. FOR EMPLOYEES.
APPLICATION DEMONSTRATES A CLEAR KNOWLEDGE OF THE IRS SAFETY + HEALTH PROGRAM

## KSA # 5

Skills and ability to investigate safety and health problems and develop decisions, policies, and technical guidance designed to eliminate safety hazards to employees.

__5__ points

**Narrative:** DEMONSTRATES 20+ YEARS OF EXPERIENCE IN INVESTIGATING ENVIRONMENTAL SAFETY + HEALTH PROBLEMS AND DEVELOPING POLICIES + PROCEDURES TO MITIGATE THEM.

000065

HAM
1919