INTERNAL REVENUE Case 1:05-cv-01589-RBW   Document 48-21   Filed 10/17/2007   Page 4 of 25
MODERNIZATION POSITION DESCRIPTION
Page 1

Enclosure 8

| | |
|---|---|
| Classification: | GS-0018-14 |
| Classification Title: | Safety and Occupational Health Manager |
| Organizational Title: | Safety Specialist |
| Organizational Location: | Agency Wide Shared Services, Real Estate & Facilities Management, Safety & Security Division |

**Position Information**

| | |
|---|---|
| Bargaining Unit Status: | Non-Bargaining Unit *(Management Official Exclusion)* |
| Competitive Level Code: | 0001 |
| FLSA Status: | E (Exempt) |
| Risk Level/ADP: | 5N (Moderate Risk/Non-ADP) |
| Supervisory Code: | 5 (Management Official) |
| Full-Working Level: | GS-14 |
| Career Ladder PDs: | None |

EXHIBIT 22

Remarks: This position has no further promotion potential.

| | | |
|---|---|---|
| **Duties and Responsibilities Approved:** | 04/18/03 | /s/ Ronald R. Stephen |
| | Date | //for// Deputy Chief, Agency Wide Shared Services |
| **Classification Approved:** | 04/24/03 | /s/ Richard Bell |
| | Date | //for// Associate Director, Personnel Policy Division |
| | | Louise V. McCants, HRS (Classification), Case 779 |

**Supervisory Certification:** I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.

**Signature and Title of Immediate Supervisor:**                                          **Date:**

All other levels of supervision which propose or approve official statements of duties and responsibilities are attesting to the same effect as the immediate supervisor.

This position description is intended for use without modification. Any changes (e.g., pen-and-ink) to the duty statements, factor level descriptions and benchmarks may jeopardize the classification allocation. Contact the National Classification Center for further assistance. The classification of this position may be appealed. Published standards or other information upon which the classification is based may be reviewed. Information may be obtained from the employee's immediate supervisor or the National Classification Center.

## INTRODUCTION

This position provides senior analytical support to management in assessing and defining the needs of the Agency for implementation and evaluation of the IRS Safety Program.

## MAJOR DUTIES

Develops policies, procedures and standards for the IRS Safety Program. Performs extremely complex and significant functions in the development of decisions and policies and provides technical guidance designed to protect Service personnel, facilities, property and other assets, both tangible and intangible, from the full spectrum of intentional and non-intentional human threats, as well as man-made and natural disasters.

Advises top management on the most complex safety matters in order to resolve questions pertaining to appropriate cost-effective safety measures commensurate with the requirements; safety budget/ resources distribution; and strategies for integrating appropriate health, safety, and similar issues.

Interprets national safety directives for their applicability to the safety programs; formulates broad policy direction regarding the implementation of these directives; and prepares specific policy and program statements for issuance by the Commissioner, Deputy Commissioner, and other senior management officials.

Serves as representative of the Director in performance of top liaison assignments and in contacts with professional and trade associations, officials of the Treasury Department, representatives of other government departments and agencies, OMB, Congress, and the public. Serves as a technical authority in assignments requiring the application of new theories and developments to safety problems not susceptible to treatment by accepted safety methods and procedures.

Performs other duties as assigned.

## KNOWLEDGE                                                      FLD 1-8=1550 pts.

Expert level knowledge of and extensive experience in the theories, principles, practices and advances pertaining to safety and occupational health disciplines and administration. Comprehensive knowledge of safety and occupational health related policy requirements and safety specialties involving major conflicts in policy and program objectives.

Expert knowledge of and skill to: effectively employ analytical principles, techniques and tools to design and carry out investigations, evaluations, inspections and other assessments of IRS safety and occupational health practices, methods, and procedures; evaluate achievements and shortcomings of safety program operations and make recommendations for improvement; and resolve conflicts in policy and program objectives. Knowledge and skill to determine the optimum use of available resources in a dynamic environment.

Knowledge of project management techniques in order to plan, organize, develop and direct long range studies and forecasts and recommend methods for enhancing efficiency of the safety related systems.

Extensive knowledge of Executive Orders, OMB, OPM, CFRs, other national safety and occupational health directives, and Treasury Directives and Orders that are applicable to the Safety Program.

HAM
1882

### LEVEL OF DIFFICULTY     FLD 2-5=650 pts.;3-5=650 pts.;4-5=325 pts.;8-1=5 pts. 9-1-5pts.

The supervisor provides broad administrative and policy direction through discussion of financial and program goals and national, IRS, and local safety policies affecting the administration of the safety program. The incumbent exercises considerable initiative, independence, resourcefulness and judgment. The employee is a recognized technical authority in one or more safety specializations and develops regulations and safety policies. The employee's actions, recommendations, and decisions are reviewed primarily for results obtained in achieving safety goals and objectives, and in providing support for the attainment of the organization's mission responsibilities and are routinely accepted without change.

Guidelines are nonspecific, broadly stated National directives or basic legislation, necessitating extensive interpretation to define the extent and intent of coverage. The incumbent may represent the IRS as a technical expert on interagency task forces. The incumbent uses initiative, judgment and originality in researching and interpreting national safety policies and legislation and in interpreting and revising existing policy and regulatory guidance for use by others. As a recognized technical authority in safety and occupational health management, the incumbent develops safety policies, taking into account the effects of conflicting laws, policies, and regulations, and participates in promulgating safety policies which are flexible enough despite changes in safety technology to remain current in meeting program objectives.

Assignments require performing a broad range of agency wide management duties involving program development and administration, probing, innovative analysis of the program effectiveness, and the recommendation of new, specialized safety and occupational health procedures to eliminate or control high risk, nonconventional, hazards in health/safety research activities. The incumbent ensures regulatory and operational requirements are satisfied and is expected to possess the necessary expertise to recognize and resolve conflicts, interpret policy, establish objectives, develop plans, provide solutions to highly hazardous operational and research problems to principal program directors and agency safety and occupational health specialist, and manage and supervise assigned activities with minimal assistance. Work is performed in an office setting with no unusual physical demands; occasional travel may be required.

### ASSIGNMENT     FLD 5-5=325 pts.

The purpose of the work is to develop and administer an agency wide safety and occupational health program and establish guidelines and criteria to control or eliminate serious hazards in the IRS. The employee's advice, guidance, or results affect development of major aspects of safety program definition and administration throughout the agency.

### COMMUNICATIONS     FLD 6-3=60pts.; 7-3=120pts.

Frequent, extensive personal contacts are with top levels of management and staff both within and outside the Agency who represent the safety program interests of other federal agencies, private businesses, state and local governments, or congressional offices in moderately unstructured settings. The purpose of contacts is to represent the immediate safety staff or the Service and to defend, promulgate, secure, and gain compliance with the Service's Safety Program. Depending on the type of contact, the role and authority of the incumbent will differ, and many times will have to be decided by the incumbent during the contact.

Total Points: 3690
Point Range: 3605-4050
Grade Level: 14
**Final Classification**: Safety and Occupational Health Manager, GS-0018-14

HAM
1883