**EXHIBIT 23**

# Routing Slip

| | | | |
|---|---|---|---|
| Date: | 7/10/03 | Action | Initial/Date |
| To: | 1. Fannie Braswell | Approval | |
| From: | Valerie Brown, Staffing Consultant | | |
| Subject: | Selection Certificate | | |

Comments: VA# 0FM03-706, Safety and Occupational Health Manager POD: Neutral

Enclosed is the selection certificate for your ~~GS-318-6/7 Secretary~~ GS-0018 SAFETY SPEC in the above location. This package is ready for the interview and/or selection process. I currently have a copy of your <u>written approval authorizing an exception to the hiring freeze</u>. You can select with or without interviewing, however, if you choose to interview, you must interview all candidates.

Once you make selection, you can notify the selectee however, he/she must keep their selection confidential until you notify the non-selected candidates. Please notify the non-selected candidates within <u>8 hours</u>. **Please initial here _AB_ to certify that all BQ candidates not selected were notified within 8 hours of that decision.**

Once all non-selected candidates are notified, let your selectee know the confidential status is lifted. Please return the *entire* package to Oakland Personnel, once all notification has been made so your selection(s) can be processed. If you have questions or concerns, please feel free to call me at (510) 638-4565. Includes Interview/selection information:
- Routing letter
- Promotion Certificate
- Application of BQ candidates

Thanks

| Initiator: | Valerie Brown | Action Due Date: | |
|---|---|---|---|
| Phone: | (510) 637-4565 | Control No.: | |
| Room: | 6th Floor | Network Filename: | |

HAM 0589