**EXHIBIT**
**24**

## QUESTIONS FOR SAFETY SPECIALIST INTERVIEWS
### July 29, 2003

Candidate: _Annette Burrell_          Panel Member: _Mike Husson_

**1.** Elaborate on experience you have in applying the safety and health principles and practices applicable to the IRS.

· _Last year leading developing safety program for IRS_

**2.** What experience do you have interfacing with multiple facets of business within the IRS that soundly demonstrates your understanding of the differences in field and business units' processes, as applicable to the safety and health program?

- _IRs 22yrs_
- _Field Office + N.O. supervisor, etc. different poles_

**3.** Effective communication skills at all levels of National Office and field offices play an important role in this position. Describe guidance or information documents you authored and distributed to enhance the Agency's safety and health program. What results were achieved as a result of this project?

_Policies + procedures document_
_IRM update_
_$/# conops_
      _L Briefings + comments_
      _Some buy-in_

HAM
1481

4. Describe a high-level briefing experience that demonstrates your knowledge of safety and health programs and your competency in oral communications. Alternatively, describe a situation that required persuasive intervention on your part in order to sell your presentation to the audience. What special skills did you use to persuade your audience to consider/accept your ideas?

*{ SBSE WAS DIFFICULT ON CONOPS*
*{ ADDRESSED ISSUES TO RESOLVE*

*{ PROCESS + PROCEDURES - TECL PROBLEMS*
*{ PERSONALITY ISSUE - DEALT WITH INDIVIDUAL*

5. What, in your opinion, is the most crucial area of concentration in maintaining an effective safety and health program that provides a healthy work place for employees, reduces burden to management and is fiscally responsible? Please explain how you would implement such a program and what resources would be required.

*- POD NEUTRAL - SELF STARTER; have done before / Email, Conf Call*
*- Tech vs General - good Answer*

*Stratsgic Plan Needed; proactive better than reactive*

6. What other skills do you have that are relevant to administering an effective Safety and Health Program?

7. Do you have any questions or concerns you would like us to address?

HAM
1482