THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

```
*******************************
GARY HAMILTON,              *
Plaintiff                   *
                            *
v.                          *      CASE NO.: 05-cv-1549 (RBW)
                            *
JOHN SNOW,                  *
Defendant                   *
*******************************
```

### PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, by and through counsel, files his Opposition to Defendant's Motion for Summary Judgment and states first that, with respect to the two of Plaintiff's three claims addressed in Defendant's Motion for Summary Judgment, there are numerous genuine issue of material facts that are not capable of resolution short of trial. Additionally, on those two claims, Defendant is not entitled to judgment as a matter of law.

With respect to Plaintiff's claim regarding the detail of 2002-2003, Defendant concedes that Plaintiff is entitled to judgment on that claim in that it utterly fails to address that claim in its motion. Plaintiff relies upon and refers this Honorable Court to the attached Statement of Genuine Issues Necessary To Be Litigated; the Memorandum of Law; and Exhibits in support of his Opposition to Defendant's motion.

Respectfully submitted,

**THE GBENJO LAW GROUP**

_____/s/_____
Anne J.A. Gbenjo, Bar #: 447840,
8449 West Bellfort Ave.
Suite 100,
Houston, TX 77071
Phone:713-771-4775
Fax:713-771-4784
Counsel for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS 17th day of October, 2007,1 e-filed and send via

first class, postage prepaid mail, a copy of Plaintiff s Opposition to Defendant's motion and Memorandum in Support of same to to all parties as follows:

John C. Truong, Esquire
 Assistant United States
Attorney 555 Fourth Street NW
Washington, D.C. 20001

_____/s/_____
Anne J.A. Gbenjo

THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*******************************

| | |
|---|---|
| GARY HAMILTON, | * |
| Plaintiff | * |
| | * |
| v. | *    CASE NO.: 05-cv-1549 (RBW) |
| | * |
| JOHN SNOW, | * |
| Defendant | * |

*******************************

**PLAINTIFF'S EXHIBITS IN SUPPORT OF HIS OPPOSITION**

Exhibit  1.   Deposition of Plaintiff - (Gary Hamilton) 2006

Exhibit  2.   Deposition of Stuart Burns

Exhibit  3.   Deposition of Paul Carroll

Exhibit  4.   Deposition of Annette Burrell

Exhibit  5.   Deposition of Tatika Mitchell

Exhibit  6.   Deposition of Micheal Huston

Exhibit  7.   Deposition of Camille Joy Carraway

Exhibit  8.   Deposition of Brenda Goulding

Exhibit  9.   Plaintiff's Affidavit

Exhibit 10.   Declaration of Stuart Burns

Exhibit 11.   Declaration of Mike Huston

Exhibit 12.   Declaration of Tatika Mitchell

Exhibit 13.   Declaration of Paul Carroll

Exhibit 14.   Deposition of Micheal Perkins

Exhibit 15.   Affidavit of Beverly Hamilton

Exhibit 16.   Job Announcement for Safety and Occupational Health Manager position

Exhibit 17.   Promotional Certificate

Exhibit 18.   Ranking Sheet for Plaintiff

Exhibit 19.   Ranking Sheet for Annette Burrell

Exhibit 20.   Ranking Sheet for Michael Perkins

Exhibit 21.   Ranking Sheet for Camille Carraway

Exhibit 22.   Position Description for the Safety Manager position

Exhibit 23.   Directives from Personnel regarding interview

Exhibit 24.   Interview notes by Micheal Huston for Annette Burrell

Exhibit 25.   Interview notes by Micheal Huston for Gary Hamilton

Exhibit 26.   Interview notes by Micheal Huston for Camille Carraway

Exhibit 27.   Interview notes by Micheal Huston for Michael Perkins

Exhibit 28.   Interview notes by Stuart Burns for Annette Burrell

Exhibit 29.   Interview notes by Stuart Burns  for Plaintiff

Exhibit 30.   Interview notes by Stuart Burns for Cammile Caraway

Exhibit 31   Interview notes by Stuart Burns for Micheal Perkins

Exhibit 32.   Interview notes by Tatika Mitchelle for Plaintiff

Exhibit 33.    Interview notes by Tatika Mitchelle for Annette Burrell

Exhibit 34    Interview notes by Tatika Mitchelle for Camile Carraway

Exhibit 35.   Interview notes by Tatika Mitchelle for Michael Perkins

Exhibit 36.   Defendant's Responses to Plaintiff's Request for Admissions

Exhibit 37.   Defendant's Responses to Plaintiff's Interrogatories

Exhibit 38.   Panel Summary Rating Sheet

Exhibit 39.   Plaintiff's application package

Exhibit 40.  Annette Burrell's application package

Exhibit 41.  Camille Carraway's application package

Exhibit 42.  Michael Perkin's application package

Exhibit 43.  Internal Revenue Manual & Merit Promotion Plan

Exhibit 44.  Management Selection Program

Exhibit 45.  Defendant's EEO Record

Exhibit 46.  Plaintiff's EEO Complaint 2003

Exhibit 47.  Defendant's Report of Investigation of Plaintiff's Complaint

Exhibit 48.  Plaintiff's Amendment to EEO complaint

Exhibit 49.  Plaintiff's Counsel's Affidavit

Exhibit 50.  Plaintiff's Responses to Defendant's Interrogatories

Exhibit 51.  Defendant's admission at the time Plaintiff was hired.

Exhibit 52.  Declaration of Stuart Burns - Pla's Second complaint

Exhibit 53.  Interrogatories to Stuart Burns.

Exhibit 54.  Emails exchanged between Plaintiff and Goulding

Exhibit 55.  Plaintiff's first deposition transcripts of 2005

Exhibit 56.  Job Description for Management Analyst position

Exhibit 57.  Plaintiff's 2004 EEO complaint

Exhibit 58.  Plaintiff's declaration at EEO level

Exhibit 59.  List of Tasks for RSIP