EXHIBIT 31

## QUESTIONS FOR SAFETY SPECIALIST INTERVIEWS
### July 29, 2003

Candidate: Mike Perkins          Panel Member: Stuart Burns

**1.** Elaborate on experience you have in applying the safety and health principles and practices applicable to the IRS.

RE-ENGINEERING EFFORTS — SECURITY POLICY, PROPERTY ACQUISITION, SPACE REALIGNMENT — PROCESS IMPROVEMENT

50-70% TIME IN N.O. WORKING W/ BAH. —REVIEW P.D., PROCESS FLOW

**2.** What experience do you have interfacing with multiple facets of business within the IRS that soundly demonstrates your understanding of the differences in field and business units' processes, as applicable to the safety and health program?

— BMF FILES NEW — ERGONOMIC
— PHONE SERVICES

**3.** Effective communication skills at all levels of National Office and field offices play an important role in this position. Describe guidance or information documents you authored and distributed to enhance the Agency's safety and health program. What results were achieved as a result of this project?

LOCAL NEWS LETTER
WORK W/ SAC TO PROMOTE PROGRAM

HAM 2076

4. Describe a high-level briefing experience that demonstrates your knowledge of safety and health programs and your competency in oral communications. Alternatively, describe a situation that required persuasive intervention on your part in order to sell your presentation to the audience. What special skills did you use to persuade your audience to consider/accept your ideas?

RECEIPT & CONTROL - DO AWAY W/ DOOR MONITOR ~~ACCESS~~

- MET W/ WHOLE TEAM & EXPLAINED IRM

5. What, in your opinion, is the most crucial area of concentration in maintaining an effective safety and health program that provides a healthy work place for employees, reduces burden to management and is fiscally responsible? Please explain how you would implement such a program and what resources would be required.

- ~~SUCCESS~~ SUCCESS AT OGDEN W/ SACs & SAFEs
- PROACTIVE FMO's
- $ NOT A PROBLEM IN OGDEN
    - THROUGH BUILDING DELEGATION

HOW TO
RIGHT
SIZE? → COMMUNICATION W/ MANAGEMENT SUPPORT

6. What other skills do you have that are relevant to administering an effective Safety and Health Program?

GOOD: RESEARCH SKILLS
: PROBLEM SOLVING SKILLS
: ASSESSMENTS
: TEAM LEAD

7. Do you have any questions or concerns you would like us to address?

HAM
2077