EXHIBIT 38

## PANEL SUMMARY RATING SHEET

| APPLICANT NAME (Last/First): |
|---|
| POSITION TITLE: Safety and Occupational Health Manager, GS-0018-14 REFM |
| Rating Panel Members: |
| Date: |

Panel Member # 1: _____ Total Points from Individual Rating Sheet

Panel Member # 2: _____ Total Points from Individual Rating Sheet

Panel Member # 3: _____ Total Points from Individual Rating Sheet

_____ Total Points

÷ by 3 =  _____
**Average Panel Score**
(Calculate to the nearest two decimal place.)
(Maximum 30 points possible.)

Attach the Individual Rating Sheets to the Panel Summary Rating Sheet.

HAM
1888