Wat Ker
Enclosure 10


EXHIBIT
39

# INDIVIDUAL RATING SHEET

**APPLICANT NAME (Last/First):**

HAMILTON / GARY

**POSITION TITLE: Safety and Occupational Health Manager, GS-0018-14**
**Real Estate and Facilities Management**

**Rating Panel Member (Print Name):** PAUL CARROLL

**Signature:** Pel. Cll           **Date:** 6/27/03

---

KSA # 1: _5_ points
KSA # 2: _5_ points
KSA # 3: _5_ points
KSA # 4: _5_ points
KSA # 5: _5_ points

**TOTAL POINTS:** 25

## KSA # 1

Knowledge of Safety and occupational health principles and practices, and their applicability to the Service.

_5_ points

Narrative:

APPLICANT DEMONSTRATES EXCELLENT KNOWLEDGE + BROAD RANGE OF EXPERIENCE IN THE PROGRAM AREA

## KSA # 2

HAM
0598

Ability to work independently to plan and direct a safety program for application in multiple IRS sites, including government owned building and leased space.

_5_ points

Narrative:

APPLICANT DEMONSTRATED EXTENSIVE EXPERIENCE WITH NAVY & IRS AREA 3.

## KSA# 3

Ability to communicate orally with all levels of management and employees to provide advice, consult and explain safety and occupational health program procedures, practices, and policies.

_5_ points

Narrative:

CLEARLY DEMONSTRATES THIS ABILITY AS MANAGER OF HAZARD ABATEMENT OPERATION ON THE EAST COAST FOR THE NAVY.

## KSA # 4

**Ability to communicate in writing with all levels of management and employees to provide advice, consult and explain safety and occupational health program procedures, practices, and policies.**

_____5_____ points

### Narrative:

*APPLICANT HAS EXTENSIVE WRITING EXPERIENCE AT ALL LEVELS THROUGH PRESENTATIONS TO MANAGEMENT/EXEC. TO TECHNICAL PROCEDURES MANUALS.*

## KSA # 5

**Skills and ability to investigate safety and health problems and develop decisions, policies, and technical guidance designed to eliminate safety hazards to employees.**

_____5_____ points

### Narrative:

*APPLICANT CLEARLY KNOWLEDGEABLE WITH OPERATIONAL RISK MANAGEMENT AND THE PRACTICAL APPLICATION OF INVESTIGATIVE PROCEDURES TO ELIMINATE SAFETY HAZARDS*

HAM
0600

# Electronic Application for National Office Promotion/Reassignment

| Name *(Last, First, Middle)* | Social Security Number |
|---|---|
| HAMILTON, GARY, NMN | |
| Current Title, Series, Grade **INDUSTRIAL HYGIENIST, 0690,12** | Office Phone **202-283-0932** |

| Employing Office, Address and Symbols: **A:RE:O:A3:DC:SS:NC** |
|---|

| Supervisor=s Name: **VANESSA PERKINS** | Office Phone **202-283-5701** |
|---|---|

### POSITION FOR WHICH YOU WISH TO BE CONSIDERED

| Vacancy Announcement # | Closing Date | Title | Series and Grade |
|---|---|---|---|
| **SSN-OF-M03706** | **5-19-2003** | **SAFETY/OCCUPA-TIONAL HEALTH MANAGAER** | **0018 & 14** |

Desired Location *(Place AX≡ to indicate only one organization)* **POD**

|  | National Office |  |  |  |
|---|---|---|---|---|
|  | Martinsburg Computing Center |  |  |  |

| Employee=s Signature (Typed) **GARY HAMILTON** | Date **5/19/2003** | Supervisor=s Initials | Date |
|---|---|---|---|

### Do Not Write in Space Below - Personnel Office Use Only

| Applicable Standard | Last Promotion Date | |
|---|---|---|
| Meets Basic Eligibility Requirements Now | Reason | Personnel Specialist |
| Does Not Meet Eligibility Requirements | | Office Phone |

# Performance Appraisal and Retention Standard Rating

*(Review instructions on the reverse before completing form)*

| 1. Name of employee (Last, first, middle) | 2. POI | 3. Period covered | 4. Reason for Appraisal |
|---|---|---|---|
| Gary Hamilton | | From: 6/1/02  To: 12/31/02 | [X] Annual Rating |
| | | | [ ] Departure Rating |
| 5. SSN | 6. Organization code | | [ ] Merit Promotion |
| ▬▬▬▬ | A:RE:O:A3:DC:SS:NC | | [ ] Other |
| 7. Position title | 8. SPD or PD # | | 9. Pay plan, series/ grade |
| Industrial Hygienist | 90-238 | | GS-690-12 |

| 10. Critical Job Elements | Job Element Rating | | | | | | 11. Retention Standard Rating |
|---|---|---|---|---|---|---|---|
| | N/A | 1 | 2 | 3 | 4 | 5 | |
| I.  Employee Satisfaction - Employee Contribution | | | | | | X | [X] Not applicable |
| II.  Customer Satisfaction - Knowledge | | | | | | X | [ ] Met |
| III.  Customer Satisfaction - Application | | | | | X | | [ ] Not Met |
| IV.  Business Results - Quality  [ ] Measured  [X] Unmeasured | | | | | | X | 12. Average of Critical Elements |
| V.  Business Results - Efficiency  [ ] Measured  [X] Unmeasured | | | | | | X | 4.6 |

**13. Summary Level:**

[X] Outstanding  [ ] Exceeds Fully Successful  [ ] Fully Successful  [ ] Minimally Successful  [ ] Unacceptable

**14. Annual Rating**

Rater

*Theresa D. Perkins, Chief, Security & Safety Section,* 2/12/03

Name/title/signature/date (I certify that records of tax enforcement results were not used to prepare this appraisal)

*David H. Stokes, Chief, Security and Safety Branch*

Reviewing Official

2/14/03

Name/title/signature/date (I certify that records of tax enforcement results were not used to prepare this appraisal).

This appraisal has been discussed with me and I have been given a copy.

2/14/03

Employee signature/date

**15. Revalidation of Rating of Record** [ ]  Period covered
     (See instructions for revalidation).  From:  To:

Rater

Name/title/signature/date (I certify that records of tax enforcement results were not used to prepare this appraisal).

Reviewing Official

Name/title/signature/date (I certify that records of tax enforcement results were not used to prepare this appraisal).

This appraisal has been discussed with me and I have been given a copy.

Employee signature/date

**16. Merit Promotion Revalidation**  [ ]  (See instructions for Merit Promotion revalidation).

Name/title/signature/date of revalidation

Form **6850** (Rev. 7-2001)     Cat. No. 61525M     publish.no.irs.gov     Department of Treasury - Internal Revenue Service

HAM 0602

GARY HAMILTON
GS-690-12
Performance Appraisal
6/1/02 – 12/31/02

## EMPLOYEE SATISFACTION – EMPLOYEE CONTRIBUTION – Overall OUTSTANDING

Workplace Interaction – Exceeds

Gary believes the better the interaction is with others, the more efficient he can be when providing a service and/or product for the Service. With this in mind, he has developed an excellent working relationship with co-workers and the Service-Wide Safety Team. His interaction is consistently courteous and professional to maintain excellent work relationships.

Workgroup Involvement – Exceeds

Gary participates in various workgroup discussions. Specifically, he led the safety inspection team in designing procedures, coordination and execution of the Washington Metro Area facilities safety inspections. This endeavor is much involved because this is the first in-depth safety inspection to be accomplished in our area of responsibility. Additionally, Gary has also participated in the group tasked with conducting inspections of facilities proposed to house the mail room. Gary also works closely with the Facilities Management Representatives and the Business Unit Liaisons, often to educate and update the liaisons on the purpose of inspection, explanation of the inspection process, explaining our risk assessment procedures, etc.

Workplace Environment – Exceeds

Gary can be depended upon to consistently support a hassle free work environment. He works cooperatively with others and willingly shares his knowledge/skills with is co-workers. As a certified Industrial Hygienist, Gary has expertise in areas the other staff members do not. He provides on-the-job training principles as related to safety inspection and industrial hygiene practice to co-workers.

## CUSTOMER SATISFACTION – KNOWLEDGE – OUTSTANDING

Issue Identification – Exceeds

Gary recognizes issues and anticipates related issues and trends. He utilizes his analytical skills to review related information and make determination of the best

HAM
0603

Written Communications – Meets

Gary prepares written documents that communicate the intended message. Gary is required to prepare written reports after conducting investigations and surveys setting forth recommended actions. Gary has developed the standard operating procedure for the safety inspection program. Gary is making the adjustment to better understanding and adopting the written communications styles of the IRS. Gary could benefit from taking more time to proofread his written work to ensure his message is cleary conveyed.

Interaction – Exceeds

Gary has fostered good working relationships with various entities. He has established effective communication links with the Service-wide Safety Team and shares information and solicits feed back when necessary.    Gary responds to many customer concerns/complaints regularly. He interacts with the FMRs and Business Unit Liaisons regularly to keep them informed of the status of schedule changes or other issues relating to the safety inspections.

## BUSINESS RESULTS – QUALITY – Overall EXCEEDS

Accuracy of Work – Meets

Gary is required to conduct both routine surveys as well as more unusual or difficult studies, prepare reports and make recommendations to the customer and management as to the appropriate course of action necessary to remedy the situation. In many instances, a response via e-mail is used to communicate the outcome of the routine investigation findings. He generally produces work product that requires minimal revisions. However, he should make greater use of the spell-check feature in order to prevent sending messages or written documents with typographical errors.

Research and Analysis – Exceeds

Gary utilizes all necessary tools and resource materials to conduct proper analysis of the assignment. After researching the issue, Gary analyzes the situation to determine the appropriate course of action and the possible impact. Gary routinely investigates many safety related concerns and frequently researches a particular issue to determine its nature or cause.

Security/Privacy/Disclosure – Exceeds

43

HAM
0604

course of action to take to resolve the issue. A large part of this rating period has been spent preparing for and conducting safety inspections. In conducting those inspections, Gary identified several systemic problems and raised them to management's attention. One of the problems identified was the use of space heaters throughout all of the locations. Gary anticipated the push back that would be received when trying to eliminate the use of these heaters. He suggested that the Heaters be identified but that an evaluation sheet be developed (with GSA) containing certain criteria that would help to determine which heaters are infact safety hazards and which others pose no hazard to the office setting. Gary also initiated the use of the Risk Assessment Codes (RAC) in determining the level of risk associated with each finding. Gary anticipated the need for measuring the severity of each risk and used the RAC as an effective means of categorizing each finding.

Technical Knowledge – Exceeds

As an Industrial Hygienist, Gary is very knowledgeable of the theories, principles and practices of industrial hygiene. He is certified in his field. Gary possesses the knowledge required to evaluate and apply new theories, methods and equipment to the practice of industrial hygiene. Gary continues to increase his knowledge base of IRS policies and the IRM. Gary willingly shares his knowledge with others and provides training to members of the safety team and others as appropriate.

Issue Resolution – Exceeds

Gary develops and recommends viable operating methods, procedures and alternatives. Gary conducts routine surveys and responds to customer complaints recognizing the importance of a timely response. He recommends changes or improvements as required. When necessary, Gary determines the appropriate sampling procedures and determines what subsequent sampling needs to be done in order to resolve the issue. Recently, Gary was asked to investigate the mail room for an unsafe condition raised by mailroom personnel at NCFB. He was persistent in his efforts to ease the concerns of the staff and make a finding and recommendation on the abatement of the condition.

CUSTOMER SATISFACTION – APPLICATION – Overall EXCEEDS

Verbal Communications/Listening – Exceeds

Gary communicates verbally in an effective manner. He demonstrates effective listening and comprehension techniques. His general communications with customers on a one-on-one basis are clear and concise. However, he should be careful when conducting presentations that he has organized his materials to allow for a smooth flow of the presentation.

94

HAM
0605

Gary always ensures sensitive information is protected. He ensures all documentation is protected while working on sensitive issues. He adheres to computer system security requirements.

## BUSINESS RESULTS – EFFICIENCY – Overall OUTSTANDING

Planning and Scheduling – Exceeds

Gary plans and schedules off-site investigations, inspections and surveys independently. He interprets, analyzes and utilizes program goals to guide actions in creating action plans. He should be careful to allow himself adequate planning time to better prepare for training classes and presentations.

Workload Management – Exceeds

Gary consistently works independently and prioritizes work assignments with minimal managerial input . He recognizes the importance of customer service and responds as necessary to calls from customers regarding safety related issues. He has been responsible for developing the safety inspection program and conducting the inspections. He has juggled the responsibilities of leading the inspection team, coordinating the record keeping and generation of the various required reports.

Time Utilization – Exceeds

Gary consistently meets established deadlines. Many adjustments are necessary to a planned day in order to meet unexpected demands. Gary makes these adjustments and allocates time among tasks according to importance.

HAM
0606

# MERIT PROGRAM QUESTIONNAIRE (MPQ)

(It is the applicant's responsibility to accurately and thoroughly complete this form.) A separate MPQ should be completed for each position for which you wish to be considered.

Purposes and Uses: The information you furnish on this form as well as other information that is developed will be used to determine your qualifications/potential for the position for which you are applying under the Merit Promotion Program. The information will be used on a need to know basis by Internal Revenue Officials. The information may also be provided when appropriate, to the Office of Personnel Management under the routine uses listed on page 45239 of the Federal Register, Vol. No. 200.2200 Thursday, October 14, 1976. The information contained on this form is a part of TR/IRS 36.003, General Personnel Record.

### Privacy Act and Public Burden Statements

Section 1104 of title 5 allows the Office of Personnel Management to authorize other Federal agencies to rate applicants for Federal jobs. We need the information you put on this form to see how well your education and work skills qualify you for a Federal job.

We must have your Social Security Number (SSN) to keep your records straight because other people may have the same name and birthdate. The SSN has been used to keep records since 1943, when Executive Order 9397 asked agencies to do so. The information we collect will be used for employment purposes, including checking references, or establishing suitability for employment, may be given to Federal, State and local agencies in response to lawful requests for information or when necessary to report apparent violations of law, or other lawful purposes. Giving us your SSN or any of the other information is voluntary. Failure to provide this information may affect your ranking among applicants.

Public burden reporting for this collection of information is estimated to vary from 20 to 120 minutes with an average of 50 minutes per response, including time for reviewing instructions, searching existing data sources, gathering data needed and completing and reviewing the

collection of information.

| 1. Position series and grade for which you are applying | 2. Announcement Number | 3. Closing Date |
|---|---|---|
| **SAFETY/OCCUPATIONAL HEALTH MANAGER** | **SSN-OF-M03706** | **5-19-2003** |

| 4. Name (last) | (First) | (MI) | 5. Current Position **INDUSTRIAL HYGIENIST** |
|---|---|---|---|
| **AMILTON** | **GARY** | **NMN** | |

Mailing Address

City          State     Zip Code          Series and Grade: **0690-12** Date of Last **1991**

                                          Functionand Symbol

| 6. Telephone Numbers (Including Area Code) | | 7. Social Security |
|---|---|---|
| Day: **(202)282-0932** | Evening: | |

8a. High School or (highest grade completed)Vocational/Trade/Other:

## RUSSELLVILLE HIGH SCHOOL, RUSSELLVILLE, AL
### FOR REMAINING APPLICATION DATA (EXCEPT #9 & #17): SEE ATTACHED RESUME

| b.Name of College or University, Location and Zip | Attended Month and Year From | To | Major Credits Completed - Semester OR Quarter Hours | Degree and Date |
|---|---|---|---|---|
| **University of North Alabama** | 9/1978 | 5/1982 | **128** | **B.S.,Industrial Hygiene,5/1982** |

| c. Chief Undergraduate Subjects | Credits Completed | d. Chief Graduate Subjects | Credits Completed |
|---|---|---|---|
| Industrial Hygiene | 33 | Public Health (George Washington University, School of Public Health and Health Sciences) | 33 |
| Biology | 21 | | |
| Chemistry | 31 | | |

HAM
0607

ATTACH TRANSCRIPT(S) FOR POSITION WITH POSITIVE EDUCATIONAL REQUIREMENT

9. Other Formal Training or Course (Do not attach copies of training certificates.) **DLAMP Program, George Mason University (See Attached) SEE ATTACHMENT**

| Type of Training/ Course. e.g.: | Location | Title | Date | |
|---|---|---|---|---|
| | | | From | To |
| | | | | |

10. Experience (Start with most recent significant position held and list all relevant federal and non-federal experience within the last 10 years.

| Date (Mo/Day/Yr.) | Position (Show organizational title and activity or function. Otherwise show agency or firm. Use additional sheet if necessary.) | Series and Grade | Salary (Per Hour/Year) | Average No. of hours per week |
|---|---|---|---|---|
| | | | | |

| Your Immediate Supervisor: | Telephone No: |
|---|---|

**DESCRIPTION OF DUTIES. (USE ADDITIONAL SHEETS IF NECESSARY; DO NOT ATTACH POSITION**

| 11. Date (Mo/Day/Yr) | Position (Show organizational title and activity or function. Otherwise show agency or firm. Use additional sheet if necessary.) | Series and Grade | Salary (Per Hour/Year) | Average No. of hours per week |
|---|---|---|---|---|
| | | | | |

| Your Immediate Supervisor: | Telephone No: |
|---|---|

97

HAM 0608

Attachment to IRS Form 9686
Announcement No. SSN-OFM03706
Title: Safety/Occupational Health Manager

Gary HAMILTON, MPH, CIH

██████████████████

Daytime: 202-283-0932   Evening: ████████████
EMAIL Address: "Gary.Hamilton@irs.gov"

### Objective

I desire to utilize my skills and abilities to management a safety program as a Safety/Occupational Health Manager a major federal agency.

### Employment

**Position accepted due to Base Re-alignment of previous job being relocated to Norfolk, VA**
INDUSTRIAL HYGIENIST, 10/2001 to PRESENT, GS-12
U.S. Internal Revenue Service,
HQ Operations, Office of Safety and Security
5000 Ellin Internal Revenue Service Road, Lanham, MD 20706
Ms Vanessa Perkins, 202-283-5701   Permission to Contact

Duties and Accomplishments:
Serve as the Services, Area 3, Metro Washington DC industrial hygiene technical subject matter expert for developing, directing and administering IRS's policy and procedures governing occupational safety and health issues and environmental protection matters. Additionally, I provide safety engineering, industrial hygiene, fire safety and environmental protection technical guidance and consultant service to principal operating components. Manages information system databases and summary data; analyze causal factors of accidents, injuries and illness to determine problem areas; and, coordinates oversight and distribution of Area-wide policies and procedures pertaining to safety, occupational health, and environmental protection.

Hours per week: 40

INDUSTRIAL HYGIENIST,   10/2000 to 10/2001, GS-13
OFFICE OF THE UNDER SECRETARY OF DEFENSE (OUSD)
Office of Safety and Health Policy,
3400 Pentagon,
Washington DC
Mr. Craig Schilder, 703-604-1612, Permission to Contact

98

1

HAM
0609

Duties and Accomplishments:
Served as Special Assistant to Director of Health and Safety Policy in directing, coordinating, and supporting Defense Health and Occupational Medicine activities world-wide under the direction of the Director of Workplace Health Policy; Developed for approval, and monitored the execution of, Environmental, Safety and Occupational Health goals, objectives and strategic plan; Served as the Office of Secretary of Defense (OSD) point of contact for memorandum of understanding (MOU) between the Assistant Secretary of Defense (Health Affairs) and the Deputy Under Secretary of Defense (Installations and Environment)on the Department of Defense (DoD) Occupational Health Program; Coordinated and managed the activities of the Department's Occupational Health Executive Agent; Reviewed legislation and regulations and provide analysis in support of proposed DoD positions; Reviewed Military Departments (e.g., Army, Navy, Air force) occupational health budgets to ensure that they support Defense occupational health objectives; and, Developed initiatives to better integrate the various aspects of environment, safety and occupational health.

Hours per week: 40


INDUSTRIAL HYGIENIST, 02/1998 to 09/2000, GS-13
NAVY PUBLIC WORK CENTER, CHIEF OF NAVAL OPERATIONS
NAVOSH SUPPORT OFFICE,
901 M. ST SE, BLDG 175,
WASHINGTON D.C. 20374
Mr. Larry Carpenter, 202-685-8188, Permission to Contact

Duties and Accomplishments:
I provided professional expert services with regard to Navy safety and occupational health program management at subordinate field activities located in the eastern U.S. and Europe. This service was in direct support of the Chief of Naval Operations (OP N-454) Safety and Health Program. I was responsible for planning, directing and evaluating safety and occupational health programs related to facilities planning, design and construction; facilities maintenance, storage and supply type operations; and transportation/construction equipment maintenance, repair and operations. I managed a group of safety and health professionals, including contract consultants, in the conduct of day-to-day operations.

Hours per week: 40


06/1997 to 02/1998
Naval Facilities Engineering Service Center
901 M. Street, Building 218,
Navy Occupational Safety & Health and Air Branch
Washington DC 20374

94    2

HAM
0610

Mr. David Chavez, 805-982-5314, Permission to Contact

Duties and Accomplishments:
I provided professional expert services with regard to Navy safety and
occupational health management at subordinate field activities located in the
eastern U.S and Europe.. This service was in direct support of the Chief of Naval
Operations (OP N-454) Safety and Health Program.   I was responsible for
planning, directing and evaluating safety and occupational health programs
related to facilities planning, design and construction; facilities maintenance,
storage and supply type operations; and transportation/construction equipment
maintenance, repair and operations. I managed a group of safety and health
professionals, including contract consultants to conduct day-to-day operations.

Hours per week: 40


INDUSTRIAL HYGIENIST,   09/1991 to 06/1997, GS-13
NAVAL FACILITIES ENG COMMAND, ENG FIELD ACTIVITY
901 M. ST., BLDG 212, WASHINGTON DC 20374
Mr. Ed Olingenski, 202-685-3298, Permission to Contact

Duties and Accomplishments:
I provided professional expert services with regard to Navy safety and
occupational health management at subordinate field activities located in the
eastern U.S. and Europe. This service was in direct support of the Chief of Naval
Operations (OP N-454) Safety and Health Program.   I was responsible for
planning, directing and evaluating safety and occupational health programs
related to facilities planning, design and construction; facilities maintenance,
storage and supply type operations; and transportation/construction equipment
maintenance, repair and operations.
Managed the Division's Asbestos and Lead Programs, tasked with providing
technical assistance on regulatory issues to shore activities within the
Chesapeake region.

Conducted Environmental Compliance Evaluation's of Activity Asbestos and
Lead Mgmt Program within the Chesapeake Area.

Hours per week: 40


INDUSTRIAL HYGIENIST,   08/1986 to 09/1991, GS-13
INDIAN HEAD DIVISION, NAVAL SURFACE WARFARE CENTER
INDIAN HEAD, MARYLAND
Mr. Norman Moore, 301-753-1000, Permission to Contact

3

HAM
0611

Duties and Accomplishments:
Served as the Activity's Hazardous Material Control and Management (HMC&M) Manager. I served as technical subject matter expert for developing, directing and administering the activity's policy and procedures governing the Navy's Hazardous Material Control and Management (HMC&M) Program. The Chief of Naval Operations (CNO) established the program in 1989. I provided technical assistance to line managers, defined uniform policy guidance/ requirements for life-cycle control of hazardous material. I also provided directions what and how required controls that reduce the amount of HM used and the amount of Hazardous Waste (HW) generated.

Hours per week: 40

**Education**

Highest Level Completed: Master Degree

UNIVERSITY OF NORTH ALABAMA
FLORENCE AL, 35630
BS, in INDUSTRIAL, HYGIENE
Semester Hours: 128

GEORGE WASHINGTON UNIVERSITY
WASHINGTON DC, 20001
MPH, in PUBLIC HEALTH -, ENVI&OCC HEALH
Semester Hours: 33

RUSSELLVILLE HIGH SCHOOL, WATERLOO ROAD, RUSSELLVILLE, AL 35653

**Other Qualifications**
- ✓ US Citizen
- ✓ Certified Industrial Hygienist (CIH), American Board of Industrial Hygiene, Lansing, MI
- ✓ Former Participant in the Department of Defense Leadership Development Program (DLAMP)

**ADDITIONAL DATA SHEET**

Gary NMN Hamilton

SSN

1. Appointment Eligibility: Current Permanent Federal Civilian Employee, ,

Current Permanent Internal Revenue Service Employee

$(b)_4$

HAM
0612

2. Citizenship: Yes

3. RACE/ETHNIC STATUS: Black , African-American

4. SEX: Male

5

**DESCRIPTION OF DUTIES. (USE ADDITIONAL SHEETS IF NECESSARY; DO NOT ATTACH POSITION DESCRIPTION.)**

12. Awards (List specific types of awards and date received within the last 3 years; list other special recognition and any pertinent information).

**Superior Performance: 1997, 1998, 1999 & 2000**

**(DO NOT ATTACH COPIES OF AWARDS, LETTERS OF APPRECIATION, ETC.)**

13. Organization (Show membership, and offices, professional societies, civic groups, etc.)

Society of Risk Analysis (SRA), McLean, VA

American Industrial Hygiene Association, Since 1984

American Board of Industrial Hygiene, Since 5/95

14. Other Assignments (details, task forces, on-the-job-instructor, etc.)

103

I was chosen by a panel of senior level manager at Department of Navy, than at the Department of Defense to be a participant in the Defense Leadership and Management Development Program (DLAMP). I completed 2 of 3 years of this management development program.

15. Special Qualifications and Skills (Languages - Indicate level of proficiency (Very Good, Good, Fair) to convers, write, read, Shorthand (words per minute), Typing (words per minute), Computer skills, etc.

16. Kind of Job Related License or Certificate held (CPA,CIA, Lawyer, Engineer, etc.)
**CERTIFIED INDUSTRIAL HYGIENIST (CIH), BOARD OF INDUSTRIAL HYGIENE, LANSING, MI (5/1995)**

17. Statement of Accomplishment: Describe duties and accomplishments which demonstrate your potential for the position to be filled. Use additional sheets if necessary.

a. Describe your current duties and responsibilities that are relevant for this position.

HAM
0615

During the first year with the Service I have utilized my knowledge and skills to develop a Micro-Soft Access based Safety Inspection Program capable of inputting, retrieving, and reporting specific safety inspection data by Business Unit, Property Address, etc., in addition to reporting by hazard type or risk characterization (using the military operational risk management matrix), where the hazard probability and the resulting potential injury/sickness are used to rank risk). Area 3 has over 10Million square feet of facilities. Additionally, I developed the first standard operating procedures (SOP) for use during our semi-annual inspections for use by the Area 3 Facility Management Representatives and safety section staff inspectors.  The challenge immediately recognized was the need for the IRS Form 1775 (Statement of Physical Hazard in Offices) improvement and need for revision.  The Form 1775 was lacking any inquiry into organizational management systems, including documentation of existing leading or lagging indicators of safety performance.

b. Describe any special qualification that are relevant for this position. (Give examples.)

HAM
0616

Case 1:05-cv-01549-RBW    Document 26-15    Filed 10/17/2007    Page 20 of 26

good faith. I certify that I have read and understand that any statement on this form are true, correct, complete, and made in

18. Original Signature (Sign each application in ink)

| 20. Date signed (Month, day, year) |
| --- |
| 5/19/03 |

$10^6$

HAM
0617

I have clearly had the opportunity to gain a special insight/qualification while researching and studying the best organizations (private and military) safety program while with the Department of Defense, Office of Safety and Health Policy. The project was entitled " the Defense Worker Safety Pilot Program", which was authorized by the Defense Appropriation Act for FY2001. The empowering Section of the Act directed DoD to implement model safety worker safety programs within two of each Military Department and Defense Agencies.

The sites selected for the pilot study were: Marine Corp Camps Lejune and Pendleton; Naval Air Stations Kingsville and Key West; Hill and Tinker Air Force Bases; Army Arsenal Watervliet; and, Defense Logistics Agency Columbus and Defense Commissary stores, Richmond and Fort Bragg. The intent of the program was to identify model private programs that would effectively reduce the department's injury rate and thereby reduce cost, both direct and indirect.

In managing the overall safety and health program, which are composed of several elements, the Department of Defense has tended to implement several management systems chosen by each military department to address each of their safety programs separately, with the result ultimately being that they are operating several, independent systems without common goals and objectives. Clearly, operating multiple versions of essentially the same management system to try to cover different parts of the same issue i.e., business risk avoidance, is inefficient, demotivating for staff and more expensive for the department. More importantly, none of the systems were integrated into the overall mission of the department. For example, the workers compensation data was not considered during of fiscal planning, budgeting, and execution of the overall mission, e.g., war-fighting.

In order to effectively manage this program it was determined that the integration of various separate programs must be accomplished. Some examples of these programs were: operational safety program, fiscal budgeting, claims program/OWCP, return to work program and heath/medical programs. The challenge was deciding what to integrate and what to keep separate.

We basically decided a major flaw was a lack of standard measures for Safety and Occupational Health performance. Therefore, we formulated a standard set of SOH performance measurements; Recognize the need to change the culture so SOH is seen as a crucial concern same as the normal mission functions such as budgeting, information systems, contracting, etc.; Adopt private sector safety models that represent the best safety practices to reduce injury/illness and direct/indirect cost; Select two installations per military service and two defense agencies from the Federal Workers 2000 Initiative List; Shift Safety and Occupational Health program from compliance to performance; and lastly conducted the quantitative analysis of the various pilots results and report to Congress on the

In order to effectively evaluate the effectiveness of the various model programs submitted by the pilot sites, I developed an evaluation process as referred to by the National Institute of Occupational Safety and Health (NIOSH) publication "Guide to Evaluating the Effectiveness for Preventing Work Injuries – How to show whether a safety intervention really works". The process involved four phases: organizational, planning & development, intervention, and analysis & reporting. The report to Congress was prepared and submitted. Needless to say, the pilot programs that integrated functions were the most effective at reducing injury/illness and thus cost.

Based on the synthesis of the pilot studies has shown that of several of the management system approaches, industry best practices the following eight management system components are essential:

| | |
|---|---|
| Leadership | Personnel Involvement |
| Safety Integration into the Culture | Acquisitions |
| Performance Measurement System | Contractor Management |
| Communication Systems | Off-the-Job Safety |

HAM
0618

**ATTACHMENT TO IRS FOR 9686 – MERIT PROGRAM QUESTIONNAIRE (MPQ)**

Applicant: Gary Hamilton
S.S. No:
Announcement No.: SSN-0FM03706

**RESPONSE TO KSAs**

1. Knowledge of safety and occupational health principles and practices, and their applicability to the Service.

I have constantly utilized my expert professional knowledge and skills as a 0018 (safety professional), and/or 0690 (industrial hygiene) series throughout my career while with the Department of Navy, the Defense Department, and at present with the Internal Revenue Service, Area 3 Metro Washington DC Facilities Safety and Health Operations.   Further stated, I have gained a solid underpinning of direct and relevant knowledge and skills during my undergraduate program in industrial hygiene, and masters program in Public Health.

I attended an undergraduate program that was accredited by the Accreditation Board of Engineering and Technology, Inc (ABET).  ABET is the same organization that accredits professional engineering educational programs. Additionally, during my early career I graduated from a Masters program that was accredited by the Council on Education for Public Health (CEPH).  My specialized field was environmental/occupational health.   CEPH is an independent agency recognized by the U.S. Department of Education to accredit schools of public health.

During the first year with the Service I have utilized my knowledge and skills to develop a micro-soft access based Safety Inspection Program capable of inputting, retrieving, and reporting specific safety inspection data by business unit, property address, etc., in addition to reporting by hazard type or risk characterization (using a risk matrix, where the hazard probability and the resulting potential injury/sickness are used to rank risk). Additionally, I developed the first standard operating procedures (SOP) for use during our semi-annual inspections for use by the Area 3 Facility Management Representatives and safety section staff inspectors.  The challenge immediately recognized was the need for the IRS Form 1775 (Statement of Physical Hazard in Offices) improvement and need for revision.  The Form 1775 was lacking any inquiry into organizational management systems, including documentation of existing leading or lagging indicators of safety performance.

HAM
0619

Before joining the Service, I managed the Defense Department's Worker Safety Pilot Program, which was authorized by the Defense Appropriation Act for FY2001. This Section of the Act directed DoD to implement *private sector* model safety worker safety programs within two of each Military Department and Defense Agencies. I was chosen for this high profile assignment due to my vast knowledge and skills in this area. During this assignment I spent several hundreds of hours discussing, reviewing and comparing private sector occupational safety and health programs. A few examples of programs reviewed were Dupont, Johnson and Johnson, PP&G, Alcoa, etc.

The pilot program utilized performance-based assessments that looked beyond programmatic compliance. The criteria, and lines of inquiries addressed actual implementation and adequacy of the program(s). In addition, the analysis looked at the outcome and effect of current strategies and programs. A few outcome and effects were example, incidence of work-related injury, the duration of disability, and overall disability prevention and management performance (total lost workdays).

The sites selected for the pilot study were: Marine Corp Camps Jejune and Pendleton; Naval Air Stations Kingsville and Key West; Hill and Tinker Air Force Bases; Army Arsenal Watervliet; and, Defense Logistics Agency Columbus and Defense Commissary stores, Richmond and Fort Bragg. The intent of the program was to identify model private programs that would effectively reduce the department's injury rate and thereby reduce cost, both direct and indirect.

In managing the overall safety and health program, which are composed of several elements, the Department of Defense has tended to implement several management systems chosen by each military department to address each of their safety programs separately, with the result ultimately being that they are operating several, independent systems without common goals and objectives. Clearly, operating multiple versions of essentially the same management system to try to cover different parts of the same issue i.e., business risk avoidance, is inefficient, demotivating for staff and more expensive for
The department. More importantly, none of the systems were integrated into the overall mission of the department. For example, the workers compensation data was not considered during of fiscal planning, budgeting, and execution of the overall mission, e.g., war-fighting.

In order to effectively manage this program it was determined that the integration of various separate programs must be accomplished. Some examples of these programs were: operational safety program, fiscal budgeting, claims program/OWCP, return to work program and heath/medical programs. The challenge was deciding what to integrate and what to keep separate.

We basically decided a major flaw was a lack of standard measures for Safety and Occupational Health performance. Therefore, we formulated a standard set

HAM
0620

of SOH performance measurements; Recognize the need to change the culture so Safety and Occupation Health is seen as a crucial concern, the same as the normal mission functions such as budgeting, information systems, contracting, etc.; Adopt private sector safety models that represent the best safety practices to reduce injury/illness and direct/indirect cost; Select two installations per military service and two defense agencies from the Federal Workers 2000 Initiative List; Shift Safety and Occupational Health program from compliance to performance; and lastly conducted the quantitative analysis of the various pilots results and report to Congress on the results.

In order to effectively evaluate the effectiveness of the various model safety programs submitted by the pilot sites, I developed an evaluation process as developed by the National Institute of Occupational Safety and Health (NIOSH). This NIOSH publication is entitled "Guide to Evaluating the Effectiveness for Preventing Work Injuries – How to show whether a safety intervention really works". The process involved four phases: organizational, planning & development, intervention, and analysis & reporting. Based upon the data reported by each Military Service and our analysis (assisted by a safety consultant), I prepared the final report to Congress. Needless to say, the pilot programs that seemed to maximize the integration of functions were the most effective at reducing injury/illness and thus cost.

The review of the results of the pilot studies indicate that of several of the management system approaches, industry best practices the following eight management system components are essential:

Leadership                                         Personnel Involvement
Safety Integration into the Culture                Acquisitions and Contractor
Management
Performance Measurement System
Communication Systems

Supplemental: I am authorized by the Board of Certified Safety Professional (BCSP), Inc. to take for the Certified Safety Professional (CSP) Examination. I plan to take within 6-8 weeks. In preparation for taking this exam, I have taken a one week CSP refresher training given by the University of North Carolina, School of Public Health for a review to take the CSP exam.

2. Ability to work independently to plan and direct a safety program for application in multiple IRS sites, including government owned buildings and leased space.

Throughout my career, including with IRS, the ability to work independently to plan and direct a safety program for application in multiple sites or organizations was the key to accomplishing the established goals, e.g. to reduce risk of life and

HAM
0621

health of workers in the most cost-effective manner.    While with the Navy, I led a group of over 40 separate base safety managers covering the continental east coast, in preparing, prioritizing, funding and tracking of their respective hazard abatement projects.  In this capacity, I inherited a 6-year pending backlog of hazard abatement projects. Due to the lack of human resources and time to hire additional personnel initially in an office staffed by 8 people, I compensated by using 3 contract personnel.   I had to make the maximum use of the personnel I had at my disposal.

My first step was to conduct a Navy-wide data call from activities to ascertain the current risk posed by program failures and its impact on mission. We ranked projects with the aid of a computer with the greatest risk to personnel.   At the same time, we assessed the need for further funding for current and future years.

I ensured that contracts written for support mandated the need for trained and experienced safety personnel.  I personally ensured that each employee (civilian and contract) understood the importance of his or her contribution to the program. Additionally, on a proactive stance, I instructed my staff to involve safety managers, as shareholders, at every opportunity regarding the funding of their projects.

Throughout the transition from the decentralized to centralized program management, I kept an open-door policy and listened to my employee's suggestions.   As a result, my staff became highly motivated towards achieving the goal of reducing the time-to-abatement from 6 year to 1.5 years.

Specialized training was another area that had been neglected before my present tenure.   My next step was to encourage our central office to establish centers of expertise in the major areas of interest to better serve our customers. Centers of expertise were created for waterfront, shipyard, air station, fall protection and industrial ergonomics.  The personnel selected for these positions were chosen for their proven skill, education and experience.

3. Ability to communicate orally with all levels of management and employees to provide advice, consult and explain safety and occupational health program procedures, practices and policies.

Oral communication has been essential in presenting factual information. Additionally, as a senior manager with the Navy, I represented my organization at various working and decision making group meetings.  These working groups were convened to determine how we could better meet the needs of our customers.   To succeed in this assignment, I called on talented managers from different sectors of the Navy community.  I met with representatives from major department subdivisions, such as Naval Sea System, Naval Supply, Chief of Naval Education and Training, Atlantic Fleet, Naval Air and Naval Reserve

HAM
0622

Forces.    I was able to gain agreement on their needs and support requirements.
The results of these meetings were used in the development of program
reinvention efforts that took effect in 1997.    Also, as a result of the reinvention,
personnel requirements were reduced from 8 to 2 while still improving the
timeliness and quality. Additionally, during 1997 - 2001, while Executive Manger
for the Navy's East Coast Hazard Abatement Operations, I made presentations
annually at meetings jointly sponsored by the Navy and trade industry
organizations, and agency professional development conferences.  On several
occasions I spoke on the background and successes of the Navy Hazard
Program to other federal agencies, in addition to private organizations.

4. Ability to communicate in writing with all levels of management and employees
to provide advice, consult and explain safety program procedures, practices and
policies.

Throughout my career, technical report writing has been essential in presenting
factual information.  This information has been in presentation form using
Microsoft PowerPoint, issue paper, point paper, design document/guidance,
technical procedures, standard operating procedures, etc. Report writing is most
effective in writing with the intended audience's needs, knowledge and abilities,
dividing into sections, limiting paragraphs to one idea, avoid paragraphs of more
than five sentences, limiting sentences to one point, avoiding jargon and
technical words, using the active voice instead of the passive voice.

Now as well as throughout my career, I have gained valuable abilities and skills
to interact with senior Agency management officials.  At IRS, written
communication with the Business Unit liaisons, Branch Chief and Section heads
has been essential in order to properly coordinate our safety & health inspection
and training efforts.

While with Defense, I communicated with senior program officers within OSD
General Counsel's Office, Public Affairs, Program Integration, Force
Management (including Civilian Personnel Policy), Health Affairs, etc, in addition
to other Military Services and Defense Agency safety and health leadership
personnel.  Such efforts were in coordination of safety and health policy areas
among the Military Department such as force protection, training, worker
compensation, special emphasis programs, medical surveillance, etc.

Additionally, while Manager for Naval Facilities Engineering Command, Eastern
Operations, Navy Hazard Abatement Program, I managed a $4.5 Million budget
and played a major leadership role in setting mission priorities for all Navy
Department subdivisions. One example of the level of interaction with senior
management official in order to assure attainment of a program objective
occurred in 1989. The federal Occupational Safety and Health Administration
(OSHA) had issued stricter operating standards for explosive/weapons.  A major

HAM
0623