**STRATEGIC HUMAN RESOURCES**



**POLICY NUMBER 26
AMENDED**

/s/Barbara L. Kelly
**Barbara L. Kelly**
**Director, Personnel Policy and Programs Division**

July 11, 2003
Date



**INTERNAL REVENUE SERVICE
PERSONNEL POLICY AND PROGRAMS DIVISION**

**NOTICE:** This information is posted on the web at: http://shr.web.irs.gov/pers/staff.htm

### SUBJECT:

Management Selection Program

### PURPOSE:

Establish policy for the implementation and use of the Management Selection Program (MSP). This Program will be the competitive process used in the selection of all temporary and permanent managers (except Executives) servicewide.

### EFFECTIVE DATE:

As of date approved.

### IMPACT ON OTHER POLICIES/PROCEDURES:

- **AMENDS** - Management Selection Program Policy Number 26, dated 09/25/02
- **SUPERSEDES** - Management Achievement Program (MAP)
- **SUPERSEDES** - Mid/Top Level Realignment Process

### POLICY:

The Service has determined that the MSP will be the competitive process used in the selection of all temporary or permanent managers (except Executives) servicewide. The MSP requires the evaluation of each candidate against the leadership and technical

179

HAM
1852

competencies for the position being filled. Leadership competencies are corporately defined as the core responsibilities (Leadership, Customer Satisfaction, Employee Satisfaction, Business Results) currently being used to evaluate managerial employees throughout the Service. Technical competencies are specific for each position and are identified through a job analysis (job profiling) of the duties and responsibilities of the position by subject matter expert(s) in conjunction with a personnel representative. During this job analysis, behavioral indicators are determined. These behavioral indicators serve as the crediting plan to evaluate candidate potential in the ranking process and are unique to each position within each Division or function. This job analysis must be conducted prior to the issuance of the managerial vacancy announcement.

The selecting official must specify the weight given in the ranking process for leadership and technical competencies, as well as the assigned weight for each technical competency prior to announcing a managerial position under the MSP. Leadership competencies/core responsibilities must account for at least 50% and technical competencies must account for no more than 50% of the total ranking score. Weights among the leadership/core responsibilities are equally allocated. However, weights among the technical competencies do not have to be equally distributed.

The MSP will be used for all managerial positions announced on or after December 1, 2002. In addition to the vacancy announcement requirements outlined in IRM 6.335.1.16, all managerial announcements must identify the technical competencies for the position to be filled or clearly identify where candidates can locate the specific technical competencies.

Candidates will apply for managerial positions by submitting the following paperwork to the personnel office specified in the vacancy announcement:

- MSP Vacancy Application Form (Form 13290) or resume containing all required information as stated on the vacancy announcement;
- 2-page (maximum) Technical Competencies Narrative;
- Current Appraisal; and
- Current Evaluation of Managerial Potential (EMP), Form 13236 for the announced managerial level (Note: The EMP is not required if position applied for is the same as the applicant's current managerial level if rated fully successful).

Qualified candidates will be ranked based on their potential in both leadership/core responsibilities and technical competencies. Ranking for both leadership/core responsibilities and technical competencies will be computed as described below and recorded on the MSP Ranking Form for All Managerial Positions, Form 13272.

HAM
1853

- The EMP ratings will constitute the potential scores for each leadership/core responsibility based on the following conversion – Ready Now = 5 points, Ready 1-2 years = 3 points, Ready 3-5 years = 1 point. Candidates applying for the same level of management as their current permanent position that have been rated at least fully successful will not be required to submit an EMP; their leadership/core responsibility potential scores will be 5 points each (i.e., Ready Now). The sum of the leadership/core responsibilities' potential scores is multiplied by 5 to achieve a maximum raw score of 100. The raw score is then multiplied by the percentage weight assigned by the selecting official to the leadership/core responsibilities (this percentage must be at least 50%).

- Technical competency potential ratings will be assigned by a ranking panel/official based on a review of the candidate's application paperwork against each of the behavioral indicators in the crediting plan for the position to be filled. Ranking panels/officials will consist of subject matter experts (other than the selecting official) who are at or above the grade of the position to be filled and who are not competing for the position. The selecting official should not participate as a ranking panel member or official. Technical competency potential ratings will be assigned on a scale of 1-5 (1 = minimally acceptable, 3 = fully acceptable, 5 = exceeds). Potential ratings of 2 and 4 may be assigned if the applicant exceeds the lower level but does not meet the higher level. Ranking officials should assign a potential rating and provide a narrative for each technical competency. In the case of a ranking panel, a consensus rating and narrative should be provided for each technical competency. Each technical competency will be individually weighted. Technical competency weights, divided by 5 (maximum score) will be multiplied against the consensus rating scores to achieve the total technical competency score. The overall technical competency percentage, which may not exceed 50%, will be multiplied by the total technical competency score to determine the total technical competency potential rating. Form 13272 will be used by ranking panels to perform necessary calculations.

- Leadership/core responsibilities and technical competencies potential ratings will be combined to produce a final ranking score.

The highly qualified (HQ) cut-off score will be established in advance of the candidate ranking. HQ candidates are those candidates that have been determined to possess the competencies necessary to perform the position to be filled in a highly successful manner. The predetermined score of 70 has been designated as the recommended HQ cut-off score; however, HQ scores can be lowered to facilitate maximum candidate referral.

