HAM 1800

000008

EXHIBIT 45

REQUEST 1,2,3



# AWSS

## AGENCY-WIDE SHARED SERVICES

# Annual Affirmative Employment Plan

# FY 2003 UPDATE REPORT



## INTERNAL REVENUE SERVICE

000000

*Program Analysis*

**Program Element: VI. Promotions**

During FY2002, there were a total of 1,477 promotions in the AWSS workforce. The majority of the promotions happened within the administrative PATCOB category, specifically, the GS342 Support Services Specialist position in the Real Estate and Facilities section. The second highest number of promotions happened with the GS203 Human Resources Assistant position in the Personnel Services section.

Minorities received promotions at a rate comparable to their workforce population. This suggests that minorities are able to advance in their careers with few barriers. White females received promotions at a rate which exceeds their population percentage by 10 percent. This suggests that there are no barriers to their advancement.

29

HAM 1811
800068