THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

```
*********************************
GARY HAMILTON,                   *
Plaintiff                        *
                                 *
v.                               *      CASE NO.: 05-cv-1549 (RBW)
                                 *
JOHN SNOW,                       *
Defendant                        *
*********************************
```



## AFFIDAVIT OF PLAINTIFF'S COUNSEL

1. I Anne Gbenjo, represent the Plaintiff in the above-styled case.

2. During discovery of this case, Plaintiff propounded Interrogatories and Request for Production of Documents on the Defendant.

3. In response to Plaintiff's Request for Production of Documents, Defendant submitted about four thousand (4,000) pages of documents.

4. The documents submitted in support of Plaintiff's Response to Defendant's Motion for Summary Judgment in this case, are all true copies of some of the documents submitted to Plaintiff by Defendant during discovery or of the Report of Defendant's investigation of Plaintiff's claims.

5. The documents have not been altered in any way shape or form and have been in the safe custody of the undersigned counsel since their receipt.

I HEREBY CERTIFY THAT THE STATEMENTS IN THIS AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. I AM COMPETENT TO GIVE THIS AFFIDAVIT.

_/s/_____    _10/17/07_____
Signature                 Date