| | UNITED STATES OFFICE OF PERSONNEL MANAGEMENT | Certificate No. DEU-01-FM-067-G |
|---|---|---|
| (The information on this certificate is for United States Government use only.) | CERTIFICATE OF ELIGIBLES (Continuation Sheet) | Industrial Hygienist GS-690-12 Page No. 1 OF 1 |

| ACTION | RATING | VET. PREF. | NAME (Address and Phone) |
|---|---|---|---|
| ——— | 100 | NV | Gary Hamilton, CIH<br>12304 Burning Oak Court<br>Waldorf, MD 20602<br>SSN: 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<br>(H) 301-870-8662<br>(W) 703-604-1820 |
| ——— | 100 | NV | Irina Kavakova, CIH<br>▓▓▓▓▓▓▓▓▓▓<br>SSN: ▓▓▓▓▓▓<br>(W) 202-687-7785 (H) ▓▓▓▓▓▓ |
| ——— | 100 | NV | Rao M. Tadavarthy, CIH<br>▓▓▓▓▓▓▓▓▓▓<br>SSN: ▓▓▓▓▓▓<br>(W) 703-415-7800 ext:635<br>(H) ▓▓▓▓▓▓ |

**EXHIBIT 51**

Selecting Official Signature

_____
Name and Title

_____
Date

HAM 85

Tippets David H

From: Perkins Vanessa D
Sent: Friday, August 17, 2001 5:21 PM
To: Tippets David H
Cc: Carraway Camille J
Subject: IH position

Dave,

Camille and I have completed interviews for the IH position. Three of the four candidates were very good. It was a difficult decision but we would like to select Gary Hamilton. Mr. Hamilton is currently employed at the Office of the Under Secretary of Defense. He is currently a GS-13 but his office is relocating and he doesn't want to go. He is attracted to us because of the location which reduces commuting costs. One quality we liked about him was that he complimented what Camille felt were her weaknesses. He was strong in policy and procedures and enjoyed project management. With all of the new policy changes coming in the new future, this could be a big help.

We can discuss it more if you like. I'm leaving the package in your box.

Thanks,

Vanessa

1

HAM 2186