**EXHIBIT 55**

1

UNITED STATES OF AMERICA
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Washington Field Office

In the Matter of:        )
                         )
GARY HAMILTON,           )
                         )
        Complainant,     )
                         )
v.                       )  EEOC No. 120-2005-00123X
                         )  Agency No. TD 04-2024
DEPARTMENT OF TREASURY,  )
INTERNAL REVENUE SERVICE,)
                         )
        Agency.          )
                         )

Deposition of

GARY HAMILTON

a witness of lawful age, taken on behalf of the Agency, pursuant to notice, in the Second Floor Conference Room, Internal Revenue Service, 950 L'Enfant Plaza, Southwest, GLS Building, Washington, D.C., on Monday, January 10, 2005, at 10:00 a.m., before Mitchell Berkowitz, Notary Public, when were present:

APPEARANCES:

On behalf of the Complainant:

MORRIS E. FISCHER, ESQ.
Law Offices of Snider & Fischer, LLC
104 Church Lane
Suite 201
Baltimore, Maryland  21208
(410) 653-9060

EXECUTIVE COURT REPORTERS, INC.
(301) 565-0064

HAM 0424

49

1  A   That's what the documents say.
2  Q   Yeah. Is that true or false?
3  A   That's true according to the document.
4  Q   Okay. One of your obligations is going to be
5  to prove that that's pretext and that his real reason
6  was discrimination because of race or sex or
7  complexion, okay.
8      What evidence -- what do you -- what facts do
9  you know that would indicate that that's pretext, that
10 that wasn't really the reason why he did that?
11 A   Because of my superior qualification, and
12 also, he knew even before the position went out of my
13 superior qualification, and because he was giving
14 preferential treatments of detail even before this
15 position was advertised as a permanent position.
16 Q   You say preferential treatment. Who was
17 being preferred over whom?
18 A   Well, it's obvious that Annette Burrell was
19 preferred over me because he knew me personally. He
20 never called me. The phone call that I would call him
21 to sort of like say I would be interested in the
22 detail, he never returned the phone call. He would
23 never even talk about a potential detail.
24     But on the other hand, a white female was
25 being put in a preferential position, those details.

EXECUTIVE COURT REPORTERS, INC.
(301) 565-0064

HAM 0472