| A F F I D A V I T | STATE OF: MARYLAND | COUNTY OF: PRINCE GEORGES |
|---|---|---|



EXHIBIT
**58**

Please identify yourself for the record (name, title, complexion national origin/race and gender).

**Gary Hamilton, Industrial Hygienist, Light-complexion/African-American and Male.**

In your complaint, you claim that you were discriminated against when you were not selected for the temporary position of Safety and Health Manager GS-0018-14. Please describe, in chronological order, the factual events that led up to your nonselection.

**As part of a consistent pattern and practice as alleged in my First EEO Claim, African-Americans are subjected to disparate treatment in terms of promotion and/or selections in the subject Division. Specifically, sometime before the selection date the Management official planned, arranged and executed the selection of yet another white employee for a detail. These details are purposefully designed to give preferential treatment to the same class of individuals, white females and males, when permanent promotions are advertised. On or about January 20, 2004, the Selectee, Ms Camille Carraway, who was in my same duty section, informed me of her selection for the temporary Safety and Health Manager GS-0018-14. The selectee within two months or so, left the IRS for another permanent position with the Department of Commerce. I therefore, contacted an EEO counselor and subsequently later filed a formal complaint within a timely fashion. It is my belief that the selectee was given preferential treatment with the expectation of later selecting her to a permanent position within the Division. I further believe that her selection to this temporary position resulted in her being given an edge for the permanent position at the Department of Commerce.**

Are you aware of the identities of the individuals who were selected for the position? If so, what do you believe is the reason that person was selected rather than you? On what facts do you base your belief?

**Yes, Camille Carraway. Ms Carraway is a White Caucasian, similarly-situated as myself with the safety section located in the Security and Safety Branch, Metro Washington DC field office; My belief is supported by past pattern and practice resulting in an all white makeup of the Division. Additionally, the Business Unit, e.g. Agency-Wide Shared Services (AWSS), in which REFM Safety is embedded, has a vastly disparate records of promoting Whites versus African-Americans (Blacks). White Males are promoted three (3) times that of the Black Males and White Females are promoted more than twelve (12) times compared to Black Males. As a composite, White Caucasian employees promotion rate is almost double that of Blacks.**

| A F F I D A V I T | STATE OF: MARYLAND | COUNTY OF:PRINCE GEORGES |
|---|---|---|

**Over a three (3) year period of time four (4) white females were detailed similar to the selectee into the hiring Branch/Division. Their names are Ms Sabrina Rutland, Ms Charlotte Phillips, and Annette Burrell.**

Specifically just who are the management officials involved in the entire process used?

**Stuart Burns, Chief, Safety and Health, HQ REFM, U.S. IRS. I have knowledge from reviewing the EEO counseling report which contains a document in which Mr. Burn signed as the selecting official indicating the selection of Ms Burrell.**

Are you aware of any reasons which management officials have stated for not selecting you? If so, delineate those reasons. If you believe that those reasons are not the true reasons, discuss why you hold that belief.

**As noted in the EEO Counseling report, it was stated by the selecting official that my responses in the interview was not clear and the panel was unanimous.**

**It is my belief that these stated reasons for not selecting me for a temporary or permanent position is pretext in terms of disguising his racial discriminatory motive. These reasons are not worthy of credence and certainty not creditable.**

**The selecting official lack of creditability is supported by the fact that he personally knew of my credentials in terms of its breath and depth. Specifically, he knew I possessed superior qualifications in terms of having 20 years of safety and health experience, a professional certification, and masters in public health; compared to the selectee, Ms Carraway, who had just recently got her status as a career employee.**

**Although other available personnel were (are) not qualified for the GS-14 level, he was aware of the availability of similarly-situated employees located in the local commuting area. There are four (4) other safety personnel who are qualified for the GS-13 level and are in the local commuting areas; three (3) of these four (4) are African-Americans. These three (3) African-Americans were (are) not offered the opportunity to excel to duties to that of the GS-13 level and thus enabling them to fairly compete for any working level position at HQ REFM Safety.**

You alleged that you were superiorly more qualified than the employee chosen please explain how so.

I alleged in my first EEO Claim that I was superior in terms of qualifications compared to Ms Burrell, the Selectee. I did not state this in the instant claim. I indeed believe that it is non-consequential for the hiring official in question, in terms of both claims, to consider qualifications first and foremost since his primary motivating force is not to promote or hire any one like myself, e.g. African-American (Black), especially a Black Male.

Did you try to find out exactly why this was done in this manner (without formal announcement) and did you discuss this with any management official?

**Yes; I discussed the outcome with my first line supervisor, she did not indicate any information as such.**

Why do you believe your complexion, race and gender are a factor in your non selection of the temporary Safety and Health Manager GS-14?

**The past pattern and practice of selecting white Caucasian for details, thus give preferential treatment for later/future permanent position selection.**

**My position (belief) is evident by data contained in the AWSS Affirmative Action Plan for 2003. The Plan (Page 30) notes a disparate promotion rate for Black Males. Clearly, the below Table, depicts the rate of promotions for White Males as being almost three (3) times that of the Black Males and White Females are more than twelve (12) times compared to Black Males. As a composite, the White employees promotion rate is almost double that of Blacks.**

## 2003[1]
### AWSS CORPORATE WORKFORCE PROMOTION DATA

| Racial/Gender Promotion | # Workforce | #Promoted | Rate of |
|---|---|---|---|
| Black Male | 746 | 30 | 4 in every 100 |
| Black Female | 2556 | 639 | 25 in every 100 |
| White Male | 2130 | 426 | 11 in every 100 |
| White Female | 5220 | 1662 | 49 in every 100 |

Source: (1) AWSS Affirmative Employment Plan, 2002, Page 30

Do you have any information about other selections involving the selection officials also involved in this matter which, you believe, helps you show that your nonselection here was based on unlawful discrimination? If so, describe that information.

| A F F I D A V I T | STATE OF: MARYLAND | COUNTY OF: PRINCE GEORGES |
|---|---|---|

**Over a three (3) year period of time four (4) white females were detailed into the hiring Branch/Division, Ms. Sabrina Rutland, Ms Charlotte Phillips, Ms Camille Carraway, and Annette R. Burrell.**

Do you know of anyone who, in your belief, has information that might indicate that your nonselection was discriminatory? If so, please identify that person or persons and describe the information each can provide.
**No.**

What do you request as a remedy for the discrimination alleged in this case?

**Attorney/representative fee plus expenses; $300,000 compensatory damage; placement into a similar position @ the GS-14 level; front pay; and back-pay with benefits.**

I have read the above statement, consisting of _4_ page(s), and it is true and complete to the best of my knowledge and belief. I understand that the information I have given is not to be considered confidential and that it may be shown to the interested parties.

(Deponent's Signature)

Subscribed and (sworn to) (affirmed)

before me at 8100 Corporate Dr Lanham MD

on this _4th_ day of _August 2004_

(Investigator's Signature)

Form 5991 (Rev.6-81)    Department of the Treasury