EXHIBIT 2

1

IN THE U.S. DISTRICT COURT OF

THE DISTRICT OF COLUMBIA

+ + + + +

In the Matter of:

GARY HAMILTON,

    Plaintiff,          CASE NO. 05-1549 (RBW)

v.

JOHN SNOW,

    Defendant.

Washington, D.C.

Tuesday, July 25, 2006

DEPOSITION OF:

JOHN STUART BURNS

called for examination by counsel for the Plaintiff, pursuant to notice of deposition in the offices of Neal Gross & Co., 1323 Rhode Island Avenue, N.W., when were present on behalf of the respective parties:

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVENUE, N.W.
WASHINGTON, D.C. 20005

(202) 234-4433                 (202) 234-4433

1  involved, but I don't recall.

2  Q    And who were those people that you thought
3  I was alluding to?  Of course, I wasn't alluding to
4  anything, but who were those people that you thought
5  I was alluding to?

6  A    Gary Hamilton and Brenda Golden.

7  Q    Now, did you say that was a detail, a
8  formal detail?

9  A    I said I didn't recall whether that was a
10 formal detail.

11 Q    Oh, what do you recall it to be?

12 A    I recall it to be we had a need for some
13 work to be done in the National Office regarding the
14 revision of the Safety Program, Safety Inspection
15 Program, and we solicited volunteers from the field.
16 Whether or not it's defined by some regulation or some
17 procedure or policy as a detail, I don't recall.

18 Q    Okay.  So these are -- the ones you
19 mentioned Gary Hamilton and Brenda Golden for was they
20 took -- volunteered to --

21 A    I believe the -- I believe we solicited
22 nominations from the territory managers, facilities



1  Q    Did you play any role in renewing that
2  detail?
3  A    I --
4       MR. TRUONG: Objection. Foundation.
5       THE WITNESS: I don't recall whether I
6  renewed or not. It was all happening in the first --
7  the entire time span between the time I got there and
8  the selection for the permanent position was three to
9  four months. So I was getting used to a new
10 organization and everything.
11      BY MS. GBENJO:
12 Q    Now, she did not report directly to you
13 when you got there at the IRS, did she?
14 A    Almost everything at the time was being
15 led by the executive at the time, which was Reggie
16 McFadden, because he had developed a sense of where he
17 wanted the program to go and so he was tasked with
18 leading that effort, but he had multiple
19 responsibilities.
20      So over the next six months plus I guess
21 from the time that I got there, he was transitioning
22 his vision and direction to me and seeing where I, you

85



1   right?
2       A    Right.
3       Q    Okay. So you considered the interview an
4   important aspect of the selection process. Is that
5   true?
6       A    Yes.
7       Q    Did anyone instruct you to conduct an
8   interview?
9       A    I don't recall.
10      Q    Did anyone instruct you not to conduct an
11  interview?
12      A    No, I don't recall. I don't recall.
13      Q    Okay. Now, who conducted the ranking for
14  this position, the safety health manager position in
15  controversy?
16      A    Paul Carroll.
17      Q    Did you tell him to do it?
18      A    I don't believe I had anything to do with
19  the selection of him to do it, although I don't
20  recall.
21      Q    Okay. I can't hear you.
22      A    Although I don't recall.

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVENUE, N.W.
(202) 234-4433           WASHINGTON, D.C. 20005           (202) 234-4433

1  recommendations for who might be a good candidate for
2  it.
3      Q    And who recommended Mike Houston?
4      A    I believe the recommendations -- I don't
5  recall, but it's probably better not to speculate. I
6  don't recall who made the recommendations.
7      Q    Who recommended Tatika Mitchell?
8      A    I don't recall who made the
9  recommendations.
10     Q    But they came on the panel upon your
11 invitation?
12     A    Yes.
13     Q    Now, aside from Mr. Houston -- is it
14 Hoston or Houston?
15     A    Houston.
16     Q    Aside from Mr. Houston and Ms. Mitchell,
17 who else was present with the candidates at the
18 interview?
19     A    Myself.
20     Q    Aside from the three of you, three of you
21 being yourself, Houston and Mitchell, who else was
22 present with the candidates at the interview?

Case 1:05-cv-01549-RBW   Document 58-2   Filed 10/20/2007   Page 6 of 17

96

| | | |
|---|---|---|
| 1 | A | No one. |
| 2 | Q | Was there a reason there was nobody? |
| 3 | A | I don't know how to answer that question. |
| 4 | Q | I didn't hear the last thing you said. |
| 5 | A | No, I don't know. |

6   Q   Because you were speaking to yourself, so I don't know whether you finished answering the question, so I can go to the next one.

9   A   No, I don't know how to -- I don't know how to answer the question.



11  Q   Okay. Now, you selected Annette Burrell for that position, did you not?

13  A   Yes.

14  Q   Tell me why you did that.

15  A   Based on the application packages and the interviews.

17  Q   And who are the applicants that you interviewed for that position?

19  A   Camille Carraway, Gary Hamilton, Annette Burrell and Mike Perkins.

21  Q   And what qualifications did Michael Perkins possess at the time you interviewed him that

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVENUE, N.W.
(202) 234-4433        WASHINGTON, D.C. 20005        (202) 234-4433

### Page 109

(1) being a national person in July of 2003?
(2) **A I don't know.**
(3) Q Was that important to your decision making (4) for the position that she filled?
(5) **A No.**
(6) Q Was it important to you whether the (7) candidate satisfied all of the eligibility (8) requirements for the position?
(9) **A Yes.**
(10) Q Annette Burrell is not -- does not have (11) any degree in safety, does she?
(12) **A No.**
(13) Q As a matter of fact, she has no degree at (14) all. Isn't that a fact?
(15) **A But she has a high school degree.**
(16) Q Other than the high school degree, she (17) does not have any other degree.
(18) **A Correct.**
(19) Q And prior to the interview date, how long (20) had Annette Burrell supervised employees?
(21) **A I don't know.**
(22) Q Do you know that she did at all?

### Page 110

(1) **A I don't know.**
(2) Q Now, you said that you would say that (3) Annette Burrell is a recognized expert in the safety (4) field. Why did you say that?
(5) **A She demonstrated a fairly sound (6) understanding of our program at a national level (7) during the interview process.**
(8) Q Didn't Camille Carraway demonstrate that (9) also?
(10) **A I never said she didn't.**
(11) Q Didn't Michael Perkins demonstrate that as (12) well?
(13) **A I don't recall that he did.**
(14) Q Didn't Gary Hamilton demonstrate that at (15) the interview?
(16) **A I haven't commented once about Gary's (17) interview.**
(18) Q I'm just asking a question.
(19) **A Didn't he? How do I answer that? Didn't (20) he? Could you rephrase the question or repeat the (21) question? Didn't --**
(22) Q Didn't they demonstrate the same

### Page 111

(1) knowledge, skills and ability that Annette Burrell (2) demonstrated in relation to safety field at the (3) interview?
(4) **A In relation to the safety field overall, (5) yes, he demonstrated.**
(6) Q How about Michael Perkins?
(7) **A I don't recall that he did.**
(8) Q Camille Carraway?
(9) **A Yes, I would say that she did.**
(10) Q At the time that you conducted the (11) interview of July of 2003, you were not aware of any (12) policy or procedures that Annette Burrell did on (13) safety, were you?
(14) **A I don't know.**
(15) Q Now, you took notes at the interview of (16) July of 2003 in relation to this position, right?
(17) **A Um-hum.**
(18) Q Why did you take notes?
(19) **A So that we could have our thoughts, so (20) that we could have a conversation with the panel after (21) the interviews.**
(22) Q You said so that you could have

### Page 112

(1) conversation with the panel?
(2) **A Right.**
(3) Q In other words, your other two colleagues (4) that interviewed the candidates?
(5) **A Right.**
(6) Q Okay. Was it your instruction for the (7) panel members to take notes?
(8) **A I don't recall that I instructed them to (9) take notes, but I gave them a list of questions and (10) space to write in.**
(11) Q How did you generate those questions?
(12) **A Are you asking what my thought process (13) was?**
(14) Q Um-hum.
(15) **A It was based on what I thought the (16) position would be doing within the organization.**
(17) Q Now, did you read the job description (18) before creating or generating those questions?
(19) **A I don't recall, but I would assume.**
(20) Q Are those questions that you generated (21) reasonably related to the requirements of the (22) position?

## Page 113

(1) A I would think so.
(2) Q Now, did those questions cover the major (3) duties of that – of the eligibility or the major (4) duties for that position?
(5) **A Not all of them were directly.**
(6) Q Some of them?
(7) **A Yes.**
(8) Q Did you generate these interview questions (9) based on what you felt were important?
(10) **A Yes.**
(11) Q Did you inform the applicants that (12) interview was going to be a selection tool for that (13) position?
(14) MR. TRUONG: Objection. Foundation.
(15) THE WITNESS: I don't recall.
(16) BY MS. GBENJO:
(17) Q You have seen the announcement, have you (18) not?
(19) MR. TRUONG: Objection. Mischaracterizing (20) the witness' testimony.
(21) BY MS. GBENJO:
(22) Q Tell me if you have not. You saw the job

## Page 114

(1) announcement, Mr. Burns, did you not?
(2) **A I believe so.**
(3) Q Nowhere does it say that the interview (4) will be used as a selection tool. Isn't that a fact?
(5) **A I don't know.**
(6) Q Was that important to you?
(7) **A Was what important to me?**
(8) Q Letting the candidates know that you will (9) be using interview as a selection tool for that (10) position.
(11) **A Would it be important that they know that?**
(12) Q Um-hum.
(13) **A I would be curious who would come to an (14) interview not thinking that it was part of the (15) selection process.**
(16) Q Because you customarily would not make a (17) selection without interviewing the candidates, right?
(18) **A Because I customarily would not interview (19) somebody if it wasn't part of my decision to select.**
(20) Q But did the applicants know that?
(21) **A I don't have – I can't speak for the (22) applicants.**

## Page 115

(1) Q Are you aware of any requirements that say (2) that the applicants must know if interview will be (3) used as a selection tool?
(4) **A I'm not aware of any requirement.**
(5) Q Tell me why you did not select Mr. (6) Hamilton for that position.
(7) **A I didn't feel that his interview went very (8) well.**
(9) Q In what aspects?
(10) **A My recollection was that the answers were (11) not clear and concisely aligned with the questions (12) that were asked and that we had to do a significant (13) amount of follow-up to the questions to try to get the (14) answers to the question.**
(15) Q Okay. Other than that?
(16) **A Other than that, I respect his technical (17) capabilities in industrial hygiene and I felt that (18) there was some level of reliance on that technical (19) aspect which was – which I already had two positions (20) that were industrial hygienists in the organization (21) and didn't feel that I needed.**
(22) Q Other than that?

## Page 116

(1) **A I think the technical qualifications from (2) a written perspective, from a paperwork perspective (3) were there, but my opinion was that the interview (4) didn't go well.**
(5) Q And that was the reason for his rejection?
(6) **A That was part of the reason was trying to (7) – it was part of the reason for the selection, yes.**
(8) Q You didn't select him, did you? You (9) didn't select Mr. Hamilton, did you?
(10) **A Right.**
(11) Q Okay. And that's the reason for the (12) interview was the reason for his rejection. The (13) responses he gave to you at the interview.
(14) **A That was, yes, part of the – and I would (15) say the answers to the questions were primarily the (16) issue related to the non-selection.**
(17) Q Okay. Now, you said his answers were not (18) clear at the interview? Am I right?
(19) **A Yes.**
(20) Q Did you put that anywhere in your (21) interview notes?
(22) **A I don't recall. It probably would not be**

### Page 117

(1) something that I would write in a space for a (2) question. I was trying to find answers that fit the (3) question.
(4) Q Okay. And you don't think that was (5) important that you note the reason that a particular (6) party is then selected or rejected for a position?
(7) A I don't think it's important?
(8) Q Um-hum.
(9) A It certainly was important as part of the (10) panel discussion to have enough information to reflect (11) on how the interviews went.
(12) Q So is it your testimony, therefore, that (13) your notes from the interview would not reflect the (14) basis for your rejection or selection of a particular (15) individual?
(16) MR. TRUONG: Objection. Mischaracterizing (17) the testimony.
(18) BY MS. GBENJO:
(19) Q Is that correct?
(20) A I don't think that I would write as an (21) example on question 3 the example he provided does not (22) link to the question that I asked. I think I would in

### Page 118

(1) that instance try to find a linkage, but note that the (2) answer was not as strong as it could have been had (3) there been a different example used.
(4) Q But did you put it in your notes that the (5) answers were not strong?
(6) A I don't recall what I put in my notes (7) beyond when we had the conversation.
(8) Q And what you put in your notes at the time (9) you had the conversation would be what?
(10) A I don't recall.
(11) Q Now, did you call the applicant after the (12) interview? Did you give them any scores at all?
(13) A I'm not sure if I called everyone.
(14) Q Everyone meaning?
(15) A I'm not sure if I called all of the (16) applicants.
(17) Q Okay. I want it to be clear that you were (18) not talking about the panel or the applicants. Okay. (19) You said you were not sure whether you called the (20) applicants?
(21) A Everyone of them.
(22) Q Um-hum.

### Page 119

(1) A Yes.
(2) Q You mean after the interview?
(3) A Yes.
(4) Q To tell them what their scores were?
(5) A Well, there weren't scores.
(6) Q Okay. That was my question. Okay. There (7) – you did not give anyone any kind of score after the (8) interview?
(9) A No.
(10) Q In other words, you did not give them (11) scores as to how well they performed or the lack (12) thereof at the interview?
(13) A No.
(14) Q Okay. Was there any reason you didn't do (15) that?
(16) MR. TRUONG: Didn't call or didn't score?
(17) BY MS. GBENJO:
(18) Q Was there any reason you did not call the (19) applicants?
(20) A No. I wasn't aware that there was a (21) procedure to do that.
(22) Q Okay. Now, in what way did you give the

### Page 120

(1) interview over the credentials of the applicants?
(2) A I don't know that I had a specific (3) waiting.
(4) Q Did you give your panel members any (5) particular instruction as to how to weigh this (6) applicants at the interview?
(7) A No.
(8) Q Did you give them any instructions prior (9) to the interview in terms of what to look for or (10) expect?
(11) A We talked about the interview questions (12) when I handed them out.
(13) Q When was that?
(14) A It was sometime in the morning before (15) everybody got there.
(16) Q Okay. When did the interview begin?
(17) A I believe the first one was at 10:00.
(18) Q Okay.
(19) A I gave them each of the application (20) packages and four sets of questions, identical sets of (21) questions, and I said something along the lines of (22) these are the questions that are going to kind of

Page 121

(1) guide us through the interview. If there are others (2) you want to ask or whatever, we can pass the – you (3) know, we can do a round-robin of questions or I don't (4) want to – I'm not going to lead the whole thing and (5) ask the questions and just have you taking notes. (6) We'll rotate it around or whatever and whatever is the (7) likely flow. And then at the end we will talk about (8) the responses and that was pretty much it.
(9) It was not – there was not a rigid (10) guidance set for an interview process.
(11) Q Was there any evaluation standards used (12) during the interview process?
(13) **A Evaluation standards?**
(14) Q You were also -- I'm sorry. I thought you (15) finished.
(16) **A No, no.**
(17) Q Oh, okay.
(18) **A I was trying to give you a complete (19) answer.**
(20) Q Okay. Your complete answer you said is (21) no?
(22) **A No.**

Page 122

(1) Q Right? Okay. Okay. Now, you were also (2) a voting member at that interview, were you not?
(3) **A A voting member?**
(4) Q Um-hum.
(5) **A We didn't actually vote, but I was on the (6) panel, yes.**
(7) Q Okay. In other words, what you felt about (8) each candidate played a role in the decision that was (9) eventually made? In other words, in the selection.
(10) **A We had discussion among the three of us of (11) the credentials on paper and after the interview of (12) the interview, how the interview went. And we talked (13) about how we thought they – each of the interviewees (14) fared in the interview process. So I don't know if I (15) answered your question.**
(16) Q Now, other than the interview, did you (17) have any other reason for rejecting Mr. Hamilton for (18) that position?
(19) **A No.**
(20) Q Now, you said you all talked, you meaning (21) the panel?
(22) **A Yes.**

Page 123

(1) Q Okay. How many times did you discuss or (2) confer during the interview altogether?
(3) **A During the interview?**
(4) Q Um-hum.
(5) **A If your question is while the interviewee (6) was there, none.**
(7) Q Okay. Let me just say that day.
(8) **A That day?**
(9) Q Yes.
(10) **A We conferred before any interview started.**
(11) Q Um-hum.
(12) **A We conferred at the conclusion of each.**
(13) Q Um-hum.
(14) **A And we conferred at the very end.**
(15) Q Five times altogether or six times?
(16) **A Probably six.**
(17) Q Six times. Okay. Okay. Now, at the time (18) that you conducted the interview, did you rate the (19) applications of the individuals?
(20) MR. TRUONG: Objection. Asked and (21) answered.
(22) THE WITNESS: We don't. There was no

Page 124

(1) numeric score, if that's what you're asking.
(2) BY MS. GBENJO:
(3) Q Okay. Now, were there any evaluation (4) criteria established to rate each of the applicants (5) on?
(6) **A Evaluation?**
(7) Q Um-hum.
(8) MR. TRUONG: Objection. Foundation.
(9) THE WITNESS: Like a numeric score?
(10) BY MS. GBENJO:
(11) Q Anything.
(12) **A There were five, six, seven questions (13) about the program that were geared toward eliciting a (14) response that indicated in depth program knowledge (15) about the national program.**
(16) Q Now, during each time that you concurred (17) or confirmed with the panel members, was there ever a (18) time one person or the other said, oh, I would give (19) this person an eight? I would give that person a (20) three? I would give this person a 10?
(21) **A I don't recall any discussion like that.**
(22) Q Now, how did the panel evaluate each

### Page 125

(1) person's response to those questions that were asked?
(2) **A How did they evaluate it?**
(3) Q Um-hum.
(4) **A Subjectively.**
(5) Q I had asked subjectively or objectively?
(6) **A Well, if those were my two choices, I (7) would take subjectively.**
(8) Q Okay. Now, since they evaluated these (9) people objectively, was there -- after the interview, (10) was a neutral party asked to assess the panel's result (11) to remove the appearance of bias?
(12) MR. TRUONG: Objection. Foundation. (13) That's assuming there was bias.
(14) MS. GBENJO: Okay.
(15) THE WITNESS: Were there other people? (16) Were there other people? I'm trying to remember the (17) process. We had the panel. We discussed. We came up (18) with a recommendation. I was a little reluctant being (19) relatively new to the IRS on what the process was. I (20) do remember I discussed with, I think, Ron Stephens, (21) perhaps Jim Falcone, one of the two of them, at the (22) time that was a director and told them what the

### Page 126

(1) recommendation was going to be and they said okay.
(2) BY MS. GBENJO:
(3) Q Okay.
(4) **A So I guess that's a third-party.**
(5) Q I didn't hear the last thing you said.
(6) **A I guess that's a third-party.**
(7) Q Okay. Now --
(8) **A That --**
(9) Q I'm sorry. I thought you had finished.
(10) **A That person was not affiliated at all, to (11) my knowledge, in the process prior to.**
(12) Q Okay. In other words, there was no other (13) person involved in the selection process other than (14) the panel?
(15) **A Except for an endorsement before things (16) were official.**
(17) Q Okay. All right. So now, what was the (18) common understanding of the panel as to why the notes (19) had to be taken?
(20) MR. TRUONG: Objection. Foundation.
(21) THE WITNESS: I don't know what their (22) understanding was of why I gave them a piece of paper.

### Page 127

(1) BY MS. GBENJO:
(2) Q Did you also give them a pen?
(3) **A I don't think I did.**
(4) Q You only gave them a paper?
(5) **A I don't recall giving them a pen.**
(6) Q You --
(7) **A I do recall giving them a paper.**
(8) Q Did you, at the end of the interview, ask (9) for the papers that you gave them?
(10) **A No, I did not ask for -- I did ask for the (11) application packages, because they had Privacy Act (12) information on them, and I wanted to make sure that (13) they were destroyed. I seem to recall that they gave (14) me everything, but I don't know that to be the case.**
(15) Q Okay. Everything being the package plus (16) the paper that you gave them?
(17) **A Everything that they -- except for what (18) was already in their briefcase. I see to recall the (19) entire table got cleared and handed to me, because I (20) was the only one that worked in that building.**
(21) Q All right.
(22) MR. TRUONG: And before you ask the next

### Page 128

(1) question, can I run to the men's room real quick?
(2) MS. GBENJO: Okay.
(3) MR. TRUONG: Thanks a lot.
(4) MS. GBENJO: Two minutes, 30 minutes, four (5) minutes. All right. We're almost done.
(6) (Whereupon, at 1:58 p.m. a recess until (7) 2:01 p.m.)
(8) MS. GBENJO: Are we back on?
(9) BY MS. GBENJO:
(10) Q Now, during this interview, were there (11) times that you asked Mr. Hamilton questions and he (12) provided no answer?
(13) **A I don't recall a question without an (14) answer.**
(15) Q And you recall he answered all questions?
(16) **A As I recall, yes.**
(17) Q Now, you said that -- well, I don't know (18) whether I asked you this. Did you give the panel (19) members any instructions as to what they would do with (20) their notes at the end of the interview?
(21) **A No.**
(22) Q Okay. And none of the panel members told

### Page 129

(1) you that they had a different reason for taking notes. (2) Is that true?
(3) A Yes, that's true.
(4) Q Would you say, as the head of the panel, (5) that you conducted the interview very well?
(6) A I wasn't really the head of the panel, but (7) I – I don't know how it went. I mean, I thought that (8) we got responses and got indications of what we were (9) looking for. So from that perspective, yes. But I – (10) you would have to ask the interviewees whether they (11) thought that that was a good interview or a normal (12) interview.
(13) Q Okay. Now, who was the panel head?
(14) A I'm –
(15) MR. TRUONG: Objection. Foundation.
(16) BY MS. GBENJO:
(17) Q Hum? I didn't hear that.
(18) A I don't know that we had a head of the (19) panel.
(20) Q Now, did any one of the applicants request (21) a copy of the interview notes after the interview?
(22) A No.

### Page 130

(1) Q How were they notified of their rejection? (2) Those people that were not selected.
(3) A I recall attempting to call at least a few (4) of the applicants. I'm not sure that I called all of (5) them.
(6) Q Did you call Mr. Hamilton?
(7) A I did put in a call and as I recall, he (8) was on vacation or something and I left a voicemail.
(9) Q And did anyone call you after the (10) interview to ask how they did?
(11) A I don't recall that.
(12) Q Did you give the applicants any impression (13) at the interview that they were not going to be (14) selected?
(15) A No.
(16) Q Did you give the applicants any impression (17) at the interview that they were going to be selected?
(18) A No.
(19) Q Do you feel that you complied with IRS (20) procedures in conducting the interview?
(21) A Yes.
(22) Q Now, did you read the interview notes of

### Page 131

(1) the other panel members?
(2) A No.
(3) Q Did they read your's?
(4) A No, not to my knowledge.
(5) Q As I recall, they turned all the interview (6) notes to you at the end of the interview?
(7) A Yes.
(8) Q Is that true?
(9) A Yes.
(10) Q And you turned all of those interview (11) notes to counsel in this case. Is that true?
(12) A I don't know. I don't think I had – I (13) don't think I kept the interview notes.
(14) Q To whom did you give them or submit them?
(15) A I either shredded them or I gave them back (16) as a lump sum package to Fannie Braswell, because (17) that's what I was asked to do. But again, I was new (18) to the process, so I don't know.
(19) Q You thought you would have shredded them?
(20) A Well, if I thought they contained private (21) material, I would shred them. And just as the (22) application packages that I had to make copies of have

### Page 132

(1) Social Security Numbers and I would shred that (2) information, too.
(3) Q So those interview notes of the other (4) panel members that they gave to you, you just either (5) shredded them or give them to Fannie Braswell. Is (6) that your statement?
(7) A Yes. I – yes, I guess. I mean, I don't (8) recall what I did with them. I didn't know that they (9) were – I don't – I didn't know what –
(10) Q Do you recall losing any one of those (11) documents?
(12) A No.
(13) Q Do you recall if you actually gave them to (14) Fannie Braswell, you would have given them everything (15) you had?
(16) A Yes.
(17) Q Did Fannie Braswell call you or anyone (18) call you at any point saying that some of those (19) documents were missing?
(20) A I don't recall that.
(21) Q Now, you testified earlier that you (22) detailed Carraway to a higher position. When did that

Page 137

(1) suggested that Camille had thoughts and ideas about (2) it, had worked on a similar assignment previously, (3) etcetera, etcetera.
(4) So it seemed like a win-win to give her an (5) opportunity to get out of her current situation and (6) maybe reinvigorate her in the program, give her (7) something new and challenging to do and it seemed to (8) match her skill set.
(9) Q And was there a reason you did not have (10) Mr. Hamilton complete that remainder, you said 10 (11) percent, that Camille Carraway did not complete?
(12) MR. TRUONG: Objection. Foundation.
(13) THE WITNESS: I don't think that there was (14) enough left to do to really create another piece of (15) that. As I recall, it was, as I said, almost probably (16) 90 percent complete.
(17) BY MS. GBENJO:
(18) Q Now, was there a reason you did not (19) consider Mr. Hamilton for that Carraway detail?
(20) A The position – we had kind of an ongoing (21) list of ideas that might be good to pursue. And some (22) of them we would have existing staff work. This just

Page 138

(1) seemed like – because Ed Crandle approached me about (2) her being disengaged and I had this need and Barbara (3) Cohen said you might want to consider her for that.
(4) Q How was –
(5) A I didn't consider anyone else.
(6) Q Really? That was the reason you didn't (7) consider Mr. Hamilton?
(8) A I didn't consider anyone else.
(9) Q Other than Camille?
(10) A Right.
(11) Q Now, that Barbara Cohen, is she still with (12) the IRS?
(13) A She retired.
(14) Q Oh, how about Ed Crandle?
(15) A He is retired. We have an aging work (16) force in the IRS. We talk about it constantly.
(17) Q Other than what you just told me, was (18) there any other reason why you did not consider Mr. (19) Hamilton for that position?
(20) A No.
(21) Q Now, as far as the interview for the (22) safety manager position is concerned, did each panel

Page 139

(1) member have equal say in the decision?
(2) A We certainly were equal members in the (3) discussion. You know, we, as a panel, came up with (4) our recommendation, but ultimately I made the (5) selection.
(6) Q Okay. But did each panel member have an (7) equal say in that decision?
(8) A In – each panel member could individually (9) recommend whoever they wanted, yes.
(10) Q But I thought you said but in the end you (11) made the selection?
(12) A Well, I was – as a selecting official, (13) yes, I ultimately made the selection.
(14) Q And was each candidate asked all of those (15) questions that you give to the panel members?
(16) A Was each – unless we ran out of time on (17) one and I don't recall, but we pretty much went (18) straight through the questions. I think everybody (19) answered them all. I think we got the last question (20) was do you have any questions for us. And I think we (21) got to that question for everyone.
(22) Q So they all answered all the questions?

Page 140

(1) A I believe that's true, yes.
(2) Q How long have you known Carraway?
(3) A I think I had heard of her when I was at (4) the Department of Treasury, but I'm not sure that I (5) had actually met her.
(6) Q How connected or closely related these two (7) divisions, the Department of Treasury and the IRS? (8) Are they connected in any way?
(9) A Well, the Department of Treasury is the (10) parent agency of the IRS.
(11) Q And how long have you known Perkins, (12) Michael Perkins?
(13) A Yes.
(14) MR. TRUONG: Objection. Foundation.
(15) THE WITNESS: I don't know Michael (16) Perkins.
(17) BY MS. GBENJO:
(18) Q At all?
(19) A Well, I know of him. I know of him (20) because he still works in security, so I see his name (21) on email periodically.
(22) Q I already asked you how long you have

### Page 141

(1) known Carraway. I know you said when you were in (2) Department of Treasury.
(3) **A I think I might have known the name. I'm (4) not sure I actually – well, wait a minute. When I (5) was at the Department of Treasury, I guest presented (6) at the Safety CPE for the IRS.**
(7) Q Um-hum.
(8) **A They asked me to come and speak about (9) where we were going with the program from a department (10) perspective, so I probably met her or at least knew of (11) her at that – while I was at Treasury.**
(12) Q How long have you known Mr. Hamilton?
(13) **A Since sometime in the Navy when I was in (14) industrial hygiene.**
(15) Q How long have you known Annette Burrell?
(16) **A I probably knew of her at Treasury again (17) through the Safety CPE, but met her when I came into (18) the position at the IRS and she was detailed in there (19) working with – detailed in there working with the (20) organization.**
(21) Q Now, when you got into the IRS and she was (22) detailed there, did you conduct an evaluation on her

### Page 142

(1) after she completed that detail?
(2) **A No, I don't think so.**
(3) Q So nobody conducted a performance (4) evaluation of what she did during that detail?
(5) **A I don't know.**
(6) Q Oh, okay. But as far as you're concerned, (7) you didn't conduct any?
(8) **A No.**
(9) Q Okay. Now, have you or do you have any (10) special relationship with Michael Perkins?
(11) **A No.**
(12) Q You said no?
(13) **A No.**
(14) Q Okay. Did you testify earlier that you (15) don't know him?
(16) **A I don't think I could pick him out on the (17) street.**
(18) Q You have never met him?
(19) **A I don't know that I have ever met him.**
(20) Q Do you or have you had any special (21) relationship with Camille Carraway?
(22) **A I have worked with her.**

### Page 143

(1) Q Other than that.
(2) **A No.**
(3) Q How about Gary Hamilton?
(4) **A I have worked with him.**
(5) Q Other than that.
(6) **A And had a personal relationship with him.**
(7) Q Okay. Tell me the extent of your personal (8) relationship with Gary Hamilton.
(9) **A We were – our – well, we were, when I (10) was in the safety and health field, colleagues in the (11) same profession, had mutual friends. He worked with (12) my wife. He periodically worked with me in the Navy (13) and we have been to social functions together.**
(14) Q And do you – I'm sorry, I thought you (15) were done.
(16) **A No, that's – yes.**
(17) Q I'm sorry, I thought you were done. Were (18) you done?
(19) **A Sure.**
(20) Q Okay. Do you or have you had any special (21) relationship with Annette Burrell?
(22) **A I work with her and just like –**

### Page 144

(1) Q Hm?
(2) **A I work with her and I have been out to (3) work dinners with the rest of the staff and everything (4) else.**
(5) Q Other than that?
(6) **A No.**
(7) Q Okay. I know I think I already asked you (8) this, but I'm not sure. At the time that you got to (9) the IRS, Annette Burrell was already on a detail, (10) right?
(11) **A Correct.**
(12) Q And I also had asked you whether you (13) conducted a performance appraisal on her based on the (14) renewal of that detail.
(15) MR. TRUONG: Objection. Foundation, (16) assuming there was a renewal.
(17) THE WITNESS: I don't recall doing a (18) performance evaluation on her detail, no.
(19) BY MS. GBENJO:
(20) Q At all?
(21) **A No.**
(22) Q Oh, okay. Now, at the end of this

```
 1   portion of the selection?
 2        A    No, I believe it was May.
 3        Q    Was there a deadline as to when they
 4   should submit their package?
 5        A    I would assume there is.  There always --
 6   every position I have seen has a deadline.
 7        Q    Okay.  And if one does not submit their
 8   package or complete package at the deadline, then they
 9   do not get considered?
10        A    Correct.
11        Q    Because they would have missed the
12   deadline.
13        A    Correct.
14        Q    Now, your own portion was the interview,
15   right?
16        A    Correct.
17        Q    Is there any difference in the job duties
18   that Annette Burrell performed while she was on that
19   detail and when she was given the safety manager
20   position?
21        A    Yes.
22        Q    What is the difference?
```

### Page 181

(1) marked as Plaintiff Exhibit 4 (2) for identification.)
(3) BY MS. GBENJO:
(4) Q Do you recall that document?
(5) **A Um-hum.**
(6) Q Okay.
(7) MR. TRUONG: For identification purposes, (8) Exhibit 4 has Bates No. HAM 1462 through 1464.
(9) MS. GBENJO: Okay.
(10) BY MS. GBENJO:
(11) Q Now, let me give you this. This is the (12) last one.
(13) **A This I – you know, I don't – this** (14) **doesn't look like my type of response, but that's** (15) **okay.**
(16) Q So is it your responses to the (17) interrogatories that you gave in this case when the (18) case was at the administrative level? Please, take a (19) look at it very well. Oh, yes, it came from the (20) Agency, I mean the plaintiff.
(21) **A I'm just saying it doesn't look like my –** (22) **I'm not saying it's not. I'm saying it doesn't look**

### Page 182

(1) **like the way I would write up something.**
(2) Q Oh, I see. Okay.
(3) **A I may have formatted it differently for –**
(4) Q Oh, okay.
(5) COURT REPORTER: Can we do this a little (6) bit more organized? I'm not sure. There's a lot of (7) like off the record comments and people talking at the (8) same time. It's going to be pretty hard to have the (9) record clear.
(10) MS. GBENJO: Sorry, sorry.
(11) COURT REPORTER: Thanks.
(12) MS. GBENJO: Now, Exhibit No. 5, I may (13) have just one or two questions there, that one. Did (14) you give him that?
(15) COURT REPORTER: 5?
(16) MS. GBENJO: Um-hum.
(17) THE WITNESS: Okay. I got this. It just (18) doesn't look like me.
(19) BY MS. GBENJO:
(20) Q No. 5, do you recognize that document, Mr. (21) Burns?
(22) **A It seems to be a position classification.**

### Page 183

(1) Q Okay. And this is for the safety manager (2) position from which this case arose, right?
(3) **A Okay.**
(4) Q Is that a yes?
(5) **A I would guess yes.**
(6) Q Okay.
(7) **A It's not tied to the packet. I have never** (8) **seen it outside of the overall package so – but yes,** (9) **it appears to be.**
(10) Q Now, look at the second page of that (11) document and look at the first page as well. To the (12) extreme right portion of the page there are points, (13) are there not?
(14) **A Yes.**
(15) Q And these are points ascribed to each (16) portion of this position. Is that true?
(17) **A Yes.**
(18) Q Okay.
(19) MS. GBENJO: And let's just put that in as (20) Exhibit No. 5.
(21) (Whereupon, the document was (22) marked as Plaintiff Exhibit 5

### Page 184

(1) for identification.)
(2) MR. TRUONG: Exhibit No. 5 has Bates No. (3) HAM 2539 through 2541.
(4) MS. GBENJO: Okay. Let me take a look at (5) my notes, but I think I'm done. Can we take three (6) minutes?
(7) MR. TRUONG: Yes.
(8) MS. GBENJO: Okay.
(9) MR. TRUONG: Why don't we take a couple of (10) minutes?
(11) (Whereupon, at 3:17 p.m. a recess until (12) 3:23 p.m.)
(13) MS. GBENJO: Okay.
(14) MR. TRUONG: Back on the record?
(15) MS. GBENJO: Um-hum.
(16) MR. TRUONG: Oh, you don't have any more (17) questions?
(18) MS. GBENJO: Oh, no. I said, you know, I (19) was going to look through my notes, but go ahead.
(20) MR. TRUONG: Oh, I'm sorry.
(21) MS. GBENJO: Since you want to ask (22) questions, I'm going to sit.

1          A    No.

2               MS. GBENJO:  Can you repeat that question?

3               MR. TRUONG:  Yes, ma'am.

4          BY MR. TRUONG:

5          Q    Did you use the points indicated on

6     Exhibit 5 as part of your interview session or your

7     selection?

8          A    No.

9          Q    Okay.  I'm done with Exhibit 5.  You

10    testified earlier today that the interview was not

11    objective, but subjective.  Can you explain what you

12    mean by objective versus subjective?

13              MS. GBENJO:  Objection.  Under the rules

14    of law, if a word has -- unless there is other

15    statutory interpretation, a word is given its face

16    value and its facial meaning and no other meaning

17    should be ascribed to it.  No one has alleged any

18    incapability of understanding the words subjective and

19    objective.  The law has its own clear meaning, which

20    does not want, merit or requires a definition at this

21    juncture.

22              MR. TRUONG:  Your objection is noted.  Let