EXHIBIT 5

1

IN THE U.S. DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

GARY HAMILTON,

        Plaintiff

vs.

CASE NO.:
05-1549 (RBW)

JOHN SNOW, Secretary
U.S. Department of
the Treasury

        Defendant

Washington, D.C.

Thursday, August 3, 2006

DEPOSITION OF:

TATIKA MITCHELL

called for examination by counsel for the plaintiff, pursuant to Notice of Deposition, in the offices of Neal Gross & Co., 1323 Rhode Island Avenue, N.W., when were present on behalf of the respective parties:

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433  WASHINGTON, D.C. 20005-3701  www.nealrgross.com

### Page 49

(1) Q How many times have you sat with him in (2) the same room with other people?
(3) **A Approximately three times.**
(4) Q And when were those times?
(5) **A In Washington D.C., at a safety fair.**
(6) Q Okay.
(7) **A In Baltimore, Maryland, at a tabletop (8) exercise.**
(9) Q Yes.
(10) **A At the interview.**
(11) Q Let's take a five-minute break.
(12) **A Okay.**
(13) Q I need to use the bathroom.
(14) (Whereupon the above-entitled matter went (15) off the record at 11:13 a.m. and resumed at 11:21 (16) a.m.)
(17) BY MS. GBENJO:
(18) Q What is your current salary?
(19) **A Roughly $120,000.00 a year.**
(20) Q What's your GS level?
(21) **A I am a senior manager, Grade 15.**
(22) Q Grade 15, does that mean a GS level 15 or

### Page 50

(1) what does that mean?
(2) **A I am a manger, not the General Schedule. (3) I am a senior manager, and I am paid at the 15 level.**
(4) Q Fifteen level. You belong in the J Band (5) or H Band or which band is that?
(6) **A I don't know.**
(7) Q Okay. Have you ever been convicted of any (8) crime?
(9) **A No.**
(10) Q Never.
(11) **A No.**
(12) Q How did you become involved in the (13) interview with Mr. Gary Hamilton?
(14) **A Reggie McFadden called and asked me if I (15) would be willing to participate on the interview (16) panel.**
(17) Q And what was your response?
(18) **A I don't remember.**
(19) Q Did you agree to participate or did you (20) disagree?
(21) **A I agreed to participate.**
(22) Q How many times have you been - how many

### Page 51

(1) times have you sat in an interview?
(2) **A Several.**
(3) Q Two.
(4) **A More.**
(5) Q Three.
(6) **A More.**
(7) Q Four.
(8) **A More.**
(9) Q Six.
(10) **A More.**
(11) Q When was the first time you sat in an (12) interview?
(13) **A I don't remember.**
(14) Q When was the last time you sat in an (15) interview?
(16) **A Last week.**
(17) Q What position was that for?
(18) **A Senior Administrative Officer.**
(19) Q Was it a position that would been (20) interviewed for?
(21) **A Yes.**
(22) Q Where did that occur?

### Page 52

(1) **A Washington. I'm sorry. New Carrollton, (2) Mary-land.**
(3) Q And was that just you or a panel?
(4) **A A panel.**
(5) Q And how many people were there?
(6) **A Three.**
(7) Q How many applicants were there?
(8) **A Four.**
(9) Q And what was your role?
(10) **A I was a panel member.**
(11) Q Who headed the panel?
(12) **A The head of Office for Administration for (13) D.C.**
(14) Q Who headed the panel for the interview you (15) had with Mr. Hamilton?
(16) **A Mr. Burns was the leader.**
(17) Q He headed the panel?
(18) **A Yes.**
(19) Q Now this interview you had with Mr. (20) Hamilton was for which position?
(21) **A An analyst position in the Safety Program.**
(22) Q And how did you hear about it?

### Page 53

(1) A Excuse me.
(2) Q How did you hear about this position. In (3) other words, how did you hear about this analyst (4) position in the Safety Program?
(5) A When Mr. McFadden called me.
(6) Q And how close to the interview date did (7) McFadden call you?
(8) A I don't remember.
(9) Q Was it that he called you today and the (10) interview was tomorrow?
(11) A No.
(12) Q Was it that he called you last week and (13) the interview was this week?
(14) A Maybe.
(15) Q In between the time that McFadden call you (16) or called you and the time you conducted the (17) interview, did you have a conversation with Stuart (18) Burns?
(19) A Yes.
(20) Q How many times?
(21) A Once.
(22) Q And when did that occur?

### Page 54

(1) A I don't remember.
(2) Q What did he tell you?
(3) A Thank you for agreeing to participate in (4) the panel.
(5) Q Other than that?
(6) A This is the schedule for interviews.
(7) Q Other than that?
(8) A I will send you an e-mail with the (9) interview questions.
(10) Q Other than that.
(11) A That's it.
(12) Q When did that occur?
(13) A Sometime after Reggie called me and I (14) agreed and before the interview.
(15) Q Was that in person?
(16) A No.
(17) Q Over the phone?
(18) A Over the phone.
(19) Q Is it your testimony today that in between (20) the time that McFadden called you and the time you (21) conducted this interview you did not sit one on one (22) with Stuart Burns?

### Page 55

(1) A Yes.
(2) Q Did you sit with anyone one on one with (3) respect to that interview prior to the interview date?
(4) A No.
(5) Q Who else was on the panel with you?
(6) A Mike Houston.
(7) Q Who is that?
(8) A An interview panel member.
(9) Q Well when did you first meet him?
(10) A Approximately ten years ago.
(11) Q Where?
(12) A Kentucky.
(13) Q What is your race?
(14) A I am mixed race African-American, (15) Hispanic, French.
(16) Q What is Houston's race?
(17) A I'm sorry.
(18) Q What is Houston's race?
(19) A I don't know specifically. He is a white (20) male.
(21) Q What is Stuart Burns' race?
(22) A The same.

### Page 56

(1) Q How about Reggie McFadden?
(2) A African-American male.
(3) Q How about Gary Hamilton?
(4) A African-American male.
(5) Q What instructions did McFadden give you (6) with respect to the interview that was to be (7) conducted?
(8) A None.
(9) Q What instructions did Stuart Burns give (10) you with respect to the interview that was to be (11) conducted?
(12) A No instructions.
(13) Q At all?
(14) A We reviewed the questions.
(15) Q As I said prior to this deposition, I said (16) answer the questions that I ask. I said instructions. (17) We're still going to get to what you were about to (18) say. What instructions did Stuart Burns give you (19) prior to this interview.
(20) MR. TRUONG: Objection, foundation.
(21) BY MR. TRUONG:
(22) A Where to report and at what time.

### Page 61

(1) Q Did you ask the applicants the same (2) questions?
(3) **A Yes.**
(4) Q Did the applicants answer all the (5) questions?
(6) **A As far as I can remember.**
(7) Q Is that a yes?
(8) **A It's a I do not recall.**
(9) Q Okay, well, were there candidates that you (10) ask questions and they were unable to provide you with (11) responses?
(12) **A I don't remember.**
(13) Q Were there candidates that you asked (14) questions and they gave incorrect responses?
(15) **A There are no incorrect responses.**
(16) Q Did you take notes during the interview?
(17) **A Yes.**
(18) Q What did your notes consist of?
(19) **A My notes consisted of information that I (20) learned from the answers to their questions.**
(21) Q Did you note everything the candidates (22) said or responded with?

### Page 62

(1) **A No.**
(2) Q Did you simply put down or noted what you (3) thought was or were relevant?
(4) **A Yes.**
(5) Q Did you put down things that were not (6) relevant?
(7) **A I don't recall.**
(8) Q Were your note such that if you look at it (9) you would be able to say why you put it down?
(10) **A Probably not.**
(11) Q Now was there a crediting plan with (12) respect to this interview?
(13) **A Not that I recall.**
(14) Q Were you invited to participate in a (15) crediting plan relating to this particular interview?
(16) MR. TRUONG: Objection, foundation. Go (17) ahead and answer the question.
(18) BY MS. GBENJO:
(19) **A I don't recall.**
(20) Q Were you given any instructions from (21) personnel in relation to this particular interview?
(22) **A No.**

### Page 63

(1) Q All about what you have testified to here (2) today, did you receive any other instruction in (3) relation to this particular interview?
(4) **A No.**
(5) Q Were there times that the candidates (6) responded and you did not note down the responses?
(7) **A I don't recall.**
(8) Q Were there times you wrote down something (9) on your notes when the candidates did not respond
(10) **A I don't recall.**
(11) Q Were you given any document outside of the (12) list of questions prior to this interview?
(13) **A Yes.**
(14) Q What documents were you given?
(15) **A Mr. Hamilton's application.**
(16) Q Were you given the other candidates' (17) applications too?
(18) **A Yes.**
(19) Q Other than Mr. Hamilton's application, (20) what else were you given?
(21) **A The other candidates' applications.**
(22) Q Other than the applications, what else

### Page 64

(1) were you given?
(2) **A Nothing that I recall.**
(3) Q When were you given that application, was (4) it the morning of that interview or after the (5) interview?
(6) **A The morning of the interview.**
(7) Q Now when you were given that application (8) of the candidates in the morning of the interview, (9) what were you asked to do with it? I'm sorry, were (10) you given any instruction as to what you had to do (11) with it?
(12) **A No.**
(13) Q Okay. Now did you do anything with it in (14) the morning of the interview when you were given?
(15) **A I scanned it.**
(16) Q Now would you say that you had five (17) minutes, ten minutes, or less than that to scan it?
(18) **A I don't recall.**
(19) Q Would you say you had just two minutes to (20) scan it?
(21) **A No.**
(22) Q Okay. You just don't recall. I can't

### Page 65

(1) hear you.
(2) **A Correct.**
(3) Q Okay. Now during the interview, did you (4) take a break or take a recess?
(5) **A I don't recall.**
(6) Q Did you caucus or confer with the other (7) panel members during the interview?
(8) **A We conferred.**
(9) Q Okay, and when you conferred, did you (10) confer in the morning or at the end after everybody (11) had been interviewed?
(12) **A At the end after everyone had been (13) interviewed.**
(14) Q Now at the end after everybody had been (15) interviewed, did you, the panel members, did you all (16) compare notes?
(17) **A We discussed the interviews.**
(18) Q Okay. Did you compare notes?
(19) **A No.**
(20) Q Okay. Now when you conferred at the end (21) of that interview, what did Mr. Houston say, if (22) anything?

### Page 66

(1) **A I don't remember.**
(2) Q What did Mr. Burns say, if anything?
(3) **A I don't remember.**
(4) Q And what did you say, if anything?
(5) **A The last interview was horrible.**
(6) Q And who was that last interviewee?
(7) **A Mr. Perkins.**
(8) Q Okay, and who made that statement that the (9) last interview was horrible?
(10) **A Excuse me. I don't remember specifically (11) that I said it was horrible. I remember saying it was (12) difficult or something to that effect.**
(13) Q Why did you say that?
(14) **A It was over the telephone.**
(15) Q Were there acoustics or disturbances in (16) your background or his background where he was (17) speaking from?
(18) **A It is difficult to conduct an interview (19) over the phone.**
(20) Q So Mr. Perkins was not there in person (21) when you interviewed him.
(22) **A Correct.**

### Page 67

(1) Q He was wherever he was but was speaking (2) with you over the phone answering your questions.
(3) **A Yes.**
(4) Q Did each panel member take turns to ask (5) him questions?
(6) **A Yes.**
(7) Q Or one particular person asked him (8) questions and the other panel members ask follow-up (9) questions.
(10) **A No.**
(11) Q How did it go?
(12) **A Each panel member asked questions.**
(13) Q Now did each panel member ask the same (14) question or each panel member asked him different (15) questions?
(16) **A Could you ask that question again.**
(17) Q Did each panel member, now there were how (18) many people? The panel consisted of how many people?
(19) **A Three.**
(20) Q Okay, and they were? Those three were (21) whom?
(22) MR. TRUONG: Objection. Asked and

### Page 68

(1) answered.
(2) MS. GBENJO: No, that was a different (3) question.
(4) BY MS. GBENJO:
(5) Q Those three panel members were whom?
(6) **A Mike Houston, Stuart Burns, and myself.**
(7) Q Okay, now did the three of you ask Mr. (8) Perkins who was at the other end of the line the same (9) questions or different questions?
(10) **A Than what? Than whom?**
(11) Q For example, did you ask state your name (12) and the next person asks state your name.
(13) **A No.**
(14) Q Okay, so each person asked different (15) questions.
(16) **A Yes.**
(17) Q Okay. Was that the same - did you take (18) the same shape and structure with every candidate?
(19) **A No.**
(20) Q Okay. Tell me the differences.
(21) **A The others were in person.**
(22) Q Okay. Now did you ask the questions of

### Page 113

(1) Q I believe I asked you this but I'm not (2) sure whether - did you - okay, I didn't ask you this. (3) Did you at any point prior to the interview read the (4) job description?
(5) **A I don't recall.**
(6) Q Is it customary that you would conduct an (7) interview over which you have not read the job (8) description?
(9) **A It depends.**
(10) Q On?
(11) **A Whether or not you are familiar with the (12) position.**
(13) Q If you are familiar with the position, (14) then what?
(15) **A If you were familiar with the position and (16) responsibilities, it is not necessary to review the (17) position description.**
(18) Q Is that IRS policy?
(19) **A It is my policy.**
(20) Q Your personal policy.
(21) **A It is my personal policy.**
(22) Q Just repeat that because - repeat whatever

### Page 114

(1) the last thing you said was.
(2) **A It is my personal policy.**
(3) Q Not IRS policy?
(4) **A Correct.**
(5) Q Now were you familiar with this position (6) at issue?
(7) **A Yes.**
(8) Q Who occupied that position prior to the (9) interview, I mean prior to it being vacant?
(10) **A I don't know.**
(11) Q Do you know of anyone who had occupied (12) that position?
(13) **A No, not that I'm aware of.**
(14) Q At what point did you become familiar with (15) that job description for that position?
(16) **A It is an analyst position.**
(17) Q And what's the position again?
(18) **A I believe it is a management analyst (19) position.**
(20) Q And have you ever been a management (21) analyst?
(22) **A Yes.**

### Page 115

(1) Q When was that?
(2) **A It was in Baltimore many years ago and in (3) Washington about five years ago.**
(4) Q And that management analyst position was (5) what you interviewed Michael Perkins, Camille Caraway, (6) and Annette Burrell and Gary Hamilton for on July 29, (7) 2003.
(8) **A A management analyst position, correct.**
(9) Q And who developed or created that (10) position?
(11) **A I don't know.**
(12) Q And I believe you testified that you don't (13) know who occupied that position prior to it becoming (14) vacant.
(15) **A Correct.**
(16) Q Do you know of that position being in (17) existence at all before that interview date?
(18) **A Not that I'm aware of.**
(19) Q Do you know of that position being (20) occupied by any particular individual prior to July (21) 29, 2003?
(22) MR. TRUONG: Objection, asked and

### Page 116

(1) answered.
(2) BY MS. GBENJO:
(3) **A Not that I'm aware of.**
(4) Q So as far as you know, no one has occupied (5) that position prior to July 29, 2003.
(6) **A As far as I know, I don't know who (7) occupied that position.**
(8) Q But it is your testimony that that (9) position had been in existence.
(10) **A No.**
(11) Q Then what did you say about being familiar (12) with it?
(13) **A It is - an analyst position is an analyst (14) position.**
(15) Q Okay. You said it's a management analyst (16) position.
(17) **A Correct.**
(18) Q What?
(19) **A Correct.**
(20) Q Okay, and is it fair to say that since it (21) was - since you believe it was a management analyst (22) position with which you were familiar, you did not

Page 133

(1) **A Not that I recall.**
(2) Q How about Stuart Burns?
(3) **A Yes.**
(4) Q When?
(5) **A I don't remember specifically.**
(6) Q Was the subject related to this interview?
(7) **A No.**
(8) Q I can't find it.
(9) MR. TRUONG: I guess we got lucky. A bird (10) flew into the window.
(11) THE WITNESS: I was looking right at it. (12) Not the brightest pigeon on the block.
(13) MR. TRUONG: I'm sorry to say, but he's (14) not or she's not. It's not exactly a clean window (15) where you would think that you can see through it. (16) You know what I mean?
(17) THE WITNESS: Perhaps, what is it, (18) nearsighted or farsighted you can only see far away. (19) Perhaps the pigeon is -
(20) MR. TRUONG: Nearsighted.
(21) BY MS. GBENJO:
(22) Q In the unsworn declaration that we just -

Page 134

(1) it was Mitchell's Deposition Exhibit No. 1. It's (2) under here. It's sticking out here. I'm trying to - (3) let's go off the record. Let me try to look for it.
(4) (Whereupon the above-entitled matter went (5) off the record at 1:49 p.m. and resumed at 1:51 p.m.)
(6) BY MS. GBENJO:
(7) Q I'm presenting to you, Ms. Mitchell, you (8) have just been presented with what have been marked as (9) Mitchell Deposition Exhibit No. 2 for ID.
(10) No, that's - we'll identify that document (11) again for the record so that we are clear which one (12) we're referring to.
(13) **A The questions for the safety specialist (14) interviews and the candidate is Mr. Hamilton.**
(15) Q And that document in front of you (16) contained - the document contains your notes, the (17) notes that you took during Mr. Hamilton's interview in (18) this case, right?
(19) **A Yes.**
(20) Q Okay. No where in that note did you make (21) any comment about Mr. Hamilton's communication skills, (22) is there?

Page 135

(1) MR. TRUONG: Objection, asked and (2) answered.
(3) BY MS. GBENJO:
(4) **A No.**
(5) Q You did not make any comment on that piece (6) of paper in front of you, Exhibit No. 2, you did not (7) make any comment about Mr. Hamilton's communication (8) skills, is that true?
(9) **A That is correct.**
(10) Q Okay, that's it. I can't see.
(11) MR. TRUONG: This witness will reserve the (12) right to read.
(13) (Whereupon the above-entitled matter was (14) concluded at 1:53 p.m. Deponent did not waive (15) signature.)