**Unsworn Declaration**

**Subject:**    Discrimination Complaint of Gary Hamilton and John W. Snow, Secretary of the Treasury, TD Case Number 04-2024

### UNSWORN DECLARATION UNDER PENALTY OF PERJURY

In accordance with the provisions of 28 U.S.C. 1746, I,
the undersigned, do hereby make the following unsworn declaration, under penalty of perjury, pertinent to the above stated subject:

### (SELECTING OFFICIAL)

**CLAIM:**    **Whether the Complainant was discriminated against based on his race (African American), color (light skinned) and/or sex (male) when he was not selected on August 11, 2003, for promotion to the position of Safety and Health Manager, GS-0018-14, under Vacancy Announcement Number 15-02-0FM03706.**



1.    Please state your name, position title, series and grade. Also, please state your race, color and sex.
    John Stuart Burns, currently Chief Systems and Controls (Chief Safety Branch at time of complaint), IR-343, senior manager
    Race (Caucasian), color (light skinned), and sex (male)

2.    What is your supervisory relationship to the Complainant and the duration of this relationship?
    I have no supervisory relationship with the Complainant.

3.    State in chronological order all dealings with the Complainant with regard to the above mentioned claim. Specify the date the events occurred, who was involved, and what happened.
    Interviews were conducted on July 29, 2003. The interview panel consisted of Senior Commissioner's Representative Tatika Mitchell (African American, female), Facilities Management Officer Mike Huston (Caucasian, male), and myself. The panel members were selected for the knowledge of the Safety Program and their ability to provide customer perspective.

We reviewed the application packages for each of the four candidates prior to them coming in for the interview. The interviews were at 10:00, 11:00, 12:00 and 1:00. The Complainant was the second of the four interviews. The last interview was done via phone due to the employee's location.

During the interviews, all candidates were asked the same questions and offered an opportunity to ask questions of the panel. In responding to the interview questions, the Complainant failed to provide clear answers to the questions asked. On several occasions, panel members tried to re-phrase the questions to get a response that more clearly addressed the issue. His responses were consistently difficult to follow, provided extraneous and irrelevant information, and in some cases did not answer the question at all. Following the interview with the Complainant, the interview panel members all remarked that his answers were confusing and that, although technically qualified, he may not assist the Program as well as the other candidates in terms of interfacing with the Business Units and promoting the Program while it was in the development phase.

4.  Explain what documents were considered in the selection.
    The documents considered in the selection were the applications submitted. 

5.  Explain what information was taken into consideration in selecting the selectee (e.g., experience, training, interview results, etc.). Include a comparison of the Complainant's experience, training, interview results with those of the selectee.
    The interview panel considered the application packages of each person interviewed. Applications detailed each applicant's experience and training. In addition, we considered the responses given during the interview in terms of content and presentation.

6.  Please explain why you selected the selectee and not the Complainant.   What knowledge, skills, abilities, and personal characteristics does the selectee have that the Complainant does not have?



*page 2 of 5 pages*

HAM
0772

The selectee was chosen by the panel for the balance of experience, program knowledge, clarity of thought and response to questions, and presentation of self. While the selectee was not as qualified as the Complainant in the technical aspects of industrial hygiene and safety, she responded with clarity of thought and insight to questions about effective implementation of a Safety program at a National (i.e., Servicewide) level. She also presented herself well as a potential "spokesperson" for the Program. She detailed her understanding of Business Unit operations as it relates to the Safety Program and experience at effectively interfacing with the Business Units.

7.    Did you rely on the recommendation of other management officials when you made the selection? If so, which management officials did you rely on? What specific recommendations were made?

The only other recommendations relied upon were from the person who rated the packages. He scored the applications initially. He was not a management official.

8.    Have you made other selections in the past 2 years? If so, for what positions and what were the race, color and sex of the individuals selected?

I have only been with the IRS for one and one half years. This was the only full-time position that I have made a selection for during that time. I have offered detail and special assignments to the field Safety Officers over the past year. The three people that I selected from the field were Brenda Goulding (a Caucasian, light skinned, female), the Complainant (an African American, light skinned, male) and Camille Carraway (a Caucasian, light skinned, female). All detail selections were based on interest expressed by the detailees, skills needed for the assignment and geographic location of their POD.

9.    At the time of selection, were you aware of the Complainant's race, color and sex?

Yes.

10.   Please provide the names of witnesses you suggest to be interviewed and indicate the matter on which each individual can be expected to

*page 3 of 5 pages*

HAM
0773

testify.

> The interview panel, listed above, may be able to give additional insight or observation about the interviews.

11. Please provide any documents in your possession that may be relevant to the case or suggest documents to be reviewed in support of your position.

12. Complainant claims that your assessment as an interview panel member can be shown to be discriminatory. "Additionally, an all white panel decided that my interview was not as good as the selectee's. African American males are typically at a disadvantage when interviewed by an all white panel. For this reason it is a generally accepted hiring practice in the federal government to have a qualified minority panel member. To allegedly choose a candidate based on their interview from the same protected class as the panel members is a pretext for discrimination." How do you respond to the claim?

> The first sentence of the quote is a false statement. The panel was balanced with respect to this claim. The panel consisted of two Caucasians and one African American – two males and one female.

13. The Complainant believes he was treated differently than others. "There is specific evidence that clearly shows white females are being targeted to the exclusion of African American males, for higher grade details and are then selected to fill the position permanently." He stated that he was not afforded the opportunity to be detailed into the position prior to the selection as the selectee. How do you respond to this claim?

> I cannot respond as to his opportunity for details prior to my coming onboard in April of 2003. Nor can I comment on his allegation that "white females are being targeted to the exclusion of African American males" as it relates to the Service overall. I will state that, for the revision of the Safety Inspection Program, we solicited volunteers from the field in the fall of 2003. Mr. Hamilton was one of two field Safety Officers selected for the position. The other was Ms. Brenda Goulding.

> We held an initial meeting to discuss the assignment and divided the work between National Office and the two field

*page 4 of   5   pages*

HAM
0774

Safety Officers. Within a month, it became apparent that almost all of the work products and field coordination were coming from Ms. Goulding. This continued throughout the project and, by the end of the assignment through his own lack of effort, Mr. Hamilton was not participating at all.

I have read the above statement, consisting of __5__ page(s), and it is true and complete to the best of my knowledge and belief. I understand that the information I have given is not to be considered confidential and that it may be shown to the interested parties.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12/29/2004__ at ARLINGTON, VA.
(Date)                          (City/State)

Signature/Title/Address)

page 5 of _5_ pages