Watkins, S.
Enclosure 5


EXHIBIT 16

**Career Opportunities List Announcement**
SSN-0FM03706

Announced 05/05/2003, closes 05/19/2003

**SAFETY SPECIALIST (SAFETY/OCCUP HEALTH MANAGER)**
GS-0018-14, Full Time, (NBU)
ANN NO: SSN-0FM03706, SPO: 2844, PD: 95025
Real Estate & Facilities Mgt, Safety
POD's:     1    -Remain in POD, --
MOVING EXPENSES AUTHORIZED: NO
step na. For a copy of the required KSAs call the fax vault at
510 637-2536 and request document 706.  Fax 510 637-2857 or 2789
Position provides senior analytical support to mgt. for IRS
Safety Program.
Contact: Tracey Reimer, 510-637-2854
Forms Required: 4536, 9686, current appraisal with narrative

Please forward all required forms to the following
personnel office:
(2844)  Oakland Personnel Office
        Personnel Branch A:PS:O:D:Oak
        1301 Clay Street
        Suite 600S
        Oakland, CA  94612-5210
        PH:  510-637-2777
        FX:  2857 or 2789