

Watkins, S.
Enclosure 10

## INDIVIDUAL RATING SHEET

**APPLICANT NAME (Last/First):** HAMILTON / GARY

**POSITION TITLE:** Safety and Occupational Health Manager, GS-0018-14 Real Estate and Facilities Management

**Rating Panel Member (Print Name):** PAUL CARROLL

**Signature:** Pal C.ll   **Date:** 6/27/03

- KSA # 1: __5__ points
- KSA # 2: __5__ points
- KSA # 3: __5__ points
- KSA # 4: __5__ points
- KSA # 5: __5__ points

TOTAL POINTS: __25__

### KSA # 1

Knowledge of Safety and occupational health principles and practices, and their applicability to the Service.

__5__ points

Narrative:
APPLICANT DEMONSTRATES EXCELLENT KNOWLEDGE + BROAD RANGE OF EXPERIENCE IN THE PROGRAM AREA

### KSA # 2

000029

HAM 1913

Ability to work independently to plan and direct a safety program for application in multiple IRS sites, including government owned building and leased space.

__5__ points

Narrative:
APPLICANT DEMONSTRATED EXTENSIVE EXPERIENCE WITH NAVY & IRS AREA 3.

KSA# 3

Ability to communicate orally with all levels of management and employees to provide advice, consult and explain safety and occupational health program procedures, practices, and policies.

__5__ points

Narrative:
CLEARLY DEMONSTRATES THIS ABILITY AS MANAGER OF HAZARD ABATEMENT OPERATION ON THE EAST COAST FOR THE NAVY.

000030

HAM
1914

## KSA # 4

Ability to communicate in writing with all levels of management and employees to provide advice, consult and explain safety and occupational health program procedures, practices, and policies.

__5__ points

Narrative:

APPLICANT HAS EXTENSIVE WRITING EXPERIENCE AT ALL LEVELS THROUGH PRESENTATIONS TO MANAGEMENT/EXEC. TO TECHNICAL PROCEDURES MANUALS.

## KSA # 5

Skills and ability to investigate safety and health problems and develop decisions, policies, and technical guidance designed to eliminate safety hazards to employees.

__5__ points

Narrative:

APPLICANT CLEARLY KNOWLEDGABLE WITH OPERATIONAL RISK MANAGEMENT AND THE PRACTICAL APPLICATION OF INVESTIGATIVE PROCEDURES TO ELIMINATE SAFETY HAZARDS

000031

HAM
1915