

Williams/S
Enclosure 12

# INDIVIDUAL RATING SHEET

**APPLICANT NAME (Last/First):**

PERKINS / MICHAEL

**POSITION TITLE:** Safety and Occupational Health Manager, GS-0018-14
Real Estate and Facilities Management

**Rating Panel Member (Print Name):** PAUL CARROLL

**Signature:** _Paul Carroll_    **Date:** 6/26/03

KSA # 1: ___5___ points
KSA # 2: ___3___ points
KSA # 3: ___3___ points
KSA # 4: ___3___ points
KSA # 5: ___5___ points

TOTAL POINTS: ___19___

## KSA # 1

**Knowledge of Safety and occupational health principles and practices, and their applicability to the Service.**

___5___ points

Narrative:

APPLICANT IS CHIEF, SAFETY + SECURITY AT OGDEN CAMPUS AND HAS DEMONSTRATED EXTENSIVE KNOWLEDGE IN THE PROGRAM AREA.

## KSA # 2

000007

HAM
1921

Ability to work independently to plan and direct a safety program for application in multiple IRS sites, including government owned building and leased space.

_3_ ✓ points

Narrative:

DEMONSTRATES INVELOPMENT IN LEASED + OWNED BLDGS, AND HAS HAD SOME CONTRIBUTION TO IMPLEMENTATION OF COMPLEX SAFETY MEASURES.

KSA# 3

Ability to communicate orally with all levels of management and employees to provide advice, consult and explain safety and occupational health program procedures, practices, and policies.

_3_ ✓ points

Narrative:

APPLICANT HAS DEMONSTRATED ORAL PRESENTATIONS TO ALL LEVELS BUT LIMITED EXPERIENCE REGARDING OCC. HEALTH PROGRAM.

030058

HAM
1922

KSA # 4

Ability to communicate in writing with all levels of management and employees to provide advice, consult and explain safety and occupational health program procedures, practices, and policies.

___3___ points

Narrative:
GOOD WRITING EXPERIENCE BUT MOST OF IT IN THE SECURITY AREA.

KSA # 5

Skills and ability to investigate safety and health problems and develop decisions, policies, and technical guidance designed to eliminate safety hazards to employees.

___5___ points

Narrative:
HAS HAD EXTENSIVE EXPERIENCE WITH HAZMAT AND ROOT CAUSE ANALYSIS.

030039

HAM
1923