
EXHIBIT 21

Watkins Enclosure II

## INDIVIDUAL RATING SHEET

**APPLICANT NAME (Last/First):** CARRAWAY / CAMILLE

**POSITION TITLE:** Safety and Occupational Health Manager, GS-0018-14 Real Estate and Facilities Management

**Rating Panel Member (Print Name):** PAUL CARROLL

**Signature:** [signed]     **Date:** 6/25/03

- KSA # 1: 5 points
- KSA # 2: 5 points
- KSA # 3: 5 points
- KSA # 4: 5 points
- KSA # 5: 5 points

TOTAL POINTS: 25 ✓

### KSA # 1

Knowledge of Safety and occupational health principles and practices, and their applicability to the Service.

5 ✓ points

**Narrative:** Demonstrates extensive knowledge of program area through 20 years experience as a Safety + Health Professional.

### KSA # 2

000633

HAM 1917

Ability to work independently to plan and direct a safety program for application in multiple IRS sites, including government owned building and leased space.

__5__ points

Narrative:

HAS DEMONSTRATED EXTENSIVE EXPERIENCE DEVELOPING SAFETY PROGRAMS FOR IRS + FEMA. HAS BEEN FEMA DISASTER SAFETY MANAGER AT SEVERAL PRESIDENTIALLY DECLARED DISASTER SITES.

KSA# 3

Ability to communicate orally with all levels of management and employees to provide advice, consult and explain safety and occupational health program procedures, practices, and policies.

__5__ points

Narrative:

DEMONSTRATE CLEAR ABILITY TO MAKE PRESENTATIONS TO ALL LEVELS OF EMPLOYEES + MGMT. SENIOR MGMT BRIEFINGS DURING ANTHRAX RESPONSE, ROUTINE MANAGERS SAFETY BRIEFINGS, COACHING SESSIONS WITH EMPLOYEES ON ERGONOMICS ISSUES.

000034

HAM 1918

## KSA # 4

Ability to communicate in writing with all levels of management and employees to provide advice, consult and explain safety and occupational health program procedures, practices, and policies.

___5___ points

**Narrative:**

HAS DEVELOPED FORMAL + INFORMAL BRIEFING MATERIALS FOR MANAGEMENT. PREPARES SAFETY AWARENESS PAMPHLETS, ETC. FOR EMPLOYEES.

APPLICATION DEMONSTRATES A CLEAR KNOWLEDGE OF THE IRS SAFETY + HEALTH PROGRAM

## KSA # 5

Skills and ability to investigate safety and health problems and develop decisions, policies, and technical guidance designed to eliminate safety hazards to employees.

___5___ points

**Narrative:**

DEMONSTRATES 20+ YEARS OF EXPERIENCE IN INVESTIGATING ENVIRONMENTAL SAFETY + HEALTH PROBLEMS AND DEVELOPING POLICIES + PROCEDURES TO MITIGATE THEM.

000065

HAM
1919