**EXHIBIT 25**

# QUESTIONS FOR SAFETY SPECIALIST INTERVIEWS
## July 29, 2003

Candidate: Gary Hamilton           Panel Member: Mike Huston

1. Elaborate on experience you have in applying the safety and health principles and practices applicable to the IRS.

    *2 yrs - IRS*
    *Outdated policies*
    *Put together H+S SOP for inspections*
    *Ergonomics*
    *IAQ issues*

2. What experience do you have interfacing with multiple facets of business within the IRS that soundly demonstrates your understanding of the differences in field and business units' processes, as applicable to the safety and health program?

    *Lot of policy exp @ DEf/SM62*
    *40 Safety Officers - East coast - coordinate + policy*
    *Likes hands-on some; more policy*

3. Effective communication skills at all levels of National Office and field offices play an important role in this position. Describe guidance or information documents you authored and distributed to enhance the Agency's safety and health program. What results were achieved as a result of this project?

    *Restated questions; thinks through answers.*
    *DOD vs DOE policy*

HAM 1487