**EXHIBIT 28**

# QUESTIONS FOR SAFETY SPECIALIST INTERVIEWS
## July 29, 2003

Candidate: ANNETTE BURRELL   Panel Member: STUART BURNS

1. Elaborate on experience you have in applying the safety and health principles and practices applicable to the IRS.

   PROVIDING VISION FOR PROGRAM OVER THE PAST YEAR
   & SELLING TO THE BUSINESS UNITS

2. What experience do you have interfacing with multiple facets of business within the IRS that soundly demonstrates your understanding of the differences in field and business units' processes, as applicable to the safety and health program?

   DISCUSSING w/ ALL BUSINESS UNITS. HOW S&H PROGRAM AFFECTS THEIR BUSINESS PROCESSES
   PARTNERING w/ UNITS — ESTABLISHING POC's
   SELL PROGRAM LOCALLY — SET PROGRAM NATIONALLY

3. Effective communication skills at all levels of National Office and field offices play an important role in this position. Describe guidance or information documents you authored and distributed to enhance the Agency's safety and health program. What results were achieved as a result of this project?

   CONOPS
   TRAINING MATERIALS
   IRM's
   POLICY & PROCEDURES
   — GET COMMENTS FROM FIELD
   — BRIEFING THEM

HAM 1477

4. Describe a high-level briefing experience that demonstrates your knowledge of safety and health programs and your competency in oral communications. Alternatively, describe a situation that required persuasive intervention on your part in order to sell your presentation to the audience. What special skills did you use to persuade your audience to consider/accept your ideas?

SB/SE was difficult at first
— got participation up front
— special attention — personal touch
— concentrated on their concern — "management burden"

TE/GE was difficult at first
— keeping focused and move on

5. What, in your opinion, is the most crucial area of concentration in maintaining an effective safety and health program that provides a healthy work place for employees, reduces burden to management and is fiscally responsible? Please explain how you would implement such a program and what resources would be required.

Strategic planning on a continuous basis rather than reactive.
Positions have been increasingly stovepiped

6. What other skills do you have that are relevant to administering an effective Safety and Health Program?

Self-starter
Managed self POD'ed B/␣
Not important to program to be discipline specific

7. Do you have any questions or concerns you would like us to address?

HAM
1478