
EXHIBIT 29

# QUESTIONS FOR SAFETY SPECIALIST INTERVIEWS
## July 29, 2003

Candidate: GARY HAMILTON ✓           Panel Member: STUART BURNS

1. Elaborate on experience you have in applying the safety and health principles and practices applicable to the IRS.

> FIRST ASSIGNMENT WAS TO CREATE SOP (30 PAGES)
> - BUILD CONCENSUS
> ERGONOMIC PROTOCOLS - IAQ → AREA 3

2. What experience do you have interfacing with multiple facets of business within the IRS that soundly demonstrates your understanding of the differences in field and business units' processes, as applicable to the safety and health program?

> BUILD CONCENSUS ON SOP
> DOD - APPROPRIATIONS.
>   - LOOKING ACROSS BASES - WROTE POLICY ON HOW TO IDENTIFY AND SHARE BEST PRACTICES
>
> LIKE BLEND OF POLICY & IMPLEMENTATION

3. Effective communication skills at all levels of National Office and field offices play an important role in this position. Describe guidance or information documents you authored and distributed to enhance the Agency's safety and health program. What results were achieved as a result of this project?

> DOD - ACTION OFFICERS - BERYLLIUM POLICY
>   - MODELLED LIKE DOE POLICY ON RAD EXPOSURE
>   - WOULDN'T WORK
> - OTHER EXAMPLE - TRUCK ROLLOVER

HAM 1483

4. Describe a high-level briefing experience that demonstrates your knowledge of safety and health programs and your competency in oral communications. Alternatively, describe a situation that required persuasive intervention on your part in order to sell your presentation to the audience. What special skills did you use to persuade your audience to consider/accept your ideas?

*BRIEFING INSPECTION SOP TO PELNER*

*- REACTION TO TERMS "FINDING", "VIOLATION"*

5. What, in your opinion, is the most crucial area of concentration in maintaining an effective safety and health program that provides a healthy work place for employees, reduces burden to management and is fiscally responsible? Please explain how you would implement such a program and what resources would be required.

*SELL AS A BUSINESS PRACTICE — HOW DOES IT AFFECT MISSION?*

*GET LEADERSHIP BUY-IN & S.O. BUY-IN*
  *- KEEP VISIBLE*
  *- UNDERSTAND PROGRAM*

*NATIONAL OFFICE SHOULD:*
  *- NORMALIZING*
  *- SET MINIMAL QUALIFICATIONS*

6. What other skills do you have that are relevant to administering an effective Safety and Health Program?

7. Do you have any questions or concerns you would like us to address?

HAM
1484