# QUESTIONS FOR SAFETY SPECIALIST INTERVIEWS
## July 29, 2003

Candidate: Camille Carraway          Panel Member: Stuart Burns

**1.** Elaborate on experience you have in applying the safety and health principles and practices applicable to the IRS.

DONE IT ALL FROM CONSULTATION PERSPECTIVE

BUILT PROGRAM OF INSPECTION

IMPROVED NTEU RELATION



EXHIBIT 30

**2.** What experience do you have interfacing with multiple facets of business within the IRS that soundly demonstrates your understanding of the differences in field and business units' processes, as applicable to the safety and health program?

PARTICIPATE w/ SBSE @ MEETINGS

MAINLY HQ — EXCEPTION IS PUERTO RICO

DIFFERENCES IN PROGRAM BASED ON SR. MANAGEMENT

✷ COUNCIL HAS IT'S OWN SHIMS GROUP

**3.** Effective communication skills at all levels of National Office and field offices play an important role in this position. Describe guidance or information documents you authored and distributed to enhance the Agency's safety and health program. What results were achieved as a result of this project?

MANAGER BRIEFINGS — MOST RANG

STANDARD POSTERS, ETC

RESULTS?

SAC's "NUDGED" TO CREATE BEHAVIORAL SAFETY SURVEY

HAM
2078

4. Describe a high-level briefing experience that demonstrates your knowledge of safety and health programs and your competency in oral communications. Alternatively, describe a situation that required persuasive intervention on your part in order to sell your presentation to the audience. What special skills did you use to persuade your audience to consider/accept your ideas?

SELLING IDEA TO SAC

WENT THROUGH SPACE PEOPLE TO GET SBSE TO UNDERSTAND WHY SPACE WAS NOT RIGHT

5. What, in your opinion, is the most crucial area of concentration in maintaining an effective safety and health program that provides a healthy work place for employees, reduces burden to management and is fiscally responsible? Please explain how you would implement such a program and what resources would be required.

ALLOCATING PEOPLE WELL IS A PROBLEM

— NO STANDARDIZATION OF POSITIONS

— NO TECHNICAL BACKGROUND

FIND RELATIONSHIP — EXPLAIN THE "WHYS"

6. What other skills do you have that are relevant to administering an effective Safety and Health Program?

7. Do you have any questions or concerns you would like us to address?

HOW DO WE KEEP THE FIRE GOING?

HAM
2079