# QUESTIONS FOR SAFETY SPECIALIST INTERVIEWS
July 29, 2003

Candidate: GARY HAMILTON          Panel Member: TANYA MITCHELL

**1.** Elaborate on experience you have in applying the safety and health principles and practices applicable to the IRS.

IAQ - susan
ergonomics -
some policy
area 3

**2.** What experience do you have interfacing with multiple facets of business within the IRS that soundly demonstrates your understanding of the differences in field and business units' processes, as applicable to the safety and health program?

- SOP on sq ft inspection process w/ metro DC
- liaison w/ business units
- award - all ntv'l in truck in army

**3.** Effective communication skills at all levels of National Office and field offices play an important role in this position. Describe guidance or information documents you authored and distributed to enhance the Agency's safety and health program. What results were achieved as a result of this project?

- minimum policy or appropriate w/ defense
- performance matrix
- reduce injury rates
- energy
→ reasable legal requirements / medical program
 sufficient implement policy

HAM
1485

4. Describe a high-level briefing experience that demonstrates your knowledge of safety and health programs and your competency in oral communications. Alternatively, describe a situation that required persuasive intervention on your part in order to sell your presentation to the audience. What special skills did you use to persuade your audience to consider/accept your ideas?

Briefing of Peers on inspection process
soft selling - become palatable

5. What, in your opinion, is the most crucial area of concentration in maintaining an effective safety and health program that provides a healthy work place for employees, reduces burden to management and is fiscally responsible? Please explain how you would implement such a program and what resources would be required.

how does it impact the bottom line
leadership - listen to issues of field through safety officers
- minimal standards for safety professionals
- uniform policy

6. What other skills do you have that are relevant to administering an effective Safety and Health Program?
→ minimal standards of spec safety officers

7. Do you have any questions or concerns you would like us to address?

typical day

HAM
1486