
EXHIBIT 33

# QUESTIONS FOR SAFETY SPECIALIST INTERVIEWS
## July 29, 2003

Candidate: ANNETTE BURRELL    Panel Member: TANIKA MITCHELL

**1.** Elaborate on experience you have in applying the safety and health principles and practices applicable to the IRS.

- vision for future program
- marketing w/ rest of organization
- project mgt experience
- communication experience

**2.** What experience do you have interfacing with multiple facets of business within the IRS that soundly demonstrates your understanding of the differences in field and business units' processes, as applicable to the safety and health program?

- district / region / HQ - sale of program
- shift in culture
- role in program
- benefit - how does it impact me at field level
- policy guidance/direction to help mgt
- points of contact w/in each business units

**3.** Effective communication skills at all levels of National Office and field offices play an important role in this position. Describe guidance or information documents you authored and distributed to enhance the Agency's safety and health program. What results were achieved as a result of this project?

IRM
safety + health concept of operations
statistical disseminated, briefing of stakeholders,
opportunity for feedback

HAM 1479

4. Describe a high-level briefing experience that demonstrates your knowledge of safety and health programs and your competency in oral communications. Alternatively, describe a situation that required persuasive intervention on your part in order to sell your presentation to the audience. What special skills did you use to persuade your audience to consider/accept your ideas?

concept of operations - SB/SE, etc annual meets
- participated in development
- face discussion / establish relationships
- focus on their concern.

5. What, in your opinion, is the most crucial area of concentration in maintaining an effective safety and health program that provides a healthy work place for employees, reduces burden to management and is fiscally responsible? Please explain how you would implement such a program and what resources would be required.

strategic planning vs reactive behavior
- plans
- initiative

cohesive

6. What other skills do you have that are relevant to administering an effective Safety and Health Program?

of stuff.
- national safety officer
- communication skills, project mgt skills

7. Do you have any questions or concerns you would like us to address?

HAM
1480