

EXHIBIT 34

## QUESTIONS FOR SAFETY SPECIALIST INTERVIEWS
### July 29, 2003

Candidate: CAMILLE CARRAWAY          Panel Member: TATIKA MITCHELL

1. Elaborate on experience you have in applying the safety and health principles and practices applicable to the IRS.

→ BIOHAZZARDS
→ INSPECTIONS IN DC
- SAFETY ADVISORY COMMITTEE - RelATIONSHIP W/ NTEU

2. What experience do you have interfacing with multiple facets of business within the IRS that soundly demonstrates your understanding of the differences in field and business units' processes, as applicable to the safety and health program?

SB/SE - TURN AROUND
W+I - Low involvement
C+L -
CALL CENTER - writing directions on furniture use
Fall rate in puerto rico

3. Effective communication skills at all levels of National Office and field offices play an important role in this position. Describe guidance or information documents you authored and distributed to enhance the Agency's safety and health program. What results were achieved as a result of this project?

W/I - interest
SB/SE - point out flaws

HAM
2080

4. Describe a high-level briefing experience that demonstrates your knowledge of safety and health programs and your competency in oral communications. Alternatively, describe a situation that required persuasive intervention on your part in order to sell your presentation to the audience. What special skills did you use to persuade your audience to consider/accept your ideas?

FMO in DC re walker duct boxes vs pigtails

5. What, in your opinion, is the most crucial area of concentration in maintaining an effective safety and health program that provides a healthy work place for employees, reduces burden to management and is fiscally responsible? Please explain how you would implement such a program and what resources would be required.

- standardized credentials for safety analyst -
  technical background; support of force —

6. What other skills do you have that are relevant to administering an effective Safety and Health Program?

7. Do you have any questions or concerns you would like us to address?
- has executive support for program.

HAM
2081