EXHIBIT 35

## QUESTIONS FOR SAFETY SPECIALIST INTERVIEWS
### July 29, 2003

Candidate: Mike Perkins          Panel Member: Tanika Mitchell

1. Elaborate on experience you have in applying the safety and health principles and practices applicable to the IRS.

    Re-engineering for security program
    - security
    - effective
    - ice + snow issues    use net
                           24 hrs safety topics

2. What experience do you have interfacing with multiple facets of business within the IRS that soundly demonstrates your understanding of the differences in field and business units' processes, as applicable to the safety and health program?

    BMF vs IMF returns
    a.m.
    - lifting
    - policy in security

3. Effective communication skills at all levels of National Office and field offices play an important role in this position. Describe guidance or information documents you authored and distributed to enhance the Agency's safety and health program. What results were achieved as a result of this project?

    OSC nm — local newsletter
    SAC —

HAM 2074

4. Describe a high-level briefing experience that demonstrates your knowledge of safety and health programs and your competency in oral communications. Alternatively, describe a situation that required persuasive intervention on your part in order to sell your presentation to the audience. What special skills did you use to persuade your audience to consider/accept your ideas?

analytical skills on arm in R/C after mgt wanted to eliminate need for manned door

5. What, in your opinion, is the most crucial area of concentration in maintaining an effective safety and health program that provides a healthy work place for employees, reduces burden to management and is fiscally responsible? Please explain how you would implement such a program and what resources would be required.

SAFEs - implement of SAC + safes management support communication

6. What other skills do you have that are relevant to administering an effective Safety and Health Program?

re-engineering activities programs w/ch /analytical & cert
analytical skills - R/C
troubleshooting /communication
problem solving skills
team leader

7. Do you have any questions or concerns you would like us to address?

HAM
2075