# MERIT PROGRAM QUESTIONNAIRE

(It is the applicant's responsibility to accurately and thoroughly complete this form.) A separate MPQ should be completed for each position for which you wish to be considered.

**Purposes and Uses:** The information you furnish on this form as well as other information that is developed will be used to determine your qualifications/potential for the position for which you are applying under the Merit Promotion Program. The information will be used on a "need to know" basis by Internal Revenue Officials. The information may also be provided when appropriate, to the Office of Personnel Management under the routine uses listed on page 45239 of the Federal Register, No 200, 2200 Thursday, October 14, 1976. The information contained on this form is part of TR/IRS 36.003, General Personnel Record.

**Privacy Act and Public Burden Statements**

Section 1104 of Title 5 allows the Office of Personnel management to authorize other Federal agencies to rate applicants for Federal jobs. We need the information you put on this form to see how well your education and work skills qualify you for a Federal job.

We must have your Social Security Number (SSN) to keep your records straight because other people may have the same name and birth date. The SSN has been used to keep records since 1943, when Executive Order 9397 asked agencies to do so. The information we collect will be used for employment purposes, including checking references, or establishing suitability for employment, may be given to Federal, State and local agencies in response to lawful requests for information or when necessary to report apparent violations of law, or other lawful purposes. Giving us your SSN or any other information is voluntary. Failure to provide this information may effect your ranking among other applicants.

Public burden Reporting for collection of information is estimated to vary from 20 to 120 minutes with the average of 50 minutes per response, including time for reviewing instructions, searching existing data sources, gathering data needed and completing and reviewing the collection of information.

| 1. Position, series and grade for which you are applying. | 2. Announcement Number | 3. Closing date |
|---|---|---|
| Safety Specialist (Safety/Occup Health Manager) GS-0018-14 | SSN-0FM03706 | 5/19/03 |

| 4. Name (last) (First) (MI) | 5. Current Position | |
|---|---|---|
| Burrell, Annette. R. | Management and Program Analyst | |
| **Mailing Address** | Series and Grade | Date of Last Promotion |
|  | GS-0343-13 | 6/2000 |
| City   State   Zip Code | Function and Office Code Symbols | |
|  | AWSS – Facilities Operations Area 1  A:RE:F:A1 | |

| 6. Telephone Numbers (Including area code) | 7. Social Security Number |
|---|---|
| Day:   Evening:  |  |

**8. High School or (highest grade completed)/Vocational/Trade/Other:**

Morrow High School - 1976
Fayette County Board of Realtors - Dynamics of Real Estate  1996

EXHIBIT 40

| b. Name of college or university, location and Zip Code | Attended month and year From | To | Major: Credits Completed – Semester or Quarter Hours | Degree and Date |
|---|---|---|---|---|
| Clayton State College | 1984 | 1984 | 5 | |

| c. Chief Undergraduate Subjects | Credits Completed | d. Chief Graduate Subjects | Credits Completed |
|---|---|---|---|
| Prin Accounting I | 5 Quarter Hours | | |

**ATTACH TRANSCRIPTS FOR POSITION WITH POSITIVE EDUCATIONAL REQUIREMENT**

9. Other Formal Training or Course (Do not attach copies of training certificates)

| Type of Training/Course, eg: OPM, IRS, College, Army, etc. | Location | Title | Date From | To |
|---|---|---|---|---|
| IRS | St. Louis, MO | Real Estate - Acquisition Process | 7/31/00 | 8/4/00 |
| IRS | New Carrollton, MD | Cost Estimating Tool | | |
| IRS | Dallas (Graduate School - USDA) | Project Management | 8/23/99 | 8/26/99 |
| IRS | Atlanta | Information Mapping - Effective Reports, Proposals & Memos | 6/19/97 | 6/19/97 |
| IRS | Atlanta | CPE - Space Analyst (Instructor) | 2/28/94 | 2/28/94 |

Form 9686 (Rev. 9/1996)   Catalog 21010Y   publish.no.irs.gov   Department of the Treasury- Internal Revenue Service

HAM 2349

# APPLICATION FOR PROMOTION/REASSIGNMENT

**Name (Last, First, Middle):** Burrell, Annette, R.

**Social Security Number:** [redacted]

**Vacancy Announcement**
- Number: SSN-OFM-03706
- Closing Date: 5/19/03

**Check Appropriate Box For Consideration (See Instructions):**
- X One-Time
- ☐ Continuous
- ☐ Management Careers Program

**Name:** Annette R. Burrell
**Office Symbols:** A:RE:41
**Office Room No:** 2200
**Office Phone:** 404-338-7280
**Announcement No:** SSN-OFM-03706
**Date of Application:** 5/12/03

**INSTRUCTIONS** – This form is for use by employees to request consideration for any vacant position. Complete all items on this side of form.

Separate cards are required if you wish to request consideration for more than one kind of position and grade, more than one organization, or more than one post of duty.

Submit this form through your supervisor to the Personnel Office servicing the organization where you work now (or in the National Office to your Administrative Officer). If you are qualified, your Personnel Office will request a current performance appraisal from your supervisor and a SF-171 (if needed) from you. If you are applying for a specific announced vacancy, the evaluation will be requested immediately. If you are applying for continuous consideration (including automatic area of consideration actions), your evaluation(s) will be requested when the vacancy (ies) occur.

**Type of Consideration (Check appropriate box):**
- X Vacancy Announcement All applicants must be qualified by closing date or a date specified on the announcement. Your application will receive consideration only for the specific vacancy indicated.
- ☐ Continuous Basis All applicants must be qualified at the time of filing. Your application will be kept active until Dec. 31st. You will be considered for vacancies as they occur.
- ☐ Management Careers Program

## A - PRESENT POSITION

**1. Title, Series, and Grade:** Management and Program Analyst GS-343-13

**2. Office Phone:** 404-338-7280

**3. Employing Office, Address, and Symbols:**
AWSS – REFM
Facilities Operations Area 1
401 W. Peachtree Street
Atlanta, Georgia 30308

**4. Supervisor's Name:** Tim Shillingburg

**5. Office Phone:** 813-345-5800

## B - POSITION FOR WHICH YOU WISH TO BE CONSIDERED
(List only one kind of position and one grade)

**8. Title:** Safety Specialist

**9. Series and Grade:** GS-0018-14

**10. Desired Location** (Place "X" to indicate only one organization):
- ☐ National Office
- X Regional Office
- ☐ District Office
- ☐ Service Center
- ☐ Detroit Computing Center
- ☐ Martinsburg Computing Center

**11. Desired Post of Duty** (See instructions): Atlanta, GA

**12. Desired Division and Branch:** REFM – Safety & Security

**Specify which Region, District, or Service Center:** _____

## MANAGEMENT CAREERS APPLICANTS - DO NOT COMPLETE BLOCKS 6 AND 7

**6.** Specify training you have had appropriate to position applied for (Additional space on reverse side if needed.)
Hazardous Materials Chemistry – University of Tokyo (.65 CEU)
Principles and Practices of Industrial Hygiene – Georgia Institute of Technology
Safety Officer Collateral Duty for Other Federal Agencies, #600 – U.S. Department of Labor
Orientation to Indoor Air Quality – University of Tulsa

**7.** Incentive Awards Received and Date (Additional space on reverse side if needed.)
Performance Awards – 9/8/02; 9/2000; 9/1999; 9/1998; 1/1995
Manager's Award – 9/1999; 8/1993; 10/1992
Nomination for Federal Employee of the Year Award (sponsored by the Atlanta Federal Executive Board) - 5/2002
Nomination for GSA Excellence in Administration Award (due to establishing the Atlanta Federal Safety and Health Council)

**Employee's Signature:** Annette R. Burrell    **Date:** 5/13/03

**Supervisor's Initials:** TWS    **Date:** 6/13/03

Form 4536 (Rev. 6-91)    Cat. No 23095P
(See Reverse Side for Privacy Act Statement)    Department of the Treasury – Internal Revenue Service

| IRS | Atlanta | COTR Training | 6/1/93 | 6/1/93 |
| IFMA | Chicago | Indoor Air Quality | 4/12/93 | 4/15/93 |
| Dept of Labor | New Orleans | Electrical Standards | 11/5/92 | 11/5/92 |
| ExecuTrain | Atlanta | Advanced Lotus | 2/10/92 | 2/11/92 |
| ;ia Tech | Atlanta | Principles & Practices of Industrial Hygiene | 4/8/91 | 4/11/91 |
| IRS | Atlanta | Basic Instructor | 8/7/89 | 8/18/89 |

Form 9686 (Rev. 9/1996)   Catalog 21010Y   publish.no.irs.gov   Department of the Treasury- Internal Revenue Service

HAM 2350

| IRS | Atlanta | COTR Training | 6/1/93 | 6/1/93 |
| IFMA | Chicago | Indoor Air Quality | 4/12/93 | 4/15/93 |
| Dept of Labor | New Orleans | Electrical Standards | 11/5/92 | 11/5/92 |
| ExecuTrain | Atlanta | Advanced Lotus | 2/10/92 | 2/11/92 |
| ;ia Tech | Atlanta | Principles & Practices of Industrial Hygiene | 4/8/91 | 4/11/91 |
| IRS | Atlanta | Basic Instructor | 8/7/89 | 8/18/89 |

10. Experience (Start with most recent significant position held and list all relevant federal and non-federal experience within the last 10 years.)

| Date (Mo/Day/Yr.) From: | Date (Mo/Day/Yr.) To: | Position (Show organizational title and activity or function. Otherwise show agency or firm. Use additional sheet if necessary) | Series and Grade | Salary (Per Hour/Year) | Average No. of hours per week |
|---|---|---|---|---|---|
| 6/2000 | Present | Client Services Specialist<br>AWSS – REFM Facilities Operations Area 1<br>Atlanta, GA | GS-343-13 | $74,687 | 40 |

Your Immediate Supervisor                                      Telephone Number:

DESCRIPTION OF DUTIES. (USE ADDITIONAL SHEETS IF NECESSARY: DO NOT ATTACH POSITION DESCRIPTION.)

DETAIL to National Office Safety Program from 8/02 – Present

Performs project management duties to ensure the goals and objects of the project are met. Coordinates activities, schedules, plans and directs work flow. Develops Strategic and Program Plans to ensure success of the program. Establish and maintain relationships with top-level business unit representatives to build trust and provide expert advice and consultation on safety-related matters.

Client Services Duties
As the client services specialist for Facilities Operations Area 1, market and promote delivery of REFM services to customers. Establish and maintain relationships with customers to build trust, enhance service and to demonstrate quality and cost-effectiveness of services offered.

Primary contact between customers and REFM providers. Interface with AWSS subject-matter experts to ensure compliance with IRS policies and standards. Provide problem resolution for customers with complex issues, ensuring all related issues are identified and effectively integrated across functional units.

Plans, directs and administers the introduction of efficient, cost-saving technologies and administrative project management techniques and systems.

[Meets] with top-level client managers to discuss/assess current service deliverables and to ensure overall customer satisfaction. Identifies problem areas/issues and spearheads efforts to broker solutions between REFM providers and customers.

| 11. Date (Mo/Day/Yr.) From: | Date (Mo/Day/Yr.) To: | Position (Show organizational title and activity or function. Use additional sheet if necessary) | Series and Grade | Salary (Per Hour/Year) | Average No. of hours per week |
|---|---|---|---|---|---|
| 4/17/97 | 6/2000 | Team Leader<br>Sr. Support Services Specialist - Space Acquisition<br>Regional Facilities Management<br>Southeast Host Site - FMB | GS-0342-12 | $57,291/yr | 40 |

Your Immediate Supervisor   James Chandler – Acting Chief, Realty Section         Telephone Number:   (404) 338-7196

DESCRIPTION OF DUTIES. (USE ADDITIONAL SHEETS IF NECESSARY: DO NOT ATTACH POSITION DESCRIPTION.)

As team leader, responsible for coordinating program activities with the Realty Management Section and Branch Chief, employees, National Office, GSA and AWSS employees. Review files and correspondence for accuracy; receive and evaluate SF-81s (Request for Space), OAs (Occupancy Agreements) and related documents. Research information, prepare reports, respond to or disseminate work to employees on the team to respond to incoming requests. Advise and assist customers and others with acquisition issues. Coordinate program activities with local and National AWSS staffs.

Coordinate with Section Chief to define goals and objectives of the Team. Establish deadlines, assist and monitor progress of projects (within the Section). Report staff performance problems to Section Chief. Act as Section Chief in his/her absence.

Other duties are program related (space requisitions) and/or analytical in nature. Develop space requirements for customers as requests are received, leases expire, or organization changes. Work with GSA, customer, National Office, and NTEU to identify needed space. Work with GSA to ensure proper space is acquired. Work with space analysts, lessors, architects and contractors to ensure space is delivered on schedule. Track funding aspects of the project to ensure funding has been projected and project stays on budget. Coordinate with IS regarding telecom and data com needs. Request funding from National Office on an annual basis. Update needs on quarterly basis through the financial review process. Conducts briefings with Directors, Director's Reps, local management, Division Chief, Branch Chief, Section Chief, NTEU, National Office and others as necessary to inform managers and executives of project status, issues of concerns, recommendations, etc. relating to the project.

Form 9686 (Rev 9/1996)      Catalog 21010Y      publish.no.irs.gov      Department of the Treasury- Internal Revenue Service

HAM 2351

| Date (Mo/Day/Yr.) | | Position (Show organizational title and activity or function. Otherwise show agency or firm. Use additional sheet if necessary) | Series and Grade | Salary (Per Hour/Year) | Average No. of hours per week |
|---|---|---|---|---|---|
| From: | To: | | | | |
| 12/11/94 | 4/17/97 | Safety & Occupational Health Manager National Office Real Estate Planning & Management Division | GS-0018-12 | $49,846/yr | 40 |

Your Immediate Supervisor  Jeff Rozecki/Doug Capps                    Telephone Number: (202) 283-9368

DESCRIPTION OF DUTIES. (USE ADDITIONAL SHEETS IF NECESSARY; DO NOT ATTACH POSITION DESCRIPTION.)

As the Servicewide Safety & Occupational Health Manager, planned and administered a comprehensive Servicewide safety program. Served as the principal safety advisor to program managers analyzing and resolving safety hazards and developing programs to ensure accidents do not reoccur. Developed policies and procedures for use Servicewide to regional staffs to enable regions to implement programs. Reviewed regional safety programs to ensure compliance with laws and regulations.

Developed Servicewide and regional training material to ensure safety personnel were equipped to implement safety programs. Administered a safety management system to generate accident data to identify specific hazards. Conducted in-depth analysis to control or eliminate unsafe conditions.

Was responsible for revitalizing Atlanta's Federal Safety and Health Council (FSHC). Worked with representative from OSHA and coordinated with the Atlanta Federal Executive Board to reestablish the Council. Represented IRS at the local level (Atlanta) in the FSHC. Served as the chairperson for two years and the secretary for one year. Remained on the Board for one consecutive year. Nominated for FEB Employee of the Year Award for those efforts. Received Special Act Award at IRS.

Served as the safety expert on the National work group to consolidate the Workers' Compensation program to recommend certain steps were included in the workers' compensation program. The group developed procedures, developed organizational charts, worked with Benefits Line (automated Personnel system), and analyzed automated systems to be used for case files.

Form 9686 (Rev. 9/1996)        Catalog 21010Y        publish.no.irs.gov        Department of the Treasury- Internal Revenue Service

HAM 2352

12. Awards (List specific types of awards and dates received within the last 3 years; list other special recognition and any pertinent information)
Performance Award 9/00; Performance Award - 8/29/99; Special Act - 7/18/99; Performance Award - 8/30/98; Director's Award - 5/11/98

(DO NOT ATTACH COPIES OF AWARDS, LETTERS OF APPRECIATION, ETC.)

13. Organizations (Show membership and offices, professional societies, civic groups, etc.)

Licensed Real Estate Agent - State of Georgia

14. Other Assignments (details, task forces, on-the-job-instructor, etc.)

On-the-job instructor - As team leader serve as OJI for new personnel and for new programs
Coordinator - CI Grand Storage Space Needs and Funding for SE Region
Project Manager - Various Lease Renewal and Forced Move Projects (GA/N FL/S FL)
Team Member - Atlanta Metro Master Plan (Space Housing)
National Office Work Group - Develop Self Directed Safety Office Training and Videos
National Office Task Force - Consolidate Workers' Compensation Program
National Office Task Force - Develop Safety Advisory Committee TPDS Training
National Office Task Force - Develop Safety Officer TPDS Training

15. Special Qualifications and Skills (Languages-Indicate level of proficiency (Very Good, Good, Fair) to converse, write, read, Shorthand (words per minute, Typing (words per minute) computer skills, etc.)
Typing - 110 wpm, Computer skills - Word, Excel, Powerpoint, etc.

16. Kinds of Job Related License or Certification Held (CPA, CIA, Lawyer, Engineer, etc.)
State of Georgia - Real Estate License

Form 9686 (Rev. 9/1996)  Catalog 21010Y  publish.no.irs.gov  Department of the Treasury- Internal Revenue Service

HAM 2353

17. Statement of Accomplishments: Describe duties and accomplishments which demonstrate your potential for the position to be filled. Use additional sheets if necessary.

Describe your current duties and responsibilities that are relevant for this position.

**Duties**

- Define Nationwide goals and objectives of the program.
- Conduct analysis of project information to identify problems and recommend solutions.
- Recommend alternatives for needed funding for projects.
- Conduct briefings to managers, executives and NTEU to inform them of project status, issues of concerns and make recommendations.
- Monitor project status and coordinate with necessary personnel to ensure schedules are met.
- Serve as the expert in safety and occupational health issues.

**Accomplishments**

- Nominated for Atlanta Federal Employee of the Year.
- Leading the project to redesign the Safety and Health program.
- Prepared Strategic and Program Plans for the Safety and Health program.
- Managed move projects in the States of Georgia and Florida. This consists of three territories, 55 buildings, approximately 2.1 million square and feet of space and thousands of employees.
- Briefed managers on Criminal Investigation (CI) Grand Jury storage needs problem. Issues were discussed and recommendations made. Results were Nationwide effort to bring CI up to standards in the space area.
- Coordinated funding needs for space projects for four Host Sites in Southeast Region.
- Coordinated with GSA on negotiated new leases for residual employees of the Atlanta Customer Service Center.
- Negotiated with GSA for Grand Jury storage space in West Palm Beach, and Miami Florida
- Worked with National Office and local executives to "Stand up" Taxpayer Advocate in Jacksonville, FL.
- Served as advisor to develop the Atlanta Metro Master Plan (Atlanta Housing Plan)

b. Describe any special qualifications that are relevant for this position. (Give examples)

<u>Project Manager</u> - as project manager, worked with various functions of the organization at the POD, District, Service Center and Regional levels. This lead to increased knowledge of the organization.
<u>Team Leader</u> - as team leader, define goals and objectives of the Team. Inform manager of employee performance problems. Review work of employees on the team. Recommend changes or solutions to correct problems.
<u>Atlanta Federal Safety and Health Council (AFSHC) Chairperson</u> - as Council Chairperson, coordinated efforts of the Council. Met with Board members (executives and managers) to develop programs and assess needs of the Council. Implemented programs to assist and train members so they would be better equipped to implement programs within their agencies
<u>Church Volunteer</u> - Leadership abilities were enhanced in the 15 years working with children's choirs. Creativity was used to allow for meaningful learning experiences. As Coordinator, was responsible for planning yearly activities of 4 choirs, scheduling meetings with directors, training directors in choir related issues and projecting annual budget and requesting funding.

18. Original Signature (Sign each application in ink)    19. Date signed (Month, day, year)

Form 9686 (Rev. 9/1996)    Catalog 21010Y    publish.no.irs.gov    Department of the Treasury- Internal Revenue Service

HAM 2354

| Date (Mo/Day/Yr.) | | Position (Show organizational title and activity or function. Otherwise show agency or firm. Use additional sheet if necessary) | Series and Grade | Salary (Per Hour/Year) | A |
|---|---|---|---|---|---|
| From: | To: | | | | |
| 8/12/90 | 12/11/94 | Program Analyst Regional Facilities Management Branch | GS-343-11 | $36,986 | 40 |

Your Immediate Supervisor  Roger Penn, Chief, Safety and Security Section       Telephone Number: (770) 986-5624

**DESCRIPTION OF DUTIES. (USE ADDITIONAL SHEETS IF NECESSARY; DO NOT ATTACH POSITION DESCRIPTION.)**

As the Regional Safety Officer planned and administered a comprehensive Regional safety program to enable districts and service centers to implement programs. Served as safety advisor to program managers analyzing and resolving safety hazards. Reviewed district and service center safety programs to ensure compliance with laws and regulations.

Developed regional training material to ensure field safety personnel were equipped to implement safety programs. Administered a regional safety management system to generate accident data to identify specific hazards. Conducted in-depth analysis to control or eliminate unsafe conditions.

Analyzed and approved for payment regional personal property claims (filed by IRS employees). Maintained regional log for ease of follow up and tracking of claims/payment of claims. Responsible for tracking of Tort claims for taxpayers and non-IRS personnel.

HAM 2355

Knowledge, Skills and Accomplishments (KSAs)
Announcement Number SSN-0FM-3706, Safety Specialist GS-0018-14
PD 95025, POD Atlanta

Annette R. Burrell

1. **Knowledge of safety and occupational health principles and practices, and their applicability to the Service.**

As the National Safety and Health project manager, I was instrumental in developing a National Concept of Operations (CONOPS) for the National Safety and Health program. Included in the CONOPS are references to applicable laws, rules and regulations that federal agencies must adhere to. The CONOPS also describes guiding principles to enable the Service to maintain a safe and healthy work environment

As the Servicewide Safety & Health Manager, I received quarterly reports from regional offices. I analyzed these quarterly reports and the results were used to develop National programs to reduce accidents and injuries. I developed a nationwide safety management system, which was used to generate accident data to identify specific hazards. This system was designed to analyze the data and produce trends throughout the agency. Recommendations were made to field safety personnel to correct specific hazards and take action on trends to prevent future accidents.

I was responsible for setting regional and national policy and program direction. I accomplished this by interpreting and transmitting information received from Treasury relating to safety laws and regulations and using trade journals to keep abreast of new technology and gain knowledge of occupational illnesses that were applicable to the IRS mission.

2. **Ability to work independently to plan and direct a safety program for application in multiple IRS sites, including government owned buildings and leased space.**

As the project manager of the National Safety and Occupational Health program, I have worked independently to plan numerous activities associated with the reengineering of the National Safety and Occupational Health program. The first major task that was accomplished was the development of the National Safety and Health Concept of Operations. Through my hard work, the Business Operating Divisions (BOD) and Business Units (BU) were solicited to serve as representatives on a work group, which I led to ensure buy-in from the

organization. After the CONOPS was drafted, I developed action plans and directed team members to brief all levels of the organization to ensure that each BOD and BU had a chance to comment on the Vision of the new Safety and Health program. I held numerous conference calls and meetings with executives and upper level management to brief them on the CONOPS and address any of their concerns. By serving as the program lead for the National program, I have directed Safety team members in the area of briefings, program initiatives, strategic planning and problem solving. I have scheduled and coordinated efforts to instill a new Safety culture within the IRS. During these efforts, the IRS Commissioner issued Executive commitments for all managers. Many of the BODs and BUs have appointed points of contacts to deal with Safety and Health issues. I have held monthly meetings/conference calls are held with these points of contact to address issues and concerns, provide consultations, make recommendations and assist in the development of BOD and BU Safety and Health plans.

Through all of these efforts the organization has become more educated on their roles and responsibilities and the processes and procedures to follow, to ensure the safety and health of all IRS employees who occupy buildings regardless of whether they are government-owned or leased. Because of my experience as a space acquisition specialist, I have working knowledge of leases and have developed relationships with GSA, NTEU and REFM space experts. This has proven helpful in negotiating corrective actions in leased space.

3. **Ability to communicate orally with all levels of management and employees to provide advice, consult and explain safety and occupational health program procedures, practices and policies.**

I have developed my oral communication skills over time and with experience. I have used listening skills to help develop these verbal skills. I am comfortable in a large group or small meeting setting with all levels of employees, management and executives. Program specific examples are presented below:

National Safety and Health Program

Have made numerous presentations to all levels of the organization. Conference calls and face-to-face meetings have been held to gain customer buy-in on the Safety and Health program. Provided advice and consultation to representatives such as Site Coordinators and Senior Commissioner Representatives regarding the new way of doing business. Led a group to define the processes and procedures of the program.

Atlanta Federal Safety and Health Council

I was responsible for revitalizing a dormant Atlanta Federal Safety and Health Council (AFSHC). This involved meeting with the Occupational Safety and

HAM
2357

Health Administration (OSHA) to establish an alliance between IRS and OSHA. I coordinated with the OSHA representative to send request to the Federal Executive Board for their support in the AFSHC. As a result I was invited to speak at a Federal Executive Board meeting to present Council goals to members and to secure management support. I led the first successful meeting of the Council that was attended by approximately 100 members, ranging from safety officers to Agency Heads. I served as Chairperson for two consecutive years, Secretary for one year, and Council board member for one year. As a result of three years of my leadership, the Council received the Department of Labor's Third Place, Second Place and First Place national achievement awards for outstanding achievement of Federal Safety and Health Councils. I was nominated for the GSA Excellence in Administration Award for revitalizing the AFSHC and promoting the health and well-being of federal workers in the Atlanta area.

4. **Ability to communicate in writing with all levels of management and employees to provide advice, consult and explain safety and occupational health program procedures, practices and policies.**

Development of Strategic Documents

Have been involved in the Strategic Planning process, completing TIPS and DRIPS documents so that funding needs can be identified for the FY-05 budget cycle. Have also been involved in developing briefing materials to be presented to upper level management on numerous aspects of the program (status, recommendations, funding needs, etc.). Have developed other documents such as memos, directives and marketing material to support the program goals.

Development of Training Material

Developed and conducted a Safety Officer training class. As the project manager, author and instructor of the class, I gained experience in all areas of analytical work (goal setting, writing ability, communication skills, task analysis, research, data gathering, etc.). I developed this course by using materials from BIT, publishing facts about the program, sharing personal experiences related to lessons, providing exercises to students and encouraging class participation.

The experience I gained from developing the Regional training course was carried forward to the development of National training. The National training was self-taught, but offered students information essential to their jobs and also served as an indispensable resource tool. Two videos were produced as reinforcement of the written material.

HAM
2358

5. **Skills and abilities to investigate safety and health problems and develop decisions, policies and technical guidance designed to eliminate safety hazards to employees.**

As a National and Regional analyst, I gained expertise in interviewing, data gathering, flow charting, action plans, systems analysis, task analysis, identifying problems and recommending solutions.

As an analyst/project manager on the Host Site staff, I conducted reviews of projects to ensure compliance with National Office mandates. Due to modernization efforts, normal policies were suspended and interim measures put in place to ensure proper use of space during the transition period. I devised charts to record information, and I interviewed analysts to determine the need for exceptions to the interim policies. After I thoroughly analyzed the information, I made recommendations to management on which projects to request exceptions from National Office. I developed action plans to ensure on schedule completion of projects. This resulted in quality office space, better work flow, and improved employee morale. Because of my experience as a safety officer, I was able to conduct an informal on-site inspection during market surveys. This proved valuable in identifying dangerous and potentially unhealthy situations.

As Safety Officer, accident reports were sent to me for review. I would ensure proper accident investigations had taken place by the local safety officer, and that appropriate corrective action were identified and initiated or abatement plans were being developed. I also conducted program reviews of field offices to determine levels of compliance, accomplishments, and deficiencies. This was done through records sampling, employee interviews, customer feedback and systems analysis.

I conducted preliminary indoor air quality sampling to determine the need for more indepth analysis by the Industrial Hygienist on staff. Samples were taken, data was gathered, analysis was done and recommendations made on each complaint or identified problem area.

# Bargaining Unit Performance Appraisal and Recognition Election

(Review instructions before completing this form)

| 1. Name of employee (Last, first, middle initial) Burrell, Annette | 2. Social Security Number | 3. Reason for Appraisal [X] Annual Rating  [ ] Interim Rating [ ] 90 Day Appraisal [ ] Other Reason for other: |
|---|---|---|
| 4. Office symbols/Organization | 5. Pay plan, series and grade GS-343-13 | |
| 6. Position title Management/Program Analyst | 7. Period covered From: 4/30/02 To: 5/01/03 | 8. Mandatory progress review was conducted on |
| 9. Retention Standard Rating | [X] Not Applicable   [ ] Met   [ ] Not Met | |

| 10. Critical Job Elements (CJEs) | 11. Performance Aspects | 12. Performance Aspects Rating ||||  | 13. CJE Ratings |
|---|---|---|---|---|---|---|
| | | Exceeds | Meets | Fails | N/A | |
| I. Employee Satisfaction – Employee Contribution | A. Workplace Interaction | X | | | | |
| | B. Workgroup Involvement | X | | | | |
| | C. Workplace Environment | X | | | | 5 |
| II. Customer Satisfaction – Knowledge | A. Issue Identification | X | | | | |
| | B. Technical Knowledge | X | | | | |
| | C. Issue Resolution | X | | | | |
| | D. | | | | | |
| | E. | | | | | 5 |
| III. Customer Satisfaction – Application | A. Verbal Communications/Listening | X | | | | |
| | B. Written Communications | X | | | | |
| | C. Interaction | X | | | | |
| | D. | | | | | |
| | E. | | | | | 5 |
| IV. Business Results – Quality | A. Accuracy of Work | X | | | | |
| | B. Research and Analysis | X | | | | |
| | C. Security/Privacy/Disclosure | X | | | | |
| | D. | | | | | |
| | E. | | | | | 5 |
| V. Business Results – Efficiency | A. Planning and Scheduling | X | | | | |
| | B. Workload Management | X | | | | |
| | C. Time Utilization | X | | | | |
| | D. | | | | | |
| | E. | | | | | 5 |

14. Overall rating: [X] Outstanding  [ ] Fully Successful  [ ] Unacceptable  [ ] Exceeds Fully Successful  [ ] Minimally Successful  [ ] Not Ratable   Reason for not ratable.

15. Average CJE Score: 5

Certification of Rating - By signing below, each Rater and Reviewer certifies that records of tax enforcement results (ROTERs) were not used to prepare this appraisal.

6a. Rater name/title/signature/date: [signature] 5/22/03
6b. Reviewing Official name/title/signature/date: [signature]
6c. Employee signature/date (Signature only indicates copy has been received, not agreement): Annette R. Burrell 5/22/03

17a. Revalidation of Rating of Record (Period covered) From: To:
17b. Mandatory progress review conducted on
17c. Rater name/title/signature/date
17d. Reviewing Official name/title/signature/date
17e. Employee signature/date (Signature only indicates copy has been received, not agreement)

18a. Revalidation of Rating of Record (Period covered)
18b. Mandatory progress review conducted on

Form 6850-BU (1-2003)   Cat. No. 35609M   publish.no.irs.gov

Post-it Fax Note 7671  Date 6/5/03  # of pages 5
To: Jannie Braswell   From: Val Brown
Co./Dept.   Co.
Phone # 202 283-9360   Phone #
Fax #   Fax #

HAM 2360

06/05/03 THU 15:02 [TX/RX NO 9991]

| B. Management Determination and Employee Election Regarding Performance Recognition *Review instructions and information for each determination or election before completing this form.* | Name of employee (Last, first, middle initial) <br><br> Burrell Annette |
|---|---|

**Management Determinations**

a. A QSI has been approved for this employee

b. Tenth step of the grade - 3% of salary award in lieu of a QSI - This employee is paid at the tenth step of the grade and is not eligible for a QSI, therefore, a 3% of salary award or a performance award, whichever amount is greater, has been approved for this employee

c. Time-Off - This employee may elect time-off if granted a performance award or if he or she elects a 3% of salary award in lieu of an approved QSI. (A combination of monetary payment and time-off is not authorized for this election.)

**Employee Elections**

d. QSI - I accept the approved QSI. I understand I am not eligible for a performance award under the National Performance Awards Agreement (NPAA) for the covered period.

e. 3% of salary award in lieu of a QSI - I elect a 3% of salary award in lieu of an approved QSI. I understand I will receive either the 3% of salary award or a performance award for which I am eligible under the NPAA, whichever amount is greater.

f. Tenth step of the grade - 3% of salary award in lieu of a QSI - I understand I am paid at the tenth step of the grade and ineligible for a QSI. Therefore, I understand I will receive either a 3% of salary award, or a performance award for which I am eligible under the National Performance Awards Agreement, whichever amount is greater.

g. Time-Off - I elect to receive time-off in lieu of a monetary award described above. I understand if the calculated time-off hours exceed the 40 or 80 hour limitation, the value of the excess hours will be paid as a supplemental monetary award.

h. Monetary Award - If granted a performance award, I elect to receive a single monetary payment.

---

**Period covered indicated in block 7**

From 4/30/02        To: 5/01/03

**19. Supervisor checks the box(es) applicable to recognition determination.**

☒ a  ☐ b  ☐ c  | Supervisor name/title/signature/date <br> *Tim W. Shelly   AD RoFin Mgy   5/22/03*

**20. Employee checks one box applicable to the supervisor determination indicated above.**

☒ d  ☐ e  ☐ f  ☐ g  ☐ h  | Employee signature/date <br> *Annette R. Burrell   5/22/03*

**Period covered indicated in block 17A (Revalidation)**

From:           To:

**21. Supervisor checks the box(es) applicable to recognition determination.**

☐ a  ☐ b  ☐ c  | Supervisor name/title/signature/date

**22. Employee checks one box applicable to the supervisor determination indicated above.**

☐ d  ☐ e  ☐ f  ☐ g  ☐ h  | Employee signature/date

**Period covered indicated in block 18A (Revalidation)**

From:           To:

**23. Supervisor checks the box(es) applicable to recognition determination**

☐ a  ☐ b  ☐ c  | Supervisor name/title/signature/date

**24. Employee checks one box applicable to the supervisor determination indicated above.**

☐ d  ☐ e  ☐ f  ☐ g  ☐ h  | Employee signature/date

---

Form 6850-BU (1-2003)   Cat. No. 35509M   page 2   publish.no.irs.gov   Department of Treasury - Internal Revenue Service

HAM 2361

Annette Burrell
Annual Performance Appraisal
Period Covered: 04/30/02 – 05/01/03

## Employee Satisfaction – Employee Contribution – 5

A. **Workplace Interaction** – During this rating period, Annette performed a detail assignment in the Washington, D.C., Headquarters Office supporting portions of the development of REFM Safety. Initially, she was assigned to support REFM Safety re-engineering and other program activities, but she assumed overall lead responsibility for the program development once senior management was in place. She has continued to perform in this role for the duration of this rating period, beyond the timeframe of her official detail. Her accomplishments in this area include: (1) providing direction and leadership in the Safety & Health arena to co-workers and field specialists; (2) providing briefings and interventions for several business units with identified safety issues; (3) partnering with each Business Unit to provide necessary assistance to executives and managers in meeting Safety & Health commitments; (4) and interacting with employees and managers from all levels of the organization.

B. **Workplace Involvement** – Annette has aggressively pursued and implemented strategies and processes that positively addressed factors affecting employee participation and engagement in the Safety Program. She has worked with managers to develop effective engagement plans (through marketing and prevention campaigns) and personally participated in plan activities that directly interacted with employees at all levels. She used Survey 2002 results to identify employee needs and aggressively worked to resolve issues that enabled employees to perform more efficiently. She has received positive feedback from customers regarding her willingness to support the mission of the organization, while ensuring the goals of the Safety & Health initiative were also met.

C. **Workplace Environment** – In her lead capacity, Annette is responsible for program leadership for several aspects of the servicewide definition and execution of the National Health and Safety Programs, including active participation on multiple other committees. As project lead, she has implemented and enforced several imperatives within the organization, including organizational resource planning, effective recognition of responsibility and authority, and leadership by example in motivating and developing those she works with.

## Customer Satisfaction – Knowledge – 5

A. **Issues Identification** – Annette is responsible for enabling the program staff within the REFM Safety Office to define and execute appropriate processes and activities that ensure successful execution of safety related programs consistent with the directives and mission of the REFM organization. As part of these responsibilities, Annette is the principle architect for the implementation of initiatives that put organizational focus on program development, process management, stakeholder engagement, and personnel commitment. As a key organizational leader, she developed strategies to ensure that all levels of management were brought together as a cohesive and highly effective team.

B. **Technical Knowledge** – To articulate how REFM would meet the challenge of guiding the organization toward implementing operating principles related to the Safety Program, Annette coordinated with other IRS business organizations, ERC, and the WCC, which provided the forum for managing the established and future safety programs. Coordination includes the understanding of guiding principles, responsibilities, functional capabilities, standard operating procedures, implementation strategies, workloads, policies and procedures.

C. **Issue Resolution** – Because Annette has developed a rapport with representatives from within and outside of the AWSS arena. She is able to use available resources to resolve issues timely and professionally. She has gained the confidence and respect of

HAM 2362

management at all levels of the organization. Annette's program knowledge, leadership and natural ability to deal with people are a plus in resolving issues.

### Customer Satisfaction – Application – 5
A. **Verbal Communications/Listening** – Annette continues to foster relationships with external stakeholders by providing presentations, hosting meetings to share information, and conducting reviews of stakeholder issues. She has participated in meetings and visits with the Chief and Deputy Chief AWSS and other members of the senior leadership team to ensure senior executives and managers had greater understanding of what is needed to support success within their organizations for safety. She has endorsed and supported AWSS outreach activities that improve the organization's image through better understanding of information directly related to business results.
B. **Written Communications** – Annette determined that the best method of accomplishing the desired results was to personally lead by example and provide the requisite motivation and development through her leadership. Specifically, she: (1) personally generated many work products, including statements of work, schedules, and technical evaluations that were needed to support Safety Program requirements; (2) established the Safety & Security Logo for program marketing and prevention; (3) developed and implemented an aggressive safety prevention awareness campaign via posters, newsletters/articles and power point presentations; (4) developed and issued safety related Survey 2003 questions; and (5) completed the FY-05 Safety Strategic Planning and Safety & Health Program Charter.
C. **Interaction** – Annette's interaction with customers always stimulates open and honest discussion with customers and fellow employees. Her communications with the Site Coordinators in Fresno led to discussions around what they could do to promote safety awareness at the campuses. Subsequently, in Fresno, the Safety Committee has taken the Saf-T-Bot and developed a "plan" to brand Saf-T-Bot at the Fresno Campus. Annette has also participated in Safety Program staff career development, where management representatives monitor and inform potential applicants of available positions and answer questions about available opportunities.

### Business Results – Quality – 5
A. **Accuracy of Work** – The Safety program must provide services to its customers that meet or exceed mutually derived requirements. Annette personally met this challenge by implementing processes and management principles that provided the correct result while taking advantage of available resources. Through Annette's leadership and guidance, responses from the Safety Office have resulted in increased acceptance rates of first-time documentation submissions and written correspondence from customer organizations, as well as senior management confirming satisfactory completion of project tasks in accordance with published schedules.
B. **Research and Analysis** – Annette was a principle contributor in the developed Safety Management Plan in support of meeting extensive reporting requirements imposed by OSHA, and Treasury regulations. This plan provides the basis for development of the infrastructure and processes between the current organizational capabilities, those planned as part of the Operations Concept and the transition systems/processes required to meet future objectives.
C. **Security/Privacy/Disclosure** – Annette's pride in her work and the desire to have good customer relationships, have resulted in positive feedback from customers, counterparts and co-workers. Her ability to work with customers on sensitive matters and negotiate on difficult issues is evidenced by cooperation of management and customers. Annette is trustworthy and is careful not to share sensitive or private information to anyone other than those who have a need to know.

3

## Business Results – Efficiency – 5

A. **Planning and Scheduling** – Annette is exceptional at coordinating and scheduling assignments to ensure the end product is completed timely and accurately. She utilizes available resources such as: Franklin Planner and Microsoft Outlook to schedule and plan. Annette was involved in several cross-functional projects (i.e., Safety & Health Concept of Operations development and Processes and Procedures definition). Her exceptional ability to plan and schedule, led Annette to serve as the lead in those efforts.

B. **Workload Management** – Annette has established the mechanisms for executing a project/work assignment from beginning to end. She has in excess of 10 years of experience in the Safety & Health Program. As an integral part of this aspect of work management and planning, she has focused on developing the support processes required to implement and maintain the plan. Provisions for the Safety Program implementation of processes that support workload management are documented in the management plan.

C. **Time Utilization** – Through management of existing organizational and capital resources, Annette ensured continuity of the Safety mandate to support ongoing planning, organizing, acquisition and execution of new and existing applications of process, procedure, and systems supporting campus and non-campus locations. Her program delivery is consistently timely and professional.