

**DEPARTMENT OF THE TREASURY**
TREASURY COMPLAINT CENTER
4050 ALPHA ROAD
DALLAS, TEXAS 75244-4203



EXHIBIT 46

DATE: DEC 17 2003

TO: Territory Manager, EEO & Diversity
Internal Revenue Service, Lanham, MD

FROM: Acting Operations Director  *Bertha D Gale /for*
Treasury Complaint Center - Dallas

SUBJECT: Complaint of Gary Hamilton and John W. Snow, Secretary of the Treasury
TD Case Number: 04-2024

This is a notification that our office has received the above referenced formal complaint filed on October 21, 2003. The following claim(s) has been accepted for processing:

> Was the Complainant discriminated against based on his race (African American), color (light skinned) and/or sex (male) when he was not selected on August 11, 2003, for promotion to the position of Safety and Health Manager, GS-0018-14, under Vacancy Announcement Number 15-02-OFM03706?

Attached is a copy of the formal complaint. This information is being provided to make you aware of the specific allegation(s) being raised. **While this information should be shared with the Complainant's Head of Office, further disclosure to others, especially those who may have some involvement in the matter, would be improper.**

An EEO investigator will be assigned to investigate the claim(s) accepted for processing. The investigator will be contacting you soon to confirm the dates of the investigation and to request administrative support. In order for the investigation to be completed effectively, please be prepared to provide the investigator with:

- a private room with a telephone
- (located away from the parties to the complaint)
- access to a computer and printer
- copying and typing assistance
- necessary supplies

HAM
0168

Should you request a hearing on your complaint, your request should be sent to:

**Equal Employment Opportunity Commission**
**Baltimore District Office**
**Cresent Building**
**10 South Howard Street, Third Floor**
**Baltimore, MD 21201**

In accordance with 29 CFR 1614.108(g), you must send a copy of your request for a hearing to the Regional Complaint Center.

During the counseling period, complainants are notified in writing of their rights and the time deadlines that must be met in the processing of the complaint. As the complaint is processed, you will be informed further of these rights and the deadlines for exercising them at each stage of processing.

It is the responsibility of complainants and their representatives to keep the Complaint Center informed of their current mailing addresses. You are required to provide us notice of any change of address as soon as it occurs. If you have any questions, please feel free to contact me at (972) 308-(202) 874-4940.

[ ] If this box is checked, you did not complete Form TD F 62-3.5 when you submitted your complaint. Please complete the enclosed form and return it within five days of receipt to this office.

[ ] If this box is checked, you did not complete the second page of Form TD F 62-3.5. All items on page two must be completed. Please be sure that you identify the specific acts, incidents or events which occurred as clearly and concisely as possible. Please complete the attached second page of the form and return it within five days of receipt to this office.

Sincerely,

*Valerie Chestnut*

Kassandra Bowie
EEO Specialist

cc: Gary Hamilton
12304 Burning Oak Court
Waldorf, MD 20602

HAM
0169



**DEPARTMENT OF THE TREASURY**
TREASURY COMPLAINT CENTER
4050 ALPHA ROAD
DALLAS, TEXAS 75244-4203

OCT 29 2003

Howard Wallace
901 Cheswold Court
Bel Air, MD 21014

                Complaint of Gary Hamilton and
                John W. Snow, Secretary of the Treasury,
                TD Case Number: 04-2024

Dear Mr. Wallace:

We have received the above referenced formal complaint of discrimination which was filed on October 21, 2003. The complaint has been assigned Treasury Department Case Number 04-2024. This case number will be used in all future correspondence concerning the complaint.

The complaint is being reviewed to determine whether it meets the requirements for processing under the provisions of Equal Opportunity Commission (EEOC) regulations, 29 CFR Part 1614. In accordance with 29 CFR §1614.106(e), you have the right to appeal the final action on, or dismissal of, a complaint, and the agency is required to complete an impartial and appropriate investigation of the complaint which is accepted for processing.

If the complaint is accepted for processing, an investigation of the complaint must be completed within 180 days of the filing of the complaint unless the parties agree in writing to extend the time period. You may amend your complaint at any time prior to the completion of the investigation to include issues or claims like or related to those raised in this complaint. Amendments must be filed in writing with the Regional Complaint Center. If the complaint is amended, the investigation will be completed within the earlier of 180 days after the amendment or 360 days of the filing of the original complaint.

You may request a hearing from an Administrative Judge at any time after 180 days from the date of the original complaint. If you wish to amend the complaint after you have requested a hearing, you may file a motion with the Administrative Judge.

HAM
0170

Please assure that the management officials from whom testimony will be needed are promptly notified of the investigation and are available to meet with the investigator. Management witnesses should be made aware of the complaint process, their role in the process, and the role of the investigator. If, due to security requirements, you are unable to provide the investigator with the support described above, please notify the EEO Specialist assigned to this case so that other appropriate arrangements can be made. While on site, the investigator is under the direction of the Treasury Complaint Center - Dallas. Any questions or concerns about the investigation should be directed to the EEO specialist assigned to the complaint.

The investigator is authorized to: (1) investigate all aspects of the complaint; (2) require that all employees of the agency having knowledge of the matter complained of furnish testimony under oath or affirmation; and (3) gain access to all documents and records pertinent to the case. Employees are required to fully respond to requests for testimony and documentary evidence in a timely manner. Failure to do so may draw an adverse inference that the requested information would have reflected unfavorably on the party refusing to provide the information (29 CFR §1614.108(c)(3)(i)).

In accordance with provisions of the Equal Employment Opportunity Commission (EEOC) Regulations, 29 CFR §1614.603, the parties must make reasonable efforts to voluntarily settle the complaint throughout the administrative process. Accordingly, after the case has been investigated and all the facts are available to both parties, my office will contact you for the purpose of attempting resolution. The terms of any settlement will be reduced to writing to ensure there are no misunderstandings, and you will be provided a copy.

If no settlement is reached, the complainant may elect a final agency decision by the Treasury Department with or without a hearing before an EEOC Administrative Judge. If the complaint involves an issue appealable to the Merit Systems Protection Board (a mixed case), the complainant is not entitled to a hearing before the EEOC.

If you have any questions, please contact EEO Specialist Kassandra Bowie at (202) 874-4940.

Attachment: Copy of Formal Complaint

HAM 0171

Tab 2

HAM 0172

# EEO COUNSELING REPORT - INDIVIDUAL COMPLAINT
## PART I

(Through Initial Interview)
(Follow separate instructions and use a continuation sheet if necessary)

| 1. Regional Complaint Center Name, Address, and Telephone Number | 2. EEO Territory Manager: Name, Address, and Telephone Number | 3. EEO Counselor: Name, Address, and Telephone Number | 4. Date Counseling First Sought |
|---|---|---|---|
| Mr. Jerry Armstrong, Director Dallas Treasury Complaint Center 4050 Alpha Road Mail Stop 1010 – MSRO Dallas, Texas 75244 (972) 308-1303 | Alice Evon Lee Internal Revenue Service/DC 5000 Ellin Road Lanham, MD 20706 202-283-7983 | Sherdana Watkins Internal Revenue Service/DC 5000 Ellin Road Lanham, MD 20706 202-283-4913 | 08/28/03 |
|  |  |  | 5. Date of First Interview |
|  |  |  | 09/02/03 |

**6. Employee or Applicant:**
Name, Business and Home Address,
Home Phone #, Work Phone #,
Employee's Official Title, Series, and Grade

Gary Hamilton
AWSS, Security & Safety Branch
P. O. Box 1201
Waldorf, MD 20604
(301) 870-8662 – Home
(202) 283-0932 – Work
Industrial Hygienist
GS-0690-12

**8. Matter Causing Complaint or Issue**

___ Appointment                ___ Resignation
___ Assignment of Duties       ___ Retirement
___ Awards                     ___ RIF Procedures
___ Change to Lower Grade      ___ Sexual Harassment
___ Classification
___ Conversion to F/T CC
___ Duty Hours                 ___ Suspension
___ Eval-Appraisal (Non-Merit Pay)
___ Eval-Appraisal (Merit Pay)
___ Exam/Test
___ Harassment (Non-sexual)    ___ Termination
                                   During Probation
___ Hostile Environment        ___ Time/Attendance
___ Overtime                   ___ Training
___ Pay
_X_ Promotion/Non-selection    ___ Within Grade Increase
___ Reassignment               ___ Working Conditions
___ Reinstatement              ___ Other
___ Removal/Separation
___ Reprimand

**7. Basis or Type of Discrimination:**

Age _____              Religion _____
(enter date of birth)
Color _Black_____             Race _African-American_

National Origin _____      Sex _Male_____
                                (Identify gender, i.e. male/female)
Disability:
   Mental _____            Physical _____

Reprisal for Involvement in Complaint Process _____

Retaliation _____

Other _____

RECEIVED
NOV 2 5 2003
TREASURY COMPLAINT CENTER
DALLAS, TEXAS

**9.** An EEO Counselor cannot reveal the identity of a person who has come for counseling, except when authorized to do so by the person counseled. Is complainant willing to have his/her name revealed during the counseling stage?
Yes _X_ No ___

If answer is "Yes," Complainant must give permission by signing name in the space following:

_[signature]_ 9/3/03
Signature of Complainant

---

TD F 62-03.1 (3/87) Previous Edition to TD F 67-13.1 (6/86) Obsolete.        1

HAM
0173