



JAN 0 6 2005

TREASURY COMPLAINT CENTER
DALLAS, TEXAS

**Investigative File**

**of**

**Equal Employment Opportunity Complaint**

**of**

**Gary Hamilton and John W. Snow
Secretary of the Treasury**

**TD Case Number 04-2024**

**SUBMITTED BY:  Patricia McBride
EEO Investigator**

_____ **page 1**

HAM
0500

**I.      Description of Complainant**

**A.      Name and home address of complainant**

Gary Hamilton
12304 Burning Oak Court
Waldorf, Maryland 20602

PO Box1201
Waldorf, MD 20604

**B.      Complainant's title, series, grade, and office location at the time of the incident.**

Industrial Hygienist 0690/12  5000 Ellin Rd Lanham MD

**C.      Name and location of bureau and office involved in the complaint.**

Agency Wide Shared Services
Real Estate Facilities Management
Facilities Ops 931502020273131201
Area 3-Washinigton DC
5000 Ellin Rd
Lanham, Maryland 20706

**D.      Nature of Action, decision, or condition giving rise to complaint.**

The Complainant alleges that the selecting official selected a Caucasian female with what he perceives as an observably and vastly inferior qualification than himself for a Safety & Health Manager position

**E.      Statement of issue(s) and Basis(es) accepted for investigation.**

Was the Complainant discriminated against based on his race (African American), color (light skinned) and or sex (male) when he was not selected on August 11, 2003, for promotion to the position of Safety and Health Manager, GS-0018-14, Vacancy Announcement Number 15-02-OFM03706?

**F.      Remedy requested.**

Promotion to the grade of GS-14 within the Department of Treasury.
Back-pay with all applicable benefits

_____ **page 2**

HAM
0501

Payment of applicable legal/representation fee (s) and expenses incurred.
Compensatory damage of $300,000.00.
Applicable front pay.
Benefits and monies loss of future promotion to GS-15

HAM
0502

## II.    Description of Investigation

### A.    Name and office address of investigator.

Patricia McBride
Internal Revenue Service
AWSS
Treasury Complaint Center
Investigative Branch I
MSRO
4050 Alpha Rd MS 1010
Dallas Texas 75244-4203

### B.    Date case received by investigator.

December 6, 2004 via phone

### C.    Dates and places of investigation.

December 13-17, 2004 Desk Investigation Supplemental

## III.    Background Information

Missing from the promotion package were the interview notes for the interview panel. They were requested from the HR Specialist handling the announcement on December 8, 2004 and a follow up was done December 28, 2004.  Initially the investigator was told these were in archive at another location and would take a week to retrieve.  However upon following up we were told that possibly due to the holidays it would be difficult to get anyone to get us the information quickly

_____ page 4

HAM
0503

furthermore it may not even be available.

We solicited from the Complainant a new privacy act and a copy of his new designation of representation since the one in the file (Howard Wallace) is no longer representing him. He is now using Morris Fischer.

Tatika Mitchell and Mike Huston have been on leave therefore their original signed statement will be forwarded to the specialist when received.

The selecting official informed the investigator that in regards to question 11 he had no other documents left in his possession regarding the matter at issue.

The Comparative RNO was already done by the EEO Counselor Sherdana Watkins and is now placed in its own separate exhibit. The promotion package was separated from the counseling report and placed in its own exhibit.



HAM
0504

## IV.  Exhibits

| Exhibit Number | Description |
|---|---|
| 1 | Complaint of Discrimination and the Counselor's Report |
| 2 | Acceptance Letter |
| 3 | Privacy Act and Unsworn Declaration of, Gary Hamilton, Complainant |
| 4 | Unsworn Declaration of Stuart Burns, Selecting Official, Chief Systems and Controls (formerly Chief Safety Branch), Agency Wide Shared Services, Internal Revenue Service |
| 5 | Unsworn Declaration of Tatika Mitchell, Interview Panel Member Senior Commissioner Representative, Administrative Head of Office Area 4, Internal Revenue Service |
| 6 | Unsworn Declaration of Mike Huston, Interview Panel Member, Territory Manager Covington Real Estate & Facilities Management, Kentucky/Ohio Territory, AWSS |
| 7 | Unsworn Declaration of Paul A Carroll, Ranking Official, Program Analyst/COTR Real Estate and Facilities Management, A/E Planning and Support Branch, AWSS |
| 8 | Comparative Data |
| 9 | Safety and Health Manager, GS-0018-14, Vacancy Announcement Number 15-02-OFM03706 Promotion Package |
| 10 | Complainant BQ and Non Selection Letters |
| 10a | Application of Gary Hamilton |
| 10b | Annette Burrel |
| 10c | Camille Carraway |
| 10d | Michael Perkins |
| 11 | IRM 6.771.1.13 Formal Grievance Process Non Selection for Promotion |
| 12 | CFR 335.102 Agency Authority to Promote |



---

page 6

HAM
0505

13     .      CFR 335.103 Agency Promotion Programs

14        Rating and Ranking Non Bargaining Unit Memorandum
14a      Management Selection Program Memorandum

HAM
0506

1

INVESTIGATIVE SUMMARY

Discrimination Complaint of Gary Hamilton

TD Number: 04-2024

Issue Accepted:

>Was the Complainant discriminated against on the basis of his race
>(Black), color (light complexion) and sex (male) when on August 11, 2003,
>he was not selected for a promotion to the position of Safety and Health
>Manager, GS-0018-14, under Vacancy Announcement Number 15-02-
>OFM03706?

Evidence in the Investigative File (IF):

- The Complainant is an Industrial Hygienist, GS-690-12, for the Internal Revenue Service (IRS), Agency Shared Wide Services (AWSS), Real Estate and Facilities Management Division, Safety and Security Branch, at the Lanham, MD post-of-duty (POD). IF, Ex. 1, p.1; Ex. 3, p. 1-2 aff

- On May 5, 2003, the agency issued Vacancy Announcement Number 15-02-OFM03706 advertising a vacant Safety Specialist (Safety and Health Manager), GS-0018-14, in the Real Estate and Facilities Management Division, Safety and Security Branch. IF, Ex. 9

- On or about June 27, 2003, Paul Carroll (White, light complexion, male), Program Analyst, Real Estate and Facilities Management, "A/E Planning and Support Branch," ranked the candidates who qualified for the subject position. He states that the ranking process consisted of a review of the candidates' application packages and a comparison of the work experience described to each of the five Knowledge, Skills and Abilities (KSA) required for the position. He states that he reviewed all of the candidates' packages again to make sure that he ranked them fairly. He states that the ranking criteria was already established and provided to him by Personnel. IF, Ex. 7, pp. 1-2 aff

- Paul Carroll states that he did not determine the highly qualified (HQ) or the best qualified (BQ) cut-off scores and that Personnel established these after he submitted the completed ranking packages. IF, Ex. 7, p. 2 aff

- Paul Carroll states that the Complainant's package clearly articulated his experience in the five KSA's and he did not consider any personal characteristics

2

in ranking any of the candidates' packages. He states that he was aware of the Complainant's race, color and sex because he included this in his application under "Additional Data Sheet.[1]" He states that he was not aware of any of the other candidates' protected group status. IF, Ex. 7, pp. 2-3 aff

- The record contains the ranking scores for the four BQ candidates. There were five KSA's that were assessed on a scale of 1-5, with 5 being the highest score. The five KSA's were the following: KSA#1, Knowledge of safety and occupational health principles and practices and their applicability to the Service; KSA#2, Ability to work independently to plan and direct a safety program for application in multiple IRS sites, including government owned building and leased space; KSA#3, Ability to communicate orally with all levels of management and employees to provide advice, consult and explain safety and occupational health program procedures, practices and policies; KSA#4, Ability to communicate in writing with all levels of management and employees to provide advice, consult and explain safety and occupational health program procedures, practices and policies; and KSA#5, Skills and ability to investigate safety and health problems and develop decisions policies and technical guidance designed to eliminate safety hazards to employees. IF, Ex. 10a

- The following are the ranking scores assigned to each KSA for each of the BQ candidates:

| Candidate | Ranking Scores for each KSA | | | | | Total Score |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | |
| A Selectee (White female) | 5 | 5 | 5 | 5 | 5 | 25 |
| B (White female) | 5 | 5 | 5 | 5 | 5 | 25 |
| C (White male) | 5 | 3 | 3 | 3 | 5 | 19 |
| D (Black male) Complainant | 5 | 5 | 5 | 5 | 5 | 25 |

IF, Ex. 8; Ex. 9

---

1 The record contains a copy of the Complainant's application package and on page 5 attached to his Merit Promotion Questionnaire (MPQ), the Complainant identifies his race/ethic status and sex. IF, Ex. 10-a



HAM
0508