**Subject:** Discrimination Complaint of Gary Hamilton and John W. Snow, Secretary of the Treasury, TD Case Number 04-2340

EXHIBIT
52

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

In accordance with the provisions of 28 U.S.C. 1746, I,
the undersigned, do hereby make the following unsworn declaration, under penalty of perjury, pertinent to the above stated subject:

**Please identify yourself for the record (name, title, national origin/race and gender).**
John Stuart Burns
Chief, Systems and Controls (Internal Revenue Service)
Caucasian, male

**Please provide a short description of your current professional role with the Agency. Were you serving in this role as of January 2004?**
I currently oversee several programs for the IRS, Real Estate and Facilities Management organization. The programs are: Finance, IT Systems, Records Management and Competitive Sourcing. In January 2004 I was in a different role as Chief, Safety for the same organization.

**Please describe your professional relationship to Complainant and the duration of that relationship.**
I have known Mr. Hamilton for approximately ten years. During that time, we did not work together on a regular basis and neither of us was ever directly in the other's chain of command. During the period of the alleged discrimination, I reported to the Director of Real Estate and Facilities Management. Mr. Hamilton, I believe, reported through his manager to the Facilities Management Officer, who reported through the Associate Director to the Director of Facilities Operations, who reported to the Director of Real Estate and Facilities Management.

**In his complaint, he claims that he was discriminated against when he was not selected for the temporary position of Safety and Health Manager GS-0018-14. Please describe, in chronological order, the factual events that led up to his nonselection.**
Since my arrival to the IRS in April 2003, the National Office Safety Program had undergone extensive focus, evaluation and change. As a part of this evaluation and "needs analysis", we identified a number of gaps in our program and one of the needs was to revise the Safety Inspection Program. Another need was to develop a training/mentoring plan for the field Safety Officers.

For the revision of the Safety Inspection Program, we solicited volunteers from the field in the fall of 2003. Mr. Hamilton was one of two field Safety Officers selected for the position. The other was Ms. Brenda Goulding. We held an initial meeting to discuss the assignment and divided the work between National Office and the two field Safety Officers. Within a month, it became apparent that almost all of the work products and field coordination was coming from Ms. Goulding. It continued throughout the project and, by the end of the assignment, Mr. Hamilton was not participating at all.

HAM
2446

For the second need, and the subject of the Complaint, there was no formal announcement seeking volunteers from the field. The decision to select Ms. Carraway was based upon the relationship of the Safety Program needs at the time and her skills and abilities. Ms. Carraway had demonstrated interest, experience and aptitude in this area in the past. She had participated, along with other Safety Officers, in the development of training for the Safety Advisory Committees (SACs). Additionally, she had voiced her ideas about standardization of training and development of the Safety Officers in Safety Officer conference calls.

**The Complainant is of the belief that his complexion, race and gender are a factor in your not selecting him for the temporary Safety and Health Manager GS-14? Please respond to the following allegation made by the Complainant. If this was not the case do you know why the Complainant believes this to be true?**
Complexion, race and gender were not factors in the selecting for the temporary Safety and Health Manager GS-14. The selection was strictly based upon National Office Safety Program needs, at the time. I do not know why the Complainant believes this to be true.

**Were you the official who made the decision to select Camille J Carraway for the temporary Grade 14 Safety and Health Manager position? Please state the reasons which led you to reach this decision to select Ms. Carraway.**
I was the official who made the decision to select Camille J Carraway for the temporary Grade 14 Safety and Health Manager position. The decision to select Ms. Carraway was based upon the relationship of the Safety Program needs at the time and her skills and abilities. Specifically, the detail was to develop a training/mentoring plan for the field Safety Officers. Ms. Carraway had demonstrated interest, experience and aptitude in this area in the past. She had participated, along with other Safety Officers, in the development of training for the Safety Advisory Committees (SACs). Additionally, she had voiced her ideas about standardization of training and development of the Safety Officers in Safety Officer conference calls.

**"The Complainant alleges that he was more qualified than this individual. For one, he is classifiable as a Industrial Hygienist and both as a Safety Officer". Please respond to this allegation.**
I would disagree that Mr. Hamilton was more qualified. Strictly speaking, I think that both employees could be classified into either position. The Industrial Hygiene position (series 690) requires a post-secondary degree with additional educational requirements in chemistry. Both individuals maintained certification in the field. By contrast, the Safety Officer position (series 018) has no educational requirement. It is my understanding, and experience in the government, that anyone who can fulfill the requirements for classification as an Industrial Hygienist by default fulfills the requirements for a Safety Officer position but not vice versa.

**Please explain the entire process for inquiry and selection of this temporary position at issue. Were there any formal announcements or inquiries made for candidates? Please describe the procedures that were followed in making this decision. For example, describe whether you relied on other management officials for input, and who you relied upon etc.**
The Safety Program identified a need for a training/mentoring program for the field Safety Officers. The existing National Office staff did not have the capacity to develop the plan. One existing staff member,

page 2 of 4 pages

HAM
2447

Ms. Barbara Cohen, suggested that Ms. Carraway would be an excellent choice to lead the training/mentoring program. That staff member indicated that Ms. Carraway had been very helpful to National Office on other projects and that she had skills and interest in Safety Officer training and development. In a separate conversation, another staff member, Mr. Edward Crandall, shared information about Ms. Carraway's frustration with her current work situation. Knowing that the senior leadership in our organization had previously advocated field details as a good method for obtaining temporary resources needed by the National Office and given the other information that I had, I asked Ms. Carraway to discuss a proposed detail. After having a conversation with her and hearing her ideas, I was confident that she was an appropriate choice for the project.

**Did you consider Complainant for the position in question? If not, why not? " He believes that the selecting official is well aware of his qualifications as Mr. Burns wife was employed under him when he was with the Navy and he has made overtures towards Mr. Burns regarding interest in this position".**

Due to the circumstances of how the detail was initiated (see above) I did not give much consideration to the other Safety Officers. The need was identified and my existing staff identified a resource that would be appropriate to fill that need. Regarding my knowledge of his qualifications because of prior work experience of my wife, Mr. Hamilton's qualifications and suitability for this detail was not enhanced by my wife's knowledge of his previous work performance. Likewise, conversations with a previous supervisor of Mr. Hamilton would not have made him appear suitable for this assignment. As for Mr. Hamilton making overtures toward me regarding interest in this position, I do not recall any such conversations.

**Have you been the Selecting Official for other vacancies within the recent past (two year period)? If yes, identify the positions filled, the persons you selected for each position, the approximate date of each selection; and to the best of your knowledge, the race and gender of the person(s).**

I have been the selecting official for one vacancy while in this position at the IRS. The position was for a Safety and Occupational Health Manager (GS-018-14). Ms. Annette Burrell was selected around August 2003. Ms. Burrell is a Caucasian female. I was also the selecting official for a detail assignment to National Office to lead the changes to the Safety Inspection Program sometime in the fall of 2003. For that Program need, two Safety Officers were selected from the field to lead the effort. The two selected were Ms. Brenda Goulding (Caucasian, female) and Mr. Gary Hamilton.

**Do you have in your possession any documentation (written or unwritten (e.g., video tapes interview notes etc) relating to this selection process which you used or which you created during the selection process? Do you have any other pertinent information to offer regarding this claim of discrimination? If yes, please describe the documentation.**
I do not have any information.

**Are you aware of documentation relating to this selection process (written or unwritten) that is in the possession of others, which was used or created during this selection process? If yes, please describe the documentation, and identify each person having possession of the documentation.**
I am not aware of anyone else having information about this selection.

page 3 of 4 pages

HAM 2448

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10/29/04__ at __Arlington, VA__
(Date)                        (City/State)

JOHN STUART BURNS
CHIEF, SYSTEMS AND CONTROLS
REAL ESTATE AND FACILITIES MANAGEMENT,
IRS

(Signature/Title/Address)

page 4 of 7 pages