*Interrogatories to J. Stuart Burns*

1. Identify all persons with input into the decision to grant detail assignment for Annette Burrell with the Safety Program at the national Office. For each person with input, identify what input that person provided. Identify any documents pertaining to the grant of said detail to Annette Burrell.
    *Annette Burrell was detailed into a position in the Safety Office prior to my arrival at the IRS in April 2003. I do not know how she came into the detail for National Office. I do not have any documents relating to the detail.*

2. Identify all persons with input into the decision *not* to grant detail assignment for Annette Burrell with the Safety Program at the national Office. For each person with input, identify what input that person provided.
    *I have no information on this request for information. See comments to Interrogatory #1.*

3. For the period April 2003 to the present, identify all promotions or hirings for which John Stuart Burns was either a recommending official, a selecting official, or otherwise had "input." For each such promotion or hiring, state —
    a. Whether it was a promotion or hiring;
        *During my tenure at the IRS, I have hired one person and provided details on three occasions. I also was asked to rank a package outside my program area on one occasion. In the following questions, I have listed them as "hire", "detail 1", "detail 2", "detail 3", and "rank".*
    b. The race and gender of all candidates subject to Burns' "input;"
        *"Hire" from four candidates – Caucasian female, African-American male, Caucasian female, and unknown male*
        *"Details" were from a variety of races and gender based upon the existing field Safety Officers.*
        *"Rank" package of two candidates – race unknown, both male and female.*
    c. The nature of the input given and;
        *For the "hire", I was a member of the interview team and the selecting official. The panel narrowed the four applicants to two (neither of which was the Complainant) and presented me with their thoughts for final selection.*
        *For the "details", I approved the details but relied largely on input from my staff for the selection.*
        *For the "rank", I scored the two applications given to me.*
    d. The race and gender of the candidate promoted or hired;
        *"Hire" – Caucasian female*
        *"Detail 1" – Caucasian female*
        *"Detail 2" – African American male*
        *"Detail 3" – Caucasian female*
    e. Identify any documents pertaining to this process.
        *With the exception of the interview notes from the "hire" (enclosed), I do not have any documents relating to the "details" or the package that I ranked.*

4. Identify each interview question and answer by Complainant to which Complainant was (a) unclear; (b) difficult to follow; or (c) lacked proper elaboration.
    *The questions asked of all applicants and notes taken from the answers provided during the interview are enclosed. It was unanimous consensus from the interview panel during discussions between interviews and at the conclusion of the interview process that the Complainant was ineffective in his oral communication during the interview. It was also unanimous that he was not among the top two potential candidates for this position after the interview.*

5. Describe in detail the chain of custody regarding all interview notes taken by the panel until the present.
    *The interview notes of the panel were given to me and were filed after the interviews. Following that, I went through a series of box moves within my building and a job change. I found the interview notes in an unopened box in my current office after an exhaustive search for information for this interrogatory.*

6. Identify all details and special assignments granted to the field safety officers by John Stuart Burns. For each detail / assignment, identify —
    a. The employee given the detail / assignment, and
        *See previous ROI Declaration.*
    b. The nature of the assignment.

7. Mr. Burns stated in his ROI Declaration that Mr. Hamilton was more qualified than the selectee in the technical aspects of the position. Discuss in detail how he was more qualified.
    *Mr. Hamilton is a Certified Industrial Hygienist (CIH). The selectee is not. This certification would indicate that he is more qualified to perform industrial hygiene evaluations and act as a subject matter expert in certain types of occupational and environmental health issues. This was the reason for my comment in the ROI Declaration. Certification was not a requirement of the position being advertised.*

8. Identify all duties and responsibilities for the subject position. Rank said duties and responsibilities in order of importance.
    *The duties and responsibilities for the subject position were consistent with the position description. Relative importance of individual duties and responsibilities changed through the course of the assignment, depending on external drivers and internal skill sets and capacity.*



HAM 1463

### *Additional Questions for J. Stuart Burns*

1. All organizational charts which include all employees in the direct supervision of Mr. Burns for the last five years.
   *I came to the IRS in April 2003. I do not have any organization charts covering the period of April 2003 through the selection to the referenced vacancy in August 2003. There was an existing staff of four employees, that were on-board prior to my arrival, that became my staff.*

2. Any and all correspondence between Agency officials, supervisors, managers or other management officials including Team Leaders, persons from the Human Relations or Personnel Department of the Agency pertaining to any matter or issue raised in this case.
   *Other than the interview notes (enclosed) and copies of the application packages of the four candidates interviewed for the position (not enclosed), I do not have copies of any correspondence relating to the selection.*

3. All notes written by and records kept by all individuals with input into the subject position regarding this selection process.
   *Interview notes attached.*

4. All e-mails, memos or any other communications about recommendations for this promotion.
   *Interview notes attached.*

5. All interview notes maintained by the individuals who conducted the interviews for the subject position for each person interviewed.
   *Interview notes attached. To my knowledge interview panel submitted all notes to me.* 

HAM
1464