EXHIBIT
54

more goulding email
-----Original Message-----
From: Hamilton Gary <Gary.Hamilton@irs.gov>
To: 'ghmilton@aol.com' <ghmilton@aol.com>
Sent: Mon, 27 Jun 2005 10:53:53 -0400
Subject: FW: FWA Workgroup , Recreation Checklist


-----Original Message-----
From:    Goulding Brenda R
Sent:    Thursday, August 28, 2003 3:53 PM
To:      Hamilton Gary
Subject:    RE: FWA Workgroup , Recreation Checklist
I have sent an email to Annette to ask the protocol on emailing the safety officers. Will collect your information as soon as I hear back from her.

    -----Original Message-----
    From:    Hamilton Gary
    Sent:    Thursday, August 28, 2003 8:47 AM
    To:      Goulding Brenda R
    Subject:    FWA Workgroup , Recreation Checklist
    Brenda,
    Could you canvas (via email) to all safety officers to determine to what extent (or which to include from the list below) the recreation checklist should be.
    I have many sub-areas of this subj area. You can get them to respond directly or indirectly. Just put the name of the property site (campus, POD or Service Center) next to the sub-area type.

    Thanks
    Gary Hamilton
    202-283-0932

- Archery
- Arts and Crafts
- Auto Hobby Shop
- Campground/Picnic Areas
- Club
- Combination Skeet and Trap Range
- Go Karts/Off-Road Motorcycles/ATVs
- Hot Tubs
- In Line Skating/Hockey
- Marina
- Paintball
- Photography Shop
- Playing Fields
- Saunas/Steam Rooms <
- Skeet Ranges
- Swimming Pools
- Trap/Ranges
- Woodworking
- Youth Center

TI 15A

-----Original Message-----
From: Hamilton Gary <Gary.Hamilton@irs.gov>
To: 'ghmilton@aol.com' <ghmilton@aol.com>
Sent: Mon, 27 Jun 2005 11:12:48 -0400
Subject: FW: Vehicle Maintenance


-----Original Message-----
**From:** Goulding Brenda R
**Sent:** Tuesday, September 23, 2003 12:40 PM
**To:** Hamilton Gary; Orr Cathy M
**Subject:** Vehicle Maintenance

Gary,
I looked at a checklist on vehicle maintenance (from JJ Keller's book) and the items they have listed would be more applicable if we had on-site gas tanks for fill-ups or changed oil. I think we can drop this one.
B


-----Original Message-----
**From:** Hamilton Gary
**Sent:** Tuesday, September 16, 2003 11:07 AM
**To:** Orr Cathy M
**Cc:** Goulding Brenda R
**Subject:** RE: The Project, ???Vehicle Maintenenance

Cathy, pls forward your vehicle checklist to me. tks gh


-----Original Message-----
**From:** Goulding Brenda R
**Sent:** Monday, September 15, 2003 4:58 PM
**To:** Hamilton Gary; Orr Cathy M
**Subject:** RE: The Project, ???Vehicle Maintenenance

I know there aren't many standards. Ours are the same as Cathy's - check out... I am waiting to speak to our Motorpool coordinator.
B


-----Original Message-----
**From:** Hamilton Gary
**Sent:** Monday, September 15, 2003 3:38 PM
**To:** Orr Cathy M
**Cc:** Goulding Brenda R
**Subject:** RE: The Project, ???Vehicle Maintenenance

Do IRS employees actually check out the vehicle to the point where they act as a machanist or do they acting more like a customer of GSA renting a car.....My guess is they are merely renting with minor machanical taskings (change oil, change tires, etc).
Brenda,its your call, but there are not stds, rather manufacturer recommendations.
gary


-----Original Message-----
**From:** Orr Cathy M
**Sent:** Monday, September 15, 2003 3:36 PM
**To:** Goulding Brenda R; Tobias Nate A; Forester Carolyn Jane; Joines William D; Nisewonger Ken M; Hamilton Gary

more workgroup traffic
-----Original Message-----
From: Hamilton Gary <Gary.Hamilton@irs.gov>
To: 'ghmilton@aol.com' <ghmilton@aol.com>
Sent: Mon, 27 Jun 2005 11:14:35 -0400
Subject: FW: Final Check - Daycare Checklist


-----Original Message-----
**From:** Goulding Brenda R
**Sent:** Wednesday, September 24, 2003 4:32 PM
**To:** Hamilton Gary
**Subject:** RE: Final Check - Daycare Checklist
**Importance:** High

Gary -
Pages 7, 8, and 9 of the safety review did not come through on the fax.
Please send!

B

    -----Original Message-----
    **From:** Hamilton Gary
    **Sent:** Wednesday, September 24, 2003 2:59 PM
    **To:** Goulding Brenda R
    **Subject:** RE: Final Check - Daycare Checklist

    Brenda,
    I do not want to hold up the process, so for that purpose, proceed without these 3 checklist questions. I
    can not find these at this time. The 5 ft fence reqmt is a navy directive (daycare).  I faxed the fence
    reqmt with the Local Contractor Sfy inspection writeup to you.
    gary

        -----Original Message-----
        **From:** Goulding Brenda R
        **Sent:** Thursday, September 18, 2003 1:22 PM
        **To:** Hamilton Gary
        **Subject:** Final Check - Daycare Checklist

        Gary,
        I made some change to the checklist.  I need you to let me know the references you used for the
        first three items (bolded) under G. Products.

        Please let me know as soon as you can.
        B

**Subject:** RE: The Project, ???Vehicle Maintenenance

we still do have GSA vehicles at Martinsburg for employees to check out daily

*Cathy Orr*
*Safety Officer*
*Martinsburg Territory*
*304-264-5516*
*304-264-5596 (Fax)*

-----Original Message-----
**From:** Goulding Brenda R
**Sent:** Monday, September 15, 2003 3:28 PM
**To:** Tobias Nate A; Forester Carolyn Jane; Orr Cathy M; Joines William D; Nisewonger Ken M; Hamilton Gary
**Subject:** FW: The Project, ???Vehicle Maintenenance
**Importance:** High

Please see Gary's message below - do any of you have or know of a facility that has vehicle maintenance?   Do you think we need to include manufacturers recommendations as a checklist (although I'm not sure how much we'll have to stand on).  Let me know.

B

-----Original Message-----
**From:** Hamilton Gary
**Sent:** Monday, September 15, 2003 10:24 AM
**To:** Goulding Brenda R
**Subject:** RE: The Project, ???Vehicle Maintenenance

Brenda,
I suggest we delete "vehicle maintenance" from our list.
Reasons:
1. do we actually have IRS property that conduct vechicle maintenance.  Here GSA does it.
2. NO actual regulations available, only manufacturers recommended practices, e.g. check tires, etc

gary
is there another area so I can research.