INTERNAL REVENUE SERVICE
STANDARD POSITION DESCRIPTION

SPD No 91601

Classification:            GS-343-13
Classification Title:      Management and Program Analyst
Organizational Title:      Project Manager
Organization:              Service-wide

**Position Information**
Competitive Level Code:    2480
Supervisory Code:          5
Bargaining Status:         Non-Bargaining Unit
Risk Level/ADP             5N
FLSA Status:               Exempt
Full-Working Level         13
Career Ladder PDs:         GS-343-13, 91601
                           GS-343-12, 95246

EXHIBIT 54

Remarks:   12/17/03-Changed Career Ladder PDs from None. (lc)
           08/01/03 – CLC corrected from 2464 (srl).
           09/28/99 – SPD revised to correct location from Metro/Metrocon Site to Service-wide and competitive level code annotated.
           02/15/00 – Classification Title corrected from Management/Program Analyst to Management and Program Analyst and Supervisory Code, Bargaining Status, Risk Level/ADP annotated.
           04/19/00 – Supervisory Controls amended.

| | | |
|---|---|---|
| **Duties and Responsibilities Approved:** | 04/28/94 | /s/Raymond P. Keenan<br>Director, Administrative Services Project |
| **Classification Approved:** | 04/28/94 | /s/Ray Woolner<br>Director, Human Resources Division |

Supervisory Certification: I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.

**Signature of Immediate Supervisor:**                          Date:

**Title:**

All other levels of supervision which propose or approve official statements of duties and responsibilities are attesting to the same effect as the immediate supervisor.

This position description is intended for use without modification. Any changes (e.g., pen-and-ink) to the duty statements, factor level descriptions and benchmarks may jeopardize the classification allocation. Contact the National Classification Center for further assistance. The classification of this position may be appealed. Published standards or other information upon which the classification is based may be reviewed. Information may be obtained from the employee's immediate supervisor or the National Classification Center.

HAM
0062

Internal Revenue Service    SPD No. 91601
Standard Position Description    Page 1
Management and Program Analyst, GS-343-13

### Introduction

The incumbent serves as a Project Manager responsible for accomplishing various analytical studies and/or projects relating to substantive, mission-oriented programs of the Internal Revenue Service. The studies or projects involve complex programs, systems, or issues and have impact on multiple IRS locations and/or organizations.

### Major Duties

- Meets with managers and executives within the Service to define the overall goals and objectives of the project.

- Prepares action plans and schedules for various phases of project accomplishment, both short and long-range; ensures that plans are consistent with Service goals, schedules, and policies.

- Prepares recommendation for resource requirements to accomplish the project; negotiates with managers of various components of the Service to obtain needed resources and support.

- Establishes a system to review, control, and report on project status.

- Plans, coordinates, and establishes operating methods and procedures for accomplishment of project mission; as needed, directs the development and accomplishment of employee training relating to the project.

- Monitors project status and adjusts work plans for project accomplishment.

- Conducts in-depth analyses of project data, requirements, and impact; identifies problem areas and determines how to resolve them.

- Manages project resources to meet goals and objectives. As needed, recommends adjustment of resources.

- Prepares directives, issuances, memoranda, policy statements, and other written guidelines and recommendations relating to the project.

- Conducts briefings and prepares comprehensive reports to keep managers and executives advised of project plans and progress and to communicate findings and recommendations.

- Coordinates the impact of the project with employees and managers in all affected areas within the Service.

- Resolves any relationship problems or conflicts that impede progress; ensures that all involved parties work effectively toward timely completion of the project.

- Functions as the resident expert relating to all aspects of project planning, execution, and implementation.

HAM
0063

**Internal Revenue Service**  
**Standard Position Description**  
**Management and Program Analyst, GS-343-13**

SPD No. 91601  
Page 2

- Performs other duties as assigned.

Factor 1 - Knowledge Required by the Position        FLD 1-8 (1550 points)

- Expert knowledge of a wide range of analytical and evaluative methods and techniques, both qualitative and quantitative, to accomplish complex projects or studies of broad scope.

- Comprehensive knowledge of the range of laws, policies, regulations, and precedents applicable to the segment(s) of the Service's program affected by the assigned project or study.

- Knowledge of the overall mission, objectives, functions, policies, and organizational structure of the Internal Revenue Service.

- Knowledge of the objectives of the project and its relation to the Service's various functions and overall program.

- Knowledge of management principles and processes to perform project management duties and to effectively coordinate and integrate project objectives and recommendations with key line and/or staff functions of the Service.

- Ability to work effectively with others and to maintain harmonious relationships with all parties.

- Ability to communicate effectively both orally and in writing.

**Factor 2 - Supervisory Controls        FLD 2-4   (450 points)**

The employee and the supervisor mutually define the scope and objectives of the projects and develop project plans. Within the parameters of the approved plans, the employee has responsibility for independently planning, designing, and carrying out the projects. Completed work is normally reviewed only for its compatibility with organizational goals and guidelines, its effectiveness in achieving intended objectives, and its impact on affected programs, organizations, and personnel.

**Factor 3 - Guidelines        FLD 3-4   (450 points)**

Guidelines consist of general administrative policies and management and organizational theories which provide basic guidance concerning the results to be achieved, but do not provide detailed methodology. Considerable adaptation and interpretation is necessary in applying them to the programs, systems, or issues being studied and/or implemented. The incumbent may need to refine or develop more specific guidelines to interpret broad regulatory guidance.

**Factor 4 - Complexity        FLD 4-5   (325 points)**

The incumbent plans, organizes, and carries through to completion broad, long-term, analytical studies/projects requiring analysis of effectiveness, efficiency, and productivity of substantive, mission-oriented programs.   Decisions regarding what needs to be done include major areas of

**Internal Revenue Service**  
**Standard Position Description**  
**Management and Program Analyst, GS-343-13**

SPD No. 91601  
Page 3

uncertainty in approach, methodology, or interpretation and evaluation processes due to such elements as continuing program changes, technological developments, or conflicting requirements. The work requires originating new techniques, establishing criteria, or developing new information.

**Factor 5 - Scope and Effect           FLD 5-4   (225 points)**

The purpose of the work is to analyze and evaluate major aspects of substantive, mission-oriented programs. Work affects the plans, goals, and effectiveness of missions and program operations of various organizations, functions, or locations.

**Factor 6 - Personal Contacts           FLD 6-3 (See Factor 7)**

Contacts are with all levels of management in the Region, with appropriate program officials in the National Office, and occasionally with managers and program officials in other regions.

**Factor 7 - Purpose of Contacts           FLD 7-C   (180 points)**

The purpose of contacts is to disseminate or explain information, gather facts, conduct analyses, and coordinate project activities and to influence managers or other officials to accept and implement findings and recommendations on organizational improvement or program effectiveness. There may be resistance due to such issues as organizational conflict, competing objectives, or resource problems.

**Factor 8 - Physical Demands           FLD 8-1   (5 points)**

The work is primarily sedentary. No unusual physical demands are required.

**Factor 9 - Work Environment           FLD 9-1   (5 points)**

Work is performed in a typical office setting, presenting no unusual environmental risks or discomforts. Occasional travel may be required.

**TOTAL**      (3190 points)  
**RANGE**     3155 - 3600 = GS-13

**Final Classification: Management and Program Analyst, GS-343-13**

HAM 0065