| TITLE | Assigned to | Draft received | Draft reviewed |
|---|---|---|---|
| Cafeteria, Canteen, Vending | Cathy | | |
| Computing Room | Nate | | |
| Conference/Training/Work Rooms | Rebecca | | |
| Day Care | Gary | | |
| Elevator | TBD | | |
| Facility Support | TBD | | |
| File Room | Dan | | |
| General Office | Brenda | | |
| Guard Area | Cathy | | |
| Hallway/egress | Nate | | |
| Health Facility/First Aid | Rebecca | | |
| Loading Dock | Dan | | |
| Lobby/entrance/egress | Jane | | |
| Mail room | Nate | | |
| Printing | Gary | | |
| Recreation area | Nate | | |
| Restrooms | Jane | | |
| Shipping/Receiving | Dan | | |
| Shop (mechanical, electrical) | Dan | | |
| Stairway | Rebecca | | |
| Storage room | TBD | | |
| Telecomm Center | Jane | | |
| Traffic – parking, driving | Rebecca | | |

Goulding
EXHIBIT NO. 2
7/13/06 ʒ S
APPINO & BIGGS

EXHIBIT 59

| | | | | |
|---|---|---|---|---|
| Vehicle Maintenance | Gary | | | |
| Walkway | Jane | | | |
| Warehouse/Storage area | Cathy | | | |

# SAFETY INSPECTION CHECKLISTS
## Instructions

The following information provides an overview of the inspection checklists, identifies items needed to complete the inspection and explains the selection and completion of the checklists. The information is based on the assumption that all inspectors have completed basic safety inspection training either in the classroom or via the Intranet.

## Overview
There are 15 safety inspection checklists:

| | | |
|---|---|---|
| Computing Room | Day Care/Playground | Elevator |
| Exterior Walkway | File Room | General Office |
| Guard Area | Hallway/Egress | Health Facility/First Aid |
| Mail Room | Printing | Shipping and Receiving |
| Shop (Mech./Elec) | Stairway | Traffic (parking, driving) |

*Goulding*
EXHIBIT NO. 1
7/17/06 D.S.
APPINO & BIGGS

The checklists are identically formatted and if possible, items on the checklists have been separated into categories, i.e. electrical, floor, fire protection, etc. to focus the inspector's attention.

## Items Needed
Each safety inspector is expected to bring to the inspection a pen/pencil, lined tablet for additional notes, and any identification or attire they may have as an inspector. Based on the assigned areas, the Safety Officer may provide inspection tools such as a measuring tape or floor plans to notate specific areas of concern.

## Selection Of The Checklists
The Safety Officer will determine and provide the checklists that will be completed by each inspector based on the assigned areas.

**ALL AREAS (excluding Exterior Walkway and Traffic)** will <u>first</u> be reviewed with the General Office checklist. The General Office checklist provides review guidelines for the floors, walls and ceilings of all areas. Based on the assigned inspection area, additional checklist(s) may be required. For example, if the inspector is assigned the File Room to review. The inspector would complete the General Office and the File Room checklists. Depending on the area, the inspector may also need Stairway and Hallway/Egress.

The General Office and Shipping/Receiving checklists are applicable to multiple areas. The General Office checklist encompasses:

| | | | | |
|---|---|---|---|---|
| Cafeteria | Closed office area | Conference room | Open office area | Recreation/fitness area |
| Restrooms | Storage area | Telecomm Room | Training room | Vending area |
| Work rooms | | | | |

The Shipping & Receiving checklist is also applicable to:
| | | |
|---|---|---|
| Warehouse | Bulk Storage area | Loading Dock |

## Completion Of The Checklists
All inspectors will continue the protocol for conducting inspections (meet with the manager, invite employee representative, etc.).

The inspection checklists are to be completed, in full, by the safety inspector. Each item on the checklist must be marked either "yes", "no", or "N/A". If a safety issue is identified, the explanation regarding the issue must be notated in the "Comments" area. The inspector must also provide an

identifiable location of the problem and note the severity of the issue (non-serious, serious, imminent). Additional paper may be used if needed. Please reference the ID# (i.e. A1) when writing additional notes.

Once the checklist has been completed, it will be returned to the Safety Officer.

Case 1:05-cv-01549-RBW   Document 59-52   Filed 10/20/2007   Page 4 of 4

identifiable location of the problem and note the severity of the issue (non-serious, serious, imminent). Additional paper may be used if needed. Please reference the ID# (i.e. A1) when writing additional notes.

Once the checklist has been completed, it will be returned to the Safety Officer.