1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY HAMILTON,

       Plaintiff,

v.                        CASE NO.: 05-1549 (RBW)

JOHN SNOW,

       Defendant.

Washington, D.C.
August 17, 2006

DEPOSITION OF:

ANNETTE BURRELL

called for examination by counsel for the Plaintiff, pursuant to notice of deposition, in the offices of Neal Gross & Co., 1323 Rhode Island Avenue, N.W., Washington, D.C., when were present on behalf of the respective parties:

1      A      Yes.

2      Q      And Barbara Cohen and Ed Crandle are also
3  in the same office with them?

4      A      Well, they were. They're retired now.

5      Q      Which one of them retired?

6      A      Ed Crandle and Barbara Cohen.

7      Q      But Jesse Walter and Larry Schliefer are
8  still there?

9      A      Yes.

10     Q      Okay. What is Larry Schliefer's present
11 position?

12     A      I'm not sure exactly what his position
13 title is.

14     Q      How about Jesse?

15     A      I'm not sure exactly what his position
16 title is either.

17     Q      Okay. Now the team at the time extended
18 what was already in place to other areas, is that what
19 it was?

20     A      I don't understand the question.

21     Q      Okay. I asked you what you did as a
22 management analyst, right?

1   A   Yes.

2   Q   And your response at the time was what?

3   A   My response at the time?

4   Q   Okay. What were your job duties as a
5   management analyst during the detail?

6   A   I was a project leader, leading a project
7   to reengineer the safety program.

8   Q   Okay. And I asked you how you did that.

9   A   Yes.

10  Q   And your response was?

11       MR. TRUONG: Objection. Asked and
12  answered.

13       CHAIRPERSON WILSON: Yes.

14       MR. TRUONG: Go ahead and answer the
15  question.

16       THE WITNESS: Okay. We brought in
17  representatives from the business units to develop
18  processes and procedures.

19       BY MS. GBENJO:

20  Q   Okay. Now these representatives that you
21  brought in --

22  A   Yes.

1  grade 13?

2      A    I think that question needs to be asked of
3  a classification specialist to -- to say whether or
4  not I qualified for a grade 13 specialized experience.
5  I mean, that would be my -- I would be telling you
6  what my perception was, what I believe. You know, I
7  didn't qualify myself, so --

8      Q    All right. So now let's go back to
9  another topic. I don't understand the explanation.

10      Now, with the safety inspection program
11  that you had in 2003, you were present at a meeting
12  where Brenda Golden and Stuart Burns were also
13  present. Is that true?

14      A    Yes, there was an initial meeting.

15      Q    Okay. And there was another meeting where
16  Brenda Golden, Mr. Hamilton, Stuart Burns and yourself
17  and some other contractors were present, isn't that
18  true?

19      A    Yes.

20      Q    Okay. At that second meeting in which Mr.
21  Hamilton was present, what was --

22      MR. TRUONG: Objection. I'm sorry. Go

1  ahead.

2           BY MS. GBENJO:

3       Q   At the second meeting in which Mr.
4  Hamilton was present, what was Mr. Burns' instructions
5  to Mr. Hamilton?

6           MR. TRUONG:  Objection to the extent it
7  mischaracterizes the testimony there are two meetings.

8

9           MS. GBENJO:  Well, speaking objections,
10 you're not going to put words in the witness' mouth.
11 Enough of the coaching because your conduct
12 reprehensible.

13          BY MS. GBENJO:

14      Q   What was Mr. Burns' instruction at that
15 second meeting in which Mr. Hamilton was present?

16      A   I don't remember and --

17      Q   Okay.

18      A   -- thinking about -- I'm thinking about
19 one meeting; I'm not aware of two meetings, the one
20 meeting where there was an initial meeting with Gary
21 and Brenda and Stuart and I and Guy Burnett, the
22 contractor.