

EXHIBIT
41

# APPLICATION FOR PROMOTION/REASSIGNMENT

| Name (Last, First, Middle) | Social Security Number |
|---|---|
| Carraway, Camille J. | |

## A - PRESENT POSITION

**1. Title, Series and Grade**
Occupational Safety and Health Manager GS-13

**2. Office Phone**
202-281-5700

**3. Employing Office, Address, and Symbols**
Security and Safety
NCFB
Room A1-300
5000 Ellin Road
Lanham, MD 20706

## B - POSITION FOR WHICH YOU WISH TO BE CONSIDERED
(List only one kind of position and one grade)

| Vacancy Announcement | |
|---|---|
| Number | Closing Date |
| SSN-0FM037n6 | 5/19/2003 |

Check Appropriate Box For Consideration (See instructions)
☐ One-Time
☐ Continuous
☒ Management Careers Program

**8. Title**
Safety Specialist

**9. Series and Grade**
GS-14

**10. Desired Location (Place "X" to indicate only one organization)**

| | |
|---|---|
| ☒ National Office | |
| ☐ Regional Office | Specify which |
| ☐ District Office | Region, District, |
| ☐ Service Center | or Service Center |
| ☐ Detroit Computing Center | |
| ☐ Martinsburg Computing Center | |

**11. Desired Post of Duty (See instructions)**
-Remain at POD-

**12. Desired Division and Branch**
REFM, Safety

**4. Supervisor's Name**
Vanessa D. Perkins

**5. Office Phone**
202-281-5700

**MANAGEMENT CAREERS APPLICANTS--DO NOT COMPLETE BLOCKS 6 AND 7**

**6. Specify training you may have had appropriate to position applied for (Additional space on reverse side if needed)**

**7. Incentive Awards Received and Data (Additional space on reverse side if needed)**

| Employee's Signature | Date |
|---|---|
| | 5-5-03 |

| Supervisor's Signature | Date |
|---|---|
| | 5/5/03 |

Department of the Treasury - Internal Revenue Service

Form 4515 (Rev. 3-81) Cat. No. 21095P    (See Reverse Side for Privacy Act Statement)

140

HAM
2368

INSTRUCTIONS: This form is for use by employees to request consideration for any vacant position. Complete all items on this side of form.

Separate cards are required if you wish to request consideration for more than one kind of position and grade, more than one organization, or more than one post of duty.

Submit this form through your supervisor to the Personnel Office servicing the organization where you work now (or in the National Office to your Administrative Officer). If you are qualified, your Personnel Office will request a current performance appraisal from your supervisor and a SF-171 (if needed) from you. If you are applying for a specific announced vacancy the evaluation will be requested immediately. If you are applying for continuous consideration (Evaluation automatic, area of consideration optional), your evaluation(s) will be requested when the vacancy(ies) occur.

Type of Consideration (Check appropriate box)

☐ Vacancy Announcement All applicants must be qualified at the time of filing. Your application will be kept on active file only for the specific vacancy announcement. Your application will receive consideration only for the specific vacancy indicated.

☐ Continuous Basis. All applicants must be qualified at time of filing. Your application will be kept on active file until Dec 31st. You will be considered for vacancies as they occur.

☐ Management Careers Program

## IRS Performance Management System

# Management Official Performance Agreement

Management officials in the Internal Revenue Service are accountable for supporting the Service's mission to "provide America's taxpayers top quality service by helping them understand and meet their tax responsibilities, and by applying the tax laws with integrity and fairness to all." This Agreement is intended to establish annual performance expectations in this regard. As described below, those critical expectations consist of three parts: *Responsibilities* that are common to all IRS management officials, *Commitments* that are specific to each, and a *Retention Standard* for fair and equitable treatment of taxpayers. These performance expectations (set at the beginning of each fiscal year) serve as the basis for a management official's annual performance evaluation.

| Starting date for the Performance Agreement | | Ending date for the Performance Agreement |
|---|---|---|
| October 1, 2001 | | September 30, 2002 |
| Name | Social Security Number | Position title |
| Camille J. Carraway | | Safety and Occupational Health Manager |
| Series and grade | Organization segment *(Office code symbols)* | |
| GS-018-13 | A:RE:O:A3:DC:SS:NC | |

## Part I: Critical Performance Expectations

### A. Responsibilities

All IRS management officials share certain, critical responsibilities that deal with how they perform their job. Set forth below, these responsibilities reflect the core values of the Service - what is important to us as an organization - and they are shared by all IRS management officials. These responsibilities guide the various actions that the incumbent commits to in Part I-B and should be given equal weight in the summary narrative and evaluation. The incumbent and immediate supervisor jointly review these responsibilities to ensure mutual understanding.

**Program Leadership**   Demonstrates integrity, sound judgment, and the highest ethical standards of public service in formulating, determining or influencing Service policies. Applies the EEO principles of fairness and equity in the workplace. Successfully promotes organizational change and exhibits leadership in ensuring accomplishment of assigned program objectives. Demonstrates a proactive approach to assigned program areas by persuasively making recommendations to improve the efficiency and effectiveness of those work assignments. Effectively identifies systemic problems, determines causes, and recommends feasible solutions. Actively plans program activities and determines program priorities. Allocates time and resources successfully.

**Employee Satisfaction**   Promotes effective communication, cooperation, and knowledge/skill sharing among work units, functions, and locations. Maintains effective working relationships with managers, peers and other employees. Provides constructive feedback to managers and peers to improve workgroup processes, using employee satisfaction data. Supports a workplace environment where ethical behavior and honesty are paramount and everyone is treated with dignity and respect, free from harassment or discrimination. Supports labor-management partnership activities. Demonstrates the importance of effective workplace relationships in successfully accomplishing the Service's mission.

**Customer Satisfaction**   Actively gathers feedback from customers to identify their needs and expectations. Provides responses to the customer that are prompt, consistent, professional, and address the individual customer's circumstances. Exercising sound judgment, identifies information to be shared with customers. Refers issues when appropriate, and ensures a final response or completion for the customer. Follows up with customers on products and services to provide quality service. Recommends ways to improve performance using available customer satisfaction or trend data. Demonstrates the importance of customer focus as a critical component of the Service's mission.

**Business Results**   Supports organizational operating plans within assigned areas of responsibility. Plans, implements, and monitors assigned programs using program/process reviews, performance measures, and Service policy. Makes recommendations for improvement. Informs manager and others about progress or problems in completing assignments. Shares process improvements and innovative actions with others. Uses sound business practices in all activities. Monitors work environment and makes recommendations to prevent prohibited discrimination and /or harassment.

**Professional Expertise**   Keeps abreast of current developments in areas of responsibility and actively seeks to improve job knowledge. Conducts the appropriate research and develops guidance or new approaches when new or unusual situations occur. Reaches reliable conclusions and makes persuasive recommendation that demonstrate sound and independent judgment. Produces work products that are clear, well organized, technically accurate, and thoroughly researched. Quickly takes steps to resolve problems as they are identified. Cooperates with EEO counselors, EEO investigators, and other officials who are responsible for conducting inquiries into EEO complaints. Completes research and other work products within established deadlines.

## B. Commitments

In the space below, the incumbent and his or her immediate supervisor should describe a limited number of critical actions, objectives, and/or results that the incumbent will be expected to accomplish during the upcoming evaluation year. These Commitments should be derived from, and directly contribute to, the program priorities and objectives established by the organization's annual business or operations plan; they should also be balanced, based on the Service-wide responsibilities described above, and may include personal developmental objectives relating to those responsibilities. Generally, Commitments should be *qualitative* in nature, but they can (and should) be guided and informed by the organization's *quantitative* performance measures. Commitments may be modified during the evaluation period if circumstances warrant. Changes should be made at least 60 days before the end of the evaluation period to prevent having to extend the evaluation period.

Principle Commitment

Work to move the National Headquarters toward a successful safety culture, where employees recognize the importance of safety in their workplace and perform in ways that protect the safety of each other.

Key indicators of performance for this commitment include:
· Increased awareness of the National Headquarters Safety program and occupational safety and health issues
· Active and effective Safety Advisory Committees
· Increased participation of management in OSH activities
· Increased requests for OSH presentations and information from managers and groups
· Improved performance of employees when reporting accidents, injuries, illnesses and incidents

Other Commitments

1. Implement occupational safety and health program changes due to revised Department of the Treasury and Internal Revenue Service policy and directives.

2. Respond in professional and timely manner to unforeseeable or emergency situations involving occupational safety and health. (e.g. Treasury decision to implement SHIMS Agency-wide, anthrax and mail handling procedures and policies, requests for assistance and back-up from Service-wide Safety.)

3. Promote occupational safety and health awareness by
· Developing and conducting manager training programs
· Developing and performing employee safety orientation training
· Preparing informational products such as Headquarter articles and pamphlets

4. Maintain and improve occupational safety and health recordkeeping procedures by
· Implementing procedures to address upgrades in SHIMS
· Improving OSHA mandated logging procedures within National Headquarters by developing and standardizing procedures.

5. Increase National Headquarters' compliance with elements of 29 CFR 1960, targeting the area of inspections and hazard abatement tracking.

148


HAM
2370

## C. Retention Standard - Fair and Equitable Treatment of Taxpayers

Consistent with the incumbent's official responsibilities, administers the tax laws fairly and equitably, protects taxpayers' rights, and treats them ethically with honesty, integrity, and respect. The incumbent and supervisor jointly review to ensure mutual understanding.

## D. Acknowledgement

By signature, the incumbent and his or her rating and reviewing officials acknowledge that they have discussed the critical performance expectations set forth above, and that the discussion included examples of behavior that would/would not meet those standards, as well as the consequences of each. The discussion occurs at the beginning of the evaluation period. The incumbent is given a copy of the agreement, and the original is placed in the incumbent's Employee Performance File.

| Employee's signature | Date 4/2/02 |
|---|---|
| Rating official's signature | Date 4/1/02 |
| Reviewing official's signature | Date |

## Part II: Midyear Progress Review

This mandatory review generally takes place in April of the evaluation year. The rating official and the incumbent are required to discuss the incumbent's progress toward expectations (Responsibilities, Commitments, Retention Standard) set forth in Part I. That discussion should be summarized below.

| Date review conducted | Rating official's signature | Employee's signature |
|---|---|---|

## Part III: Summary Evaluation

### A. Summary Narrative (The incumbent is to provide the supervisor a self-assessment of no more than two pages)

Limited to the space provided below the supervisor must describe the incumbent's achievements during the past evaluation year, as compared against the Critical Performance Expectations (Responsibilities, Commitments, Retention Standard) established in Part I. Emphasize areas of significant accomplishment that may meet or exceed expectations, and where appropriate, indicate opportunities for personal and professional development. Any performance problem resulting in a rating of "Not Met" must also be addressed in the Summary Narrative. Performance on the Retention Standard need only be addressed if the incumbent did not meet that standard.

Ms. Carraway's performance of her duties during this rating period have been outstanding. Ms. Carraway serves as the Safety Officer for the Washington, D.C. Metro Area. As such, she has responsibility for over 4,000,000 square feet of space. She continuously demonstrates her knowledge and abilities in a wide range of safety areas. She provides sound advice to upper management and demonstrates excellent judgment in addressing complex safety issues. Ms. Carraway displays excellent writing skills and her products are neatly done and require little or no change. She provides excellent leadership to the safety team. She has worked to develop the skills of the junior staff members. Particularly during this rating period, we were faced with the tragic events of September 11 as well as the many scares relating to Anthrax. Ms. Carraway assisted in the coordination of Anthrax sampling at Washington Metro Area IRS facilities. She was required to conduct research on anthrax and provided guidance on this as well as other related chemical/biological issues. She researched and determined the best type of personal protective equipment (PPE) to be used. She provided training to the mail room staff, and any one else concerned about their safety, on the use of the PPE. Ms Carraway led the safety team in providing guidance and direction whenever needed. Ms. Carraway has also been instrumental in establishing the office's safety inspection program. She worked closely with the Industrial Hygienist assigned primary program responsibility and provided guidance in the development of the program. I fully concur with her self-assessment attached to this appraisal.

144.

HAM
2372

## B. Expectations - Ratings

| Reason for Rating | ☒ Annual rating | ☐ Departure rating | ☐ Other _____ |
|---|---|---|---|

| Retention Standard | ☐ Not met | ☒ Met | ☐ Not applicable |
|---|---|---|---|

| Responsibilities | ☐ Not met | ☐ Met | ☒ Exceeded |
|---|---|---|---|
| | Placed insufficient emphasis on one or more sets of Responsibilities. Actions taken were inappropriate, ineffective, or undermined strategic goals or annual business plan accomplishment. | Placed appropriate emphasis on each of the five sets of Responsibilities. Appropriate actions were taken to support accomplishment of the annual business plan and strategic goals. | In addition to placing appropriate emphasis on the five sets of Responsibilities, served as a role model in one or more of the five sets. Actions taken were exemplary in promoting accomplishment of the annual business plan and strategic goals. |

| Commitments | ☐ Not met | ☐ Met | ☒ Exceeded |
|---|---|---|---|
| | Did not achieve or make substantial progress toward achievement of desired results. | Achieved or made substantial progress toward achievement of desired results. | Overcame significant obstacles, such as insufficient resources, conflicting demands, or unusually short timeframes, in achieving or exceeding desired results. |

## C. Summary Evaluation

| ☐ Not met* | ☐ Met | ☐ Exceeded | ☒ Outstanding |
|---|---|---|---|
| The incumbent failed to meet the retention standard, responsibilities and/or commitments. Repeated observations of performance indicated negative consequences in key outcomes (e.g. quality, timeliness, business results, morale, etc) Immediate improvement is essential. | The incumbent met the retention standard and the responsibilities and commitments in his or her Agreement with solid, dependable performance. Incumbent consistently demonstrates the ability to meet the requirements of the job. Challenges encountered and resolved are part of the day to day operation and are generally routine in nature. | The incumbent met the retention standard and generally exceeded both the responsibilities and commitments in his or her Agreement. However, he or she may have met the retention standard and demonstrated exceptional performance in either responsibilities or commitments and met the expectations of the other. He or she may have overcome significant organizational challenges such as coordination with external stakeholders (NTEU, Congress, etc.) or insufficient resources. His or her effectiveness and contributions may have had impact beyond his or her purview. | The incumbent met the retention standard and performed as a model of excellence by exceeding the responsibilities and commitments in his or her Agreement, despite constantly changing priorities, insufficient or unanticipated resource shortages, and externally driven deadlines. He or she consistently demonstrated the highest level of integrity and performance in promoting the annual business plan and the Service's strategic goals and objectives. His or her contributions had impact beyond his or her purview. |

\* The IRS is requesting demonstration authority to eliminate the statutory requirement for a minimally satisfactory rating level for SES positions. To maintain rating consistency between executives, managers, and management officials, an amended rating form, containing the minimally satisfactory rating level, will be issued prior to the end of the evaluation period if the request is not approved.

| Rating official's signature | Date |
|---|---|
| *(signature)* | 9/30/02 |
| (I certify that records of tax enforcement results were not used in preparing this evaluation.) | |

| Approving official's signature | Date |
|---|---|
| *(signature)* | 9/30/02 |
| (I certify that records of tax enforcement results were not used in preparing this evaluation.) | |

| This evaluation has been discussed with me and I have been given a copy. I am aware that if I decide to submit a narrative response and/or request review by a higher official, one or both must be submitted in writing within 15 workdays of receipt of my evaluation. | |
|---|---|
| Employee's signature | Date |
| *(signature)* | 11-25-02 |

Form **12450-B** (12-1999)   Catalog Number 28775C        publish.no.irs.gov        Department of the Treasury-Internal Revenue Service

HAM 2373

## Privacy Act Notice

The Privacy Act of 1974 requires that when we ask you to provide information about yourself, we must tell you: our legal right to ask for the information; the principal purpose(s) for which the information is intended to be used; what could happen if we do not receive any or all of the information; and whether your response is voluntary or mandatory. This statement is being provided pursuant to the Privacy Act of 1974, as amended, for individuals who have been requested to submit a statement of accomplishment/self-assessment. The authority to solicit this information is derived from 5 USC 4301, et seq., and 5 CFR Part 430, Performance Management. In order to allow you the opportunity to provide input into the evaluation process, management will request this information from you. Your supervisory officials will consider the information you furnish in preparing an evaluation of your performance or conducting periodic progress reviews.

The information contained in your performance evaluation may be disclosed to IRS employees who have a need for the record in their official duties. Disclosures may also be made when appropriate, under routine uses published in the Federal Register for Privacy Act system of records, Treasury/IRS 36.003, General Personnel and Payroll Records. Under the appropriate circumstances, disclosure may be made to the Office of Personnel Management, the Equal Employment Opportunity Commission, the General Accounting Office and others. Failure to furnish any or all of this information may result in your supervisors preparing your evaluation, or conducting a progress review, without considering information you may feel is relevant or significant.

146

Form 12450-B (12-1999)   Catalog Number 28775C      publish.no.irs.gov       Department of the Treasury-Internal Revenue Service

HAM
2374

IRS Performance Management Systems
Name: Camille J. Carraway
Position Title: Occupational Safety and Health Manager
Series and Grade: GS-0018-13
Rating Period: October 1, 2001-September 30, 2002
End of Year Assessment

**Critical Performance Expectations**

## A. Responsibilities

**Program Leadership:** Demonstrated professional ethical standards consistent with the IRS and those of the American Board of Industrial Hygiene (ABIH). Compliance with Occupational Safety and Health Administration (OSHA) regulations was always minimal recommendation. Where more stringent industry guidelines or consensus standards exist, they were applied. Continued to address Occupational Safety and Health (OSH) Program deficiencies and define the Metro Washington OSH Program, including development of improvement strategies, prioritization of program activities and assisting management in task assignments to Safety Team members.

**Employee Satisfaction:** Encouraged communication and sharing of expertise among Safety Team members. Wherever possible, team members were encouraged to select their projects, training options and reference texts. Provided on-the-job training for team members lacking OSH background. Treated all employees with consideration even those experiencing personal stress affecting job performance.

**Customer Satisfaction:** Made customer satisfaction a prime indicator of OSH Program success. Routinely functioned in volatile environments, forming successful solutions and compromises, often across Business Units. Resolved Employee Resource Center tickets for Safety issues in a timely fashion, including referring inappropriately assigned tickets, informing customer of activities and providing recommendations for process improvements. ERC tickets were frequently confused making their resolution difficult. Made customer service a key element of the new safety inspection program with the goal of increasing acceptance.

**Business Results:** Developed and supported organization OSH plans. Monitored progress of OSH program areas, providing periodic updates to management including targeting areas for future development. Developed plans for process improvements, particularly as applied to OSH record keeping. Worked with Service-wide OSH personnel providing them information about field implementation issues and reviewing and providing comments for draft documents.

**Professional Expertise:** Maintained professional certification granted by internationally recognized American Board of Industrial Hygiene (ABIH). Became familiar with newly issued or revised Occupational Safety and Health Administration (OSHA) regulations and IRS OSH policies. Applied regulations and guidelines promulgated by OSHA, Environmental Protection Agency (EPA), American Conference of Governmental Industrial Hygienists and National Fire Protection Association (NFPA) to IRS workplaces. Served as subject matter expert and consultant on a variety of topics including Anthrax, safety management theory, loss control and indoor air quality. Provided professional assistance to Service-wide OSH Program in areas of special expertise, i.e. biosafety, adult learning, training and communication. Completed majority of assigned projects and tasks despite changing priorities and increasing workloads. When equipment, references or other resources were not provided by the IRS, personally owned resources were used.

## B. Commitments:

### Principle Commitment

Work to move the Metro Washington toward a successful safety culture, where management and employees recognize the importance of safety in the workplace and perform in ways that protect the safety of each other. Key indicators of performance for this commitment include:

- Increased awareness of Metro Washington OSH program OSH issues
- Active and effective Safety Advisory Committees
- Increased participation of management in OSH activities
- Increased requests for OSH presentations and information from managers and groups
- Improved performance of employees when reporting accidents, injuries, illnesses and incidents

Participated in Security and Safety Awareness programs and Manager's briefings. Trained and continue to update SACs to encourage incident reporting. Worked with Headquarters SAC executives and NTEU representatives to develop a plan for a new structure for the HQ-SAC that will increase participation and motivation as well as provide better representation of all business units in the area. Plan is ready for forwarding to management for approval or action

## Other Commitments

1. **Implement occupational safety and health program changes due to revised Department of the Treasury and Internal Revenue Service policy and directives.**

SHIMS and STAR implementation were major Treasury requirement. Personally entered approximately 50% of incidents into SHIMS. Reviewed and approved all incidents. Worked with Service-wide OSH personnel to develop accident investigation and analysis procedures. Made preparations to respond to management requests on OSH incidents in response to performance appraisals modifications. Responded to multiple Service-wide OSH Program changes, policies and procedures generated by Secretary O'Neill's directives. Worked with PR and HQ SAC to conform to changes in SAC organization and increased duties.

2. **Respond in professional and timely manner to unforeseeable or emergency situations involving occupational safety and health. (e.g. Treasury decision to implement SHIMS Agency-wide, anthrax and mail handling procedures and policies, requests for assistance and back-up from Service-wide Safety.)**

ERC: Coordinated response to safety ERC tickets. Due to the time constraints of the ERC program and ERC program confusion, these tickets disrupt planned tasks, requiring constant shifting of priorities, flexibility and effort to keep all customers satisfied. Anthrax and Mail Handling: Assisted in mailroom procedures. Assisted in coordination of Anthrax sampling. Selected, purchased, distributed, developed training and trained personnel on the use of personal protective equipment (PPE). All tasks were done under an emergency timeline. Root cause analysis: Currently working with Service-wide (at their request) to develop procedures for root cause analysis and performing analysis on Metro Washington incidents. National SAC: Requested by Service-wide to demonstrate my SAC training program and to participate in development of a standardized Service-wide SAC training program.

3. **Promote occupational safety and health awareness by**
   - **Developing and conducting manager training programs**
   - **Developing and performing employee safety orientation training**
   - **Preparing informational products such as Headquoter articles and pamphlets**

Conducted initial training and conducted update training for Puerto Rican SAC. Worked with the SAC to promote safety, trip slip and fall prevention and ergonomic. Developed and presented safety portion of Managers Security and Safety briefing. Prepared pamphlets and information materials for AED Program, Anthrax, National Fire Prevention Week and. Safety Awareness Week. Drafted Safety materials for use in Employee Orientation.

4. **Maintain and improve occupational safety and health recordkeeping procedures by**
   - **Implementing procedures to address upgrades in SHIMS**
   - **Improving OSHA mandated logging procedures within National Headquarters by developing and standardizing procedures.**

Metro DC Washington SHIMS entries are complete and current. Safety Team members are currently on SHIMS program upgrades and new STAR program. SHIMS data is being used to generate OSHA logs.

5. **Increase Metro Washington compliance with elements of 29 CFR 1960, targeting the area of inspections and hazard abatement tracking.**

Assisted with inspection program and abatement programs, providing programmatic recommendations. With the aid of the Safety Team, collated injury and illness data to complete required OSHA logs for all Post of Duties (PODs). These were distributed to all PODs, appropriate SACs and NTEU chapters. Presented training that met the minimum content requirements of 29 CFR 1960. for supervisor OSH training. Drafted Safety Orientation training products that meet minimum requirements of 29 CFR 1960 for all employees. OSH program was favorably evaluated by IRS AWSS audit.

HAM
2376

Safety Specialist
GS-0018-14

## KSAs for Camille J. Carraway, CIH

1. **Knowledge of safety and occupational health principles and practices, and their applicability to the Service.**

I have been in the field of occupational safety and health for over 20 years and a Certified Industrial Hygienist (CIH) certified by the American Board of Industrial Hygiene in Comprehensive Practice, for over 12 years. I have used and applied occupational safety, health and environmental regulations, policies and guidelines for my entire professional career. I have developed and written a variety of safety programs and standard operating procedures for clients in the private sector and state and Federal governments. Specific examples of my use and interpretation of principles and practices include:

- Used and applied occupational safety and health principles in IRS workplaces including a warehouse, a call center, computer operations, office space and the Main IRS building.

- When hired by the IRS in the Metro Washington DC area, the program was in compliance with only three of the citable elements of the OSHA regulation 29 CFR 1960, Elements of a Federal Occupational Safety and Health Plan. At the end of FY 2002, the area was in compliance with virtually the entire standard. Elements that were not in compliance were related to Bureau program deficiencies.

- Assisted multiple private sector and two Federal Agencies, FEMA and IRS, in responding to OSHA inspections, preparing responses to employee complaints and inspection citations. Prior to my Federal employment, none of my clients were successfully cited by OSHA.

- Developed a series of standard operating procedures that were widely used by employers to protect their employees on projects dealing with naturally occurring asbestos. Once such project was over $13 million. Procedures were used and distributed by local, state and Federal Agencies and used by OSHA in their standard revision process.

- Developed tuberculosis control procedures and policies for the State of Maryland hospital and prison systems.

- Participated in regulation promulgation (OSHA), consensus standard development (American National Standards Institute-ANSI) and guidelines development (National Institute of Occupational Safety and Health-NIOSH).

- Served as technical reviewer for State of Maryland industrial hygiene, tuberculosis control and asbestos abatement contracts and submission documents.

149

HAM
2377

2. **Ability to work independently to plan and direct a safety program for application in multiple IRS sites, including government owned buildings and leased spaces.**

**IRS**

I have been employed by the IRS for three years. I was first hired, as a GS-0690 Industrial Hygienist. At that time, I was the only Safety Officer in the Metro Washington, DC area. After approximately one year I took the GS-0018 position and was assigned an analyst to assist me. In the last year, two more analysts have been assigned to the Safety Team and a CIH was hired. The significance of this information is that for most of my IRS employment I either worked alone or with no professional assistance.

My managers have been sufficiently satisfied with my performance and experience level to permit me to plan and conduct Safety Team and my own activities with minimal supervision or involvement. Virtually all my work is done independently with my managers being involved in only final approvals or submittal of my products to senior management. I have independently conducted audits of the Metro DC Safety Program, managed the Safety Team/Environmental Studies budget, interacted with contractors, coordinated the activities of the Safety Team and prepared briefings and presentations for management.

I provide occupational safety and health support to 28 buildings in the DC area and the Caribbean. These buildings include one delegated building (Main IRS), one GSA owned and operated building (NCFB), one Treasury operated building (Mint Building) and the rest are privately owned GSA leased.

**FEMA**

My employment with FEMA was as a Disaster Safety Manager (DSM). This is a senior staff position, reporting directly to the Federal Coordinating Officer (FCO), the highest ranking official at a presidentially declared disaster response. The DSM is not only responsible for the safety of FEMA employees, but is also responsible for the safety of all disaster responders and volunteer groups as well as providing safety information to disaster victims (e.g. generator safety, hypothermia avoidance, infectious disease control). Official policy dictated only one DSM per declared disaster. The only contact with FEMA Headquarters Safety was a weekly status report. A DSM was expected to handle all aspects of disaster safety independently. I performed sufficiently well in this role to become one of the 2 DSMs who could determine trainee DSM readiness for solo deployment and conversion to full status. I also served as a technical resource to DSMs who encountered more work or an area of occupational safety and health they could not handle. I was deployed several times in this capacity. I was expected to resolve whatever problem existed.

In my FEMA career, I dealt with "fixed sites" and "disaster field offices". Fixed sites were GSA leased or DOD properties. Disaster sites were short term offices that could be vacant DOD space, vacant corporate space, GSA leased space or FEMA direct leased space. As the DSM, I was responsible for pre-lease site inspection, site approval and lease review for safety issues, necessitating coordination with multiple individuals and business entities

**Consultant**

I spent the first 15 years of my professional life in consulting. I operated my own occupational safety and health consultation corporation for over 12 years. During that time I not only worked independently, but directed the activities of laboratory technicians, field technicians and other occupational safety and health professionals (CIH and CSP level). Prior to starting my own company, I was the corporate vice-president of another industrial hygiene consulting firm. There I directed the activities of up to 20 field technicians and served as laboratory director.

HAM
2378

3. **Ability to communicate orally with all levels of management and employees to provide advice, consult and explain safety and occupational health program procedures, practices and policies.**

Communication is the foundation of an effective occupational safety and health program. It is also one of my personal areas of interest. I have been a member of the American Industrial Hygiene Communication and Training Methods Committee for over 5 years. This committee is involved with the validation and improvement of training and communication methods.

**IRS**

While at the IRS my oral communication activities have included:

- Conducting Mangers Safety Briefings.
- Developing and conducting Safety Advisory Committee Training.
- Briefing senior management on issues such as anthrax, frequently with little or no preparation time.
- Preparing and delivering presentation at Area 3 Facilities All Managers Meeting.
- Delivering Safety presentations at small group meetings.
- Conducting one-on-one coaching sessions for employees on ergonomic issues.
- Meeting with and briefing representatives of local NTEU chapters.

**FEMA**

While at FEMA my oral communication activities included:

- Developed occupational safety and heath training classes for employees and managers. Manager training included senior executives.
- Developed and served as lead instructor for week-long training class for newly hired Disaster Safety Managers.
- Prepared and delivered formal briefing on the FEMA Disaster Safety Program to senior NTSB personnel.
- Developed standardized safety briefing for disaster operations.
- Developed standardized training class on the FEMA Infectious Disease Prevention Program.
- Briefed union representatives on Safety Program activities and issues.

**Consultant**

Effective oral communication is an absolute requirement for an occupational safety and health consultant. My oral communication activities as a consultant included:

- Developing and conducting five different EPA and multi-state approved asbestos training classes.
- Developed and conducted Hazardous Waste Worker and Supervisor training classes.
- Conducting briefings for senior management of major corporations and government personnel.
- Briefed and trained physicians and health care professionals on the requirements of CDC Tuberculosis procedures and the OSHA Bloodborne Pathogens standard.
- Conducting training classes and coaching sessions for line workers. Classes were conducted in environments ranging from auditoriums, to tailgate safety meetings to a condemned building.
- Testifying in OSHA regulation promulgation hearings.

**Pre-Occupational Safety and Health Career**

Prior to becoming an industrial hygienist, I was enrolled in a Microbiology Ph.D. Program. Oral communication activities included:

- Presented peer reviewed scientific papers.
- Taught microbiology and general biology on the college level.

151

HAM
2379

4. **Ability to communicate in writing with all levels of management and employees to provide advice, consult and explain safety program procedures, practices and policies.**

**IRS**

While at the IRS my written communication activities have included:

* Preparing formal and informal briefing materials for management.
* Developing communication plans.
* Preparing communication products for the Safety Program, e.g. memoranda, texts of VMS messages.
* Preparing safety awareness products e.g. pamphlets, booklets and posters target to employees.
* Preparing summary and position papers for management.
* Preparing written training materials for SAC training classes.

**FEMA**

While at FEMA my written communication activities included:

* Developed employee rights and responsibilities booklet.
* Prepared articles for safety newsletter that was distributed to all employees.
* Developed a series of pamphlet templates to be used and customized by DSMs. Over 15 pamphlets were developed.
* Authored FEMA Infectious Disease Prevention Program and Policy statement.
* Prepared FEMA's written response to Agency wide OSHA inspection.
* Prepared formal briefing materials to be used by my manager in her presentations to senior management.

**Consultant**

* Prepared written reports and recommendations that were submitted to senior management of corporations and governmental agencies.
* Prepared written testimony for OSHA regulation promulgation hearings.
* Served as technical writer and final reviewer.
* Developed written policy for use by corporations and governmental agencies.
* Prepared written training materials for worker safety training classes. Materials varied from products used for physician training to the training materials for illiterate workers.

**Pre-Occupational Safety and Health Career**

Presented peer reviewed scientific papers.
* Prepared and published peer reviewed scientific articles..

HAM
2380

**5. Skills and abilities to investigate safety and health problems and develop decisions, policies and technical guidance designed to eliminate safety hazards to employees.**

Investigating hazards, identifying hazards and developing hazard abatement strategies has been part of my professional life for 20 years. I have conducted investigations and provided feasible recommendations for a variety of hazards and operations, including:

- Indoor air quality
- Mold investigations
- Biohazards
- Infectious disease outbreaks
- Hazardous waste
- Chemical manufacturing
- Chemical exposures
- Industrial painting
- Noise
- Chemical laboratory decommissioning
- Steel/foundry operations
- Ergonomics in office and industry workplaces
- Asbestos
- Lead
- Temperature extremes
- Stress related safety incidents
- Life Safety
- Industrial and laboratory ventilation
- Non-ionizing and ionizing radiation

In virtually all cases, the hazard was investigated and assessed. Compliance with applicable regulations or guidelines was determined. Where no regulations or guidelines existed, I developed procedures based on industry best practices or current research. Policies and standard operating procedures were developed for the employer or client and assistance was provided to implement the recommended procedures. When needed, hazard and site specific training classes were developed and conducted. In all cases, stake holders, including union representatives were involved in policy and procedure development.

HAM
2381

# Merit Program Questionnaire (MPQ)

(It is the applicant's responsibility to accurately and thoroughly complete this form.) A separate MPQ should be completed for each position for which you wish to be considered.

**Purposes and Uses:** The information you furnish on this form as well as other information that is developed will be used to determine your qualifications/potential for the position for which you are applying under the Merit Promotion Program. The information will be used on a "need to know" basis by Internal Revenue Officials. The information may also be provided when appropriate, to the Office of Personnel Management under the routine uses listed on page 46239 of the Federal Register, Vol. No 200, 2200 Thursday, October 14, 1976. The information contained on this form is a part of TRIRS 36.003, General Personnel Record.

**Privacy Act and Public Burden Statements**

Section 1104 of title 5 allows the Office of Personnel Management to authorize other Federal agencies to rate applicants for Federal jobs. We need the information you put on this form to see how well your education and work skills qualify you for a Federal job.

We must have your Social Security Number (SSN) to keep your records straight because other people may have the same name and birth date. The SSN has been used to keep records since 1943, when Executive Order 9397 asked agencies to do so. The information we collect will be used for employment purposes, including checking references, or establishing suitability for employment, may be given to Federal, State and local agencies in response to lawful requests for information or when necessary to report apparent violations of law, or other lawful purposes. Giving us your SSN or any of the other information is voluntary. Failure to provide this information may affect your ranking among applicants.

Public burden reporting for this collection of information is estimated to vary from 20 to 120 minutes with an average of 50 minutes per response, including time for reviewing instructions, searching existing data sources, gathering data needed and completing and reviewing the collection of information.

| 1. Position, series, and grade for which you are applying | 2. Announcement number | 3. Closing date |
|---|---|---|
| Safety Specialist (Safety/Occup Health Manager) | SSN-0FM03706 | 5/19/2003 |

| 4. Name (last) | (First) | (MI) | 5. Current position |
|---|---|---|---|
| Carraway | Camille | J. | Occupational Safety and Health Manager |

| Mailing address | Series and grade GS-0018-13 | Date of last promotion 11/17/2002 |
|---|---|---|

| City | State | Zip Code | Function and Office Code Symbol A:RE:O:A3:DC:SS:NC |
|---|---|---|---|

| 6. Telephone numbers (including area code) | 7 Social Security Number |
|---|---|
| Day:  202-283-5700          Evening: | |

**8a.** High School or (highest grade completed)/Vocational/Trade/Other:

North Harford High School-graduated

| b. Name of college or university, location and Zip Code | Attended month and year | | Major: Biology/Microbiology Credits completed - Semester  or  Quarter Hours | | Degree and date |
|---|---|---|---|---|---|
| | From | To | | | |
| University of Maryland, Baltimore, MD 21201 | 1977 | 1983 | 52 | | Ph.D. Program, No degree |
| Goucher College, Towson, MD 21204 | 1973 | 1977 | 128 | | B.A |

| c.  Chief undergraduate subjects | Credits completed | d.  Chief graduate subjects | Credits completed |
|---|---|---|---|
| Biology | 35 | Virology | 6 |
| Microbiology | 12 | Biochemistry | 9 |
| Chemistry | 20 | Mycopathology | 3 |
| Physics | 8 | Microbial Genetics | 6 |
| | | General Microbiology | 19 |

**ATTACH TRANSCRIPT(S) FOR POSITION WITH POSITIVE EDUCATIONAL REQUIREMENT**

**9.** Other formal training or course (Do not attach copies of training certificates.)

| Type of Training/Course, eg: OPM, IRS,College, Army, etc.) | Location | Title | Date | |
|---|---|---|---|---|
| | | | From | To |
| Please see attachment | | | | |
| | | | | |
| | | | | |
| | | | | |

Form 9686 (Rev. 12-2001)      Catalog Number 21010Y      publish.no.irs.gov      Department of the Treasury-Internal Revenue Service

HAM 2382

10. Experience (Start with most recent significant position held and list all relevant federal and non-federal experience.)

| Date (Mo/Day/Yr.) | | Position (Show organizational title and activity or function. Otherwise show agency or firm. Use additional sheet if necessary) | Series and Grade | Salary (Per Hour/Year) | Average No. of hours per week. |
|---|---|---|---|---|---|
| From: | To: | Occupational Safety and Health Manger Metro Washington, DC | GS0018-13 | $77,388/year | 40 |
| 08/13/02 | Present | | | | |

Your Immediate Supervisor:  Vanessa D. Perkins                    Telephone Number: 202-283-5700

DESCRIPTION OF DUTIES. (USE ADDITIONAL SHEETS IF NECESSARY; DO NOT ATTACH POSITION DESCRIPTION.)

Please see attachment.

| 11. Date (Mo/Day/Yr.) | | Position (Show organizational title and activity or function. Use additional sheet, if necessary) | Series and Grade | Salary (Per Hour/Year) | Average No. of hours per week. |
|---|---|---|---|---|---|
| From: | To: | Industrial Hygienist, Security and Safety National Headquarters | GS-0690-12 | $56,324/year | 40 |
| 01/18/00 | 08/12/00 | | | | |

Your Immediate Supervisor:  Joanne Johnson-Shaw                    Telephone Number: 202-283-8628

DESCRIPTION OF DUTIES. (USE ADDITIONAL SHEETS IF NECESSARY; DO NOT ATTACH POSITION DESCRIPTION.)

Responsible for industrial hygiene issues within Metro Washington DC including indoor air quality investigations. As the only occupational safety and health employee servicing approximately 10.0000 employees, also performed safety tasks including OSHA required recordkeeping, supporting Safety Advisory Committee, conducting management briefings, performing building evaluations, investigating incidents and employee concerns. Conducted audit of local program and prioritized tasks to correct deficiencies. Served as IRS contact person with OSHA to resolve significant employee complaint.

155

Form 9686 (Rev. 12-2001)                                        (If needed, use additional sheets)

HAM 2383

12. Awards (List specific types of awards and date received with the last 3 years; list other special recognition and any pertinent information)

Quality Step Increase for FY 2002

Member of American Industrial Hygiene Association (AIHA) Biosafety and Training and Communications Committees. Both are multi-year award winning committees as recognized by the AIHA.

(DO NOT ATTACH COPIES OF AWARDS, LETTERS OF APPRECIATION, ETC.)

13. Organization (Show membership, and offices, professional societies civic groups, etc.)

Member of AIHA, American Council of Governmental Industrial Hygienists (ACGIH), American Society for Microbiology, ABSA (Charter Member)

AIHA National Organization Committee Member
    Biosafety Committee
    Communication and Training Methods Committee

14. Other Assignments (details, task forces, on-the-job- Instructor etc.)

Requested to prepare safety briefing for Area 3 FM managers meeting. Presentation on loss control principles and OSHA recordkeeping requirements was deemed most useful presentation of the meeting based on attendee evaluations.

Prepared and delivered testimony during OSHA regulation hearings

Requested by AIHA Biosafety Committee, to develop and present Microbiology and Industrial Hygiene professional development course for national conference. This is peer level training.

During two years of on-call service at the Federal Emergency Mangement Agency, served as Disaster Safety Manager (DSM) at 9 Presidentially declared disasters in a two year period. This position is the senior occupational safety and health official for a diaster and requires coordination with not only FEMA employees but all other disaster responders, including other Federal agencies, state governments, local governments and volunteer agencies. The DSM serves on the senior staff of the Federal Coordinating Officer, who is the Presidentially appinted head of the disaster response. Specific duties included pre-occupancy building inspections, hazard assessments, development and implementation of site specific occupant emergency response plans, identification and response to local or disaster specific hazards.

15. Special Qualifications and Skills (Languages- Indicate level of proficiency (Very Good, Good, Fair) to converse, write, read, Shorthand (words per minute. Typing (words per minute), computer skills, etc.)

Microsoft Programs (Word, PowerPoint, Excel, Access, Outlook)-Very Good-Good
Incident Tracking Databases -Very Good
Hardware: Digital Projectors, PDAs. Laptop Computers-Very Good
Customer Service/Conflict Resolution Experience-Very Good
Industrial Hygiene Sampling Equipment-Very Good

16. Kind of Job Related License or Certificate Held (CPA, CIA, Lawyer, Engineer, etc.)

Certified Industrial Hygienist in Comprehensive Practice by American Board of Industrial Hygiene
OSHA General Industry Trainer

15b

Form 9686 (Rev. 12-2001)

HAM
2384

17. Statement of Accomplishment: Describe duties and accomplishments which demonstrate your potential for the position to be filled. Use additional sheets if necessary.

a. Describe your current duties and responsibilities that are relevant for this position.

Please see attachment

b. Describe any special qualifications that are relevant for this position. (Give examples.)

Twenty years experience in occupational safety and health, including over ten years operating a successful consulting firm. Certified by the American Board of Industrial Hygiene (ABIH) in Comprehensive Practice for eleven years. Wide experience in dealing with all levels of management from corporate senior management to line workers. Experienced in identifying programmatic needs and developing plans to correct them, including building consensus and as well as developing communication plans and marketing strategies.

I certify that to the best of my knowledge and belief, all of my statements on this form are true, correct, complete, and made in good faith.

| 18. Original signature (Sign each application in ink) | 19. Date signed (Month, day, year) |
|---|---|

Form 9686 (Rev. 12-2001)     Catalog Number 21010Y     publish.no.irs.gov     Department of the Treasury-Internal Revenue Service

HAM
2385

05/18/2003  20:36   7067387951                    AUGUSTA COURTYARD                    PAGE  07/26

Camille J. ____ay, CIH                                                                              Announcement No: S5    M03706

## Attachment for 9: Other formal training or course:

Note: This is a list of selected courses. All have received approval for Continuing Maintenance Points by the American Board of Industrial Hygiene.

| Course Title | Course Sponsor | Course Location | Course Hours |
|---|---|---|---|
| Biosafety in the Research Laboratory | Johns Hopkins University | Baltimore, MD | 40 |
| Industrial Ventilation | University of Cincinnati | Cincinnati, OH | 24 |
| Indoor Air Pollution | University of Cincinnati | Cincinnati, OH | 16 |
| NIOSH 582: Sampling and Evaluation of Airborne Fibers | National Institute of Occupational Safety and Health (NIOSH) | Cincinnati, OH | 40 |
| Confined Space Entry | American Industrial Hygiene Association (AIHA) | Annual Conference | 8 |
| Welding Health and Safety | AIHA | Annual Conference | 8 |
| Tuberculosis in the Workplace | AIHA/Society for Occupational Health | Washington, DC | 16 |
| Microorganisms in Indoor Air | American Academy of Industrial Hygiene | Nashville, TN | 16 |
| Lyme Disease and other Tick-borne Diseases | AIHA | Annual Conference | 8 |
| Incident Command for Industrial Hygienists | AIHA | Annual Conference | 8 |
| Non-Ionizing Radiation and Microwaves | AIHA | Annual Conference | 8 |
| Trainer Course in General Industry OSHA Stds. (OSHA 501) | Georgia Tech | Atlanta, GA | 40 |
| Evaluation of OSH Training | AIHA | Annual Conference | 8 |
| Competency and Performance Based Training for Safety and Health Professionals | AIHA | Annual Conference | 16 |
| Stress the Hidden Enemy of Safety, Health and Environmental Improvement | AIHA | Annual Conference | 4 |
| Industrial Hygiene Metrics | AIHA | Annual Conference | 4 |
| Asbestos Inspector, Management Planner | Tufts University | Boston, MA | 40 |
| Asbestos Project Designer | Georgia Tech | Atlanta, GA | 36 |
| Lead Inspector and Manager | Mantech | Columbia, MD | 40 |
| HAZWOPER Worker and Supervisor | ATEC Environmental Associates | Columbia, MD | 40 |
| Life Safety Codes | National Fire Protection Association | Nashville, TN | 24 |

158

HAM
2386

Camille J. Carraway, CIH

ANN NO.: SSN-0FM03706

**Attachment for 10: Description of Current Duties:**

I am currently the Team Leader for the Metro Washington, DC Area Safety Team. The Safety Team consists of four individuals and myself. One member is an occupational safety and health professional (CIH). The other three individuals are converted analysts with no prior safety experience. The Safety Team provides safety and industrial hygiene services to approximately 10,000 employees located in 28 buildings in the Washington, DC area, Puerto Rico and the US Virgin Islands.

My personal duties include:

- Identifying tasks and projects for safety team.
- Preparing reports, recommendations, communication and action plans for management.
- Preparing communication products (memoranda, broadcast VMS messages, newsletter articles, etc.) for Safety Team activities.
- Prioritizing Safety Team activities.
- Developing Safety Team procedures and standard products, e.g. forms, report formats.
- Conducting audits of the Metro DC Safety program and preparing recommendations to correct deficiencies.
- Reviewing new regulations and guidelines, determining their impact on the Metro DC workplaces and taking appropriate action.
- Responding to specific occupational safety and health issues, e.g. bioterrorism, OSHA inspections, changes in Service-wide Safety Policy.
- Overseeing and reviewing occupational injury and illness data (SHIMS) entries.
- Conducting Root Cause Analyses.
- Providing on-the-job training to non-professionals on the Safety Team.
- Selecting and purchasing industrial hygiene sampling equipment, safety equipment and personal protective equipment.
- Coordinating third party investigations.
- Controlling Safety Team and environmental studies budgets.
- Developing and conducting Managers Briefings on Safety. (Six hundred managers were briefed in the last month.)
- Developing and presenting topic specific presentations to other Facilities personnel and managers.
- Developing Safety Awareness products and participating in Safety and Security Awareness Fairs and events.
- Technical resource for two Safety Advisory Committees (SAC).
- Training Metro Washington, DC SAC.
- Performing industrial hygiene field investigations
- Supplying ergonomic training and coaching.
- Performing safety inspections.
- Performing hazard assessments.
- Developing and reviewing scope of works.
- Communicating Safety Program issues with 6 local NTEU chapters.
- Supporting National Safety by participating in SAC training and Safety Roles and Responsibilities groups (as time and other duties permit).

159

HAM
2387

Camille J. Carraway, CIH

ANN NO.: SSN-0FM03706

**Attachment for 17 a.: Describe your current duties and responsibilities that are relevant for this position.**

My current position is that of a GS-0018/13 Occupational Safety and Health Manager-Management Official, therefore virtually all my current duties and responsibilities (as listed in Section 10) are relevant to the advertised position. Specific examples would include the following:

- Analysis of applicable occupational safety, health and environmental regulations, policies, best practices and guidelines as they apply to IRS workplaces.
- Development of site specific policies and procedures for Metro DC workplaces.
- Occupational safety and health data collection, analysis and retention.
- Conducting program audits.
- Conducting inspections, risk assessments, ergonomic and industrial hygiene investigations.
- Developing and implementing recommendations for program improvements.
- Preparing formal reports and action plans for safety issues.
- Representing Metro Washington, DC Area in communications with OSHA.
- Developing occupational safety and health specific communication products.
- Conducting occupational safety and health training, seminars and briefings.
- Developing and conducting safety awareness products.
- Developing and maintaining cooperative relationship with local NTEU chapters.
- Providing technical assistance and guidance to Safety Advisory Committees.
- Coordinating the activities of contractors providing engineering, industrial hygiene and fire safety services.

160

HAM
2388