## INDIVIDUAL RATING SHEET

APPLICANT NAME (Last/First): PERKINS / MICHAEL

POSITION TITLE: Safety and Occupational Health Manager, GS-0018-14
Real Estate and Facilities Management

Rating Panel Member (Print Name): PAUL CARROLL

Signature: [signature]       Date: 6/26/03

KSA # 1: __5__ points
KSA # 2: __3__ points
KSA # 3: __3__ points
KSA # 4: __3__ points
KSA # 5: __5__ points

TOTAL POINTS: __19__

### KSA # 1

Knowledge of Safety and occupational health principles and practices, and their applicability to the Service.

__5__ points

Narrative:

APPLICANT IS CHIEF, SAFETY & SECURITY AT OGDEN CAMPUS AND HAS DEMONSTRATED EXTENSIVE KNOWLEDGE IN THE PROGRAM AREA.

### KSA # 2

Ability to work independently to plan and direct a safety program for application in multiple IRS sites, including government owned building and leased space.

__3__ points

**Narrative:**

DEMONSTRATES INVOLVEMENT IN LEASED + OWNED BLDGS. AND HAS HAD SOME CONTRIBUTION TO IMPLEMENTATION OF CAMPUS SAFETY MEASURES.

KSA# 3

Ability to communicate orally with all levels of management and employees to provide advice, consult and explain safety and occupational health program procedures, practices, and policies.

__3__ points

**Narrative:**

APPLICANT HAS DEMONSTRATED ORAL PRESENTATIONS TO ALL LEVELS BUT LIMITED EXPERIENCE REGARDING OCC. HEALTH PROGRAM.

HAM
0676

### KSA # 4

Ability to communicate in writing with all levels of management and employees to provide advice, consult and explain safety and occupational health program procedures, practices, and policies.

__3__ points

**Narrative:**

Good writing experience but most of it in the security area.

### KSA # 5

Skills and ability to investigate safety and health problems and develop decisions, policies, and technical guidance designed to eliminate safety hazards to employees.

__5__ points

**Narrative:**

Has had extensive experience with HAZMAT and Root Cause Analysis.

# Merit Program Questionnaire (MPQ)

(It is the applicant's responsibility to accurately and thoroughly complete this form.) A separate MPQ should be completed for each position for which you wish to be considered.

Purposes and Uses: The information you furnish on this form as well as other information that is developed will be used to determine your qualifications/potential for the position for which you are applying under the Merit Promotion Program. The information will be used on a "need to know" basis by Internal Revenue Officials. The information may also be provided when appropriate, to the Office of Personnel Management under the routine uses listed on page 45239 of the Federal Register, Vol. No. 200, 2200 Thursday, October 14, 1976. The information contained on this form is a part of TR/IRS 36.003, General Personnel Record.

### Privacy Act and Public Burden Statements

Section 1104 of title 5 allows the Office of Personnel Management to authorize other Federal agencies to rate applicants for Federal jobs. We need the information you put on this form to see how well your education and work skills qualify you for a Federal job.

We must have your Social Security Number (SSN) to keep your records straight because other people may have the same name and birth date. The SSN has been used to keep records since 1943, when Executive Order 9397 asked agencies to do so. The information we collect will be used for employment purposes, including checking references, or establishing suitability for employment, may be given to Federal, State and local agencies in response to lawful requests for information or when necessary to report apparent violations of law, or other lawful purposes. Giving us your SSN or any of the other information is voluntary. Failure to provide this information may affect your ranking among applicants.

Public burden reporting for this collection of information is estimated to vary from 20 to 120 minutes with an average of 50 minutes per response, including time for reviewing instructions, searching existing data sources, gathering data needed and completing and reviewing the collection of information.

| 1. Position, series, and grade for which you are applying | 2. Announcement number | 3. Closing date |
|---|---|---|
| Safety Specialist (Safety/Occup Health Manager) GS-0018-14 | SSN-OFM03706 | 05/19/2003 |

| 4. Name (last) | (First) | (MI) | 5. Current position |  |
|---|---|---|---|---|
| Perkins | Michael | H. | Chief, Safety/Security Section | |
| Mailing address | | | Series and grade | Date of last promotion |
| | | | GS-342-13 | 11/1994 |
| City | State | Zip Code | Function and Office Code Symbol | |
| | | | A:RE:O:A-2:O:S | |

| 6. Telephone numbers (including area code) | 7. Social Security Number |
|---|---|
| Day:                      Evening: | |

8a. High School or (highest grade completed)/Vocational/Trade/Other:

High School Graduate

| b. Name of college or university, location and Zip Code | Attended month and year | | Major: | Degree and date |
|---|---|---|---|---|
| | From | To | Credits completed - Semester or Quarter Hours | |
| | | | | |
| | | | | |
| | | | | |

| c. Chief undergraduate subjects | Credits completed | d. Chief graduate subjects | Credits completed |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**ATTACH TRANSCRIPT(S) FOR POSITION WITH POSITIVE EDUCATIONAL REQUIREMENT**

9. Other formal training or course (Do not attach copies of training certificates.)

| Type of Training/Course, eg: OPM, IRS, College, Army, etc.) | Location | Title | Date | |
|---|---|---|---|---|
| | | | From | To |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Form 9686 (Rev. 12-2001)    Catalog Number 21010Y    publish.no.irs.gov    Department of the Treasury-Internal Revenue Service

HAM 0678

**10. Experience** (Start with most recent significant position held and list all relevant federal and non-federal experience.)

| Date (Mo/Day/Yr.) | | Position (Show organizational title and activity or function. Otherwise show agency or firm. Use additional sheet if necessary) | Series and Grade | Salary (Per Hour/Year) | Average No. of hours per week |
|---|---|---|---|---|---|
| From: | To: | Chief, Safety and Security Section | GS-342-13 | $74,000. | 40 |
| 08/1999 | Present | | | | |

Your Immediate Supervisor: Annette Child        Telephone Number: (801) 620-6771

**DESCRIPTION OF DUTIES.** (USE ADDITIONAL SHEETS IF NECESSARY; DO NOT ATTACH POSITION DESCRIPTION.)

As chief of the Safety and Security Section I have Management oversight for both programs. Our Safety program in Ogden has gained National recognition on many occasion. We participated as the pilot for the Slips, Trips and Falls program. We developed the forms used in the National Root Cause Analysis Program. In 2001, the SAFE/Safety Advisor Committee program in Ogden was recognized as a best practice by the National Office. In our Security program, I have completed Security Assessments on several of our buildings. These assessments are completed to identify ways to improve the safety and security for our employees and assets. I have an active role in the Safety and Advisory Committee. I am familiar with the guidelines for both the Safety and Security programs. I am responsible for the OEPs (Occupant Emergency Plans) for each of our locations. I am also responsible for the Business Resumption Plan BRP for the Ogden Facilities Branch. In this position I research using Executive Orders, CFRs, IRMs and Treasury Directives in establishing local procedures and policies.

In an effort to endure we are ready to handle a HAZMAT situation, I have met with the Weber County Fire Chief to coordinate with them how these events are handled. During a recent incident that required the local HazMat Team to respond, we were praised with the way we handled the situation. Based on some information that was enclosed in the suspect return, we did some investigating and where able to give the responders some information on what they should test for.

| 11. Date (Mo/Day/Yr.) | | Position (Show organizational title and activity or function. Use additional sheet, if necessary) | Series and Grade | Salary (Per Hour/Year) | Average No. of hours per week |
|---|---|---|---|---|---|
| From: | To: | Management Program Analyst | GS-343-14 | $77,000.00 | 40 |
| 10/06/02 | 01/25/03 | | | | |

Your Immediate Supervisor: Harold Crowley        Telephone Number: (202) 283-9398

**DESCRIPTION OF DUTIES.** (USE ADDITIONAL SHEETS IF NECESSARY; DO NOT ATTACH POSITION DESCRIPTION.)

Assigned as the Team Lead for the National Security Re engineering Implementation Team. Develop policies, procedures and standards for the IRS Security Program. Created the following policies: Physical Security Assessment Frequency; Security Countermeasure Funding; policy on Reporting Significant Incidents. Created the FY2005 Strategic Plan for Security. Created Communication Plans for several Security Program Areas. Completed a study to determine the Pros/Cons of assigning the Field Security Specialists to a New Position Description. I was tasked with making a recommendation on leaving the analysts on the current 342 series or reassigning them to the 0080 series. Once we had gathered all the facts, a recommendation was given to Senior Management.
During this assignment I provided briefings and information to the highest management levels in the organization.

Form 9686 (Rev. 12-2001)                                                              (If needed, use additional sheets)

HAM 0679

**12. Awards** (List specific types of awards and date received with the last 3 years; list other special recognition and any pertinent information)

9-30-2002 Performance Award
9-30-2001 Performance Award
9-30-2000 Performance Award

(DO NOT ATTACH COPIES OF AWARDS, LETTERS OF APPRECIATION, ETC.)

**13. Organization** (Show membership, and offices, professional societies civic groups, etc.)

ASIS Member 1999/2003

**14. Other Assignments** (details, task forces, on-the-job- Instructor etc.)

Team Lead Security Re engineering Team 2002
Team Lead Property Re engineering Team 2001
Detail to FMO Richmond Host Sight 2002
Team member for Space/Property Separation 2003
Balanced Measures Instructor 2001

**15. Special Qualifications and Skills** (Languages- Indicate level of proficiency (Very Good, Good, Fair) to converse, write, read. Shorthand (words per minute, Typing (words per minute), computer skills, etc.)

**16. Kind of Job Related License or Certificate Held** (CPA, CIA, Lawyer, Engineer, etc.)

Form 9686 (Rev. 12-2001)

HAM 0680

**17. Statement of Accomplishment:** Describe duties and accomplishments which demonstrate your potential for the position to be filled. Use additional sheets if necessary.

a. Describe your current duties and responsibilities that are relevant for this position.

During my assignments to the National Office on the Re engineering Teams, I was completing the assignments required in this position. I developed policies, procedures and standards for the IRS in the Security and Property Programs. I developed budget policies and procedures. I interpreted Directives, Policies and Guidelines that had influence on my recommendations. I met with Management from other Agencies and Private Businesses to benchmark our practices and theirs.

As a manager of the Safety Program in Ogden, I must interpret Directives, Policies and Guidelines to create procedures on a local level. I have completed three buliding assessments to improve the safety and security of our employees, assets and information.

b. Describe any special qualifications that are relevent for this position. (Give examples.)

I have demonstrated excellent analytical abilities. I am able to complete any task with little oversight by management. I have excellent communication skill. I am able to conduct briefings to all levels of management. i am able to write policies and procedures that are easy to understand and follow.

I certify that to the best of my knowledge and belief, all of my statements on this form are true, correct, complete, and made in good faith.

| 8. Original signature (Sign each application in ink) | 19. Date signed (Month, day, year) |
|---|---|
| [signature] | 5-16-03 |

Form 9686 (Rev. 12-2001)    Catalog Number 21010Y    publish.no.irs.gov    Department of the Treasury-Internal Revenue Service

HAM 0681

## Safety Specialist
## KSAs

1. Knowledge of safety and occupational health principles and practices, and their applicability to the Service.

    Prevention is key to a successful Safety Program. Taking proactive measures to prevent problems enhances this program. A good example is the measure the service has taken in the mail opening program. By isolating this operation, and providing the correct safety equipment to our employees, we have created a safer environment for all. The SAFEs/Safety Advisory Committees are another very successful proactive measure. By completing quarterly SAFE inspections in our offices we have been able to reduce accidents and provide a safer place for our employees to work. When an accident does happen, investigating the cause will help prevent reoccurrences. By initiating the Root Cause Analysis program on all lost time accidents, the Service is helping to prevent these reoccurrences.

2. Ability to work independently to plan and direct a safety program for application in multiple IRS sites, including government owned buildings and leased space.

    I was responsible for the Safety Program while I was the Building Manager (10/94 to 01/97) a the Ogden Campus. We had several buildings under our control. The Main Building is 500,000 S.F. of Government Owned space, and the outbuildings consisted of approximately 400,000 S.F. of leased space. The Safety Program in the Main building was considerably more complex due to the Maintenance Crews we had that supported the day to day operation of the building. In an effort to improve the safety of these employees, we held weekly safety meetings covering subjects from the Lock out/Tag out program to the asbestos program.

3. Ability to communicate orally with all levels of management and employees to provide advice, consult and explain safety program procedures, practices and policies.

    While detailed to the National Office, I provided several briefings to the Senior Management Team. I also provided a briefing to all of the Facility Chiefs at a Facility Managers Conference. I have provided Briefing to the Directors and their staffs at the Ogden Campus, and was responsible for training all AWSS managers in Ogden on Balanced Measures. During implementation of the Security and Property Re engineering efforts, I had to brief managers in these program areas of the new policies and procedures.

4. Ability to communicate in writing with all levels of management and employees to provide advice, consult and explain safety program procedures, practices and policies.

    While detailed to the National Office, I was required to provided monthly status reports to the Senior Management Team. These reports provided management with the teams progress and often included estimated completion dates. I have had to create several PowerPoint presentations at the Ogden Campus. I have just completed one on all of the Security Program Areas that will be presented to all Managers this year. Each year I am also responsible for completing written Building Assessments, Compliance reviews and an Annual Summary of the Security Program in Ogden. I am also responsible for writing narratives for each of my staff's annual evaluation and midyear reviews.

5. Skills and abilities to investigate safety and health problems and develop decisions, policies and technical guidance designed to eliminate safety hazards to employees.

    I am able to investigate problems and develop solutions based on the investigation. The most recent example is a recent possible HazMat at our Campus. We received several envelopes that contained a powder substance and no tax return. There was some information that was enclosed with the powder, so I went to a PC and did some research on the internet while trying to decide what action to take next. Based on what I found, we

HAM
0682

decided to notify the local authorities and have them respond. Once I shared with the responders what I had found while researching, they new what equipment to use and what dangers to look for.

I have also worked on several Root Cause Analysis' here at the Campus to discover what the true cause of an accident might be. For one of these, we worked through several different approaches to help isolate the true cause. We then took action based on that finding.