1 of 1 DOCUMENT

IRM

08/01/2002



EXHIBIT 43(a)

6.335.1 Merit Promotion Plan

### 6.335.1.1 Overview of IRM 6.335.1 (08-01-2002)

(1) The guidance contained in this document represents the Merit Promotion Plan of the Internal Revenue Service (IRS). The basis for this Plan is to apply all applicable laws, regulations and policies that determine the manner in which vacancies will be recruited and filled within the IRS. Application of the provisions of this Plan must be supported by all other legal/regulatory/contractual references such as the Code of Federal Regulations (CFR), National Agreement between the Internal Revenue Service and the National Treasury Employees Union (Master Agreement), the IRS Restructuring and Reform Act of 1998 (RRA98), and the Restructuring Agreement.

### 6.335.1.2 Purpose (08-01-2002)

(1) The purpose of the Plan is to ensure that promotions and other actions (whether competitive or noncompetitive) that affect placement of employees in positions within the IRS are made on a merit basis by means of systematic and equitable procedures. Additionally, the Plan is to ensure that all employees are provided with the opportunity to develop their capabilities to the fullest.

(2) All actions-whether identification, qualification, evaluation, or selection of candidates-will be made on a fair and equitable basis, without discrimination for any non-merit reason such as race, color, religion, age, gender, national origin, political affiliation, disability, sexual orientation, marital or family status, personal favoritism, membership or non-membership in an employee organization or activity, or the holding of office in an employee organization, and shall be based solely upon job related evaluation procedures. The basis for these merit promotion principles is derived from the Civil Service Reform Act (CSRA) (5 USC 2301).

(3) The Service provides reasonable accommodations to applicants with disabilities. Employees requiring reasonable accommodation for any part of the Merit Promotion Plan must notify their servicing personnel office. Decisions on granting reasonable accommodation will be made on a case-by-case basis.

### 6.335.1.3 Scope and Authority (08-01-2002)

(1) This Plan applies to all positions within the IRS.

(2) The authority for this Plan is derived from Title 5 of the U.S. Code and 5 CFR, which requires agencies to establish and administer a promotion program designed to insure a systemic means of selection for promotion based on merit. The Plan is also consistent with 5 CFR 430, Performance Management; the Civil Service Reform Act; and the Uniform Guidelines on Employee Selection procedures. The Department of Treasury has delegated to bureau heads the authority to

promotion potential to advance to a higher grade in the occupation).

(6) Personnel offices have the responsibility for maintaining the documentation of the validity and job-relatedness of the selective placement factors (see OPM Operating Manual, Qualification Standards for General Schedule Positions, Section II. General Policies and Instructions). However, the development of the documentation is a joint responsibility between the Division and the Personnel Office.

(7) Candidates will be evaluated without regard to race, color, religion, age, gender, national origin, political affiliation, disability, sexual orientation, marital or family status (except as may be required to comply with restrictions on employment of relatives in IRM 6.300), or other differences.

(8) Written tests may not be used to determine basic eligibility unless specifically required by OPM standards.

(9) Crediting leave without pay (LWOP) for meeting length and quality of experience requirements will be completed in accordance with IRM 6.300, Crediting Leave Without Pay for Promotion/Reassignment.

### 6.335.1.12.8 Identifying Highly Qualified and Best Qualified (08-01-2002)

(1) Developing the Evaluation Process: A comprehensive job analysis must be used in developing the specific evaluation criteria that will provide the basis for the evaluative process. Vacancies must be analyzed to determine what knowledge, skills, abilities and other personal characteristics (KSAOs) (i.e., professional certification) are needed and at what level they are required for successful and highly successful job performance. The result of the job analysis is the development of specific evaluation criteria and standardized instructions for their use. Guidance on conducting a job analysis can be found in 5 CFR 300.

(2) Evaluation methods must also be developed that will effectively measure the stated criteria. Methods must be valid, objective, reliable and job-related in accordance with the requirements contained in the Scope and Authority portion of this Plan.

### 6.335.1.12.9 Evaluation Criteria (08-01-2002)

(1) Evaluation criteria are stated requirements of knowledge, skills, abilities and other personal characteristics (KSAOs) (i.e., professional certification) necessary for superior performance in the position to be filled. Evaluation criteria are developed jointly between the Division and the Personnel Office and must be established and documented prior to the beginning of the competitive process. Criteria cannot be changed during the course of the promotion action. Evaluation criteria should be documented on the form used to refer best-qualified candidates for selection.

(2) The vacancy should be analyzed to identify those KSAOs most likely to produce superior performance. Current position descriptions as well as knowledge of the specific duties of the positions should be used as a base from which the criteria can be established. Criteria must also be measurable (i.e., there must be a method available to provide the required information). These criteria may be unweighted or weighted, but it must be ensured that the relative weight of

(10) However, there are two areas where the losing office should raise no objections to an employee's leaving. These are:

a. When it is not feasible for the selection office to recruit or train local people, as is the case with Large and Mid-Size Business/International; and

b. When the employee involved has been selected for a position, which clearly enhances his/her career opportunities. Examples of this would be when an employee is moving into another occupation which has greater promotional opportunities and/or provides valuable developmental opportunities for the future; or when an employee is moving into a more responsible position.

(11) When the best person test has been met, and the decision has been made to release the employee involved, moving expenses should normally be paid. However, even when the above conditions have been met, there may be situations when the gaining office will feel that it would not be in the best interests of the Service to pay for the move (Information will be contained in the Travel Handbook which can be accessed from the AWSS home page at http://awss.web.irs.gov/travelresource.htm). The appropriate management officials will determine whether or not moving expenses will be paid. However, moving expenses will not be paid when the lateral reassignment is effected at the employee's request based on hardship circumstances, except in very unusual situations personally approved by the Division Commissioner (or equivalent). Division Commissioner (or equivalent) should establish appropriate controls to comply with these instructions.

### 6.335.1.12.15 Release of Employee After Selection (08-01-2002)

(1) Release of an employee for promotion, reassignment or change to lower grade will normally not be delayed beyond the end of the first full pay period after selection, or after the position is vacant if selection is made in advance. Exceptions to this provision may be made in circumstances when an employee's release date within the prescribed time limits would unduly hamper operations, or greatly inconvenience the employee involved. Such exceptions can be made only by mutual concurrence of the gaining and losing Divisions.

(2) An employee's promotion will under no circumstances be delayed beyond two full pay periods after selection unless the employee agrees to the delay. It is not required that the promotion effective date and the reporting date be the same. If they are not the same, applicable detail requirements apply.

### 6.335.1.12.16 Documentation (08-01-2002)

(1) Documentation of a promotion action must be sufficient for a reviewer to reconstruct the action in its entirety, including reasons for determining qualified, highly qualified and best qualified. Complete promotion files must be maintained for two years from the date final selection is made and the selecting official signs the appropriate selection form. There is no need to duplicate information available in the Promotion Plan, the negotiated agreement or in other Personnel records.

(2) The promotion folder must contain, at a minimum, the following information: