**UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **Gary Hamilton**, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 05-CV-01549 (RBW) |
| v. | ) | |
| | ) | |
| **Henry M. Paulson, Jr.,** | ) | |
| | ) | |
| Defendant | ) | |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant respectfully requests an extension of time from October 30, 2007, to November 7, 2007, to file his Reply.  Pursuant to Local Rule 7(m), the parties conferred and Plaintiff's counsel consented to this Motion.

There is good cause for the Court to grant this Motion.  The undersigned counsel had intended to file a Reply brief by the due date (October 30, 2007); however, other pressing litigation obligations have prevented the undersigned counsel from devoting substantial time to preparing an appropriate Reply.  Specifically, the undersigned counsel was assigned to argue in the D.C. Circuit on October 22, 2007, in <u>Morley v. CIA</u>, No. 06-5382 (D.C. Cir.), and had to devote more time than anticipated to prepare for the oral argument.  Furthermore, in the next several days, the undersigned counsel has to prepare several witnesses and defend their depositions.  Moreover, the undersigned counsel has to file an opposition brief in the Second Circuit and a response to a complaint in yet another day.

For these reasons, Defendant respectfully requests that the Court extend the deadline to November 7, 2007, for Defendant to file his Reply brief.

Dated: October 25, 2007.                    Respectfully Submitted,


                                            /s/  Jeffrey A. Taylor
_____             JEFFREY A. TAYLOR, D.C. BAR # 498610
                                            United States Attorney


                                            /s/  Rudolph Contreras
_____            RUDOLPH CONTRERAS, D.C. BAR #434122
                                            Assistant United States Attorney

                                            /s/  John C. Truong
                                            JOHN C. TRUONG, D.C. BAR #465901
                                            Assistant United States Attorney
                                            555 Fourth Street, N.W.
                                            Washington, D.C.  20530
                                            (202) 307-0406
                                            Attorneys for Defendant

**UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Gary Hamilton**, ) | |
| ) | |
| Plaintiff, ) | Case No.: 05-CV-01549 (RBW) |
| v. ) | |
| ) | |
| **Henry M. Paulson, Jr.,** **)** | |
| ) | |
| Defendant ) | |

**ORDER**

Upon consideration of Defendant's Motion for Extension fo Time and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that Defendant's Motion for an Extension of Time  be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including November 7, 2007, to file its Reply in Support of the Motion for Summary Judgment.

SO ORDERED.

_____
U.S. District Judge