IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY HAMILTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Civil Action No. 1:05 CV 1549 (RBW) |
| v. ) | |
| ) | |
| JOHN SNOW. ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**UNOPPOSED MOTION TO WITHDRAW APPEARANCE**

COMES NOW Jo Ann P. Myles, Co-Counsel for Plaintiff Gary D. Hamilton and respectfully moves this Honorable Court for leave to withdraw her appearance as co-counsel of record. Co-Counsel Jo Ann P. Myles's withdrawal will not harm the Plaintiff Gary D. Hamilton as he is still represented by Co-Counsel Anne J. A. Gbenjo. Co-Counsel Jo Ann P. Myles represents that this motion is not opposed by the Plaintiff Gary D. Hamilton.

WHEREFORE, attorney Jo Ann P. Myles prays that this Honorable Court grant her motion for leave to withdraw her appearance as Co-Counsel of record in the above-captioned matter.

Respectfully submitted,

_____/s/_____
Jo Ann P. Myles
Law Office of Jo Ann P. Myles
1300 Mercantile Lane
Suite 138-B
Largo, Maryland 20774
Bar No. 04412
301-773-9652 (office number)
301-952-4070 (fax number)

Co-Counsel for Plaintiff Hamilton

Dated: October 30, 2007

## CERTIFICATE OF SERVICE

I hereby certify that the following, Unopposed Motion To Withdraw Appearance as Counsel was served upon the Plaintiff through his Counsel Anne J.A. Gbenjo and to defendant through its Counsel John C. Troung by electronic filing on this 30TH day of October 2007 to:

Anne J.A. Gbenjo
THE GBENJO LAW GROUP
8449 West Bellfort Avenue
Suite 100
Houston, TX 77071

John C. Truong
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
Civil Division
555 Fourth Street, NW
E4206
Washington, DC 20530

_____/\_s/_____
Jo Ann P. Myles
