N THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY HAMILTON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Civil Action No. 1:05 CV 1549 (RBW) |
| v. ) | |
| ) | |
| JOHN SNOW ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

Upon consideration of Plaintiff's Co-Counsel Jo Ann P. Myles' Motion To Withdraw Appearance as attorney for Plaintiff and it appearing proper and just, it is this

_____day of _____ 2007,

ORDERED that the unopposed Motion To Withdraw will be and the same is hereby GRANTED.

_____
United States' District Judge
For the District of Columbia