**UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **Gary Hamilton**, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 05-CV-01549 (RBW) |
| v. | ) | |
| | ) | |
| **Henry M. Paulson, Jr.,** | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant respectfully requests an extension of time from November 7, 2007, to November 13, 2007, to file his Reply. Pursuant to Local Rule 7(m), Defendant's counsel contacted Plaintiff's counsel to seek her consent to this Motion; however, at the time of this filing, the undersigned counsel has not heard from Plaintiff's counsel.

There is good cause for the Court to grant this Motion. As explained in Defendant's facsimile to Plaintiff's counsel, this past week the undersigned counsel was ordered to produce documents and witnesses for deposition in a short time frame, in Porter v. Johnson, Civ. No. 04-2121 (D.D.C). In fact, four Rule 30(b)(6) witnesses are scheduled to be deposed on November 6, 2007, one day before the Reply deadline. Consequently, the undersigned had devoted substantial time to producing documents and preparing witnesses for depositions. The undersigned counsel had an unexpected meeting on November 2, 2007, with Judge Leon in MDL 1688 that consumed more time than anticipated. Furthermore, the undersigned counsel is scheduled to argue in the D.C. Circuit on November 9, 2007, in Carter v. Dep't of the Navy, C.A. No. 06-5378 (D.C. Cir.). The undersigned counsel has committed substantial time to preparing for the oral argument. Due

to these pressing obligations, the undersigned counsel needs additional time to finalize the Reply

brief for client and supervisory review prior to filing it with the Court.

    For these reasons, Defendant respectfully requests that the Court extend the deadline to

November 13, 2007, for Defendant to file his Reply brief.


Dated: November 5, 2007.               Respectfully Submitted,


                        /s/  Jeffrey A. Taylor
                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                        United States Attorney


                        /s/   Rudolph Contreras
                        RUDOLPH CONTRERAS, D.C. BAR #434122
                        Assistant United States Attorney

                        /s/  John C. Truong
                        JOHN C. TRUONG, D.C. BAR #465901
                        Assistant United States Attorney
                        555 Fourth Street, N.W.
                        Washington, D.C.  20530
                        (202) 307-0406
                        Attorneys for Defendant

**UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| **Gary Hamilton**, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 05-CV-01549 (RBW) |
| v. | ) | |
| | ) | |
| **Henry M. Paulson, Jr.,** | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**ORDER**

Upon consideration of Defendant's Motion for Extension fo Time and the entire record

herein, it is this _____ day of _____, 2007,

ORDERED that Defendant's Motion for an Extension of Time  be and is hereby

GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including November 13,

2007, to file its Reply in Support of the Motion for Summary Judgment.

SO ORDERED.

_____
U.S. District Judge