## Page 1

```
(1)           UNITED STATES DISTRICT COURT
(2)           FOR THE DISTRICT OF COLUMBIA
(3)
(4)  GARY HAMILTON,
(5)           Plaintiff,
(6)  v.                    CASE NO.: 05-1549 (RBW)
(7)  JOHN SNOW,
(8)           Defendant.
(9)
(10)                 Washington, D C
                     August 17, 2006
(11)
     DEPOSITION OF:
(12)
                     ANNETTE BURRELL
(13)
     called for examination by counsel for the Plaintiff,
(14) pursuant to notice of deposition, in the offices of
     Neal Gross & Co., 1323 Rhode Island Avenue, N.W.,
(15) Washington, D.C., when were present on behalf of the
     respective parties:
```

## Page 2

```
(1)  APPEARANCES:
     On Behalf of the Plaintiff:
(2)
     ANNE J A GBENJO, ESQ.
(3)  8449 West Bellfort Avenue
     Suite 100
(4)  Houston, Texas 77071
     (713) 771-4775
(5)  (713) 771-4784 FAX
(6)  On Behalf of the Defendant:
(7)  JOHN C. TRUONG, ESQ.
     Assistant United States Attorney
(8)  Department of Justice
     555 4th Street, N W
(9)  Washington, D.C. 20530
     (202) 307-0406
(10) (202) 514-8780 FAX
```

## Page 3

```
(1)                   I-N-D-E-X
(2)  WITNESS:     DIRECT  CROSS  REDIRECT  RECROSS
(3)  Annette Burrell   4    132     133
(4)              E X H I B I T S
(5)  Exh.
     No.    Document Description     Identified
(6)
     1   Application Package             78
```

## Page 4

(1) P-R-O-C-E-E-D-I-N-G-S
(2) 12:00 p.m. (3) Whereupon,
(4) ANNETTE BURRELL (5) was called as a witness by Counsel for the Plaintiff (6) and having been first duly sworn was examined and (7) testified as follows:
(8) DIRECT EXAMINATION
(9) MS. GBENJO:
(10) Q Good afternoon, Ms. Burrell. My name is (11) Anne Gbenjo and I represent Mr. Hamilton in this case. (12) And I'll be asking you a series of questions (13) pertaining to this case. (14) Mr. Hamilton's case, as you know is, a (15) result of the selection for the safety manager (16) position. And I'll be asking you questions related to (17) that case and you are supposed to be giving me verbal (18) responses and not gestures, not shrugging of shoulders (19) or nodding of heads because the recording would not be (20) able to record that.
(21) If you do not understand any questions (22) that I ask you, stop me and tell me to clarify. If


GOVERNMENT EXHIBIT

Page 37

(1) Q – from the business units, they're not (2) part of the team?
(3) A No.
(4) Q Okay. These people are separate and apart (5) from the team?
(6) A Yes.
(7) Q Okay. What did those representatives from (8) the business unit do?
(9) A They provided input to the processes and (10) procedures that we were developing.
(11) Q Okay. Now what were the inputs that they (12) provided?
(13) A I – I can't be specific on that.
(14) Q Okay. Now at the time that you were (15) detailed, you said you were detailed in year 2002. (16) Remember which month in year 2002?
(17) A I think it was August.
(18) Q And you said that was for about year?
(19) A Yes.
(20) Q And who was your supervisor during that (21) detail?
(22) A I reported to Reggie.

Page 38

(1) Q Reggie McFadden?
(2) A Yes.
(3) Q Was he your immediate supervisor at the (4) time?
(5) A At some point in time he became the (6) manager. He was a – he was on detail at the same (7) time I was originally.
(8) Q Okay. But in terms of being your (9) immediate supervisor, was it Reggie at the time you (10) were on detail? Who was your immediate supervisor at (11) that time?
(12) A I – I really don't recall.
(13) Q Okay. Who did you report to during the (14) detail?
(15) A Unofficially to Reggie.
(16) Q Okay. But officially?
(17) A I – I don't – I really don't recall.
(18) Q Okay. At the time that you reported to (19) Reggie, was Reggie also in Georgia?
(20) A No.
(21) Q Where was he?
(22) A Washington.

Page 39

(1) Q Was that detail that you were referring to (2) in Washington?
(3) A Yes.
(4) Q Oh, okay. Okay. So you day-to-day (5) contact at the time was with Reggie –
(6) A Yes.
(7) Q – during the detail? Okay. And he (8) played the role of a supervisor to you at the time?
(9) A Yes.
(10) Q Okay. So did you complete that detail at (11) some point? Did it end?
(12) A Yes.
(13) Q When did it end?
(14) A I believe around August of 2003.
(15) Q Okay. Now the reengineering and revamping (16) that you said you did for the safety program, how long (17) did that go on for?
(18) A It's actually still going on.
(19) Q Now as we speak?
(20) A Yes.
(21) Q Okay. So you continued your job duties (22) during that detail up until today?

Page 40

(1) A Yes.
(2) Q Now, in terms of conducting reviews or (3) correcting your performances or deficiencies, whatever (4) it was at that time, was Reggie in charge during the (5) detail?
(6) A Well, I'm – I don't understand the (7) question. I'm sorry.
(8) Q Okay. Was Reggie responsible for, you (9) know, saying well these are the things you do, these (10) are the things you're not supposed to do, you know, (11) day-to-day?
(12) A Yes.
(13) Q Okay. So he was responsible for your (14) performance review?
(15) A Yes.
(16) Q Okay. Now let's go back in time. What is (17) the difference between what you did as the space (18) acquisition specialist and client services specialist?
(19) A What was the – what's the difference in (20) the two?
(21) Q Yes.
(22) A The difference in the two, I would say the