## Page 1

```
(1)            IN THE U S DISTRICT COURT
(2)            OF THE DISTRICT OF COLUMBIA
(3)
(4)
       GARY HAMILTON
(5)
            Plaintiff       Case No
(6)                          05-1549 (RBW)
            v
(7)
       JOHN SNOW, Secretary
(8)    U.S. Department of
       the Treasury
(9)
            Defendant.
(10)
(11)
(12)
                    Washington, D.C.
(13)                Friday, August 25, 2006
(14)
(15)   DEPOSITION OF:
(16)   JOY CARRAWAY
(17)   called for examination by counsel for the plaintiff,
       pursuant to notice of deposition, in the offices of
(18)   Neal Gross & Co., 1323 Rhode Island Avenue, N.W.,
       when were present on behalf of the respective
(19)   parties
(20)
(21)
(22)
```

## Page 2

```
(1)  APPEARANCES:
(2)  On Behalf of the Plaintiff, Gary Hamilton
(3)        ANNE J. A. GBENJO, ESQ.
           8449 West Bellfort Avenue
(4)        Suite 100
           Houston, TX 77071
(5)        (713) 771-4775
           (713) 771-4784 fax
(6)
(7)  On Behalf of the Defendant, John Snow
(8)        JOHN C. TRUONG, ESQ.
           Assistant United States Attorney
(9)        Department of Justice
           555 4th Street, N.W.
(10)       Washington, D.C  20530
           (202) 307-0406
(11)       (202) 514-8780 fax
```

## Page 3

```
(1)                      I-N-D-E-X
(2)
(3)   WITNESS           DIRECT         CROSS
(4)   Joy Carraway         4            45
```

## Page 4

(1) P-R-O-C-E-E-D-I-N-G-S
(2)   (2:39 p.m.)
(3) WHEREUPON,
(4)   JOY CARRAWAY (5) was called for examination by Counsel for the (6) Plaintiff and, having been first duly sworn, assumed (7) the witness stand, was examined and testified as (8) follows:
(9)   MS. GBENJO: Please state your name for (10) the record.
(11)   THE WITNESS: Joy Camille Jenkins (12) Carraway.
(13)   MS. GBENJO: Did you say Joy?
(14)   THE WITNESS: Yes, Joy is my first name.
(15) DIRECT EXAMINATION (16) BY: MS. GBENJO
(17) Q Okay. Whats your address?
(18) A 1210 Montreal Drive, Aberdeen, Maryland (19) 21001.
(20) Q Is that home or office?
(21) A Thats home.
(22) Q Okay. Ms. Carraway, my name is Anne

GOVERNMENT EXHIBIT 3

Page 5

(1) Gbenjo. I represent Mr. Hamilton in this case. Ill (2) be asking you a series of questions related to Mr. (3) Hamiltons case, and you have been sworn to tell the (4) truth, the whole truth and absolutely nothing but the (5) truth. And I would appreciate that you do just that.
(6) I would allow you to finish your responses (7) to your questions before I ask follow-up questions, (8) and I also ask that you do me the same, or give me the (9) same courtesy and let me finish the questions before (10) you provide answers.
(11) If I ask any question thats typical of (12) two interpretations, please stop me and tell me to (13) clarify. Whatever questions you answer today, you (14) will be deemed to have fully understood them. At a (15) trial at a future date, whatever testimony you give (16) today will have a full force and effect. The only (17) difference between this proceeding and the courtroom (18) is that a judge is not present, but the testimony is (19) the same.
(20) Have you been deposed before?
(21) A No.
(22) Q Have you ever been a witness to any

Page 6

(1) lawsuits?
(2) A No.
(3) Q Even been a party to any lawsuit?
(4) A No.
(5) Q Who is your employer, Ms. Carraway?
(6) A The Department of Commerce.
(7) Q Department of Commerce?
(8) A Commerce, yes.
(9) Q How long have you been employed there?
(10) A Since March of 2004.
(11) Q Where were you employed before?
(12) A Internal Revenue Service.
(13) Q Have you completely left the Internal (14) Revenue Service, or are you still there on a part-time (15) basis?
(16) A Im completely separated from the Internal (17) Revenue Service.
(18) Q Since March of 2004?
(19) A Yes.
(20) Q And what was your position at the time you (21) left?
(22) A I was an occupational safety and health

Page 7

(1) manager.
(2) Q And what grade level was that?
(3) A It was a bit confusing because when I (4) actually left, I was in a detailed 14. My official (5) permanent rate was 13.
(6) Q But you say you were on a detail when you (7) left?
(8) A Yes.
(9) Q Who selected you for that detail?
(10) A I was told I had the detail by Stuart (11) Burns.
(12) Q Did you have to apply for that detail?
(13) A No, I did not.
(14) Q Do you recall the circumstances under (15) which he told you that you will be placed on a detail?
(16) A I received a phone call. I was told that (17) I was not selected for the 14 position, but because I (18) needed extra help, they would be offering me a detail (19) for a 14 position.
(20) Q Who called you?
(21) A That was Stuart.
(22) Q Do you recall when he called you.

Page 8

(1) A No, I dont.
(2) Q But it was after you were not selected for (3) the -
(4) A It was after the - the non-selection, yes. (5) But I could not give you a date.
(6) MR. TRUONG: Ms. Carraway, make sure Ms. (7) Gbenjo finishes a question so that we can have a clear (8) record.
(9) Q That was part of my preliminary (10) instructions, but thats okay. And how long were you (11) on the detail for?
(12) A I cant tell you the exact days. It was - (13) I cant tell you the exact. It was shorter than the (14) detail was arranged for. I got other employment.
(15) Q Do you recall the detail being over 120 (16) days?
(17) A I cant remember what it officially was.
(18) Q Do you recall - you did not complete the (19) detail as I understand it?
(20) A No, I did not.
(21) Q Okay. Youd gone about halfway, or (22) shorter than halfway before you left?