# National Agreement

Internal Revenue Service
and
National Treasury Employees Union





**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Document 11678 (Rev. 8-2002)
Catalog Number 32791U


GOVERNMENT EXHIBIT 4

HAM 03285

**D.**

Two (2) copies of all bargaining unit vacancy announcements will be sent to the president of each chapter that has representational jurisdiction over the position(s), concurrent with the posting. Where electronic media is available, vacancy announcements will be transmitted via electronic media only. Where electronic media is not available, vacancy announcements will be posted on all official bulletin boards throughout the commuting area.

**E.**

Vacancy announcements will be posted in all locations within the same commuting area.

**F.**

If a vacancy announcement is canceled, the reason for the cancellation shall be noted on the promotion certificate and/or made part of the promotion file. A copy of the document showing the reason will be simultaneously sent to the chapter/joint council.

**G.**

In October of each year, the Employer will assign awards points to all employees who qualify for an award under the Parties' National Awards Agreement.

## Section 4
## Application Procedures and Rosters – General

**A.**

1. Employees must submit applications for each vacancy or roster for which they wish to be considered. An individual application may be submitted for each available vacancy at the time of the vacancy announcement or employees may submit applications for continuous consideration (Form 4536, Exhibit 13-1) which shall expire at close of business on December 31 of each year. Employees may indicate on the applications for continuous consideration the posts-of-duty for which they desire to be considered. Employees may withdraw applications for a position at any time. The fact that employees do not accept an offer of promotion will not be cause for their removal from a roster.

2. Applicants will not be considered if they do not meet all time-in-grade and qualification requirements by the closing date of the announcement.

3. Upon request, applicants who have been determined not to be qualified will be provided a copy of the qualification standards for the position for which they applied.

4. For positions at or below the journey level, applicants must complete a Merit Program Questionnaire (MPQ). The ranking official or panel will use this form in conjunction with the applicants' appraisals to determine each applicant's potential. In order to complete this form, each applicant will receive a reasonable amount of official time and will be provided access to his or her OPF.

   (a) When an employee's application is found to be lacking information within the employee's control (such as a signature), the Employer will notify the employee and give him or her five (5) workdays to submit the missing information. For information beyond the employee's control (such as a college transcript), the employee will have a reasonable period of time, up to ten (10) workdays, to submit the information. In the event that the missing information is not received within the time period(s) specified above, the application will be returned to the employee and the employee will not considered as an applicant for the vacancy.

   (b) If the Employer has failed to issue a timely and current performance appraisal, the employee may submit his or her self assessment, in accordance with Article 12, provided that such self-assessment proposes a summary rating no higher than the employee's current rating of record.

   (c) The Parties agree that the MPQ will be phased out as part of the automation of the internal staffing process, scheduled for implementation by December 31, 2002. In this regard, the Parties agree to establish a joint team to implement this automated process, consistent with the terms of this article. The team will be chartered to configure software selected by the Employer to meet contractual requirements, and oversee the development of a communications and training plan. Upon mutual agreement, the team may also make recommendations on modifications to this article, which, if approved by the Parties, would amend those provisions.

5. An employee who applies for a position and is not found eligible will be notified prior to the establishment of a roster or a BQ list.

6. The Employer has determined that employees rated below Fully Successful in a particular Performance Aspect are not eligible to apply for competitive promotion to a vacant position that requires the same or similar Performance Aspect.

HAM 03333