**08/04/06: Hamilton v U.S. Treasury: Depo: Paul Carroll**

PAGE 1 TO PAGE 95

**NEAL R. GROSS & CO., INC.**

**(202) 234-4433**

**CONDENSED TRANSCRIPT AND CONCORDANCE**
PREPARED BY:

*NEAL R. GROSS & CO., INC.*
*1323 RHODE ISLAND AVE., NW*
*WASHINGTON, DC   20005*
*Phone:  (202) 234-4433*



GOVERNMENT EXHIBIT A

### Page 21

(1) package to your office.
(2) **A Sends it, yes.**
(3) Q And your office being?
(4) **A I'm sorry. I don't –**
(5) Q You said personnel brings the package to (6) your office. Your office being what office?
(7) **A The Real Estate and Facilities** (8) **Management Division.**
(9) Q Okay. Okay. So when personnel brings (10) the package to your office, then what happens?
(11) **A They would provide it, in my case, where** (12) **they provide the package to me, whoever the ranking** (13) **official is.**
(14) Q And who determines who the ranking (15) official is?
(16) **A In my case, usually I'm asked by my** (17) **supervisor if I would rank the package.**
(18) Q Who is your supervisor?
(19) **A Joe Colaciello.**
(20) Q How long has Joe Colaciello been your (21) supervisor?
(22) **A Four years.**

### Page 22

(1) Q Okay. When was the last time you did or (2) conducted ranking?
(3) **A Conducted a ranking - what was the last** (4) **one that I ranked? I believe I conducted a ranking** (5) **for the COTR, as a matter of fact I know - I** (6) **conducted a ranking for the COTRs for the IAP** (7) **contract, which is a contract for Building** (8) **Operations and Maintenance Services that they won** (9) **under the A76 Program, and I ranked the package of** (10) **applicants for that. That was the last one.**
(11) Q When was that?
(12) **A Approximately six months ago.**
(13) Q And did your supervisor ask you to (14) conduct that ranking?
(15) **A Yes, he did.**
(16) Q Okay. Is it part of the duties of your (17) office to conduct ranking?
(18) **A For positions that are to be selected** (19) **under our office or in the division, it's not a** (20) **responsibility. Sometimes they select our's.**
(21) Q Have you always been the person to (22) conduct the ranking?

### Page 23

(1) **A No.**
(2) Q Has any other member of your office (3) conducted a ranking?
(4) **A Many other employees at the Division** (5) **have ranked packages.**
(6) Q Okay. Now when personnel gives the (7) package to your office, then what happens?
(8) **A The package is given to the ranking** (9) **official.**
(10) Q Who will be determined by whom?
(11) MR. TRUONG: Objection; asked and (12) answered.
(13) THE WITNESS: Typically, it is (14) determined by – I was asked by my supervisor. In (15) this case, the position fell under him, so that was (16) determined by him.
(17) BY MS. GBENJO:
(18) Q Okay. Now you said "in this case", what (19) case were you talking about?
(20) **A This last one that I did.**
(21) Q The COTR for the IAP contract?
(22) **A Yes. That fell under my supervisor and**

### Page 24

(1) that would be his determination.
(2) Q Okay. Now when the personnel gives the (3) package to REFM, and the REFM reaches where your (4) office is, now gives it to the ranking official.
(5) **A Yes.**
(6) Q Now who in REFM gives that package to (7) the ranking official?
(8) **A The staff assistant.**
(9) Q And who is that staff assistant?
(10) **A Typically, it's Fannie Braswell.**
(11) MS. GBENJO: I'm making a formal request (12) for Fannie Braswell's availability for deposition (13) dates. Okay.
(14) MR. TRUONG: Why?
(15) MS. GBENJO: Well, we're going to (16) address all of this.
(17) MR. TRUONG: Okay. Then why don't you (18) make your request in a letter explaining the basis (19) that you want to depose here, and then we'll respond (20) to that.
(21) MS. GBENJO: Okay.
(22) BY MS. GBENJO:

## Page 25

(1) Q Okay. Typically, it's Fannie Braswell, (2) and does any other person perform that (3) responsibility?
(4) **A To my knowledge, if she's not there, (5) someone else may. I don't know.**
(6) Q But when she's there, she does it.
(7) **A Typically, she does it, yes.**
(8) Q Okay. Now when personnel gives the (9) package to your office REFM and the staff assistant, (10) Fannie Braswell gives it to the ranking official.
(11) **A Yes.**
(12) Q And then the ranking official does what?
(13) **A Ranks the package.**
(14) Q Okay. Now if Fannie Braswell gives the (15) package to you in the case involving Gary Hamilton?
(16) **A I believe so. I don't know for sure.**
(17) Q Now what were you instructed to do with (18) the packages that you were given?
(19) **A Rank the applicants in the package (20) against the knowledge, skills, and abilities.**
(21) Q Okay. Now prior to Fannie Braswell or (22) staff assistant giving you the packages in this case

## Page 26

(1) involving Gary Hamilton, how many times had you (2) conducted ranking?
(3) **A Going all the way back?**
(4) Q Yes.
(5) **A Probably three or four.**
(6) Q Okay. Now what instructions did Fannie (7) Braswell or the staff assistant that gave you this (8) package give to you when you were handed the (9) package, other than rank the applicants?
(10) **A Staff assistant gives me no direction on (11) the package.**
(12) Q Okay.
(13) **A Direction comes from personnel.**
(14) Q Okay. Who is personnel?
(15) **A The personnel specialist assigned to (16) handle the advertisement of the position.**
(17) Q Now in the case involving Gary Hamilton, (18) the case we're here for today, who was that (19) personnel person?
(20) **A I don't recall.**
(21) Q Okay. Now when they told you to rank (22) these applicants for the position, what were you

## Page 27

(1) supposed to do with the scores after ranking them?
(2) **A After I rank a package, I provide the (3) ranked package back through Fannie Braswell, or the (4) staff assistant's position, and they send it back to (5) personnel.**
(6) Q Okay. Did you have any contact with (7) personnel in this case involving Gary Hamilton?
(8) **A I don't recall having any contact with (9) them. I may have talked to the personnel (10) specialist.**
(11) Q Who is or was?
(12) **A I don't recall.**
(13) Q Okay. Now what would you have discussed (14) with the personnel?
(15) **A If I have questions about the package, (16) if I have questions about their instructions in the (17) package, then I will contact them with any (18) questions.**
(19) Q Okay. Now what instructions are we (20) talking about?
(21) **A Personnel gives me with a package, when (22) I rank a package, I assume it's the same for all, an**

## Page 28

(1) instruction sheet on how we're supposed to rank the (2) package. They give us the knowledge, skills, and (3) abilities, and the ranking criteria to evaluate the (4) applications against. And, basically, it's just (5) instructions about the process. And then that's (6) about it, it's just written instructions. It's (7) standard for virtually all packages.
(8) Q Did you have any questions in this case (9) that we are here for today when you ranked the (10) packages?
(11) **A I don't recall.**
(12) MR. TRUONG: Mr. Carroll, make sure Ms. (13) Gbenjo finishes her question before you answer it.
(14) THE WITNESS: Yes. I'm sorry.
(15) BY MS. GBENJO:
(16) Q You said you were a COTR in the year (17) 2003 when you ranked the packages in this case.
(18) **A Yes.**
(19) Q At that time, what was the position you (20) were to rank the candidates for, the case we are (21) here for today?
(22) **A I don't understand the question. Are**