1

IN THE U.S. DISTRICT COURT OF

THE DISTRICT OF COLUMBIA

+ + + + +

In the Matter of:

GARY HAMILTON,

    Plaintiff,      CASE NO. 05-1549 (RBW)

v.

JOHN SNOW,

    Defendant.

Washington, D.C.

Tuesday, July 25, 2006

DEPOSITION OF:

JOHN STUART BURNS

called for examination by counsel for the Plaintiff, pursuant to notice of deposition in the offices of Neal Gross & Co., 1323 Rhode Island Avenue, N.W., when were present on behalf of the respective parties:



NEAL R. GROSS
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVENUE, N.W.
(202) 234-4433        WASHINGTON, D.C. 20005        (202) 234-4433

88

1  the list of the selected applicants after it reached
2  you, your possession?
3      A   What did I --
4      Q   What did you do, if anything?
5      A   I guess I tried to coordinate an interview
6  for the --
7      Q   Now, after that interview did you have any
8  communication with Paul Carroll relating to the
9  applicants?
10     A   After the interview did I have -- I don't
11 -- I mean, I have had conversations with Paul Carroll
12 since that time, but I don't recall having
13 conversations about the applicant.
14     Q   Okay. Now, after the interview process,
15 after you had interviewed the candidates, did you
16 confer or have any further communications with the
17 personnel or the HR regarding the applicants?
18     A   I don't recall having any conversations
19 with HR, yes.
20     Q   Now, with respect to the detail that
21 Annette Burrell occupied when you got to the IRS, at
22 the renewal time was there a formal nomination process

89

1   for that position?

2         MR. TRUONG: Objection. Foundation.

3         THE WITNESS: I don't -- I don't recall a
4   renewal, so I don't recall. I don't recall a formal
5   process.

6         BY MS. GBENJO:

7   Q   Okay. How did you know who to interview
8   for the position?

9   A   Somehow I got a list of four names, but I
10  don't know. I don't know what the process was that
11  got me -- it probably came back from personnel that
12  the top applicants were listed. I don't know.

13  Q   And at that time what did personnel tell
14  you?

15  A   I don't think I had a conversation with
16  personnel.

17  Q   At all?

18  A   Most of -- most of my understanding of the
19  process again was through the central point in REFM
20  that handled all the recruit actions for HR.

21  Q   I didn't hear the last part.

22  A   That handled all of the recruit actions

90

1  for -- within the headquarters, that was the liaison
2  between the recruit actions that we were doing in
3  headquarters and HR.
4       Q    Excuse me. What about the recruit actions
5  that you were doing?
6       A    Well, if paperwork came in it would go to
7  her. If paperwork went out, it would go through her.
8       Q    Who is she?
9       A    Fannie Braswell.
10      Q    Okay. So Fannie Braswell was the
11 personnel person that you dealt with in personnel?
12      A    No.
13      Q    Or HR?
14      A    She is in -- she is part of Real Estate
15 and Facilities Management. She is our liaison to the
16 HR Office, and I don't -- most of what I was learning
17 about the process would be steered to her. If there
18 was something that came in, it would come from her.
19      Q    So in terms of this particular interview
20 process, you simply did what you were told. Is that
21 a fair statement?
22      A    Yes.

NEAL R. GROSS
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVENUE, N.W.
(202) 234-4433    WASHINGTON, D.C. 20005    (202) 234-4433

91

1   Q   Okay. Now, do you know what Paul
2   Carroll's position was at the time that he ranked
3   these applicants?
4   A   Officially, no.
5   Q   Unofficially?
6   A   He worked for -- he worked within our
7   Architect and Engineering Group. I know where he
8   reported, but I don't know what his function was.
9   Q   All of what you just told a few minutes
10  ago, did you have any reason for conducting the
11  interview of the applicants?
12  A   No.
13  Q   Did you say no? I can't --
14  A   Correct.
15  Q   Sorry, I can't hear you.
16      MR. TRUONG: Mr. Burns, we need you to
17  speak up.
18      MS. GBENJO: Yes.
19      MR. TRUONG: Because we have the AC
20  running in the background.
21      THE WITNESS: Okay.
22      MR. TRUONG: That creates a lot of