08/03/06: Hamilton v U.S. Treasury: Depo: Tatika Mitchell

PAGE 1 TO PAGE 135

NEAL R. GROSS & CO., INC.

(202) 234-4433

CONDENSED TRANSCRIPT AND CONCORDANCE
PREPARED BY:

*NEAL R. GROSS & CO., INC.*
*1323 RHODE ISLAND AVE., NW*
*WASHINGTON, DC  20005*
*Phone:  (202) 234-4433*



GOVERNMENT EXHIBIT C

### Page 81

(1) A I don't remember specifically what I said.
(2) Q Generally.
(3) A Generally that the interview over the (4) phone was difficult. Generally that Mr. Hamilton's (5) interview did not go well.
(6) Q Tell me what did not go well in his (7) interview.
(8) A I don't remember specifically what did not (9) go well in his interview. What I remember is asking (10) questions and listening to answers and not receiving (11) a lot of information.
(12) Q Did you note any - you took notes at this (13) interview, right?
(14) A Yes.
(15) Q Did you state anywhere in your notes that (16) you did not receive a lot of information?
(17) A I don't recall.
(18) Q Did you ask Mr. Hamilton to provide the (19) kind of information you requested, and he refused.
(20) A No.
(21) Q Did you ask Mr. Hamilton to give you the (22) kind of information you expected him to give you, and

### Page 82

(1) he did not?
(2) A Could you ask that question again.
(3) Q Was there ever a time during the time you (4) interviewed Mr. Hamilton that you asked him to give (5) you additional information on a particular question, (6) and he did not?
(7) A No.
(8) Q Okay. Now during that interview you had (9) testified that you took notes.
(10) A Yes.
(11) Q Did you put anywhere in your notes that (12) the interview did not go well for Mr. Hamilton?
(13) A I don't recall.
(14) Q Did you put anywhere in your notes that (15) Mr. Perkins' interview was difficult.
(16) A I don't recall.
(17) Q Did you put anything in your notes that (18) would tell any casual reader what the problems were (19) with the applicant if you had any?
(20) A I don't recall.
(21) Q Now what else - what did Mr. Houston say (22) in the conference you held at the end of all the

### Page 83

(1) interviews?
(2) A I don't remember specifically what Mr. (3) Houston said.
(4) Q How about Mr. Burns?
(5) A I don't remember specifically what Mr. (6) Burns said.
(7) Q What did you say about Camille Caraway?
(8) A I said based on her interview I think she (9) could do this job.
(10) Q What did you say about Annette Burrell?
(11) A Based on her interview, I think she could (12) do this job.
(13) Q What did you say about -
(14) A Excuse me, I'm paraphrasing. I don't (15) remember specifically what I said.
(16) Q Now what did you say about Mr. Perkins?
(17) A That was a difficult interview.
(18) Q And what did you say about Mr. Hamilton?
(19) A That did not go well.
(20) Q What did Mr. Houston say about Mr. (21) Hamilton's interview?
(22) A I don't remember specifically what Mr.

### Page 84

(1) Houston said.
(2) Q What did Mr. Burns say about Mr. (3) Hamilton's interview?
(4) A I don't remember specifically what Mr. (5) Burns said.
(6) Q Is it fair to say you do not remember what (7) their statements were with respect to each of the (8) applicants at the end of the day?
(9) A It is fair to say that I don't remember (10) specifically what Mr. Burns or Mr. Houston said. What (11) I do remember is after the last interview we fairly (12) quickly and quickly being within five minutes decided (13) that Mr. Perkins' interview - we didn't get what we (14) were looking for out of it and that Mr. Hamilton's (15) interview didn't go well, so there were two people who (16) were going to be considered.
(17) Q Based on their interviews.
(18) A Based on their interviews.
(19) Q Now at the time that you sat down to (20) confer with the other panel members, what did Mr. (21) Houston say with respect to whom he felt could do the (22) job?

Page 85

(1) A I don't remember specifically what Mr. (2) Houston said.
(3) Q How about Mr. Burns?
(4) A I don't remember specifically what Mr. (5) Burns said?
(6) Q Did anybody make any recommendations that (7) you recall?
(8) A I recall we agreed that Mr. - that we (9) agreed that Ms. Burrell or Ms. Caraway could fill the (10) position?
(11) Q Based on their interviews.
(12) A Based on their interviews.
(13) Q Now in the time these - in the interviews, (14) did any panel member ask to step out of the room?
(15) A I don't recall.
(16) Q Did any panel member use the bathroom?
(17) A I don't know.
(18) Q As far as you recall, all the panel (19) members sat through all the interviews, is that a yes?
(20) A No. I probably used the bathroom. I may (21) have gone to lunch.
(22) Q Just as the others.

Page 86

(1) A Just as the others may have.
(2) Q So aside from the lunch break that you (3) took -
(4) A Maybe.
(5) Q Aside from the lunch break that you (6) probably took, the panel members sat through all of (7) the interviews.
(8) A Each panel member was at each interview, (9) yes.
(10) Q Throughout.
(11) A Throughout the day.
(12) Q And the conference occurred when the (13) interview were concluded.
(14) A Correct.
(15) Q Okay. Now you testified earlier that you (16) were given the opportunity to add questions. What (17) questions did you add?
(18) A I don't recall.
(19) Q Did any other panel member add questions?
(20) A I don't recall.
(21) Q Well whatever questions you add if you did (22) the candidates answered them.

Page 87

(1) A Yes.
(2) Q So if you had any concern, would it be (3) fair to say it would be in your notes?
(4) A To the interview? I don't understand. (5) Could you ask that question again.
(6) Q If you had any concern with respect to a (7) particular candidate or applicant, would it be fair (8) that such concern would be in your interview notes?
(9) MR. TRUONG: Objection, asked and (10) answered.
(11) BY MS. GBENJO:
(12) A Maybe.
(13) Q Is it possible that when you said maybe it (14) means it may or may not be there.
(15) A Correct.
(16) Q You had testified earlier that you did not (17) call these applicants, right? You did not give any of (18) these applicants any kind of scores when they (19) completed the interview, is that a yes?
(20) A That's not the question you asked earlier.
(21) Q Okay. If it is not, I am asking that (22) question now.

Page 88

(1) A Ask again.
(2) Q Did you score these applicants after the (3) - did you score these applicants after the interviews?
(4) A Scored, no.
(5) Q Were you given a sheet on which to put (6) their scores?
(7) MR. TRUONG: Objection, asked and (8) answered, foundation.
(9) BY MS. GBENJO:
(10) A I just testified that I did not score.
(11) Q Right. That's a different - I'm asking a (12) different question. Were you given a sheet of paper (13) on which the applicants were to be scored?
(14) A No.
(15) Q You do not have any degree in safety, do (16) you?
(17) A No, I don't.
(18) Q Nor do you have any degree in security.
(19) A Correct.
(20) Q At the time that you conducted this (21) interview, how familiar were you with the selection (22) procedure for that particular division that you are