IN THE UNITED STATED DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

```
********************************
GARY HAMILTON,                  *
Plaintiff                       *
                                *
v.                              *        CASE NO.: 05-cv-1549 (RBW)

                                *
JOHN SNOW,                      *
Defendant                       *
********************************
```

<u>CONSENT MOTION FOR EXTENSION OF THREE (3) BUSINESS DAYS</u>

Plaintiff by and through the undersigned counsel, moves this Honorable Court  for an extension of three (3) business days in which to file his Reply to Defendant's Opposition to Plaintiff's Motion to Strike, and for reasons states that aside from personal constraints and restraints, Plaintiff's counsel has within the past three weeks, been and  is still currently involved in discovery in two other cases,  preparation for mediation in two (2) other cases, and prepared for and participated in at least three (3) depositions.  Plaintiff anticipates that he will be able to file the reply within the next three business days. The Defendant consents to this Motion.

WHEREFORE, Plaintiff prays that this motion be granted.

Respectfully Submitted,

**THE GBENJO LAW GROUP**


_____/s/_____
Anne Gbenjo, 447840
8449 West Bellfort Avenue
Suite 100
Houston, Texas 77071
Phone: 713.771.4775
Fax:    713.771.4784
Counsel for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY THAT on this 14th day of December 2007, a true copy of the

foregoing Motion was served on all parties as follows:


John C. Truong, Esquire
United States Attorney
555 Fourth St. N.W.
Washington, D.C. 20530



_____/s/_____
Anne Gbenjo

IN THE UNITED STATED DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

```
*******************************
GARY HAMILTON,                 *
Plaintiff                      *
                               *
v.                             *        CASE NO.: 05-cv-1549 (RWB)

                               *
JOHN SNOW,                     *
Defendant                      *
*******************************
```

<u>ORDER</u>

      Upon consideration of Plaintiff's Motion for Extension of three business days to file his

Reply to Defendant's Opposition to Plaintiff's Motion to Strike, good cause having been shown, it

is on this _____day of _____ 2007,  by the United States District Court of the

District of Columbia, hereby,

      ORDERED that, the Motion is GRANTED.  Plaintiff shall file his Reply by December 19,

2007


                  _____

                  JUDGE WALTON


COPIES TO:

ANNE GBENJO, ESQUIRE

JOHN TRUONG, ESQUIRE