IN THE U.S. DISTRICT COURT OF THE DISTRICT OF COLUMBIA

```
*************************************
GARY HAMILTON                  *
                               *
    Plaintiff                  *
                               *    CASE NO.: 05-1549 (RBW)
v.                             *
                               •
SNOW                           *
                               *
    Defendant                  *
*************************************
```

### NOTICE OF LEAVE OF ABSENCE

By this notice, all parties are hereby informed that the undersigned counsel will be out on Leave of Absence from the afternoon of December 19, 2007 until January 4, 2008.

Respectfully Submitted,

### THE GBENJO LAW GROUP

/S/
Anne J.A. Gbenjo
State Bar No. 447840
8449 West Bellfort Avenue, Ste. 100
Houston, Texas 77071
Phone: 713-771-4775
Fax: 713-771-4784
Counsel for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify, that on this the 20th day of December 2007, a true and correct copy of the foregoing **Notice of Leave of Absence** was duly served upon all parties as follows:

John C. Truong, Esquire
United States Attorney
555 Fourth St. N.W.
Washington, D.C. 20530

/S/
Anne Gbenjo