THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

```
******************************  *
GARY HAMILTON,                  *
Plaintiff                       *
                                *
v.                              *    CASE NO.: 05-cv-1549 (RBW)
                                *
JOHN SNOW,                      *
Defendant                       *
***********************************
```

# ERRATA

Plaintiff by and through counsel files the attached exhibit 1 which was inadvertently left out of the last portion of his Reply to Defendant's Opposition to Plaintiff's Motion to Strike.[1]

Respectfully submitted,

## THE GBENJO LAW GROUP



/s/
Anne J.A. Gbenjo, Bar #: 447840,
8449 West Bellfort Avenue Suite 100
Houston, Texas 77071
Phone: 713-771-4775 ; Fax: 713-771-4784
Counsel for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT, on this 21st day of December 2007, I sent via first class and E-filing a copy of the foregoing Errata to all parties as follows: John C. Truong, Esquire, 555 4th Street N.W. Washington, D.C. 20001

/s/
Anne Gbenjo

---

[1] Plaintiff hopes that the purpose of this attachment would not be mistaken. Though the Exhibit somehow got detached from the document originally filed with the court (exh.46), it is attached only to show the error in defendant's assertion that Plaintiff's failed to exhaust his administrative remedy on Burrell's detail, as he did so when he found out about it in 2003. The attachment is defendant's own document - page 2 bate-stamped 0238.