**UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **Gary Hamilton**, | ) | |
| Plaintiff, | ) | Case No.: 05-CV-01549 (RBW) |
| v. | ) | |
| **Henry M. Paulson, Jr.**, | ) | |
| Defendant | ) | |

**DEFENDANT'S MOTION TO RESCHEDULE
APRIL 4, 2008 STATUS HEARING**

Pursuant to Fed. R. Civ. P. 6(b), Defendant respectfully requests that the Court reschedule the April 4, 2008 Status Hearing, to April 24, 2008, or to a date and time convenient to the Court. Pursuant to Local Rule 7(m), the parties conferred and Plaintiff's counsel consented to this Motion on the condition that the undersigned counsel must also "consent to [Plaintiff's] next motion which will be captioned 'consent motion' to whatever." Defendant cannot agree to this condition.

There is good cause for the Court to grant this Motion. The need to reschedule the April 4, 2008 Status Hearing is necessitated by the fact that the undersigned counsel has a jury trial in Elion v. Jackson, Civ. No. 05-992 (PLF), scheduled for April 1 to 8, 2008. The length of the trial in the Elion case also warrants rescheduling the hearing to April 24, 2008, or thereafter. Specifically, given the number of witnesses that Judge Friedman has allowed to testify at trial in Elion, the undersigned counsel respectfully believes it is an aggressive schedule to expect the trial to conclude in one week. The trial is now scheduled from April 1 to 8, 2008. Indeed, the

undersigned counsel anticipates that this jury trial will not conclude at the earliest until April 11, 2008, if not later.  This time frame does not include anticipated post-trial motions, regardless of the outcome of the case.

    For this reason, Defendant respectfully requests that the Court reschedule the Status Hearing to April 24, 2008, or thereafter.

Dated: March 17, 2008.                       Respectfully Submitted,

    /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

    /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

    /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406
Attorneys for Defendant

UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **Gary Hamilton**, ) | |
| ) | |
| Plaintiff, ) | Case No.: 05-CV-01549 (RBW) |
| v. ) | |
| ) | |
| **Henry M. Paulson, Jr.**, ) | |
| ) | |
| Defendant ) | |

**ORDER**

Upon consideration of Defendant's Motion to Reschedule the April 4, 2008 Status Hearing and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that Defendant's Motion to Reschedule the April 4, 2008 Status Hearing be and is hereby GRANTED; it is

FURTHER ORDERED that the April 4, 2008 Status Hearing be and is hereby VACATED; and it is

FURTHER ORDERED that the Status Hearing be and is hereby RESCHEDULED to ____ day of ____, 2008, at _____a.m./p.m.

SO ORDERED.

_____
U.S. District Judge