UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GARY HAMILTON, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1549 (RBW) |
| | ) | |
| HENRY M. PAULSON, JR., | ) | |
| Secretary for Department of Treasury, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

In accordance with a memorandum opinion to be issued forthwith, it is

**ORDERED** that the Defendant's Motion for Summary Judgment is **GRANTED** in part and **DENIED** in part.  It is further

**ORDERED** that Counts I and II of the plaintiff's complaint are **DISMISSED** with prejudice.  It is further

**ORDERED** that the Plaintiff's Motion to Strike § II(C)(2) and [§] II(D)(3) of [the] Defendant's Reply Brief is **DENIED** as moot.  It is further

**ORDERED** that within thirty days of the date on which this order goes into effect the plaintiff shall file her amended complaint, if any she intends to file, in conformance with the Court's directive in the accompanying memorandum opinion to be issued forthwith.  It is further

**ORDERED** that the pre-trial conference in this case scheduled for April 4, 2008, at 3:00 p.m. is **CANCELED**.  It is further

**ORDERED** that the Defendant's Motion to Reschedule April 4, 2008 Status Hearing is

**DENIED** as moot.  It is further

      **ORDERED** that this order shall not take effect until the Court issues the memorandum opinion referenced above.

      **SO ORDERED** this 28th day of March, 2008.

                                        REGGIE B. WALTON  
                                        United States District Judge