IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **GARY HAMILTON** | * | |
| | * | |
| | * | |
| **Plaintiff,** | | |
| v. | | Civil No.: 05-1549 (RBW) |
| | * | |
| **HENRY PAULSON, SECRETARY** | | |
| | * | |
| **Defendant.** | | |

### PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff by and through the undersigned counsel, pursuant to F.R.C.P. Rule 15, and this Court's order of March 28 and Court's Memorandum of April 3, 2008, moves this Honorable Court for leave to amend his Complaint and for reasons states as follows:

Plaintiff, via his former counsel filed his Original Complaint on or about August 2005. In the Original Complaint, Plaintiff alleged that he was not allowed to apply or compete for a detail that was offered a white female; that the white female held the detail for more than one year in violation of Defendant's Merit Promotion Plan. (See Original Complaint Paragraphs 16&17).

During discovery, the defendant inquired into and Plaintiff confirmed that he was pursuing his discrimination claim based on the detail issue. The Defendant filed his Motion for Summary Judgment about August of 2007 and failed to address or attack the issue of this detail therein.

In his Opposition to Defendant's Motion for Summary Judgment, Plaintiff requested that the Court find for him on the detail issue as the Defendant failed to attack or address same. However, in his Reply to Plaintiff's Opposition, Defendant erroneously argued, both that Plaintiff raised the detail issue for the first time in his Opposition and that Plaintiff failed to exhaust his administrative remedies on the detail issue.

On or about March 28, 2008, this Court issued an order and on April 3, 2008, issued a Memorandum, directing Plaintiff to file an Amended Complaint in conformity with the memorandum. In the Memorandum, this Court adopted the Defendant's argument that Plaintiff was raising the detail issue for the first time; that the detail issue was not raised in Plaintiff's EEO Complaint or the original complaint before this court; but that it was allowing Plaintiff to respond to the Defendant's argument that Plaintiff failed to exhaust his administrative remedies. Hence this Amended Complaint.

WHEREFORE, Plaintiff prays that this motion be granted.

Respectfully Submitted,

**THE GBENJO LAW GROUP**

_____/s/_____

Anne Gbenjo, 447840
8449 West Bellfort Avenue, Suite 100
Houston, Texas 77071
Phone: 713.771.4775
Fax:    713.771.4784
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this 5th day of May, 2008, a copy of the foregoing Motion was served on all parties as follows:

John Truong, Esquire
Assistant U.S. Attorney
444 4TH Street, NW
Washington, D.C. 20001



_____/s/_____
Anne Gbenjo

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**GARY HAMILTON**   *
                   *
                   *

**Plaintiff,**

v.                 Civil No.: 05-1549 (RBW)
                   *
**HENRY PAULSON, SECRETARY**   **JURY TRIAL REQUESTED**
                   *

**Defendant.**

## ORDER

Upon consideration of Plaintiff's Motion for Leave to Amend Complaint, good cause having been shown, it is on this _____ day of _____ 20_____, by the United States District Court of the District of Columbia, hereby,

ORDERED that, the Motion is GRANTED.

_____
JUDGE

COPIES TO:

ANNE GBENJO, ESQUIRE

JOHN TRUONG, ESQUIRE

Case 1:05-cv-01549-RBW    Document 68    Filed 05/05/2008    Page 5 of 5