THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  \*
GARY HAMILTON,                  \*
Plaintiff                       \*
                                \*
v.                              \*     CASE NO.: 05-cv-1549 (RBW)
                                \*
JOHN SNOW,                      \*
Defendant                       \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CONSENT MOTION FOR EXTENSION OF TIME IN WHICH TO FILE PLAINTIFF'S REPLY TO THE DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION

Plaintiff by and through the undersigned counsel, moves this Honorable Court to grant an extension of twenty (20) days in which to file his Reply to Defendant's Opposition to Plaintiff's Motion for Reconsideration and for reasons states that: the undersigned counsel is presently scheduled to be in deposition all week; has two court appearances; preparing for two mediations, has to respond to a motion for summary judgment and in discovery in three cases. Thus her schedule for the rest of the month is everything but convenient. For these reasons, she seeks this ten-day extension.

The opposing counsel consents to this motion.

WHEREFORE, Plaintiff prays that this motion be granted so that she has until June 2, 2008 to file her Reply to Defendant's Opposition to Plaintiff's Motion for Reconsideration.

Respectfully Submitted,

## THE GBENJO LAW GROUP

_____/s/_____

Anne Gbenjo, 447840

8449 West Bellfort Avenue, Suite 100

Houston, Texas 77071

Phone: 713.771.4775

Fax:    713.771.4784

Counsel for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this 11th day of May, 2008, a copy of the foregoing Motion was served on all parties as follows:

John Truong, Esquire

Assistant U.S. Attorney

444 4TH Street, NW,

Washington, D.C. 20001

_____/s/_____

Anne Gbenjo

THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

```
******************************  *
GARY HAMILTON,                  *
Plaintiff                       *
                                *
v.                              *       CASE NO.: 05-cv-1549 (RBW)
                                *
JOHN SNOW,                      *
Defendant                       *
************************************
```

## ORDER

Upon consideration of Plaintiff's Motion for Extension of Time, good cause having been shown, it is on this _____ day of _____ 20_____, by the United States District Court of the District of Columbia, hereby,

ORDERED that, the Motion is GRANTED. Plaintiff shall file her Reply to Defendant's Opposition to Plaintiff's Motion for Reconsideration by June 2, 2008.

_____
JUDGE

COPIES TO:

ANNE GBENJO, ESQUIRE

JOHN TRUONG, ESQUIRE