**UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **Gary Hamilton**, | ) ) ) | |
| Plaintiff, | ) | Case No.: 05-CV-01549 (RBW) |
| v. | ) ) | |
| **Henry M. Paulson, Jr.**, | ) ) | |
| Defendant | ) ) | |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION
OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant respectfully requests an extension of time until June 2, 2008, for Defendant to respond to Plaintiff's Motion Amend the Complaint (Dkt. No. 68). Pursuant to Local Rule 7(m), the parties conferred and Plaintiff's counsel consented to this Motion.

There is good cause for the Court to grant this Motion. At present, Defendant's response to Plaintiff's Motion to Amend is due on May 19, 2008. However, the undersigned counsel has several pressing litigation matters that prevent the undersigned counsel from devoting substantial time to preparing a response in time for agency and supervisory review prior to filing it with the Court.

Specifically, this week the undersigned counsel has to prepare and defend a deposition in America v. Barreto, Civ. No. 03-1807 (PLF). Furthermore, the undersigned counsel also needs to prepare and depose an expert witness on May 16, 2008, in Porter v. Johnson, Civ. No. 04-2121 (PLF). During the week of May 19, the undersigned counsel has to file a motion for

1

summary judgment in yet another case, Barnard v. DHS, Civ. No. 06-1393 (CKK), and also defend another deposition in America v. Barreto.

For these reasons, Defendant respectfully requests that the Court extend the deadline until June 2, 2008, for Defendant to respond to Plaintiff's Motion to Amend.

Dated: May 14, 2008.                    Respectfully Submitted,


   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406
Attorneys for Defendant

UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Gary Hamilton**, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 05-CV-01549 (RBW) |
| v. | ) | |
| | ) | |
| **Henry M. Paulson, Jr.**, | ) | |
| | ) | |
| Defendant | ) | |

**ORDER**

Upon consideration of Defendant's Consent Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that Defendant's Consent Motion for an Extension of Time be and is hereby GRANTED; it is

FURTHER ORDERED that Defendant shall have up to June 2, 2008, to respond to Plaintiff's Motion to Amend.

SO ORDERED.

_____
U.S. District Judge