## Part III Alleged Discriminatory Actions

**13. Name and Address of Treasury Bureau that took the action at issue (if different than item 5.)**

Internal Revenue AIRES
Bureau — Office and Organizational Component
C.P-6 Arlington, VA.
Street Address
Arlington       VA
City              State         Zip Code

**14. If your complaint involves nonselection for a position, please complete the following:**

Safety & Health NJ 0018   14
Position Title                Series   Grade
15-03-OFMO 3708
SSA100FA03706       8/11/03
Vacancy Announcement Number    Date Learned of Nonselection

**15.** (A) Describe the action taken against you that you believe was discriminatory; (B) Give the date when the action occurred, and the name of each person responsible for the action; (C) Describe how you were treated differently than other employees or applicants because of your race, color, religion, sex, national origin, age, disability, or in retaliation for your participation in the EEO process or opposition to alleged discriminatory practices; (D) Indicate what harm, if any, came to you in your work situation as a result of this action. *(You may but are not required to attach extra sheets.)* (E) If the basis of your complaint is your parental status, sexual orientation, or protected genetic information, use this form, but your complaint is not statutorily based and will follow a separate, parallel process.

The Selecting official(s) selected a Caucasian female with an observably and vastly inferior qualifications than the AP.

**16. Mark below ONLY the bases you believe were relied on to take the actions described in #15.**

☐ Age (Date of Birth) _____
☒ Race (State Race) African-American
☒ Color (State Color) Light/Fair Color
☐ Religion (State Religion) _____
☒ Sex (Specify) MALE
☐ National Origin (Specify) _____

☐ Physical or Mental Disability (Describe)
☒ Retaliation/Reprisal (Dates of Prior EEO Activity) / /
☐ Sexual Orientation
☐ Parental Status
☐ Protected Genetic Information

**17. What remedial or corrective action are you seeking to resolve this matter?** Promotion to equivalent Position at GS-14 (POD neutral); Back Pay including benefits; Compensatory Damage - $300K; and attorney fees plus related

**18. If you wish to amend your complaint (or provide additional evidence), indicate the complaint case number of that complaint.** Cas+

## Part IV Contact

EEO Counseling is not required if you are amending an existing open complaint.
Complete items 19, 20, and 25 even if you did not contact a counselor.

**19. When did the most recent discriminatory event occur?**
8 / 11 / 03
Month  Day  Year

**20. When did you first become aware of the alleged discrimination?**
8 / 11 / 03
Month  Day  Year

**21. When did you contact an EEO counselor?**
8 / 28 / 03
Month  Day  Year

**22. Did you discuss all actions raised in item 15 with an EEO counselor?** ☒ YES ☐ NO
(If no, explain on attached sheet)

**23. Name and telephone number of EEO counselor.**
Sherdawa Watkins   202 283
Name                   Telephone No. 4913

**24. When did you receive your "Notice of Right to File"?**
10 / 16 / 03
Month  Day  Year

**25. On this same matter, have you filed a grievance or appeal under:**

Negotiated grievance procedure  ☐ YES ☒ No
Agency grievance procedure       ☐ YES ☒ No
MSPB appeal procedure            ☐ YES ☒ No

If you filed a grievance or appeal, provide date filed, case number, and present status.

GOVERNMENT EXHIBIT 1

15