

**DEPARTMENT OF THE TREASURY**
TREASURY COMPLAINT CENTER
4050 ALPHA ROAD
DALLAS, TEXAS 75244-4203

DEC 17 2003

Mr. Howard Wallace
901 Cheswold Court
Bel Air, MD 21014

          Complaint of Gary Hamilton and
          John W. Snow, Secretary of the Treasury
          TD Case Number: 04-2024

Dear Mr. Wallace:

This letter refers to the above referenced complaint of discrimination filed on October 21, 2003.

Based on our review of the formal complaint and the EEO Counseling Report, the complaint is accepted for processing under the provisions of the Equal Employment Opportunity Commission (EEOC) regulations, 29 CFR Part 1614. The claim to be investigated is:

> Was the Complainant discriminated against based on his race (African American), color (light skinned) and/or sex (male) when he was not selected on August 11, 2003, for promotion to the position of Safety and Health Manager, GS-0018-14, under Vacancy Announcement Number 15-02-OFM03706?

If you disagree with the claim, please notify me in writing within 15 days of the date of this letter. Please be clear and concise in your response. If no response is received, I will assume that you agree with the claim(s) and will proceed with the investigation of the complaint.

An EEO Investigator will be assigned to thoroughly investigate all aspects of the claim(s) accepted for processing. The investigator has the authority to administer oaths and to require employees to furnish affidavits under oath or affirmation without a promise of confidentiality or, alternatively, by written statements under penalty of perjury. The complainant has a responsibility to cooperate with the investigator in timely scheduling an appointment, meeting with the investigator and providing necessary written statements. Failure to do so may result in the dismissal of the complaint for failure to cooperate.

Any affidavit, written statement, or documentary evidence submitted to the investigator is subject to prohibitions against improper disclosures. All parties who provide statements or documentary evidence bear the responsibility to



45

ensure that the submissions are properly sanitized, and should consult with bureau disclosure officials if there are any questions concerning what material would constitute disclosure.

In accordance with §1614.603 of the regulations, the parties must make reasonable efforts to voluntarily settle the complaint throughout the process. The terms of any settlement agreement will be reduced to writing, and you will be given a copy.

Upon completion of the investigation, you will be furnished a copy of the Investigative File and an election form on which you may elect one of the following options: (1) a hearing and decision by an EEOC Administrative Judge; (2) a final decision by the Department of the Treasury without a hearing; or (3) withdrawal of the complaint.

You may also request a hearing from an Administrative Judge at any time after 180 days from the date of the original complaint. If you wish to amend the complaint after you have requested a hearing, you may file a motion with the Administrative Judge.

Should you request a hearing on your complaint, your request should be sent to:

**District Director**
**Equal Employment Opportunity Commission**
**Baltimore District Office**
**Cresent Building**
**10 South Howard Street, Third Floor**
**Baltimore, MD 21201**

In accordance with 29 CFR §1614.108(g), you must send a copy of your request for a hearing to the Treasury Complaint Center - Washington.

You will have the right to appeal to the EEOC, Office of Federal Operations, the Department's final decision or final order, or file a civil action in federal district court.

If you have any further questions regarding the processing of your complaint, please contact EEO Specialist Kassandra Bowie at (202) 874-4940.

Sincerely,

*[signature]*

Jerry Armstrong
Director

cc:   Gary Hamilton
      12304 Burning Oak Court
      Waldorf, MD  20602