# Law Offices of
# Snider & Fischer, LLC

Michael J. Snider, Esq.
Morris E. Fischer, Esq.

January 4, 2005

Department of the Treasury
Treasury Complaint Center
4050 Alpha Road
Dallas, TX 75244-4203

**RECEIVED**
JAN 0 7 2005
TREASURY COMPLAINT CENTER
DALLAS, TEXAS

Attention: Ms. Galant

Re: Gary Hamilton v. Treasury

Dear Ms. Galant:

My client has several claims pending with the agency, the second of which is 04-2340. Annexed hereto is a copy of correspondence regarding this complaint.

The issue is similar to the first in that Mr. Hamilton was not selected for a temporary assignment in the same direct office as the first complaint. A Ms. Carroway, white, female, was selected for the position.

At this time, Mr. Hamilton seeks amendment of that claim to include the charge of retaliation. Namely, Mr. Hamilton asserts that a definite factor in him not receiving the temporary assignment was due to retaliation for him participating in his prior EEO activity, Case No: 04-2024.

Kindly update your records to reflect same.

Sincerely,

Morris E. Fischer, Esq.


GOVERNMENT EXHIBIT 6

104 Church Lane • Suite 201 • Baltimore, Maryland 21208
410.653.9060 phone • 410.653.9061 fax • 1-800-DISCRIMINATION℠ • info@sniderlaw.com

HAM 2465

**Law Offices of Snider & Fischer, LLC**
10. ~hurch Lane • Suite 201
Baltimore, Maryland 21208

75244+4201

Department of the Treasury
Treasury Complaint Center
4050 Alpha Road
Dallas, TX 75244-4203

Attention: Ms. Galant



HAM
2466

# Law Offices of
# Snider & Fischer, LLC

Michael J. Snider, Esq.
Morris E. Fischer, Esq.



**RECEIVED JAN 1 4 2005**

TREASURY COMPLAINT CENTER
DALLAS, TEXAS

**SECOND NOTICE**

January 11, 2005

Department of the Treasury
Treasury Complaint Center
4050 Alpha Road
Dallas, TX 75244-4203

Attention: Ms. Galant
Via Certified Mail

        Re: Gary Hamilton v. Treasury

Dear Ms. Galant:

    My client has several claims pending with the agency, the second of which is 04-2340. Annexed hereto is a copy of correspondence regarding this complaint.

    The issue is similar to the first in that Mr. Hamilton was not selected for a temporary assignment in the same direct office as the first complaint. A Ms. Carroway, white, female, was selected for the position.

    At this time, Mr. Hamilton seeks amendment of that claim to include the charge of retaliation. Namely, Mr. Hamilton asserts that a definite factor in him not receiving the temporary assignment was due to retaliation for him participating in his prior EEO activity, Case No: 04-2024.

    Kindly update your records to reflect same.

Sincerely,

Morris E. Fischer, Esq.




HAMILTON EXHIBIT NO. 10 C. CRUMP 8/24/06

104 Church Lane • Suite 201 • Baltimore, Maryland 21208
410.653.9060 phone • 410.653.9061 fax • 1-800-DISCRIMINATION℠ • info@sniderlaw.com



HAM 2464