1

UNITED STATES OF AMERICA
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Washington Field Office

In the Matter of:        )
                         )
GARY HAMILTON,           )
                         )
       Complainant,      )
                         )
v.                       ) EEOC No. 120-2005-00123X
                         ) Agency No. TD 04-2024
DEPARTMENT OF TREASURY,  )
INTERNAL REVENUE SERVICE,)
                         )
       Agency.           )
                         )

Deposition of

GARY HAMILTON

a witness of lawful age, taken on behalf of the Agency, pursuant to notice, in the Second Floor Conference Room, Internal Revenue Service, 950 L'Enfant Plaza, Southwest, GLS Building, Washington, D.C., on Monday, January 10, 2005, at 10:00 a.m., before Mitchell Berkowitz, Notary Public, when were present:

  APPEARANCES:

  On behalf of the Complainant:

  MORRIS E. FISCHER, ESQ.
  Law Offices of Snider & Fischer, LLC
  104 Church Lane
  Suite 201
  Baltimore, Maryland   21208
  (410) 653-9060

GOVERNMENT
EXHIBIT
8

EXECUTIVE COURT REPORTERS, INC.
(301) 565-0064

2

APPEARANCES: (Continued)

<u>On behalf of the Agency</u>:

ROBERT M. MIRKOV, ESQ.
Office of Chief Counsel
Internal Revenue Service
CC:GLS:WAS
950 L'Enfant Plaza, Southwest
Second Floor
Washington, D.C.  20024
(202) 283-7900

54

1    Q    What knowledge did he have of that process?
2         MR. FISCHER: If you know.
3         THE WITNESS: I don't know.
4         BY MR. MIRKOV:
5    Q    When he made this statement that possibly
6    Norris Walker had some input, did you question him as
7    far as, you know, the basis for his statement?
8    A    No.
9    Q    You just accepted it at face value?
10   A    Yes.
11   Q    Is there a reason why you would accept that
12   at face value from Ed Crendle?
13   A    Well, Ed has, like I said, been there 30-
14   something years, and he was highly regarded as very
15   credible in not only the ins and outs of what goes on
16   in the office but also in the field of safety.
17   Q    Norris Walker is a dark-complected African
18   American?
19   A    That's correct.
20   Q    Does he have a reputation for discriminating
21   against light-complected African Americans?
22   A    To my knowledge, yes.
23   Q    Okay. Tell me about that reputation.
24   A    I don't know any details.
25   Q    Well, what is the basis for your