*Margaret Hindes*
*Client Services Rep*
*REFM, Area 4*
*972-308-7246*
-----Original Message-----
**From:** Braswell Fannie B
**Sent:** Thursday, August 14, 2003 11:30 AM
**To:** &AWSS-FM-HQ Employees
**Subject:** Selection of Annette Burrell

**Annette Burrell, formerly of Area 1 in Atlanta, has been selected for a Safety Specialist position in the Safety Branch of the Safety and Security Division.**
**She's been on detail to REFM Headquarters for the past year and is now a permanent member of the Headquarters office.  Please welcome Annette to her new job!**

**Staff Assistant**
**Real Estate and Facilities Management**
**(202) 283-9356**
**(202) 283-9360 fax**



EXHIBIT
*1*