RECEIVED OCT 23 2003

Form No. TDF 62-03.5
(01/03 Edition)



TREASURY COMPLAINT CENTER
DALLAS, TEXAS

**INDIVIDUAL COMPLAINT OF EMPLOYMENT DISCRIMINATION WITH THE DEPARTMENT OF THE TREASURY**

FOR OFFICE USE ONLY
DEPARTMENT CASE NUMBER: 04-2024
FILING DATE: 10/21/13

## Part I Complainant Identification

1. Name (Last, First, Middle Initial): HAMILTON, GARY NMN

2. Telephone/Fax (Include Area Code)
Home: 301 370 3662   Fax:
Work: 202 283 0932   Fax:

3. Present Home Address (You must notify the Department of any changes of address while complaint is pending, or your complaint may be dismissed)
Street Address: 12304 Burning Oak Court
City: Waldorf   State: MD   Zip Code: 20602

4. If you are a current or former employee of the Federal government, list your most recent title, series, and grade.
Title: Industrial Hygenist   Series: 0690   Grade: 12

5. Name and Address of Organization Where You Work (If a Treasury Employee)
Bureau: Internal Revenue Service
Business Unit: AWSS
Office and Organizational Component: A:RE:O:A3:DC:SS:NC
Street Address: 500 Ellin Road
City: Lanham   State: MD   Zip Code:

6. Employment Status in Relation to this Complaint:
☐ Applicant  ☐ Probationary  ☒ Career/Career Conditional
☐ Former Employee   Date Left Treasury Employment: / /
☐ Retired   Date of Retirement: / /
☐ Other   Specify:

7. I certify that all of the statements made in this complaint are true, complete, and correct to the best of my knowledge and belief.
Signature of Complainant or Attorney Representative: [signed] Hamilton
Date: 10/28/03

## Part II Designation of Representative

8. You may represent yourself in this complaint or you may choose someone to represent you. Your representative does not have to be an attorney. You may change your designation of a representative at a later date, but you must notify the Department immediately in writing of any change, and you must include the same information requested in this Part.

"I hereby designate ___Howard Wallace___ (Please Print Name) to serve as my representative during the course of this complaint. I understand that my representative is authorized to act on my behalf."

9. Representative's Mailing Address:
Howard Wallace
Firm/Organization: 401 Chiswold Court
Street Address:
City: Bel Air   State:   Zip Code: 21014

10. Representative's Employer (If Federal Agency): N/A

11. Representative's Telephone/Fax (Include Area Code)
410 913 1300
Telephone: 410 593 6912   Fax:

12. Complainant's Signature: [signed] Hamilton   Date: 10/21/03


EXHIBIT 2.a.

## Part III Alleged Discriminatory Actions

**13. Name and Address of Treasury Bureau that took the action at issue (if different than item 5.)**

Bureau: Internal Revenue AIRE:S
Office and Organizational Component: CP-6 Arlington, VA.
Street Address: Arlington VA
City: State: Zip Code:

**14. If your complaint involves nonselection for a position, please complete the following:**

Position Title: Safety & Health Mg 0018  Series: 14  Grade:
Vacancy Announcement Number: 15-03-0FMO 3706
Date Learned of Nonselection: 8/11/03

**15.** (A) Describe the action taken against you that you believe was discriminatory, (B) Give the date when the action occurred, and the name of each person responsible for the action, (C) Describe how you were treated differently than other employees or applicants because of your race, color, religion, sex, national origin, age, disability, or in retaliation for your participation in the EEO process or opposition to alleged discriminatory practices, (D) Indicate what harm, if any, came to you in your work situation as a result of this action *(You may but are not required to attach extra sheets.)* (E) If the basis of your complaint is your parental status, sexual orientation, or protected genetic information, use this form, but your complaint is not statutorily based and will follow a separate, parallel process

The Selecting official(s) selected a Caucasian female with an observably and vastly inferior qualifications than the AP.

**16. Mark below ONLY the bases you believe were relied on to take the actions described in #15.**

- ☐ Age (Date of Birth) _____
- ☒ Race (State Race) African-American
- ☒ Color (State Color) Lt Light/Fair Color
- ☐ Religion (State Religion) _____
- ☒ Sex (Specify) MALE
- ☐ National Origin (Specify) _____
- ☐ Physical or Mental Disability (Describe)
- ☒ Retaliation/Reprisal (Dates of Prior EEO Activity) _/_/_
- ☐ Sexual Orientation
- ☐ Parental Status
- ☐ Protected Genetic Information

**17. What remedial or corrective action are you seeking to resolve this matter?**
Position at GS-14 (PDD neutral); Back Pay; Promotion to equivalent; Compensatory Damage - #300k; and attorney fees plus related (Including benefits)

**18.** If you wish to amend your complaint (or provide additional evidence), indicate the complaint case number of that complaint. Case #

## Part IV Contact

EEO Counseling is not required if you are amending an existing open complaint.
Complete items 19, 20, and 25 even if you did not contact a counselor.

**19. When did the most recent discriminatory event occur?** 8/11/03

**20. When did you first become aware of the alleged discrimination?** 8/11/03

**21. When did you contact an EEO counselor?** 9/28/03

**22. Did you discuss all actions raised in item 15 with an EEO counselor?** ☒ YES ☐ NO

**23. Name and telephone number of EEO counselor.** Sherdana Watkins 202-283-4913

**24. When did you receive your "Notice of Right to File"?** 10/16/03

**25. On this same matter, have you filed a grievance or appeal under:**

- Negotiated grievance procedure ☐ YES ☒ No
- Agency grievance procedure ☐ YES ☒ No
- MSPB appeal procedure ☐ YES ☒ No

If you filed a grievance or appeal, provide date filed, case number, and present status.

15

# EEO COUNSELING REPORT - INDIVIDUAL COMPLAINT
## PART I

(Through Initial Interview)
(Follow separate instructions and use a continuation sheet if necessary)

| 1. Regional Complaint Center Name, Address, and Telephone Number | 2. EEO Territory Manager: Name, Address, and Telephone Number | 3. EEO Counselor: Name, Address, and Telephone Number | 4. Date Counseling First Sought |
|---|---|---|---|
| Mr. Jerry Armstrong, Director Dallas Treasury Complaint Center 1050 Alpha Road Mail Stop 1010 – MSRO Dallas, Texas 75244 (972) 308-1303 | Alice Evon Lee Internal Revenue Service/DC 5000 Ellin Road Lanham, MD 20706 202-283-7983 | Sherdana Watkins Internal Revenue Service/DC 5000 Ellin Road Lanham, MD 20706 202-283-4913 | 08/28/03 |
|  |  |  | 5. Date of First Interview 09/02/03 |

**6. Employee or Applicant:**
Name, Business and Home Address,
Home Phone #, Work Phone #,
Employee's Official Title, Series, and Grade

Gary Hamilton
AWSS, Security & Safety Branch
P. O. Box 1201
Waldorf, MD 20604
(301) 870-8662 – Home
(202) 283-0932 – Work
Industrial Hygienist
GS-0690-12

**8. Matter Causing Complaint or Issue**
___ Appointment
___ Assignment of Duties
___ Awards
___ Change to Lower Grade
___ Classification
___ Conversion to F/T CC
___ Duty Hours
___ Eval-Appraisal (Non-Merit Pay)
___ Eval-Appraisal (Merit Pay)
___ Exam/Test
___ Harassment (Non-sexual)
___ Hostile Environment
___ Overtime
___ Pay
_X_ Promotion/Non-selection
___ Reassignment
___ Reinstatement
___ Removal/Separation
___ Reprimand
___ Resignation
___ Retirement
___ RIF Procedures
___ Sexual Harassment
___ Suspension
___ Termination During Probation
___ Time/Attendance
___ Training
___ Within Grade Increase
___ Working Conditions
___ Other

**7. Basis or Type of Discrimination:**

Age _____ (enter date of birth)    Religion _____
Color **Black**    Race **African-American**
National Origin _____    Sex **Male** (Identify gender, i.e. male/female)
Disability: Mental _____    Physical _____
Reprisal for Involvement in Complaint Process _____
Retaliation _____
Other _____

RECEIVED NOV 25 2003
TREASURY COMPLAINT CENTER
DALLAS, TEXAS

9. An EEO Counselor cannot reveal the identity of a person who has come for counseling, except when authorized to do so by the person counseled. Is complainant willing to have his/her name revealed during the counseling stage?
Yes _X_ No ___

If answer is "Yes," Complainant must give permission by signing name in the space following:

[Signature]    9/3/03
Signature of Complainant

TD F 62-03.1 (3/87) Previous Edition to TD F 67.13.1 (6/86) Obsolete.    1

# EEO COUN ..ING REPORT - INDIVIDUAL CO' LAINT
## PART I

| 10. Organization Where Alleged Discrimination Occurred 1 Date of Occurrence.<br><br>08/11/03<br>AWSS, Security & Safety Branch<br>A:RE:O:A3:DC:SS:NC | 11. Give date Complainant became aware of alleged discrimination if substantially different from that shown in 10, explain.<br><br>N/A |
|---|---|

**12. If complaint appears untimely, what explanation is offered to explain why Counselor was not contacted within 45 days?**

N/A

**13. Provide a brief description of complaint, summarizing actions which caused counseling to be sought and which complainant believes are discriminatory.**

The AP alleges discrimination based on race – African-American, color – black, and sex – male, with the issue being non-selection when management:

- Selected a Caucasian female with observably/demonstrably less qualifications than the AP.
- Planned, arranged and executed with a discriminatory motive to give the same white female preferential treatment by giving a detail (for 12 months) into the position.
- Planned, arranged and executed the selection process using an evaluation process with a discriminatory motive that is subjective in nature to form an otherwise (pretext) defensible legitimate selection process.

**14. nedial Action Desired by Complainant**

1. Promotion to equivalent position at GS-14 level (POD Neutral)
2. Back pay including benefits
3. Compensatory Damage: $300,000
4. Any Attorney/Representations fees and costs.

| 15. On the same matter has complainant filed a grievance under a negotiated procedure?  Yes __ No _X_<br>Under the Agency grievance system?  Yes __ No _X_<br>Has Complainant appealed to the Merit Systems Protection Board?  Yes __ No _X_<br>If grievance or appeal has been filed, what is its status?<br><br>16. Does the Complainant elect to have a representative?<br><br>Yes _X_ No __ | 17. Signature of Counselor and Date Signed<br><br>[signature] 9/4/03 |
|---|---|

17

TD F 62-03.1 (3/87) Previous Edition to TD F 67 13 1 (6/85) Obsolete.    2

# EEO COUNSELING REPORT - INDIVIDUAL COMPLAINT
## PART II

(For counseling after initial interview)
(Follow separate instructions provided)

### 18. CONTACTS DURING EEO COUNSELING INQUIRY

| DATE(S) OF CONTACT (Col. 1) | NAME, TITLE, GRADE, TELEPHONE (Col. 2) | ORGANIZATION ADMIN. CODE (Col. 3) | REASON FOR CONTACT (Complainant, Witness, Management Official, Personnel, etc.) (Col. 4) | TIME SPENT BY PERSON CONTACTED (Col. 5) |
|---|---|---|---|---|
| 08/28/03 | Gary Hamilton<br>Industrial Hygienist<br>GS-0690-12<br>(202) 283-0932 | A:RE:O:A3:DC:SS:NC | Aggrieved Party | 4 hrs. 10 mins. |
| 09/03/03 | Tracey Reimer<br>Oakland Personnel Office<br>Human Resources Assistant<br>GS-0203-7<br>(510) 637-2854 | A:PS:O:C:OAK | Personnel | 20 mins. |
| 09/03/03 | Eva Coley<br>Oakland Personnel Office<br>Human Resources Assistant<br>GS-0203-7<br>(510) 637-2874 | A:PS:O:C:OAK | Personnel | 25 mins |
| 09/29/03 | Howard Wallace<br>Representative for AP<br>(410) 913-1300 – cell<br>(410) 893-6912 – home | | Representative | 1 hr 50 mins |
| 10/08/03 | John Stuart Burns<br>Selecting Official<br>Supervisor, Mgmt & Program Analyst<br>IR-0343-1<br>(202) 283-9329 | A:RE:S7-35 | Management | 1 hr 5 mins |

### 19. RELEVENT INFORMATION REVIEWED DURING INQUIRY (List the source of each document reviewed.)

See information in # 22.

### 20. Counselor's Suggestions to Management Official(s) to Resolve Complaint

Counselor made no suggestions to management officials to resolve the complaint after completing analysis, because the Aggrieved Party had scored the same amount of rating points as the other candidates.

### 21. Final Action by Management Office(s) on Counselor's Suggestion

No Action was taken by management. Management stated there was no discrimination, because the selection was a unanimous decision on behalf of the ranking panel.

D F 67-13 1a (6/85) Previous Edition Obsolete.    1



# EEO COUNSELING REPORT - INDIVIDUAL COMPLAINT
## PART II

**23. Remedial Action Desired**

1. Promotion to equivalent position at GS-14 level (POD Neutral)
2. Back pay including benefits
3. Compensatory Damage: $300,000
4. Any Attorney/Representations fees and costs.

**24. Grievances and App**

N/A

| 25. Total Number of Hours Spent Counseling this Case (Include all contacts, preparation, and travel time.) 11 hours | 26. Date of Final Interview  10/09/03 | 27. Date of this Report  10/22/03 |
|---|---|---|
| 28. Signature of Counselor  [signature] | 29. Date Report Sent or Delivered to Complaint Center  11/21/2003 | |

**30. Enclosure (List and tab and give duplicate legible copies to Complainant.)**

### Gary Hamilton – Aggrieved Party – Enclosures:

1. E-mail – Subj: RE: Information
2. Two letters from Personnel – 1st letter dated July 14, 2003; 2nd letter dated August 7, 2003
3. E-mail – Subj: FW: EEO Counseling
4. E-mail – Subj: FW: ERC Ticket, EEO Counseling
5. E-mail – Subj: EEO Counseling, Part I recommended revisions

### Sherdana Watkins – EEO Counselor – Enclosures:

1. E-mail – Subj: Request for a Vacancy Announcement
2. Graphic Comparative Analysis & Key
3. Promotion Certificate
4. List of Applicants
5. Announcements
6. Routing Slip – Subj: Selection Certificate
7. Job Analysis worksheet
8. Position Description – Safety and Occupational Health Manager
9. Individual Rating Sheet – Annette Burrell
10. Individual Rating Sheet – Gary Hamilton
11. Individual Rating Sheet – Camille Carraway
12. Individual Rating Sheet – Michael Perkins
13. E-mail – Subj: RE: RNO Data