9/04/2003 THU 14:37 FAX

# EEO COUNSELING REPORT – INDIVIDUAL COMPLAINT
## PART I

(Through Initial Interview)
(Follow separate instructions and use a continuation sheet if necessary)

| 1. Regional Complaint Center Name, Address, and Telephone Number | 2. EEO Territory Manager: Name, Address, and Telephone Number | 3. EEO Counselor: Name, Address, and Telephone Number | 4. Date Counseling First Sought |
|---|---|---|---|
| Jerry Armstrong, Director IRS Treasury Complaint Center 4050 Alpha Road Mail Stop 1010 – MSRO Dallas, Texas 75244 (731) 308-1303 | Alice Evon Lee Internal Revenue Service/DC 5000 Ellin Road Lanham, MD 20706 202-283-7983 | Sherdana Watkins Internal Revenue Service/DC 5000 Ellin Road Lanham, MD 20706 202-283-4913 | 08/28/03 |
| | | | 5. Date of First Interview |
| | | | 09/02/03 |

**Employee or Applicant:**
Name, Business and Home Address,
Home Phone #, Work Phone #,
Employee's Official Title, Series, and Grade

Gary Hamilton
AWSS, Security & Safety Branch
P. O. Box 1201
Waldorf, MD 20604
301) 870-8882 – Home
202) 283-0932 – Work
Industrial Hygienist
GS-0690-12

**6. Matter Causing Complaint or Issue**

___ Appointment           ___ Resignation
___ Assignment of Duties  ___ Retirement
___ Awards                ___ RIF Procedures
___ Change to Lower Grade ___ Sexual Harassment
___ Classification
___ Conversion to P/T CC
___ Duty Hours            ___ Suspension
___ Eval-Appraisal (Non-Merit Pay)
___ Eval-Appraisal (Merit Pay)
___ Exam/Test             ___ Termination
___ Harassment (Non-sexual)   During Probation
                          ___ Time/Attendance
___ Hostile Environment   ___ Training
___ Overtime
___ Pay                   ___ Within Grade Increase
_X_ Promotion/Non-selection ___ Working Conditions
___ Reassignment          ___ Other
___ Reinstatement
___ Removal/Separation
___ Reprimand

RECEIVED
NOV 2 5 2003
TREASURY COMPLAINT CENTER
DALLAS, TEXAS

**7. Basis or Type of Discrimination:**

Age _____ (enter date of birth)          Religion _____
Color _Black_                              Race _African-American_
National Origin _____                    Sex _Male_ (Identify gender, i.e. male/female)
Disability:
  Mental _____                           Physical _____
Reprisal for Involvement in Complaint Process _____
Retaliation _____
Other _____

8. An EEO Counselor cannot reveal the identity of a person who has come for counseling, except when authorized to do so by the person counseled. Is complainant willing to have his/her name revealed during the counseling stage?
Yes _X_ No ___

If answer is "Yes," Complainant must give permission by signing name in the space following:

[signature]  9/3/03

Signature of Complainant

TD F 62-03.1 (3/87) Previous Edition is TD F 67.13.1 (1/85) Obsolete.

1

000010
000000

EXHIBIT
8.6

HAM
0237

# EEO COUNSELING REPORT - INDIVIDUAL COMPLAINT
## PART I

| 0. Organization Where Alleged Discrimination Occurred and Date of Occurrence.<br><br>08/11/03<br>AWSS, Security & Safety Branch<br>A:RE:O:A3:DC:SS:NC | 1. Give date Complainant became aware of alleged discrimination if substantially different from that shown in 10, explain.<br><br>N/A |
|---|---|

**2. If complaint appears untimely, what explanation is offered to explain why Counselor was not contacted within 45 days?**

N/A

**3. Provide a brief description of complaint, summarizing actions which caused counseling to be sought and which complainant believes are discriminatory.**

The AP alleges discrimination based on race – African-American, color – black, and sex – male, with the issue being non-selection when management:

- Selected a Caucasian female with observably/demonstrably less qualifications than the AP.
- Planned, arranged and executed with a discriminatory motive to give the same white female preferential treatment by giving a detail (for 12 months) into the position.
- Planned, arranged and executed the selection process using an evaluation process with a discriminatory motive that is subjective in nature to form an otherwise (pretext) defensible legitimate selection process.

**4. Remedial Action Desired by Complainant**

1. Promotion to equivalent position at GS-14 level (POD Neutral)
2. Back pay including benefits
3. Compensatory Damage: $300,000
4. Any Attorney/Representations fees and costs.

| 5. On the same matter has complainant filed a grievance<br>  under a negotiated procedure?  Yes ___ No _X_<br>  Under the Agency grievance system?  Yes ___ No _X_<br>  Has Complainant appealed to the Merit Systems<br>  Protection Board?  Yes ___ No _X_<br>  If grievance or appeal has been filed, what is its status?<br><br>6. Does the Complainant elect to have a representative?<br><br>Yes _X_ No ___ | 7. Signature of Counselor and Date Signed<br><br>*[signature]* 9/4/03 |
|---|---|

EEO COUNSELING REPORT - INDIVIDUAL COMPLAINT
PART II

(For counseling after initial interview)
(Follow separate instructions provided)

| 18. CONTACTS DURING EEO COUNSELING INQUIRY | | | | |
|---|---|---|---|---|
| DATE(S) OF CONTACT (Col. 1) | NAME, TITLE, GRADE, TELEPHONE (Col. 2) | ORGANIZATION ADMIN. CODE (Col. 3) | REASON FOR CONTACT (Complainant, Witness, Management Official, Personnel, etc.) (Col. 4) | TIME SPENT BY PERSON CONTACTED (Col. 5) |
| 08/28/03 | Gary Hamilton<br>Industrial Hygienist<br>GS-0690-12<br>(202) 283-0932 | A:RE:O:A3:OC:SS:NC | Aggrieved Party | 4 hrs. 10 mins. |
| 09/03/03 | Tracey Reimer<br>Oakland Personnel Office<br>Human Resources Assistant<br>GS-0203-7<br>(510) 637-2854 | A:PS:O:C:OAK | Personnel | 20 mins. |
| 09/03/03 | Eva Coley<br>Oakland Personnel Office<br>Human Resources Assistant<br>GS-0203-7<br>(510) 637-2874 | A:PS:O:C:OAK | Personnel | 25 mins. |
| 09/29/03 | Howard Wallace<br>Representative for AP<br>(410) 913-1300 – cell<br>(410) 893-6912 – home | | Representative | 1 hr. 50 mins. |
| 10/08/03 | John Stuart Burns<br>Selecting Official<br>Supervisor, Mgmt & Program Analyst<br>IR-0343-1<br>(202) 283-9328 | A:RE:S7-35 | Management | 1 hr. 5 mins. |

19. RELEVENT INFORMATION REVIEWED DURING INQUIRY (List the source of each document reviewed.)

See information in # 22.

20. Counselor's Suggestions to Management Official(s) to Resolve Complaint

Counselor made no suggestions to management officials to resolve the complaint after completing analysis, because the Aggrieved Party had scored the same amount of rating points as the other candidates.

21. Final Action by Management Office(s) on Counselor's Suggestion

No Action was taken by management. Management stated there was no discrimination, because the selection was a unanimous decision on behalf of the ranking panel.

000002

TD F 67-13.1a (6/85) Previous Edition Obsolete.        1

HAM
0239

EEO COUNSELING REPORT - INDIVIDUAL COMPLAINT
PART II

**23. Remedial Action Desired**

1. Promotion to equivalent position at GS-14 level (POD Neutral)
2. Back pay including benefits
3. Compensatory Damage: $300,000
4. Any Attorney/Representations fees and costs.

**24. Grievances and App**

N/A

| 25. Total Number of Hours Spent Counseling this Case (Include all contacts, preparation, and travel time.) 11 hours | 26. Date of Final Interview 10/09/03 | 27. Date of this Report 10/22/03 |
|---|---|---|
| 28. Signature of Counselor *[signature]* | 29. Date Report Sent or Delivered to Complaint Center 11/21/2003 | |

**30. Enclosure** (List and tab and give duplicate legible copies to Complainant.)

**Gary Hamilton – Aggrieved Party – Enclosures:**

1. E-mail – Subj: RE: Information
2. Two letters from Personnel – 1st letter dated July 14, 2003; 2nd letter dated August 7, 2003
3. E-mail – Subj: FW: EEO Counseling
4. E-mail – Subj: FW: ERC Ticket, EEO Counseling
5. E-mail – Subj: EEO Counseling, Part I recommended revisions

**Sherdana Watkins – EEO Counselor – Enclosures:**

1. E-mail – Subj: Request for a Vacancy Announcement
2. Graphic Comparative Analysis & Key
3. Promotion Certificate
4. List of Applicants
5. Announcements
6. Routing Slip – Subj: Selection Certificate
7. Job Analysis worksheet
8. Position Description – Safety and Occupational Health Manager
9. Individual Rating Sheet – Annette Burrell
10. Individual Rating Sheet – Gary Hamilton
11. Individual Rating Sheet – Camille Carraway
12. Individual Rating Sheet – Michael Perkins
13. E-mail – Subj: RE: RNO Data

CC0003