

**DEPARTMENT OF THE TREASURY**
TREASURY COMPLAINT CENTER
4050 ALPHA ROAD
DALLAS, TEXAS 75244-4203



OCT 2 9 2003

Howard Wallace
901 Cheswold Court
Bel Air, MD 21014

Complaint of Gary Hamilton and
John W. Snow, Secretary of the Treasury,
TD Case Number: 04-2024

Dear Mr. Wallace:

We have received the above referenced formal complaint of discrimination which was filed on October 21, 2003. The complaint has been assigned Treasury Department Case Number 04-2024. This case number will be used in all future correspondence concerning the complaint.

The complaint is being reviewed to determine whether it meets the requirements for processing under the provisions of Equal Opportunity Commission (EEOC) regulations, 29 CFR Part 1614. In accordance with 29 CFR §1614.106(e), you have the right to appeal the final action on, or dismissal of, a complaint, and the agency is required to complete an impartial and appropriate investigation of the complaint which is accepted for processing.

If the complaint is accepted for processing, an investigation of the complaint must be completed within 180 days of the filing of the complaint unless the parties agree in writing to extend the time period. You may amend your complaint at any time prior to the completion of the investigation to include issues or claims like or related to those raised in this complaint. Amendments must be filed in writing with the Regional Complaint Center. If the complaint is amended, the investigation will be completed within the earlier of 180 days after the amendment or 360 days of the filing of the original complaint.

You may request a hearing from an Administrative Judge at any time after 180 days from the date of the original complaint. If you wish to amend the complaint after you have requested a hearing, you may file a motion with the Administrative Judge.

