

**DEPARTMENT OF THE TREASURY**
TREASURY COMPLAINT CENTER
4050 ALPHA ROAD
DALLAS, TEXAS 75244-4203

EXHIBIT
4

DATE: DEC 17 2003

TO: Territory Manager, EEO & Diversity
Internal Revenue Service, Lanham, MD

FROM: Acting Operations Director  Bertha D Gal /br
Treasury Complaint Center - Dallas

SUBJECT: Complaint of Gary Hamilton and John W. Snow, Secretary of the Treasury
TD Case Number: 04-2024

This is a notification that our office has received the above referenced formal complaint filed on October 21, 2003. The following claim(s) has been accepted for processing:

> Was the Complainant discriminated against based on his race (African American), color (light skinned) and/or sex (male) when he was not selected on August 11, 2003, for promotion to the position of Safety and Health Manager, GS-0018-14, under Vacancy Announcement Number 15-02-OFM03706?

Attached is a copy of the formal complaint. This information is being provided to make you aware of the specific allegation(s) being raised. **While this information should be shared with the Complainant's Head of Office, further disclosure to others, especially those who may have some involvement in the matter, would be improper.**

An EEO investigator will be assigned to investigate the claim(s) accepted for processing. The investigator will be contacting you soon to confirm the dates of the investigation and to request administrative support. In order for the investigation to be completed effectively, please be prepared to provide the investigator with:

- a private room with a telephone
- (located away from the parties to the complaint)
- access to a computer and printer
- copying and typing assistance
- necessary supplies

48

Please assure that the management officials from whom testimony will be needed are promptly notified of the investigation and are available to meet with the investigator. Management witnesses should be made aware of the complaint process, their role in the process, and the role of the investigator. If, due to security requirements, you are unable to provide the investigator with the support described above, please notify the EEO Specialist assigned to this case so that other appropriate arrangements can be made. While on site, the investigator is under the direction of the Treasury Complaint Center - Dallas. Any questions or concerns about the investigation should be directed to the EEO specialist assigned to the complaint.

The investigator is authorized to: (1) investigate all aspects of the complaint; (2) require that all employees of the agency having knowledge of the matter complained of furnish testimony under oath or affirmation; and (3) gain access to all documents and records pertinent to the case. Employees are required to fully respond to requests for testimony and documentary evidence in a timely manner. Failure to do so may draw an adverse inference that the requested information would have reflected unfavorably on the party refusing to provide the information (29 CFR §1614.108(c)(3)(i)).

In accordance with provisions of the Equal Employment Opportunity Commission (EEOC) Regulations, 29 CFR §1614.603, the parties must make reasonable efforts to voluntarily settle the complaint throughout the administrative process. Accordingly, after the case has been investigated and all the facts are available to both parties, my office will contact you for the purpose of attempting resolution. The terms of any settlement will be reduced to writing to ensure there are no misunderstandings, and you will be provided a copy.

If no settlement is reached, the complainant may elect a final agency decision by the Treasury Department with or without a hearing before an EEOC Administrative Judge. If the complaint involves an issue appealable to the Merit Systems Protection Board (a mixed case), the complainant is not entitled to a hearing before the EEOC.

If you have any questions, please contact EEO Specialist Kassandra Bowie at (202) 874-4940.

Attachment: Copy of Formal Complaint